UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOHYON WARNER,

        Plaintiff,

v.

GILBARCO, INC.,
GILBARCO, INC. (*d/b/a* GILBARCO
VEEDER-ROOT), and
VONTIER CORPORATION,

        Defendants.
_____/

Case No. 2:24-cv-12333

District Judge Gershwin A. Drain
Magistrate Judge Anthony P. Patti

## ORDER FOLLOWING STATUS CONFERENCE

Currently before the Undersigned are several motions filed by Plaintiff (ECF Nos. 45, 47, 48, 49), which Judge Drain has referred for hearing and determination (ECF No. 50).[1] On September 26, 2025, the Court conducted a video status conference (ECF No. 53), at which Plaintiff appeared on her own behalf and Attorney Richard W. Warren appeared on behalf of Defendants.

Consistent with that discussion, Plaintiff's motion to compel Defendants' discovery responses (ECF No. 45) is **DENIED AS MOOT**, and Plaintiff's motion

---

[1] Judge Drain has also referred this matter for a settlement conference (ECF No. 15), which is currently noticed for April 16, 2026 (see ECF Nos. 16, 19, 25, 42), although – in response to Judge Drain's August 28, 2025 amended scheduling order (ECF No. 41) – Plaintiff has since filed a status update regarding mediation/facilitation (ECF No. 51).

1

to modify protective order (ECF No. 47) is **GRANTED** for the reasons stated on the record.

Additionally, Defendants **SHALL** produce a full, comprehensive privilege log no later than **October 1, 2025** (*see* ECF No. 48, PageID.318 ¶ 2).  As for the remainder of Plaintiff's amended motion to compel discovery (ECF No. 48), as well as Plaintiff's motion for protective order regarding Defendants' notice of deposition (ECF No. 49), Defendants' response briefs are due on **October 15, 2025**, and Plaintiff's reply briefs are due on **October 22, 2025**.  Meanwhile, the parties **SHALL** meet by video conference to discuss these motions for at least one hour and file a joint statement of resolved and unresolved issue with the Court no later than **5 p.m. on Friday, October 24, 2025**.  If the parties do not resolve the respective prayers for relief (*see* ECF No. 48, PageID.318-319; ECF No. 49, PageID.340)[2], then the parties **SHALL** appear for a video motion hearing on **October 28, 2025 at 10:00 a.m.**  <u>At that time, they should also be prepared to discuss mediation and other ADR possibilities.</u>

Finally, the parties are reminded to adhere to the Federal Rules of Civil Procedure, the Local Rules for the E.D. of Michigan, and the Undersigned's

---

[2] Moreover, Plaintiff is cautioned that a September 12, 2025 challenge to the sufficiency of discovery responses dated March 3, 2025 (see ECF No. 48-3) may be considered stale.

2

Practice Guidelines, each of which is accessible via the Court's website (www.mied.uscourts.gov).

**IT IS SO ORDERED.**[3]

Dated: September 26, 2025

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[3] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).