**Comparators Production Summary Chart - Disparity in Treatment**

Case 2:24-cv-12333-GAD-APP    ECF No. 68-1, PageID.665    Filed 11/10/25    Page 1 of 2

| | Plaintiff Gathered via Linkedin and others | | | Defendant owes to Plaintiff | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comparator (Data & Analytics and PMO) | Job Title (December 2021 to March 2023) | Credential | EEOC (Dec 2021 to March 2023) | Hiring / Offer | Resume | Job Description or Title History | Compensation / Bonus | Promotion | Performance / Review / | Displinary Records | HR / Conduct / Forms | Exit / Termination |
| Sohyon Wanrer | Data Analytic Project Manager | BS in Chemical Engineering, MBA in Management of Information Systems, Purdue Data Scientist Certification and PMP | (Non White) East Asian, Female, Over 40, S. Korean Origin | Provided | Provided | Provided Job Description and reporting structue and job title | Base $   K +   % ICP | N/A | Provided | Removed from Data Lake and Demand Planning Programs, | Provided | Wrongfully Terminiated |
| Tanya Porter (I didn't Ask for her file) | Data Science Manager | BS and MS in Mathematics, DBA, Business Intelligence | (Non White) Black, Female, Over 40 | Didn't Ask | Didn't Ask | Didn't Ask | Didn't Ask | Didn't Ask | Didn't Ask | Removed from Data Lake and Demand Planning Programs | Didn't Ask | Didn't Ask |
| Shawn McCellan (AKA R. Shawn M.) | Business Analyst --> Data Analytic Project Manager | BBA & BA Sc in Info System, **No PMP** | White, Male, over 40 | ✖ None provided | ✖ None provided | ✖ None provided | ✖ None provided | ✖ None provided | ✖ None provided | ✖ None provided | ✖ None provided | ✖ None provided |
| Michelle Rutz (G004586-4628) | Data Analytics Tech Lead | BA Sc in Info Systmem | White, Female, non-hispanic | Offer approval & signed offer letter (10/25 & 10/27 2022) | ✖ None provided | Data Analyst Tech Lead reporting to Raul Posada but no Job Description | Base $   K +   % ICP + benefits | Salary bump to $   K + 10% ICP + Benefits | ✖ None provided | ✖ None provided | HR onboarding forms (Code of Conduct, COI, Criminal History, Non-Compete) | ✖ None provided |
| Ashely Kates | Data Solutiond Architect | Associate Degree | White, Female, Under 40, non-hispanic | ✖ None provided | ✖ None provided | ✖ None provided | ✖ None provided | ✖ None provided | ✖ None provided | ✖ None provided | ✖ None provided | ✖ None provided |
| Paul Blaser (G004629-4633) | Enterprise Data Architect --> Director of Data Analytics | BA in Art History & Englisht | White, Male | ✖ None provided | ✖ None provided | ✖ None provided | Base $   K +   % ICP | Promotion letter to Director, Data Analytics Director (March 2022) | ✖ None provided | ✖ None provided | ✖ None provided | ✖ None provided |
| Raul Posada (G004634-4660) | Data Anaytics Manager | BBA (Bachelor of Business Administration (BBA) | White, Male, Under 40, Hispanic | ✖ None provided | ✖ None provided | Data Analytics Manager reporting to Blaser but no Job Description | $   K → $   K + % ICP | Promotion letter 6/20 2022 (Manager) | ✖ None provided | ✖ None provided | ✖ None provided | Resignation email (6/13 2024) |

**Comparators Production Summary Chart - Disparity in Treatment**

Case 2:24-cv-12333-GAD-APP   ECF No. 68-1, PageID.666   Filed 11/10/25   Page 2 of 2

| | Plaintiff Gathered via Linkedin and others | | | | Defendant owes to Plaintiff | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Comparator (Data & Analytics and PMO)** | **Job Title (December 2021 to March 2023)** | **Credential** | **EEOC (Dec 2021 to March 2023)** | | **Hiring / Offer** | **Resume** | **Job Description or Title History** | **Compensation / Bonus** | **Promotion** | **Performance / Review /** | **Diplinary Records** | **HR / Conduct / Forms** | **Exit / Termination** |
| Rosanna Hurst (G004661-4688) | Director of Project Management | BA in Spanish & Literature, **No PMP** | Non White, Female, Hispanic, over 40 | | Offer letter 8/2 2021 | ✗ None provided | Director IT Program Management reporting to Martina Schoultz but not job description | Base $   K   % ICP | ✗ None provided | ✗ None provided | ✗ None provided | HR onboarding forms (Code of Conduct, COI, Criminal History, Non-Compete) | Resignation email (6/16/2024) |
| Emily Hueser | HR | Not applicable | White, Female, Under 40 | | Offer letter 2022 | ✗ None provided | Director of HR Partner reporting to Jessica D, no Job description | ☑ Base $185K + 20% ICP | ✗ None provided | ✗ None provided | ✗ None provided | HR onboarding forms (Code of Conduct, COI, Criminal History, | ✗ None provided |