

Wonder <sohyon.warner@gmail.com>

### Re: Warner v Gilbarco - Defendants ESI Production
1 message

**Wonder** <sohyon.warner@gmail.com>	Fri, Oct 31, 2025 at 1:19 PM
To: "Warren, Richard W." <richard.warren@ogletree.com>
Cc: "Harrington, Lauren D." <lauren.harrington@ogletreedeakins.com>

Dear Mr. Warren and Ms. Harrington,

You promised to complete Defendants' ESI production by **October 24**, but the materials were not supplied until **October 27** and remain incomplete. As of today, **seven days past due**, I have received no response regarding the requested cure.

This email will serve as **further evidence of Defendants' ongoing noncompliance** with their discovery obligations under Rules 26 and 34.

Please provide an update by **close of business today** confirming when the complete, corrected production will be made.

Respectfully,
**Sohyon Warner**


On Tue, Oct 28, 2025 at 5:22 PM Wonder <sohyon.warner@gmail.com> wrote:

> Dear Mr. Warren,
>
> Thank you for your reply. The search terms should cover the full relevant period from my date of hire through ninety (90) days following my termination (**December 4, 2021 through June 30, 2023**)
>
> Respectfully,
>
> Sohyon Warner
>
>
> On Tue, Oct 28, 2025 at 4:19 PM Warren, Richard W. <richard.warren@ogletree.com> wrote:
>
>> Hi Ms. Warner –
>>
>> I write to acknowledge receipt of your email. We will review it, our production and will respond.
>>
>> I assume your new proposed search terms also include the date you reference below. Is that correct?
>>
>> Richard
>>
>>
>> **Richard W. Warren | Ogletree Deakins, PLLC**
>> 34977 Woodward Avenue, Suite 300 | Birmingham, MI 48009 | Telephone: 248-631-3679 | Mobile: 586-337-3023
>> richard.warren@ogletree.com | www.ogletree.com | Bio

**From:** Wonder <sohyon.warner@gmail.com>
**Sent:** Tuesday, October 28, 2025 3:41 PM
**To:** Harrington, Lauren D. <lauren.harrington@ogletree.com>; Warren, Richard W. <richard.warren@ogletree.com>
**Subject:** Re: Warner v Gilbarco - Defendants ESI Production

[Caution: Email received from external source]

Dear Ms. Harrington,

I reviewed the contents per your link provided. Defendants' ESI production was due **October 24, 2025**, yet the set produced on **October 27 (G000463–001378)** was **untimely** and **deficient** under Rules 26 and 34. The principal deficiencies are as follows:

1. **Missing Results.** No results appear for *"Sohyon AND Paul"* or *"Sohyon AND Blaser,"* both of which are agreed search terms for key custodians.
2. **Date Range.** The search ends on March 8 2022 even though the agreed scope was **December 1 2021 – December 31 2023**, excluding more than a year of responsive material.
3. **Communication Types.** No text messages, Teams/Slack chats, or collaboration-platform data were included. These are ESI within Rule 34 and must be produced.
4. **Volume Discrepancy.** Prior hit reports reflected 784+ hits for *"Sohyon AND Paul"* alone and more than 3,200 total with families. Only about 900 documents were produced, suggesting the agreed searches were not run across all custodians.

**Requested Cure**
Please confirm that Defendants will:

1. Re-run the full agreed search terms, including Plaintiff's name variants ("Sohyon," "Sohyon Warner," and "SK"), across all custodians;
2. Extend the searches through **December 31 2023**;
3. Include all relevant communication platforms (email, text, Teams/Slack, OneDrive, etc.); and

As noted during the **October 17 meet-and-confer**, I did **not** consent to the narrowed search terms or custodian exclusions implemented by my former counsel. Defendants remain bound by the full agreed-upon scope.
For clarity, below are **key term combinations** that must be included:

    Blaser AND McClellan
    Blaser AND Hurst
    Blaser AND Shoultz
    Blaser AND Rosanna
    Blaser AND Martina
    Rosanna AND McClellan
    Hurst AND Schoultz
    Hurst AND Blaser AND Schoultz
    Paul AND Rosanna AND McClellan

    Hurst AND Heuser

    Hurst  AND Dougherty

    Blaser AND Heusr

    Blaser AND Doughery

    Sohyon OR SK AND retaliation
    Sohyon OR SK AND protected activity

    Sohyon OR SK AND harassment
    Sohyon OR SK AND "hostile work environment"
    Sohyon OR SK AND accommodations
    Sohyon OR SK AND reassignment
    restructure
    transition

Please confirm **today** whether Defendants will cure these deficiencies, provide the date the re-run searches will be completed, and state when Plaintiff can expect the additional productions per additional search term provided.

Respectfully,
**Sohyon Warner**

On Mon, Oct 27, 2025 at 9:24 PM Harrington, Lauren D. <lauren.harrington@ogletree.com> wrote:

> Good evening Ms. Warner,
>
> As discussed, Defendants ran the ESI search that was agreed upon with your prior counsel.
>
> This includes emails of Ivan Ayma, Emily Heuser, Rosanna Hurst and Robert Steffler from Dec. 1 2021 through December 31, 2023 with the following search terms. The first batch of ESI results (G000463-001378) from this search can be located using this Sharefile link: https://ogletreedeakins.sharefile.com/d-s00ab0c507ea44b6997191dad3a1e82ec.
>
> Please let us know if you have any trouble accessing.

| Search Term |
|---|
| Sohyon AND Paul |
| Sohyon AND Blaser |
| Sohyon AND (assign or assigns or assigned or assignment) |
| Sohyon AND (project or projects) |
| Sohyon AND (transfer or transfers or transferred or transferring) |
| Sohyon AND (complain or complains or complaining or complaint or complaints) |
| Sohyon AND Shawn |
| Sohyon AND McClellan |
| Sohyon AND (performance or perform or performs or performed) |
| Sohyon AND (discipline or disciplines or disciplined or disciplinary) |
| Sohyon AND EEOC |
| Sohyon AND (investigate or investigates or investigated or investigation or investigatory) |
| Sohyon AND requisition |
| Sohyon AND (discriminate or discriminates or discriminated or discrimination or discriminatory) |
| Sohyon AND (retaliate or retaliates or retaliated or retaliation or retaliatory) |
| Sohyon AND (terminate or terminates or terminated or termination) |
| Sohyon AND (race or racist) |
| Sohyon AND gender |
| Sohyon AND ethnicity |
| Sohyon AND Asian |
| Sohyon AND Korean |
| Sohyon AND (age or ageist) |
| Sohyon AND compliance |

Lauren

**Lauren D. Harrington | Ogletree Deakins, PLLC**
34977 Woodward Avenue, Suite 300 | Birmingham, MI 48009 | Telephone: 248-723-6164 | Mobile: 248-309-0783
lauren.harrington@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*