UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOHYON WARNER,

    Plaintiff,

v.

GILBARCO, INC., GILBARCO, INC.
(d/b/a GILBARCO VEEDER-ROOT)
and VONTIER CORPORATION

    Defendants.

Case No. 24-cv-12333

Hon. Gershwin A. Drain
Mag. Judge Anthony P. Patti

---

**EXHIBIT LIST TO
DEFENDANTS' MOTION TO COMPEL
AND REQUEST FOR SANCTIONS**

| | |
|---|---|
| 1 | Plaintiff's Deposition Transcript |
| 2 | Plaintiff's Responses to Defendant's Second Interrogatories – 10.23.24 |
| 3 | Plaintiff's Responses to Defendant's Second Request to Produce – 10.23.25 |
| 4 | December 2 – 4 Email Chain re meet and confer |
| 5 | Email re medical authorizations |
| 6 | Litigation Should Approach AI Tools With Caution |