UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SOHYON WARNER,

       Plaintiff,

                                   Case No. 24-12333
                               U.S. DISTRICT COURT JUDGE
                               GERSHWIN A. DRAIN

v.

GILBARCO, INC., *et al.*,

       Defendants.

                              /

## ORDER GRANTING IN PART DEFENDANTS' MOTION TO STRIKE [#105]

On February 11, 2026, Defendants filed a motion for summary judgment. In response, Plaintiff submitted: (1) a response to the motion, (2) a separate response to Defendants' statement of material facts, and (3) a document setting forth "additional material facts." Defendants have moved to strike the second and third submissions, and that motion is presently before the Court.

Eastern District of Michigan Local Rule 7.1 provides that, "[u]nless the Court permits otherwise, each motion and response to a motion must be accompanied by a single brief." E.D. Mich. L.R. 7.1(d)(1)(A). "The text of a brief supporting a

motion or response, including footnotes and signatures, may not exceed 25 pages."

E.D. Mich. L.R. 7.1(d)(3)(A). Plaintiff's submission of a separate response to Defendants' statement of material facts and a document containing "additional material facts" directly contravene these rules. The Local Rules permit only a single brief in response to a motion for summary judgment, and that brief may not exceed 25 pages.

Accordingly, the Court will grant in part Defendants' motion to strike. The Court will strike all of Plaintiff's responsive briefing to Defendants' motion for summary judgment (ECF Nos. 101, 102, and 103). Plaintiff is ordered to resubmit her response in a single, consolidated brief. The Court will allow a modest five-page extension, and Plaintiff's revised brief may not exceed 30 pages. Plaintiff's revised response shall be filed by March 31, 2026. Plaintiff is yet again reminded that, while she is proceeding *pro se*, she is expected to adhere to the Local Rules. Any future failure to comply with Local Rule 7.1 will result in the submission being automatically stricken.

It is further ordered that Defendants shall be permitted to file a reply brief containing up to five additional pages.

SO ORDERED.

Dated: March 23, 2026                          /s/Gershwin A. Drain
                                               GERSHWIN A. DRAIN
                                               United States District Judge

2

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 23, 2026, by electronic and/or ordinary mail.
<u>/s/ Marlena Williams</u>
Case Manager