## PLAINTIFF'S EXHIBIT INDEX IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff submits the following exhibits in support of her Opposition to Defendants' Motion for Summary Judgment.

| Exhibit | Description | Page Range |
|---|---|---|
| Exhibit A | **Evidence of retaliatory and discriminatory animus by management** | A-1 – A-42 |
| Exhibit B | **Plaintiff's hiring documentation, onboarding materials, and 2022 performance review reflecting positive performance** | B-1 – B-19 |
| Exhibit C | **February – August 2022 internal communications and project events relating to Plaintiff's work and role** | C-1 – C-45 |
| Exhibit D | **September – December 2022 internal communications and management actions affecting Plaintiff's projects and responsibilities** | D-1 – D-100 |
| Exhibit E1 | **January – February 2023 communications regarding the removal of Plaintiff's projects, internal management discussions, and HR involvement** | E1-1 – E1-44 |
| Exhibit E2 | **March 2023 communications and events surrounding Plaintiff's termination** | E2-1 – E2-45 |
| Exhibit F | **Comparator Evidence: Qualifications, Compensation, and Credentials of Similarly Situated Employees** | F-1 – F-70 |