**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 1**

Message

| | |
|---|---|
| **From:** | Schoultz, Martina [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ABEA1F47F78D4258A099DB5A699E21A7-MARTINA.SCH] |
| **Sent:** | 8/2/2022 8:33:45 AM |
| **To:** | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject:** | RE: Update on Sohyon Warner (SK) |

Hi Rosie,

This sounds lovely and a real win-win situation.

Not sure what the easiest would be for finance, I am thinking that if VNT pays for the backfill until the end of the year (and we keep SK's costs), that might be the most straightforward way to deal with this (and then we permanently backfill SK through a contractor conversion in January).

Also, that way we don't end up having to carry a higher cost for the backfill (and VNT gets the benefit of SK being a lot cheaper than Jesus).

Just a thought.

Thanks,

Martina

Martina Schoultz
Chief Information Officer, GVR Global
Gilbarco Veeder-Root
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Tuesday, August 2, 2022 06:49
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** Update on Sohyon Warner (SK)

Dear Martina,
Good morning!

I want to keep you well informed regarding SK and potential move to Vontier.
I met with Robert last Wednesday 27 July and he is very interested in moving SK to his organization.

The next steps agreed upon as follows:
1-     Robert was going to talk to Sarah on 8/1 and obtain her support/funding for the move
2-     We agreed to cross charge until the end of December 2022 (as Jonathan suggested)
3-     Robert understands this is a total move and he is okay with that
4-     Robert and I will be in communications this week to determine the day when SK will start in his organization
5-     I will notify the team of SK's transfer once everything is finalized with my conversations with Robert

Meanwhile, I have started a formal transfer from SK to Amy on the Medius and Concur Program and 5 related projects. This started yesterday (8/1) with a transition plan of 3 weeks.
Further, I socialized with Troy and Tracy the new appointment of Amy to this Program, and the transition that SK will be doing for the upcoming 3 weeks.

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 1**

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 2**

---

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 8/2/2022 9:35:13 PM |
| **To:** | Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject:** | RE: Update on Sohyon Warner (SK) |

You are so gracious and yes, I totally mis-understood.
I will work with Robert and suggest that...I think is a brilliant idea.
Contract to perm is the way I will pursue this resource to ensure we have a qualified resource, but that also fits within the team (lessons learned from SK scenario).

Thanks SO Much...You can't even imagine how grateful right now. I could simply hug you...(<: really!
Take care and wishing you and your family a goodnight.
Rosie

*Rosanna Hurst*
Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

---

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Tuesday, August 2, 2022 8:18 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** Re: Update on Sohyon Warner (SK)

Hi Rosie,

I think you might have misunderstood.... I do suggest a backfill, but instead of us cross-charging SK's costs and paying for a contractor, I am suggesting that Vontier pays for the backfill until the end of year.  And we convert the person beginning of next year.

Unless you meant that we go straight to hiring someone, if that's the case, the yes I agree let's put them on our books immediately.

Sorry if I was confusing!

Many thanks,

Martina

Get Outlook for iOS
*Sent from my smartphone - apologies for any typos*

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Tuesday, August 2, 2022 5:31:18 PM
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** RE: Update on Sohyon Warner (SK)

Hi Martina,

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 2**

G003066

Message

| | |
|---|---|
| **From:** | Blaser, Paul [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAB0EECE8ECD4A0FBF900ED1929C82B0-PAUL.BLASER] |
| **Sent:** | 10/10/2022 1:31:15 PM |
| **To:** | Schoultz, Martina [martina.schoultz@gilbarco.com]; Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject:** | Re: Aligning Data Science capabilities to GVR Horizon |

If this were Catholic school, Sister Rosie would have separated those two already. Sigh…

How do you want to proceed? Martina, do you want to give them a listen? At this point I really can't muster a charitable reaction. But If you'd prefer, I'll talk to Dr. Porter and try to understand what they're wanting to do. I'm also happy to reinforce the notion that the broader leadership community isn't blind to our need for advanced analytics and that there has long been a plan in place.

Thanks!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Date:** Monday, October 10, 2022 at 10:09 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>, Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Re: Aligning Data Science capabilities to GVR Horizon

Hi Rosie,

My thoughts exactly….

Thanks,

Martina

Get Outlook for iOS
*Sent from my smartphone - apologies for any typos*

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Monday, October 10, 2022 10:00
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Aligning Data Science capabilities to GVR Horizon

Hi Martina,
Good morning and hope you are well.

I assume the latter as well, and Paul can keep me honest.
Thanks for sharing this with us because is the first I hear of it at this granular level.

I will defer to Paul for his insight.

However, interesting to see that they want to talk with you versus Paul who is our Head of Data & Analytics. Just saying.

Best regards,
Rosie

*Rosanna Hurst*

Global GVR IT Director, IT Program Management Office & Vendor Management

Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future to create a better world.

---

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Monday, October 10, 2022 9:57 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Fwd: Aligning Data Science capabilities to GVR Horizon

Hello both:

Not exactly sure what horizons SK is referring to (our GVR or IT - probably latter), but thought you should be aware (if you aren't already).

Many thanks,

Martina

Get Outlook for iOS
*Sent from my smartphone - apologies for any typos*

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, October 10, 2022 09:43
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Cc:** Porter, Tanya <tanya.porter@gilbarco.com>
**Subject:** Aligning Data Science capabilities to GVR Horizon

Good morning, Martina,

After reviewing the horizon targets for 2022 to 2024, we are seeing the need for Data Science and Machine Learning capabilities.
With these notes, we want to have a 30-minute session with you at your earliest convenience.

Please let us know.

Regards,
SK and Tanya

G003537

Message

**From:**     Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673]

**Sent:**      1/13/2023 10:08:47 AM

**To:**         Blaser, Paul [paul.blaser@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com]

**Subject:**   RE: PSI Transformation in GSO

Thanks for your input, Paul, as it is always super valuable to me.

I don't have any issues with SK not being part of this project and support this decision. I must admit that it will put me in a bind if this is truly Demand Forecasting and Planning due to lack of PMs.
Unfortunately, I need to let go of Machele (who was the back up I brought for SK when SK moved to Vontier...now that SK is back, I need to let Machele go which is unfortunate because Machele and Shawn work extremely well together.

Do you feel comfortable if I put Shawn to manage this project as well? He is the only other PM in my team with the bandwidth to do that.

I do want to discuss further to avoid another "Speak Up" from SK or even Tanya– I don't want to go through that again.
)<;
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com


We are mobilizing the future
to create a better world.

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Friday, January 13, 2023 9:04 AM
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** FW: PSI Transformation in GSO

See below for discussion. I intend to respond to Dr Porter and let her know she's not on this project. You can see that Sebastian mentioned to SK that here has been a personnel change. Neither Tanya NOR SK is on the project, as far as I'm concerned.

Thanks!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Porter, Tanya <tanya.porter@gilbarco.com>
**Date:** Monday, January 9, 2023 at 11:13 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>, Hatch, Sebastian <sebastian.hatch@gilbarco.com>
**Subject:** FW: PSI Transformation in GSO

Hi Paul,

Reaching out for some clarifications on the resources for the "Demand Forecasting and Planning Excellence" project. This project aligned closely with the vision that was shared with Sebastian and Martina as part of the 2022 goals for Data Science Projects Backlog. Involvement in this project will provide insights as to how to integrate data more uniformly to provide a check and balance across the organization.

I am glad that this project is moving forward. Please provide my associated involvement.

**Best Regards,**



**Dr. Tanya T Porter, DBA**
Global IT – Data Science Manager
Mobile: 336.542.9090
Gilbarco Veeder-Root
www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, January 9, 2023 10:51 AM
**To:** Porter, Tanya <tanya.porter@gilbarco.com>
**Subject:** FW: PSI Transformation in GSO

---

**From:** Hatch, Sebastian <sebastian.hatch@gilbarco.com>
**Sent:** Monday, January 9, 2023 10:31 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Tornquist, Brandon <brandon.tornquist@gilbarco.com>
**Subject:** RE: PSI Transformation in GSO

Hi SK

The kick off went well.  Everyone seemed aligned on the path forward.  There was only some request to change some of the players on the team.

<mark>I would recommend for you and Tanya to get with Paul Blaser as he requested a different resource for this project.</mark>  We didn't get into the specifics.

Thanks

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, January 9, 2023 10:10 AM
**To:** Hatch, Sebastian <sebastian.hatch@gilbarco.com>
**Subject:** RE: PSI Transformation in GSO

Good morning! Sebastian.

You are very welcome.
I am following up to see how the kick-off meeting went last week :}
Please share the latest presentation with me so that I can start putting Data/ IT portions into the PMO platform.

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 6**

Thank you,
Sohyon

**From:** Hatch, Sebastian <sebastian.hatch@gilbarco.com>
**Sent:** Wednesday, January 4, 2023 2:17 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Porter, Tanya <tanya.porter@gilbarco.com>; Tornquist, Brandon <brandon.tornquist@gilbarco.com>
**Subject:** RE: PSI Transformation in GSO

Thanks SK.  We are having a leadership kick off meeting this week so hopefully we can kick things off officially from there.  Please include Brandon in your findings also as he will be leading and coordinating the initiatives overall.

Thank you for the partnership!

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, January 4, 2023 1:35 PM
**To:** Hatch, Sebastian <sebastian.hatch@gilbarco.com>
**Cc:** Porter, Tanya <tanya.porter@gilbarco.com>
**Subject:** RE: PSI Transformation in GSO

Happy New Year! Sebastian.

We are following up on the "Demand Forecasting and Planning Excellence" program status.

We have already engaged with Marketing and are in the exploratory stage of creating an active SKU list for the entire GVR usage.

Please let us know.

Regards,
Sohyon

**From:** Warner, Sohyon
**Sent:** Thursday, December 8, 2022 9:49 AM
**To:** Hatch, Sebastian <sebastian.hatch@gilbarco.com>; Porter, Tanya <tanya.porter@gilbarco.com>
**Subject:** RE: PSI Transformation in GSO

Good morning, Sebastian,

We have modified the slides:
- Page 2 and 3 – Reformatted only
- Page 5 – Added.  The vertical input slide you requested
- Page 6 - Swap Demand and Supply boxes
- Page 7 – Swap Demand and Supply boxes, Modified our roles and SteerCo participants, Added Jasmine as Marketing Analyst

Please let us know what you think.

Regards,
Sohyon

G004131

**From:** Hatch, Sebastian <sebastian.hatch@gilbarco.com>
**Sent:** Wednesday, December 7, 2022 8:25 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Porter, Tanya <tanya.porter@gilbarco.com>
**Subject:** FW: PSI Transformation in GSO

**From:** Hatch, Sebastian
**Sent:** Monday, December 5, 2022 1:43 PM
**To:** Williams, Mark P <mark.p.williams@gilbarco.com>; Crossan, Bryan <bryan.crossan@gilbarco.com>; Tornquist, Brandon <brandon.tornquist@gilbarco.com>; Francis, Ivan <Ivan.Francis@vontier.com>
**Cc:** Sandridge, Mike <mike.sandridge@gilbarco.com>; Klose, Stefan <stefan.klose@gilbarco.com>; Coombe, Dave <dcoombe@veeder.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>; Miranda, Luis <luis.miranda@gilbarco.com>; Lammert, Todd <Todd.Lammert@gilbarco.com>; Leubuscher, Luke <luke.leubuscher@gilbarco.com>; Little, Wendy <wendy.little@gilbarco.com>
**Subject:** PSI Transformation in GSO

All,

Thanks for allowing me to go through the attached slides on the call today.  + a few more that I've had conversations with recently on PSI.  I'll look to schedule a formal kick off discussion in December for this significant initiative.

As a recap to our discussion;

- We should align on the standard set of deliverables expected for each site and P&L globally as a part of the global initiative in '23 on PSI.  We will prioritize meeting those deliverables in January for GSO.
- We will add Ops/supply chain representation to the orders call cadence for insight on orders
- In parallel, we will look to kick off a cross functional team to work on addressing the underlying mechanics of PSI that is broken in GSO.  A total rebuild is required to accomplish that.

Thanks

G004132

Message
_____

| | |
|---|---|
| **From:** | Blaser, Paul [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAB0EECE8ECD4A0FBF900ED1929C82B0-PAUL.BLASER] |
| **Sent:** | 1/13/2023 11:21:32 AM |
| **To:** | Hatch, Sebastian [sebastian.hatch@gilbarco.com] |
| **CC:** | Schoultz, Martina [martina.schoultz@gilbarco.com]; Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject:** | D&A Kaizen Participation |

Hi Sebastian,

Martina asked me to send you the official data & analytics participants for your upcoming kaizen. Please include our Data Manager, Raul Posada, and our PM, Shawn McClellan. We intend also to include the VDA's Oliver Bacasse, who was deeply involved in the Supply Chain Data Mart project. I still need to get permission from his leader, Robert Steffler. I'm meeting with Robert Tuesday morning, so I should get his permission to include Oliver then.

Please do not include either Tanya Porter or Sohyon Warner. They are assigned to other projects and will not be involved with this.

Thanks Sebastian!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 10**

Message
_____

| | |
|---|---|
| **From:** | Heuser, Emily [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E836833E1CD46618AFEA1401454447F-EH22099] |
| **Sent:** | 1/19/2023 12:59:42 PM |
| **To:** | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject:** | RE: Jason project report out format proposals |

Yes, I had some of it, but not sure if I had all the details.  I am most curious about the communication to SK directly on the details of the changes.  As there is not much that I can find on the "why" in writing to SK directly.  That is what I am trying to see, but if all of that happened verbally are you able recap those discussions by chance (dates/times)?

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Thursday, January 19, 2023 12:57 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Understood. The most recent ones were the ones that I documented for you and sent out last week and a few minutes ago. )<:
Regardless, I am here for you 100%.
Rosie

*Rosanna Hurst*

Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com

  | We are mobilizing the future to create a better world.

---

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Thursday, January 19, 2023 12:56 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Thanks!  I just wanted to check to see if there was anything else.  I have all the information about the Vontier situation since I managed it so I mainly curious about the most recent one.  I may be reaching back out if I need additional clarification.

Best,

Emily

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Thursday, January 19, 2023 12:53 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Hi Emily,

The conversation was verbal, and I don't have additional documentation to this effect.

Regarding her move to GVR and if she was taken off any projects, I understood from Ivan that she was removed from the Retail Data Hub Project.
Unfortunately, you asked me not to provide any feedback since Sohyon Warner had open an investigation, so I complied with this request.

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 10**

Regarding your last topic (workforce planning and demand analysis), the PSI Transformation Project in the enclosed (end of 1st page and beginning of 2nd page) was related to this Demand Planning, but the initial conversations it was unknown that this would be a Data & Analytics Project. I just learned that about it on 1/13/2023 and the email is enclosed.

I remain available should you have any questions or need additional information.
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com

  We are mobilizing the future to create a better world.

---

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Thursday, January 19, 2023 12:40 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Rosie,

Thanks again for submitting this information.  I reviewed all of the details, do you have any documentation in email on the conversation you had about the changes besides what is below?  Also, do you have any management notes on the details on your conversation by chance?  In addition, when SK moved back into your team from Vontier was she taken off any projects?  If so was there any feedback provided to her or notes.  The email that I saw was the workforce planning / demand analysis, so if you have any documentation or conversation notes that would also be super helpful.

Best,

Emily

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Wednesday, January 18, 2023 4:42 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** FW: Jason project report out format proposals

Hi Emily,
Below is the reason why I moved SK from Data & Analytics.
She was spiraling down and seemed very disturbed in working with that organization. Everything I heard was a complaint from SK and wanted to prevent her to continue to have the same experience in our company. I socialized this with her directly and she was okay with my decision. Months later, she asked me as to why I moved her from Data & Analytics, and I went back to the email below she sent me.
Her well being was the reason why I moved her to start with.

Thanks,
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com

  We are mobilizing the future to create a better world.

**From:** Hurst, Rosanna
**Sent:** Wednesday, November 2, 2022 12:33 PM
**To:** Gibson, Kate <Kate.Gibson@vontier.com>
**Subject:** FW: Jason project report out format proposals

Hi Kate,
As a follow up to our conversation today, below is the reason why I moved SK from GVR Data & Analytics to another Project.
Main reason being was her well-being.

Thanks,
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com

  We are mobilizing the future to create a better world.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, May 4, 2022 12:38 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** FW: Jason project report out format proposals

Hi Rosie,
It's hard to be part of the program with the program owner who doesn't want to be accountable.
He is not allowing me to be PM for this program. Jason specifically asked for me for the project status.
Sohyon

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Wednesday, May 4, 2022 12:06 PM
**To:** Jenkins, Varuna <vjenkins@veeder.com>; Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: Jason project report out format proposals

We may need to back out of presenting a formal PMO update for this next meeting. It doesn't feel like we have a coherent message. And at the very least, we absolutely do not want to present him that first slide.

@Jenkins, Varuna, let's chat about what we heard in our last meeting with Jason, especially around the way he wants to see the backlog broken out and organized.

Thanks

Paul Blaser
Enterprise Information Architect
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

**From:** Jenkins, Varuna <vjenkins@veeder.com>
**Date:** Wednesday, May 4, 2022 at 11:58 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Let's update and keep both slides for review with Jason

Thanks,
Varuna

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Tuesday, April 26, 2022 1:17 PM
**To:** Jenkins, Varuna <vjenkins@veeder.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Jason project report out format proposals

Hello Varuna,
We are forwarding a couple of proposals for you to provide feedback.
Please let us know.

*Sohyon Warner*
Data Analytics PM
Gilbarco Veeder-Root | sohyon.warner@gilbarco.com |

 

We are mobilizing the future
to create a better world.

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 13**

G004248

| | |
|---|---|
| **From:** | Heuser, Emily |
| **To:** | Doherty, Jessica; Gibson, Kate |
| **Subject:** | Privileged and confidential: Follow-up items |
| **Date:** | Monday, October 10, 2022 10:30:00 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |

Hi all,

I just talked to Rosie (Rosanna) Hurst who is Sohyon's manager.  A few items to follow up with both of you on is:

- Rosie sent the 1:1 meeting on Friday (Oct 7th) to Sohyon to discuss her performance
- Secondly, Ivan (the manager at Vontier) has requested to Rosie that Sohyon be removed from the team immediately and moved back to Rosie's team.  Rosie has asked Ivan to hold on any communication to Sohyon until they hear back from me.  He agreed to hold now.
- Finally, after reviewing the PIP documentation, Rosie mentioned that she has not provided "coaching" directly to Sohyon regarding this matter and the PIP documentation states this can not be the first time this information is communicated.  So if we are following the process, she would need to coach her first on the feedback received from Ivan.
- Rosie rescheduled the discussion with Sohyon until 2:30 pm ET tomorrow.

Please let me know if you have any questions.

Best,

Emily

**From:** Doherty, Jessica <jdoherty@veeder.com>
**Sent:** Monday, October 10, 2022 10:05 AM
**To:** Gibson, Kate <Kate.Gibson@vontier.com>
**Cc:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** FW: Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

Privileged and confidential

**From:** Doherty, Jessica
**Sent:** Monday, October 10, 2022 9:35 AM
**To:** Martorell, Kathy <kathy.martorell@vontier.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** FW: Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

Privileged and confidential

G004941

Kathy,

See attached/below for an email from one of the members of the GVR IT department.  I just sent an invite for time later to discuss as there is information here that Sohyon has sent me as well as documentation from her manager about growing performance concerns making this potentially complicated.

@Heuser, Emily Kathy is a member of the compliance team.  Given the nature of Sohyon's complaint below, it seems appropriate to escalate through SpeakUp.  We'll discuss more later!

Jess

---

**From:** Warner, Sohyon Sohyon.Warner@gilbarco.com
**Sent:** Friday, October 7, 2022 1:00 PM
**To:** Doherty, Jessica jdoherty@veeder.com
**Subject:** RE: Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

Hi Jessica,
One more thing, I was told that Ivan and Rosie are friends.  I hope that you can keep this confidential.
Thank you,
Sohyon

---

**From:** Warner, Sohyon
**Sent:** Thursday, October 6, 2022 3:59 PM
**To:** Doherty, Jessica <jdoherty@veeder.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

Hi Jessica,

It's never easy to file a complaint fearing retaliation, but I am at a point where I must.  I don't feel safe.

These are some of the events that demonstrate Ivan's actions prompting this complaint:

**Ivan does not follow through, not telling/withholding the truth, and uses intimidation tactics, over-controlling, and bullying. His unethical behaviors have created mistrust, misalignment, and unnecessary confusion and enforces extreme power disparity for his gain, which causes mental, emotional, and even physical disturbance. His actions were abusive and discriminatory, causing a hostile working environment.**

- During the GVR to Vontier transition, he changed to pull the requisition right away in Aug 2022 to the end of 2022 and now sometime in 2023, preventing me from getting the correct pay scale for the job duties I am currently performing. Please reference the email "Follow up from our discussion on 9/22 "I sent on 9/29. I need my job description and objective to know my target for the remainder of the year since my job role has changed. I hope you agree that we don't have to wait till the end of the year for this. I am attaching some of the salary information of job descriptions and titles that matches what I am doing now. https://producthq.org/career/ai-product-manager/ai-product-manager-salary/ |

https://hired.com/salaries/machine-learning-manager

- The project team found out last week during the weekly report on 09/30 that Vontier Data Analytics team members Adam and Ivan have knowingly pulled GVR data and provided it to the 3rd party vendor for a project involving another OpCo, Juxta. GVR told me it is a data security breach and violations per OpCo to Opco and GVR to our client's perspective. Vontier, Allata, and Juxta team discussed this before I was pulled to this project on 8/22. Adam gave Allata two months' worth of POS data on September 6th. VDA team pulled me as their **product manager**, knowing they were in and going to be in a data security breach. In other words, **I was put on a project where data shouldn't be touched. Therefore, I was set to fail and most likely to miss the optimal ML deliverables due to a lack of access to the data and risk assessment completed before the project kicked off on 8/16.** On 9/7, I did ask Ivan whether he submitted the security assessment; he said he did and that we have no issues. Per Srikant, no 3rd party Risk Assessment was conducted by Vontier to Allata, which implies that vendor due diligence was not performed. The form Srikant proposes for Ivan to complete is "Vontier Standard Word GDPR Vendor Diligence." Also **per Srikant, since GVR customers' data includes PI, he suggests that we need to revisit the original agreement.** Please note that involving parties are Vontier, Juxta, Allata, SUDS, and GVR**. More importantly, Ivan is no longer part of IS360; therefore, he shouldn't have access to IS360 data, but he has knowingly accessed them for this project.** I wonder if his conduct should be considered a conflict of interest and a violation of GVR Data Security.

Graphical user interface  Description automatically generated with low confidence

Graphical user interface, application, Teams  Description automatically generated

| Graphical user interface, application  Description automatically generated |
|---|
| |
| Graphical user interface, application  Description automatically generated |
| |

- He is forcing me to violate the agreed and signed SOW. Ivan and Oliver asked me as a portal for "certified data" from Allata. No such agreement was made in SOW, nor is Allata allowed to certify GVR's data per lack of data security agreement. They are knowingly putting me in a conflict position so they can indirectly enforce wrongdoing. I found their actions highly unethical and cowardly, creating another division between Allata and me. Per the below emails, Ivan used an intimidation tactic by putting words like "formal request" to stop emailing the affected team members implying that there would be disciplinary actions (?) if I stated the factual findings and asked more objective and valid questions. (Please reference the below email thread, Monday, October 3, 2022 6:38 PM from Ivan) He also said that there were complaints where he didn't explain what that is and the originators. I verified with the Allata team, and they didn't approach Ivan afterward, which means it is Oliver, Adam, and Ivan himself. I won't further communicate with Ivan regarding this subject matter because it will be useless and result in additional abuse and intimidation.

- **He tends to pin me against another Asian Female, Kim Nguyen** (Allata Team Member, Tech Lead), although the Atlanta Project Manager/Scrum Master is Jennifer. Please reference the below email where I explained what's in SOW, but he stated that Kim is already working on "certifying the data" (Please reference the below email thread, Thursday, September 29, 2022 1:57 PM from Ivan) and MS Team threads and put me in "she said vs. what you said ."Also, during my conversation with Ivan on 9/8, he tried to convince me that Kim was not doing her job, which I defended her. Jennifer told me during their 1on1 that Ivan said to her that I agreed with him. **He is trying to create a division between Kim and me for his advantage, causing a hostile working environment and disrespecting my role as ML Product Manager/ Program Manager**. Ivan did not comment on other team members, who are white and primarily males. Other Allata team members are late on some of the deliverables, and Ivan is aware of them because he attends my "daily meetings." With these notes, **Ivan has demonstrated biased toward Asian Females in general and displayed misogynistic tendencies toward me.**

Graphical user interface, text, application, Teams  Description automatically generated

Graphical user interface, application, Teams  Description automatically generated

Graphical user interface, text, application, email  Description automatically generated

G004945

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 19**

Graphical user interface, application, Teams  Description automatically generated

- We had a weekly report on Sept 16th to Robert Steffler, from which I cascaded a message from our team that we need more POS data for the project deliverable. Please note I wasn't aware of potential data security at this time.  Ivan provided 100% subjective feedback on the same day that Robert told Ivan I was fishing for more data. As a result, the input is so subjective and useless; I ask for objective and proactive actions that I can take on 9/20, but Ivan doesn't provide direction. (Please reference the emails "need clarification" that I attached) Instead, Ivan gaslighted and yelled at me during our 1on1 on 9/27. During the meeting, he stated that I was wasting his time, which made him skip his lunch and deflect himself from answering my request. He also said we should discontinue discussing the subject matter, and I complied due to his angst aggressive behavior. However, he sends me an MS Team msg continuing the discussion, which he demands that I should stop and start gaslighting and changing the narrative of our conversation like everything is OK.  Please reference the MS Team Thread I attached.

  Please note that Sept 30th, the team were exposed to data security issue during the weekly meeting.

==He is causing a mental and psychological disturbance with his abusive, intimidating, and discriminatory tactics; unfortunately, it is affecting me physically as well.==

**I request that I am to release from the current reporting structure immediately so I can be free from discriminatory abuse from Ivan. I will continue reporting to Rosie or Martina or no direct manager till the project ends and figure out my fit to GVR on going needs, as you stated in your email.**
**My performance evaluation should come from people who demonstrate an understanding of the ML Process, which should be Allata Team Members, and not from those abusing, harming, and discriminating against me and who have zero and limiting understanding of what I do Machine Learning Product Manager / Program Manager. Furthermore, I want my compensation matches what I am delivering now and more.**

**Please help.**

Kind regards,
Sohyon

---

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Wednesday, October 5, 2022 2:19 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Juxta Data Model Plan

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 19**

Hi SK,

There were complaints about your handling of the request from Oliver / Juxta data model plan. I will handle that request myself to avoid further conflict. Thanks,

Ivan

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, October 5, 2022 11:14 AM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Ivan,
May I ask why?
I am sensing that you are not being transparent with me.
SK

---

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Monday, October 3, 2022 6:38 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: Juxta Data Model Plan

SK,

This is a formal request to stop any further interactions on this data model topic from Oliver. Should anyone come to you with further questions about this topic, please direct them 1:1 to me. Thanks,

Ivan

Get Outlook for iOS

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, October 3, 2022 3:11:55 PM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>; Phelps, Adam <Adam.Phelps@vontier.com>; Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Nguyen, Kim <Kim.Nguyen@vontier.com>; Godsey, Jennifer <Jennifer.Godsey@vontier.com>; Brown, David <David.Brown@vontier.com>
**Subject:** RE: Juxta Data Model Plan

+Kim, Jennifer, David

Sharing what I found out.

- Verified with Kim, and she is unaware of the certified data delivery.
- Verified with Jennifer, and she is unaware of the certified data delivery.
- Verified by Jennifer that David is not aware of the delivery of certified data
- The unsigned SOW that you forwarded on 9/8 does not contain the delivery of certified data in the "project scope" nor "project deliverable" section.
- Cataloging data is not Certifying the data, as I stated a couple of times.
- The team has been improving the POS data quality for ML/DS purpose and not for General data

analytics purpose.  They are not the same.

However, the most important questions to be answered are **when can we expect the so-called customer "allow-list / whitelist," and without the list, are we even supposed to have any access to GVR POS data/SMS at this time?**
Please let us know.

---

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Thursday, September 29, 2022 1:57 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Happy to join a meeting but this is part of the scope, not something we should be arguing about. Cataloguing is the first sentence. "Making it available to BI analysts" is what we mean by engineering the data and exposing it. Which is the work Kim has been doing.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, September 29, 2022 12:52 PM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>; Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Ivan,

Cataloging is not the same thing as certification or cleaning data. Cataloging is just a classification of metadata.
Do we need to schedule a meeting to discuss?
Some of these questions are outside of my role where I should be seeking you guys for clarifications.

SK

---

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Thursday, September 29, 2022 1:43 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

SK,

The second of the two scope items in the SOW is the one that captures this:

1. Demonstrate the value that data across Vontier companies can bring to bear beyond the specific business that currently collects that data by cataloguing data across Vontier businesses, identifying data with potential for reuse and making it available to BI analysts in our data platform.

"making it available to BI analysts". That's the language we use to describe the work of making data available aka certified data.

Ivan

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, September 29, 2022 12:23 PM
**To:** Bacasse, Oliver <Oliver.Bacasse@vontier.com>; Ayma, Ivan <Ivan.Ayma@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

It's hard to say because I am not sure who is the owner of data certification.  Do you know? It's definitely not part of Allata's SOW.

**From:** Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Sent:** Thursday, September 29, 2022 10:46 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Ayma, Ivan <Ivan.Ayma@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** Re: Juxta Data Model Plan

Yeah, that was the question I was asking.  When do we think we can get to certified and identify the outstanding root cause.

The team that is interested is another group within GVR Marketing.

Thanks,
Oliver

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Thursday, September 29, 2022 at 10:44 AM
**To:** Bacasse, Oliver <Oliver.Bacasse@vontier.com>, Ayma, Ivan <Ivan.Ayma@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Oliver,

Allata team was able to improve some data quality but not all due to lack of root cause identification. Therefore, I wouldn't use the word accurate nor certified.

Again, would you let me know who you referring as "some team"?
We need to be careful about who can access GVR data.

**From:** Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Sent:** Thursday, September 29, 2022 10:29 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Ayma, Ivan <Ivan.Ayma@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** Re: Juxta Data Model Plan

Certified data means source information that has been validated as accurate.  You have extremely high confidence that as we build assumptions off the data, its giving us outputs that have been confirmed to be

accurate.

When we go through the information, this should make sure that you are eliminating duplications, that you have confirmed the robustness and repeatability of the pipelines through QAT.

Looking at the data sources that Kim has created, there are ~20 different views, which ones are valid

Thanks,
Oliver

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Thursday, September 29, 2022 at 10:25 AM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>, Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Ivan,
Please define "Certified Data" so that I may be able to answer properly.

---

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Thursday, September 29, 2022 9:08 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

SK the question is about certified data. When is the team going to deliver certified data in terms of transactions from the POS system. Exploded means the XML broken into individual tables related to the transaction that facilitate analytics; all the tables that Kim is creating that are derived from the single push-sale-event record.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, September 29, 2022 7:56 AM
**To:** Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Ayma, Ivan <Ivan.Ayma@vontier.com>; Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Good morning, Oliver.
See the response below in Blue and highlighted...

---

**From:** Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Sent:** Wednesday, September 28, 2022 2:56 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Ayma, Ivan <Ivan.Ayma@vontier.com>; Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** Juxta Data Model Plan

SK,

Wanted to see if we can get some visibility of the plan as to when you are going to formalize the data model that is being credited for Juxta.

<mark>The overall timeline is part of Robert's Weekly report.  I believe you have access to the slide.  Also, we will go over it together tomorrow</mark>

As I look around the explosion views, there are a lot of different cuts at the same data and wanted to see when the team feels they can lock down the views and expected data capture.

<mark>What explosion views are you referring?  Can you clarify?</mark>

We have some teams that are interested in the data from the POS side for other purposes so we would like to be able to communicate working assumptions they should use.

<mark>Is there security clearance to the Juxta subset of POS Data by these "some teams"?  Can you share OpCo(s) names?</mark>

Thanks in advance,

**Oliver Bacasse**
**Director, Data and Analytics**
**984-275-6089**
Oliver.bacasse@vontier.com



**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 25**

Message

| | |
|---|---|
| **From:** | Heuser, Emily [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E836833E1CD46618AFEA1401454447F-EH22099] |
| **Sent:** | 3/2/2023 6:25:44 PM |
| **To:** | Schoultz, Martina [martina.schoultz@gilbarco.com]; Blaser, Paul [paul.blaser@gilbarco.com] |
| **Subject:** | RE: One-On-One / EEOC Case Number 435-2023-00395 |

Hi all,

I am going to connect with legal at this point and I will follow up with you both.  😊

Talk to you both soon!

Emily

---

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Thursday, March 2, 2023 6:20 PM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: One-On-One / EEOC Case Number 435-2023-00395

Wow – it is really everything and the kitchen sink.  And we got here a bit quicker than I thought.

I was out for large parts of the day so still working on a response to the Ignite program.

I just caught up with Pat B. and we discussed that she needs help on Hani's One Jira.  She was wondering if S.K. would have availability, and I said that based on the status in Planisware, seems like S.K. would have capacity, so she should be able to take on this "live" project.


@Heuser, Emily look forward to your steer on how to respond.

P.S. should I also start signing my mails with *#stopscandohate*?? (Sorry I couldn't resist, it's late…).

Many thanks,

Martina

**Martina Schoultz**
**Chief Information Officer, GVR Global**
**Gilbarco Veeder-Root**
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Thursday, March 2, 2023 18:05
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** Fwd: One-On-One / EEOC Case Number 435-2023-00395

Hi Emily, Hi Martina,

See below. It's got everything but the kitchen sink.

Thanks,

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 25**

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, March 2, 2023 6:01 PM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: One-On-One / EEOC Case Number 435-2023-00395

Paul,
Regarding your 1:40 pm email, I declined the meeting (see below). Your statement is misleading and false.

> Thu 3/2/2023 1:21 PM
> 🟡 Warner, Sohyon
> **Declined: One-On-One**
> When    Thursday, March 2, 2023 1:30 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
> Location
> ⓘ Warner, Sohyon has declined this meeting.
>
> The reasons provided. Due to your tone and anger shown through your
> emails, I am not comfortable attending conference with you.
> If you need to communicate with me going forward, please use the email
> system.

Your 1:05 pm email demonstrates that :

- You plan to oppress, harass, intimidate, gaslighting, lie, abuse, and bully me.
- You have shown extreme disrespect.
- You are extremely oppressing that I have **"no authority"** to anything without your permission. **I am treated like a slave.**
- You are intentionally preventing me from speaking to anyone, and I believe that's against corporate policy.
- You are intentionally excluding and ostracizing me. **I know there was another Data Analytic Planning session in February that you purposely left me out.**

Matina told us in December that we can seek out business partners and that an entrepreneurial mentality is encouraged, but you tell me I can't. By the way, that's also against VBS's core values.

Please note that I requested to get my assigned Demand Planning projects back that you took away.

==Your repeated toxic discriminatory behavior demonstrated that your desire to harm and abuse me. That is the reason why I shouldn't meet you.==
==I know no white people went through what I am facing with you.==

Again, If you need to communicate with me, please use the email system going forward. Your discriminatory behavior is not welcome.

Regards,
Sohyon
==#stopasianhate==

G006586

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Thursday, March 2, 2023 1:40 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: One-On-One / EEOC Case Number 435-2023-00395

Hi SK,

I joined our one-on-one and waited for you to attend. You did not show up.

As a reminder, this is a mandatory meeting. I will reschedule for next week. I expect you to attend.

Thank you,

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com


**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Date:** Thursday, March 2, 2023 at 1:05 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: One-On-One / EEOC Case Number 435-2023-00395

Hi SK,

I will not cancel our one-on-one. I am your manager, you are an employee who reports to me, and this is a mandatory meeting.

Based on your last email, you have admitted to working on activities which you have no authority to initiate or participate in. The framework for your participation here at GVR is clearly spelled out in the PMO project intake document. Given that you sent me a screen shot of that document yesterday, it's reasonable to assume that you are aware of the process. As you know, projects come through a formal intake process, and PMs are assigned to those projects by the PMO director, who, for the moment, is me. Again, you have no authority and no purview to work on anything other than those six projects to which you have been officially assigned. You do not have an official role in any other GVR work streams.

Please cease immediately all work that was not explicitly assigned to you by either Rosie or me.

I will be on our one-on-one today. I expect you to be there as well. I will be looking for a go-forward plan on your assigned projects. Given that they are still in the idea phase, how do you intend to support their initiation?

Thank you.

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621

G006587

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 28**

www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Thursday, March 2, 2023 at 8:30 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** FW: One-On-One / EEOC Case Number 435-2023-00395

Hi Paul,

==I have communicated to HR in writing and asked for reasonable accommodation, which is an interim solution to protect me from further discrimination/harassment/retaliation/exclusion/abuse from you and Rosie. GVR IT Management and GVR IT HR denied my request with no valid reasoning and instead put me under you while Rosie was out of the office to further exacerbate the EEOC violations.==
==With these notes, it's best to keep our communication to an absolute minimum and necessary.==

==Again, regarding AX related, I will contact you when the ideas have progressed to projects when we have something to discuss.== Thank you for understanding and please cancel the meeting for now.

Please note, if I was not yanked away from assigned "Demand Planning/PSI" projects by you and Rosie (maybe by Martina), which are already kicked off in January, I would have live projects to work on now.
By the way, why was I removed from assigned Demand Planning/PSI project that I worked on directly with Sebastian since last year?
I have the right to work on Data Analytic Projects as a hired Data Analytic PM. I was not hired and reassigned to support low-profile, low-visibility, non-critical, non-DA projects when we have many live DA projects. **I want my job back.**

In the meantime, I am working with numerous business partners to acquire strategically aligned projects and kaizen activities that I can contribute.
With my combined 20+ years in **Engineering, Supply Chain Management, Manufacturing, Operation, Quality, Sales, Marketing, Data Science, ML, and PMP** backgrounds, I know I can deliver positive impacts to Vontier and am fully aware that I am the only one with these combined credentials in GVR IT.

Regards,
Sohyon

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Wednesday, March 1, 2023 9:20 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: One-On-One

Hi SK,

We absolutely need to meet. If these projects are indeed in the idea exploration phase, then we need a meeting more urgently than ever. We can explore how you're spending your time. Are there ways you might help move your early-phase projects along? And if not, how can you shoulder in next to your peers and help them with their projects? As a side note, I look at your calendar and see that it's largely full. Are you overwhelmed with informal work? If so, I can help free you up from that.

There's a lot to talk about.

Thanks SK!

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 28**

G006588

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Tuesday, February 28, 2023 at 8:39 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: One-On-One

Hi Paul,

I am forwarding the PMO process.

- The listed items from your email are in the "Idea Exploration" phase (the red arrow is where we are)
- The ideas need will be converted into projects with management and funding approvals.
- We are **premature** for the project discussion because they are not "**projects**" yet.
- PMs prepare for projects and not ideas.

With these notes, shall we push our meeting till ideas have progressed to projects?



G006589

Regards,
Sohyon

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Monday, February 27, 2023 12:14 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: One-On-One

Hi SK,

I understand. Nonetheless, I'd like to discuss your preparation for these projects.

Thanks SK!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Monday, February 27, 2023 at 11:30 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: One-On-One

Hi Paul,

These are not yet kicked off.
The operation is focusing on PI and Shin Kaizen at this time.

Thanks,
Sohyon

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Monday, February 27, 2023 11:21 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: One-On-One

Hi SK,

According to my records, you have the following projects assigned to you.

- AX Usage Optimization - Kanban Rule Consolidation(Adv DA and IT Project)
- AX Usage Optimization - Rollout Phantom BOM and eliminate unnecessary Kanban Processing (Adv DA and IT Project)
- AX Usage Optimization - Additional backflush points throughout the manufacturing
- AX Usage Optimization - Convert Engineering BOM to Manufacturing BOM (Adv DA and IT Project)
- AX Usage Optimization - Transition from Lean Kanbans to Discrete Manufacturing

G006590

- AX Usage Optimization - Separate Production and AMO (DA and IT Project)

Is this your understanding as well?

Thanks SK!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Monday, February 27, 2023 at 11:16 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: One-On-One

Hi Paul,

Due to the "Demand Planning/Intelligent Supply Chain" projects I was assigned last May being pulled away from me last month by management, I currently do not have a live project to discuss.

With these notes, we are premature for our 1on1.

Please let me know your thoughts.

Regards,
Sohyon

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Monday, February 27, 2023 11:05 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: One-On-One

Hi SK,

It's a standard one-on-one meeting. Agenda is below.

- What is the status of projects assigned to you?
- Are you missing anything you need to be successful with these projects?
- How can I help you be successful with these projects?
- Is there anything else you would like to discuss?

Thanks SK!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root

G006591

Mobile: 336-553-7621

www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Monday, February 27, 2023 at 10:56 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: One-On-One

Paul,

Please send me the agenda.

Thank you,
Sohyon

-----Original Appointment-----
**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Monday, February 27, 2023 10:32 AM
**To:** Blaser, Paul; Warner, Sohyon
**Subject:** One-On-One
**When:** Thursday, March 2, 2023 1:30 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:**

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 263 378 764 957
Passcode: Ev3mEJ
Download Teams | Join on the web

**Join with a video conferencing device**
211617117@t.plcm.vc
Video Conference ID: 111 521 839 6
Alternate VTC instructions

Learn More | Meeting options

---

G006592

Message
_____

| | |
|---|---|
| **From:** | Schoultz, Martina [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ABEA1F47F78D4258A099DB5A699E21A7-MARTINA.SCH] |
| **Sent:** | 3/6/2023 1:23:33 PM |
| **To:** | Heuser, Emily [emily.heuser@gilbarco.com]; Blaser, Paul [paul.blaser@gilbarco.com] |
| **Subject:** | RE: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation |
| **Attachments:** | FW_ Introduction to Sohyon Warner.msg |

Hello both:

I spoke with Jason Lund this morning; he subsequently sent the mail attached.  Seems that SK has been reaching out to JP Carron, who has now directly said that the Ignite Cohort E is full.  This lady is sneaky.  So making such a statement to SK might not land well.  I also see in this exchange between the VBS team and SK, that she is trying to get back into the PSI "project", which is not a live project.  Jason did however say that the business must be able to support sending candidates.  In our case nominating SK for Ignite would mean we would have to bring on a contractor PM for Hani's One Jira project.  So, we cannot financially support it.

With that, how about a response along these lines:

Hi S.K.

Thank you for reaching out.  The reference you make to the Demand Planning / PSI "project", this is as you know at an idea stage and not a project.  The VDA team is heading up the business case build, but there are no guarantees that the case will be approved.  This especially given the cost constraints this year, and the likely high expense of the initiative.

In addition to the 6 high business priority SCM improvement projects (which are still at idea stage),  we have a Critical Few project in RS, with high visibility and exposure, which Paul has on his agenda to talk to you about in your next one-to-one.  This is project needs a dedicated and experienced PM.

Whilst I am delighted that you have taken an interest in participating in Ignite, this is not the time to sign up at such short notice.  If we were to support your participation in the cohort, we would have to onboard a contractor PM at unbudgeted additional cost, to lead the CF projects I am referring to.

I am however very supportive of the notion of IT staff participating in the Ignite program, and suggest that you discuss future Cohort Ignite opportunities and timings with your manager?

Many thanks,

Martina

Martina Schoultz
Chief Information Officer, GVR Global
Gilbarco Veeder-Root
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

---

**From:** Schoultz, Martina
**Sent:** Friday, March 3, 2023 15:17
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

Thank you, Emily,

G006621

I will do that.

Thanks,

Martina

**Martina Schoultz**
**Chief Information Officer, GVR Global**
**Gilbarco Veeder-Root**
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

---

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Friday, March 3, 2023 14:43
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

Hi Martina,

I would respond to SK's message and leave out if the class is full or not.  I would not copy anyone else on it, as it will just continue to escalate in my opinion.

Best,

Emily

---

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Friday, March 3, 2023 1:53 PM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

Hello both:

I have been playing IM "ping pong" with Jason L, he is out of the office today.  Ignite Cohort E is full, but he would squeeze in one for me, if I asked very nicely (which I am obviously not going to do...).

What are your thoughts – shall I send this out without the opportunity to speak with Jason L first?  And shall I copy Amy and Jason M as well?

Thanks!

Martina

**Martina Schoultz**
**Chief Information Officer, GVR Global**
**Gilbarco Veeder-Root**
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Friday, March 3, 2023 07:13
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** Re: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

G006622

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 35**

Agreed. It looks good. And it's almost guaranteed to elicit another email storm.

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Friday, March 3, 2023 6:34:08 AM
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Re: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

This response looks good to me.  I agree reaching out to Jason as well.

---

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Thursday, March 2, 2023 8:47:39 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** FW: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

I was thinking about something down these lines (need to validate from Jason Lund first that Cohort E is indeed full).

Thoughts?

Thanks,

Martina
--------------------------------------------------------------------------------------------------------------------------

Hi S.K.

Thank you for reaching out.  The reference you make to the Demand Planning / PSI "project", this is as you know at an idea stage and not a project.  The VDA team is heading up the business case build, but there are no guarantees that the case will be approved.

You are assigned to 6 high business priority SCM improvement projects.  I know that these are still at idea stage, but as they are of high value to the business, we have assigned you with lead them through business case generation to execution.  This is a key area of focus, and we cannot afford for the initiatives not to move ahead.  We have other Critical Few projects in RS, with high visibility and exposure, which Paul has on his agenda to talk to you about in your next one-to-one.

With that, this is not the time to sign up for Ignite.  We need to focus on key business priorities in the first instance.  In addition, the VBS Ignite Cohort E is full already.

May I suggest that you discuss future Ignite opportunities and timings with your manager?

Best regards,

Martina

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 35**

G006623

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 36**

**Martina Schoultz**
**Chief Information Officer, GVR Global**
**Gilbarco Veeder-Root**
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, March 2, 2023 13:04
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Jess Doherty <jess.doherty@vontier.com>
**Cc:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>; Morehead, Jason <jason.morehead@gilbarco.com>; Plasha, Amy <Amy.Plasha@vontier.com>
**Subject:** Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

Hi Martina and Jess,

Due to my assigned live "Demand Planning/PSI" projects that I worked on with Sebastian directly last year being no longer my projects by my management, I have no live projects to work on now.
Due to the reduction in force implemented late last year and early this year, it may push out the start date of AX projects further due to resource constraints.

With these notes,  I do have the capacity to participate in VBS Ignite Cohort E starting this month and be part of the FS Simplification (FPP).
VBS is impressed with my combined training and 20+ years of experience in Engineering, SCM, Manufacturing, Marketing, Quality, Data Science, F&A, and PMP to accurately diagnose the current gaps and opportunities in Vontier/GVR.
Also, interesting that they told me I should be part of PSI projects.

Please give me the green light to proceed.

Thank you,
Sohyon

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 36**

G006624

Message

| | |
|---|---|
| **From:** | Heuser, Emily [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E836833E1CD46618AFEA1401454447F-EH22099] |
| **Sent:** | 3/6/2023 4:57:23 PM |
| **To:** | Blaser, Paul [paul.blaser@gilbarco.com] |
| **CC:** | Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject:** | Privileged and Confidential: One on One Meetings |

Hi Paul,

Below is the email you will want to deliver to SK but tomorrow morning (make sure she has a couple of hours to read through it).  Then follow-up quickly with an agenda for the meeting and include a bullet on discussing working with Pat on key projects.

Please let me know if you have any questions or reach out if you need anything.

Best,

Emily

To: Soyhon Warner
From: Paul Blaser
Date: 03/06/2023
Subject: One-on-One Meetings

Sohyon,

On Thursday, March 2nd, 2023, at 1:30 pm ET we had our first one-on-one scheduled and you did not attend our scheduled meeting.  After the meeting, I received a communication from you on March 2nd at 6:01 pm ET stating that you refuse to meet with me.  I expect you and your team members to attend one on ones with me as your interim manager to ensure we are aligned on goals, communication, projects, development, and many other reasons. Attending one-on-one meetings is essential for our team and personal employee success, it is our customary business means of effective communication, and it is an expectation of performance to attend these.

It is my aim for us to meet regularly in order to advance our team interests and needs, and to provide support to you in your role.  If you continue not to attend this will lead to continued discipline of performance up to termination.  I look forward to helping you succeed and partnering on your projects.

I look forward to our one-on-one together tomorrow.  As you know, Emily will also be there to support us as our HR representative.

Best,


Paul Blaser

G006634

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 38**

Message
_____

| | |
|---|---|
| **From:** | Schoultz, Martina [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ABEA1F47F78D4258A099DB5A699E21A7-MARTINA.SCH] |
| **Sent:** | 3/24/2023 10:15:31 AM |
| **To:** | Heuser, Emily [emily.heuser@gilbarco.com] |
| **CC:** | Blaser, Paul [paul.blaser@gilbarco.com] |
| **Subject:** | RE: If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment. |

Thank you Emily,

Makes sense 😊.

Many thanks,

Martina

**Martina Schoultz**
**Chief Information Officer, GVR Global**
**Gilbarco Veeder-Root**
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

_____

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Friday, March 24, 2023 10:07
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment.

Martina,

Yes, I expected it as well.  I would hold on communication as we should wait to see if she attends the one on one to address.  Then I will loop back around with both of you on next steps.  Sound good?

Best,

Emily

_____

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Friday, March 24, 2023 10:02 AM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** FW: If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment.

Hi Emily,

Well, I was expecting a nastogram last night already, so it came a bit late against my expectations.  I don't think I have ever been called a racist, xenophobic, and misogynist in one breath.  Anyway, here's a draft response (looking for guidance if I need to respond? And, also a review of the draft below).

Many thanks,

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 38**

Martina

*Sohyon,*

*I provided a response to your earlier request of participating in this iteration of Ignite. We have a high profile, business critical initiative, that requires an experienced project manager. Your refusal to take on assigned project work is not acceptable. We do not have other capacity to oversee this critical project. The principle for participating in the Ignite program is that it does not impact the business's need. That is not the case here.*

*As an immigrant female over 40 myself, I resent your comments that the situation has any bearing on ethnical background.*

*The business has a need for a PM for a critical project. We must have a project manager assigned to lead that project. The business carry the cost of an additional contract PM, when we have a qualified professional not assigned to a key projects..*

*I would like to re-iterate that continued refusal to attend one-on-one meetings or to accept project management work is a refusal to meet the expectations of your role as a project manager on our team. Refusal to accept work assigned or refusal to attend scheduled meetings is insubordination that will result in disciplinary action, up to and including termination.*

Martina Schoultz
**Chief Information Officer, GVR Global**
Gilbarco Veeder-Root
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Friday, March 24, 2023 08:26
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Cc:** Jess Doherty <jess.doherty@vontier.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>; Morehead, Jason <jason.morehead@gilbarco.com>; Plasha, Amy <Amy.Plasha@vontier.com>
**Subject:** FW: If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment.

Martina,

Since GVR Management is not taking any preventive steps to separate the victim from the alleged harassers, I can only assume my case is getting stronger. I have been asking since 1/19/23.

I am currently underutilized due to illegal activities by GVR IT Management where I am blocked from rightful assignments. I want to document here that I provided several solutions to the issue including that I work on Ignite project for 12 weeks starting March and that you have blocked my request.

Regards,
Sohyon

**From:** Warner, Sohyon
**Sent:** Friday, March 24, 2023 8:23 AM

G006739

**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Cc:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>; Jess Doherty <jess.doherty@vontier.com>
**Subject:** If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment.

Paul,

I am attaching the emails from early this week to remind you that we already had communication regarding this; I requested the return of Data Analytic Projects to hired Data Analytic PM (me), respect for my boundary; you may lack the ability to pair up PMs to Projects due to lack of direct PM and industry experience and stop the harassment.

The pretext exists from 2022 to now, your ongoing abusive nature, GVR IT's refusal to protect me, and the EEOC investigation reasoning provided; we have been communicating via emails just fine, which confirms that you are forcing an unnecessary meeting and intent to harm.

The verbal intimidation is a violation of the Vontier Code of Conduct. You wrote an email to verbally intimidate me by threatening to fire me for issues that you caused. Any reasonable person will find your action pervasive and continual in abuse, discrimination, harassment, and retaliation.

- **Again, there are distinct differences in Vontier's Job Description for Non-Data Analytic PM vs. Data Analytic PM. Therefore, I am contractually different than other non-DA Project Managers**
  o I was hired as "Data Analytic Project Manager" per the offer letter due to my qualification.
  o Others in GVR IT PMO are "non-Data Analytic" Project Managers
  o RS project is not critical few Data Analytic, and it doesn't match my job scope.
  o RS project's PM is Cid.

- **Again, the current issues stem from your illegal doings including continual removal of hired (Asian Female over 40 years from South Korea) Data Analytic PM from "Data Analytic" Projects with no valid reason, and therefore, I have no live Data Analytic projects. In other words, if I was left to work on the "Core Data" and "Demand Planning" projects as planned and not discriminated, we don't need to converse and EEOC will not be investigating GVR/Vontier now.**
  o The root cause of all discrimination started when you gave my FTE job to Shawn, a white male contractor who lied about his PMP credential, unable to meet the "Data Analytic PM" JD requirement in May 2022. He worked with you at Truist. Shawn bragged to me that he was taking a bottle of whiskey to talk to you to get in your good side and let you know he worked with you int the past. Shawn was hired directly in July 2022.
  o You removed Dr. Porter and me from the "Core Data Lake" projects. You **removed two excellent performing minority females over 40** with a Data Science background and prevented them from mapping out and implementing Data Governance, including Data Quality and MDM.
  o You went out of your way to protect "Julia Furey" ( a white female under 40), stating that she is "Grandfathered in," implying that she will be treated with a different set of rules. She didn't produce any deliverables for the "Core Data" projects, including Business Requirements and Business logic that she was assigned. I am not the only one who is underwhelmed with this person.
  o I successfully moved the "Core Data" project from a state of dismal to an organized Agile project in April 2022, where I got kudos from the upper management during the Planisware report out.
  o You hired Ashely Kates, a white female under 40 with an associate degree only whose previous job title was "Process Analyst" as a GVR "Sr. Solution Architect" to perform MDM, where Dr. Porter and I were perfectly capable of delivering. She also worked with you at Truist. GVR is spending unnecessary labor expense for the capabilities we already had. It's recurring theme with you.
  o You removed me from the "Demand Planning" DA project assigned to me in May 2022 when the presentation I helped with was accepted, and the project was kicked off.

G006740

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 41**

o        Your actions showed that you had treated unqualified White People much better than Dr. Porter and me.  By showing preference for whites, you discriminated against socially disadvantaged but highly qualified minority females over 40 with STEM and Data Science backgrounds.

•        Again, You are forcing a contractual Data Analytic Project Manager to take on a non-Data Analytic Project while there are active Data Analytic projects and other non-Data Analytic PMs are available to take on the non-DA RS project.

•        If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor?

•        Again, you excluded, isolated, and ostracized me from GVR IT Data Analytic Peers and respected internal customers.
o        I was excluded from the Data Analytic planning workshop last and this year.
o        Per your email, you told me I have "no authority" to talk to anyone without your approval.  There is no corporate policy allowing you to treat me this way.

•        I am attaching the direct verbatim from EEOC.
o        **Job Assignments & Promotions ([https://www.eeoc.gov/racecolor-discrimination](https://www.eeoc.gov/racecolor-discrimination)) - It is illegal for an employer to make decisions about job assignments** and promotions **based on an employee's race, color**, religion, sex (including gender identity,          sexual orientation, and pregnancy), **national origin, age (40 or older)**, disability or genetic information. For example, an employer **may not give preference to employees of a certain race when making shift assignments and may not segregate employees of a particular national origin from other employees or from customers.**

Again, please let me know when I will get my DA projects back.

Regards,
Sohyon

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Wednesday, March 22, 2023 5:46 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** Regarding our one-on-one meetings

Hi SK,

As discussed previously, you need to attend our one-on-one meetings.  This is part of standard work expectations.  This is how we discuss plans, efforts and progress related to your assigned projects.  Since I began serving in the role as your manager, you have refused to attend any of the one-on-one meetings I have set with you, apart from the meeting regarding your compensation.  Your refusal to attend our one-on-one meetings impacts the ability for me to fully understand the project work and status of your projects and projects across the team, to assess how we are providing support to the business on these projects, and an opportunity to understand where you or others may benefit from support or direction.  You need to attend our next one-on-one meeting on Friday, March 24th, at which time we will discuss together the next steps on your assigned projects.

The One Jira project is a significant project for the Retail Solutions engineering team.  We must have a project manager assigned to lead that project.  Your refusal to serve as project manager for this project has the potential to delay the project.  It is critical that we discuss together this project assigned to you at your next one-on-one.  At that time, we can discuss your work on the project and any concerns.

**Exhibit A - Direct Evidence of Retaliatory and Discriminitory Animus - PAGE 41**

G006741

Please note that your further refusal to attend one-on-one meetings or to accept project management work is a refusal to meet the expectations of your role as a project manager on our team.   Refusal to accept work assigned or refusal to attend scheduled meetings is insubordination that will result in disciplinary action, up to and including termination.

Thank you,

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

G006742