| <INSERT JOB TITLE> | | |
|---|---|---|
| JOB INTAKE MEETING DOCUMENT | | |
| TALEO REQUIRED FIELDS | HIRING MANAGER FILL OUT FIELDS IN RED | |
| Create the Requisition | Log into Taleo > select **Recruiting** in left nav bar > select **REQUISITIONS** in top nav bar > select **Create Requisition** in upper right > select **Start from the beginning** > **Next** > select **Standard** > **Next** | |
| User Group (Opco) | Gilbarco Confidential | |
| Job Field  (Org) | Information Technology | |
| Hiring Manager | Rosanna Hurst | |
| Organization (Opco) | Gilbarco | |
| Location (City & State and/or Remote) | Remote/Going to Greensboro only if needed | |
| Requisition Title | Data Analytics Project Manager | |
| Internal Title (same as above) | Project Manager | |
| HR Leader (CHRO or VP of HR) | Martina Schoultz | |
| OpCo Senior Leader (President) | Aaron Saak | |
| User Group (Opco) | Gilbarco Confidential | |
| Recruiter | Susan Graye | |
| Hiring Manager | Rosanna Hurst | |
| Cost Center | 5002 | |
| Job Type | Regular | |
| Job Level (Select one) | Team Leader | |
| Target Start Date | 01/03/2022 | |
| Candidate Selection Workflow | Candidate Workflow - HireRight Process (Required Steps) | |
| EEO Job Category (US Reqs Only) | Professionals | |
|  | If not sure what to pick, review Category definitions: https://resources.workable.com/tutorial/eeo-categories | |
| RECRUITER GET COMP FROM CARIN STACY | MINIMUM | MIDPOINT | MAXIMUM |
| Compensation - Salary Base | $xxx,xxx | $xxx,xxx | $xxx,xxx |
| Compensation - Annual Bonus | | | |
| Compensation - Annual Equity | | | |
| Compensation - Sign on Bonus or Equity | | | |
| Overtime Status | Exempt | |
| Professional or Non-Professional | Professional | |
| Legal Entity Name | Vontier Employment Services LLC | |
| Req Approval Path Names | Rosanna Hurst > Jessica Doherty > Martina Schoultz | |
| Offer Approval Path Names<br><br>(Create the path appropriate for your Opco) | Rosanna Hurst > Jessica Doherty > Martina Schoultz<br><br>**GUIDELINES:**<br> • NO EQUITY OR ICP: Rosanna Hurst > Jessica Doherty > Martina Schoultz | |
| System Access<br>(Check boxes new hire will need access to)<br>(Modify for your Opco) | ☐ AX ☒ MS Visio ☒ MS Project ☐ FileMaker ☐ Pro Cadence ☐ Windchill ☐ AutoCAD ☐ VMWare ☐ Horizon ☐ Cisco Agent Desktop ☐ ClearCase ☐ ClearQuest ☐ Rightfax ☐ Snagit | |
| ADDITIONAL INFORMATION – RECRUITER FILL OUT | | |
| LDW Assessment (Online) | Online | |
| Requisition Number | | |
| Relocation Provided (No/Yes) | | |
| Open to Work Authorization Sponsorship? | | |

| EXTERNAL JOB DESCRIPTION |
|---|
| HIRING MANAGER FILL OUT \| RECRUITER TO REVIEW AND FINALIZE |
| **INTRODUCTION** |

Gilbarco is seeking a Project Manager to help support its Enterprise Global Program Management Office.

As the Data Analytics Project Manager at Gilbarco Veeder-Root, you will provide data analytics project management expertise supporting Global data analytics projects and programs. you will have the responsibility to manage, coordinate people and processes to ensure that data analytic projects are delivered on time, on schedule, and on budget.

You will report directly to the GVR's Director, IT Program Management office, ensuring that the work of the Global Program Management Office (PMO) adds value, is relevant to the strategy of the organization and the goals set for the PMO by executive management.

**WHAT YOU WILL DO (JOB RESPONSIBLITIES)**

- Build and manage the end-to-end project plan, and monitor/report progress. Effectively manage scope and dependencies. Identify risks and issues and proactively resolve/mitigate them. **Ensure that the project is delivered to time, cost, and quality**

- Ensure that business outcomes are defined, approved, and delivered. Be responsible for benefits realization, and ensure that benefits are delivered in the best way possible
- Communicate regularly and effectively with project stakeholders while supporting a global governance
- Manage Agile development sprints focused on building reporting, visualization reports, and analytics solutions
- This role is focused on supporting the GVR team to successfully implement and embed an innovative new agile delivery methodology and analytics function, in collaboration with the broader business
- Build comprehensive project budgets that break down development activities by workstream, task, and resource
- Maintain and present weekly status reports of the project to the GVR PMO and business partners
- Partner with clients to train and educate stakeholders on our analytics solutions, and PMO processes to ensure they are followed
- Articulate the value-add of the project's deliverable and activities to stakeholders
- Support the Lead Information Architect in the overall successful delivery of the program
- Responsible to update tool to include project plan for each engagement, risks, issues, manage the financials for each project, and provide reporting to management

### WHO YOU ARE (QUALIFICIATIONS)

- 5+ years of experience in this field
- Expertise of project management of data and analytics projects
- Highly proficient in Project Management principles, methods, techniques, and tools
- Experience working with agile/SCRUM
- Strong financial and people management skills
- High-level knowledge of BI architecture and data warehousing
- Understanding of data tools (i.e., SQL, SAS, R, and Python)

### WHO WE ARE

The world depends on Gilbarco Veeder-Root products to stay moving. We are the worldwide technology leader for retail and commercial fueling operations. We continue to evolve as smart cities, urbanization, electrification of vehicles, and advanced vehicle diagnostics drive the industry forward. Offering the broadest range of innovative, integrated solutions in the industry, Gilbarco Veeder-Root has delivered value, built extraordinary teams, and earned customer trust for more than 150 years. To learn more about us visit: www.gilbarco.com

### WHO IS VONTIER (The text below will automatically populate in Taleo – no input required on your part)

Vontier is a $3B global industrial technology company focused on smarter transportation and mobility. Our five operating companies—Gilbarco Veeder-Root, Global Traffic Technologies, Teletrac Navman, Matco Tools, and Hennessy Industries—are united by a powerful purpose: mobilizing the future to create a better world. Our portfolio of trusted brands includes market-leading expertise in mobility technologies, retail and commercial fueling, fleet management, telematics, vehicle diagnostics and repair, and smart cities. Vontier's pioneering solutions advance safety, security, efficiency, and environmental compliance worldwide.

Energized by our shared purpose and values, we have a strong culture shaped by a deep organization-wide commitment to inclusion, diversity, and equity (ID&E) and corporate responsibility. Eight vibrant global employee resource groups serve as powerful focal points for connection, community, and advocacy, and we actively support community causes through Vontier Cares. We offer flexible remote and in-person, open-space work options.

The Vontier Business System (VBS), our engine for success and our competitive advantage, powers every aspect of our business performance through a continuous improvement mindset. As we look to the future, we will continue to evolve VBS to prepare our teams for new challenges and opportunities, and to stay on the forefront of changing technologies through fast iteration and focused experimentation. To learn more about us visit: www.vontier.com.

| INTERVIEW COMMMITTEE HIRING MANAGER FILL OUT | | | | Stronger Together | | Driven to Win | | Reimagine Better | | Create What's Next | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Recommend 2 diverse interviewers | Title & Email | Time (min) | Collaborative | Inclusive | Accountable | Customer Driven | Champions of VBS | Self-Aware | Pioneering | Agile |
| Recruiter Pre-Screen | | | | Assign 3 competencies to each Interviewer | | | | | | | |
| Hiring Mgr. Interview | Rosanna Hurst | Director, IT Program Mgmt. Office (GVR) | 45 | | | × | × | | × | | × |
| Interviewer | Paul Blaser | Head of Enterprise Data & Analytics Portfolio | 45 | × | | × | | | | × | × |
| Interviewer | Kevin Isom | Senior Development Manager | 45 | | × | | | × | | | × |
| Interviewer | Luis Miranda | IT Director, AMERICAS | 45 | × | | | × | | | × | |
| Final Interviewer | Jessica Doherty | VP of HR | 45 | | × | | | × | × | | |

| JOB INTAKE MEETING |
|---|
| QUESTIONS FOR RECRUITER TO ASK THE HIRING MANAGER |

**EXHIBIT A - HIRING and PERFORMANCE - PAGE 2**

G000094

**EXHIBIT A - HIRING and PERFORMANCE - PAGE 3**

| | |
|---|---|
| Provide 3-8 pre-screening questions to put in Taleo | • Have you managed data analytics projects or programs?<br>• What is your experience managing agile projects/programs?<br>• Have you participated in data lake projects in the past? |
| Key Competencies to succeed in the role | • Monitors and manages project baseline to ensure activities are occurring as planned - scope, budget, and schedule – manages variances<br>• Analytical and problem-solving skills needed to manage multiple factors on a project simultaneously<br>• Demonstrate business analytics to manage and meet sponsor and customer needs |
| Top 3 must have requirements / qualifications? | • Advanced project management certification (PMP or similar certification)<br>• Data Analytics experience managing agile projects<br>• Communication skills-change management communications-data visualization<br>• Bachelor's Degree - Computer Science, Information Systems, Data Analytics, Data Systems and Services or another related field (Required) |
| Top 3 short-term goals? | • Build and execute Data Analytics Project Management concepts using an agile methodology<br>• Improve productivity and performance<br>• Learn the VBS culture and use it daily in the job |
| Diversity Mindset | • Focused on diversity and inclusion while working with Global stakeholders |
| Direct Reports<br>Size of Team<br>Titles of Reports | None to start off with<br>0 direct reports<br>N/A |
| Internal candidates to consider? | None |
| LINKEDIN RECRUITER JOB SEARCH DETAILS – RECRUITER FILL OUT | |
| Gender/Ethnic representation | Get data from Talent Neuron (Ask Nicole Learn to run a report for you) |
| Current or Past Job Titles | |
| Locations | |
| Open to Remote Work? | Yes |
| Skills & Assessments | |
| Companies | |
| Schools | |
| Year of Graduation | |
| Industries | |
| Keywords | |
| Employment Type | |
| Seniority | |
| Members Groups | |
| Seniority | |
| Keywords/Boolean | |
| Competitors | |
| Ideal Candidate Names | |

**EXHIBIT A - HIRING and PERFORMANCE - PAGE 3**

G000095

DocuSign Envelope ID: 92C6C49E-C80F-41D2-BA50-9B17C7E184ED

**EXHIBIT A - HIRING and PERFORMANCE - PAGE 4**



November 17, 2021

Sohyon Warner
Bloomfield Hills, MI 48304

Dear Sohyon:

We are delighted to offer you employment with Gilbarco Inc. (the "***Company***"). We are confident that your background and experience will allow you to make major contributions to the Company.  As we discussed, your position would be **Data Analytics Project Manager** based  Remote, reporting to Rosanna Hurst, Director, IT Program Management Office subject to periodic review.

Please allow this letter to serve as documentation of the offer extended to you.

**Start Date:**  Your start date with the Company will be: TBD

**Base Salary:**  Your base salary will be paid at the annual rate of $115,000, subject to periodic review, and payable in accordance with the Company's usual payroll practices.

**Incentive Compensation:** Effective January 1, 2022 you are eligible to participate in the Vontier Incentive Compensation Plan ("***ICP***") with a target bonus of 10% of your annual base salary, subject to periodic review.  Normally, ICP payments are made during the first quarter of the following calendar year. This bonus is based on a Company Financial Factor and a Personal Performance Factor which are determined each year.

**Benefits:**  You will be eligible to participate in all associate benefit plans that the Company has adopted or may adopt, maintain, or contribute to for the benefit of its regular exempt employees generally, subject to satisfying any applicable eligibility requirements.  You will be eligible to participate in our 401(k) retirement plan subject to the applicable plan.

**Vacation:**  You will be eligible for 3 weeks of vacation annually, which will be accrued at a rate of 4.62 hours per pay period.  In all other respects, your vacation benefits will be subject to Company policy.

**Undesignated Floating Holidays**: Per the current Company policy, you will be eligible for 2 float day(s) based on the following schedule in year one of hire/transfer.  In subsequent years, you will be eligible for float days according to Company policy.

> Hire in Q1: 2 days
> Hire in Q2: 1 days
> Hire in Q3: 0 day

**At-Will Employment:**  Nothing in this offer letter shall be construed as any agreement, express or implied, to employ you for any stated term.  Your employment with the Company will be on an at-will basis, which means that either you or the Company can terminate the employment relationship at any time and for any reason (or no reason), with or without notice.

**Conditions of Employment Offer:**  This offer of employment is expressly conditioned on your being legally authorized to work in the U.S. and your successful completion of a background and reference

**EXHIBIT A - HIRING and PERFORMANCE - PAGE 4**

G000096

DocuSign Envelope ID: 92C6C49E-C89F-41D2-BA50-9B17C7E184ED

check, a pre-employment/post-offer drug screen, and your execution and return of the following documents no later than the date stated in the acknowledgment section below:

- Criminal History Questionnaire.
- NSA
- Drug Screen Authorization & Consent
- Agreement Regarding Competition/Solicitation/Disclosure and the Protection of Proprietary Interests and the terms contained therein
- Certification of the Vontier Corporation Standards of Conduct
- Certification of Compliance of Obligations to Prior Employers

We anticipate that you will make a very strong contribution to the success of the Company and believe this is an excellent professional opportunity for you. We look forward to the opportunity to work with you as we pursue our very aggressive goals.

If there is anything we can do, please do not hesitate to contact me at rosanna.hurst@gilbarco.com.

Sincerely yours,

Rosanna Hurst
Director, IT Program Management Office

## Acknowledgement

Please acknowledge that you have read, understood and accept this offer of at will employment by signing and returning it to me, along with the above-referenced signed documents no later than Friday, November 19, 2021 and in no event after your employment start date.

_Soluyon Warner_
Signature

Date: 11/18/2021

G000097

**EXHIBIT A - HIRING and PERFORMANCE - PAGE 6**

**VONTIER**

## 2022 Accelerating My Success Form (Q2 Start) for SOHYON WARNER

### 2022 Accelerating My Success Plan

My Critical Few
Manage and deliver Financial AP/AR Solution Program (Medius Invoice Management, Payment Plus Credit Card Management, Paymode Check to ACH Management, Concur Travel and Expense Solution Management, and GSO AR Management), MES Pilot Project, and Material Demand Optimization Program on time, budget, and scope.

| On Track |
| --- |

Prioritized the 5 projects among finance solution programs based on urgency and resource availability. Created the project timelines. Coordinated with the external 3rd party service providers to ensure the progress of the projects. Initiated and led weekly Demand Material Release CFT. Updated BRD from V1.0 to V2.0 and provided the Manufacturing Procurement team with the instructions. Created MS Team Channels for each project and the document management structures. Based on GAAP, made a budget tracking item list and collected the results for the programs. Updated the Planisware the actual spend information.

---

### Goal Details

| My Goal | Manage and deliver Financial AP/AR Solution Program (Medius Invoice Management, Payment Plus Credit Card Management, Paymode Check to ACH Management, Concur Travel and Expense Solution Management, and GSO AR Management), MES Pilot Project, and Material Demand Optimization Program on time, budget, and scope. | Start | 02/28/2022 |
| --- | --- | --- | --- |
| Due | 12/31/2022 | My Impact to Date | Prioritized the 5 projects among finance solution programs based on urgency and resource availability. Created the project timelines. Coordinated with the external 3rd party service providers to ensure the progress of the projects. Initiated and led weekly Demand Material Release CFT. Updated BRD from V1.0 to V2.0 and provided the Manufacturing Procurement team with the instructions. Created MS Team Channels for each project and the document management structures. Based on GAAP, made a budget tracking item list and collected the results for the programs. Updated the Planisware the actual spend information. |
| Catch-Up Discussion Comments | 1. ROSANNA HURST 12/19/2022 SK stopped supporting this project upon her move to Vontier. She started to lay the foundation prior to | | |

**EXHIBIT A - HIRING and PERFORMANCE - PAGE 6**          G000099

her departure. Upon her return to GVR, she was assigned other projects that she was previously supporting

2. ROSANNA HURST
   12/16/2022
   This goal changed when SK moved to Vontier as it was taken over by a new PM

3. SOHYON WARNER
   06/16/2022
   Develop a high-level release plan for 2022 based on the successful completion of the EP gate, including detailed business requirements and resource availability during the IP phase. Created a high-level core data program release plan based on priority and regions to set up a fundamental baseline for the entire team to work off from. Designed the MS Team GVR IT Core Data Program to initiate document controls for the whole of the program and various projects underneath. Established and educated team members on Data Ingestion based on Gold/Silver/Bronze zones and provided optimal process flow and distinguishing team members' roles. Implement dimensions to each data lake zones and set quantitively and qualitative target KPIs. Successfully moved the programs to an agile environment. Defined Data Governance structure, including Master Data Management, Meta Data Management, and Data Quality Management. Create a Jira platform for core team members to utilize. Based on the program intake form and GVR IT PMO project ROI information, I created a budget tracking sheet for the program using GAAP. Provided insight to the Data Analytics group (Paul) so that he can strategically pursue additional funding as the program demands. (1/1/22~5/4/22)

---

My Critical Few
Program Manage Financial AP/AR Solution Program, MES Pilot Project, and Material Demand Optimization Program via Planisware.

> On Track

Identified the team members' structure within "Finance Application Consolidation - Medius and Concur" and separated the program into 5 specific projects. Populated Medius Invoice management, Payment Plus Credit Card Management, Pay mode Check to ACH Management, Concur Travel and Expense Solution Management projects in Planisware from ground zero. The transfer of "Finance Application Consolidation Program" related documents was uploaded to Planisware as historical information.

G000100

Case 2:24-cv-12333-GAD-APP    ECF No. 110-3, PageID.2908    Filed 03/24/26    Page 8 of 19

## Goal Details

| | | | |
|---|---|---|---|
| My Goal | Program Manage Financial AP/AR Solution Program, MES Pilot Project, and Material Demand Optimization Program via Planisware. | Start | 01/01/2022 |
| Due | 12/31/2022 | My Impact to Date | Identified the team members' structure within "Finance Application Consolidation - Medius and Concur" and separated the program into 5 specific projects. Populated Medius Invoice management, Payment Plus Credit Card Management, Pay mode Check to ACH Management, Concur Travel and Expense Solution Management projects in Planisware from ground zero. The transfer of "Finance Application Consolidation Program" related documents was uploaded to Planisware as historical information. |
| Catch-Up Discussion Comments | 1. ROSANNA HURST 12/16/2022 SK continue to support this initiative and working closely with Troy and stakeholders to start the project fully in 2023. A completed business case will be needed and approved prior to start this project, as well as in Planisware 2. SOHYON WARNER 06/16/2022 Successful Planisware adaptation and utilization by Core Data program team members. Attended all the Planisware training modules. Enter all the ideas into Planisware for management review on timing, resources sharing, and budget tracking. Upload all the training modules to the Core Data program MS team/General/Train/Planisware so the core team can conduct self-guided training as a reference. Provided training to the program's core team members. The Core Data Program split into 4 projects and was successfully populated with the "Financial Data Mart" being the priority and reported to the management.(1/1/22 ~ 5/4/22) | | |

My Critical Few

Incorporate GVR IT Agile methodology, VBS Agile Program Management foundation, Planisware process, and VBS Quality Management Systemv into Financial AP/AR Solution Program (Medius Invoice Management, Payment Plus Credit Card Management, Paymode Check to ACH Management, Concur Travel and Expense Solution Management, and GSO

On Track

EXHIBIT A - HIRING and PERFORMANCE - PAGE 9

AR Management), MES Pilot Project, and Material Demand Optimization Program..

Initiated Waterfall PMO structure for GVR following VBS gate system. Also created a WBS structure for team members to follow and apply the structure to actual projects to gather evidence for potential future auditing. Created for gate systems translator table to provide clarification to all other OpCos. Designed PMO waterfall templates and standards in GVR IT PMO for other GVR team members can reference. / Proposed to shadow Tracy Chambers to gain project knowledge. Implemented optimized program structure and CFT to monitor and lead the projects. / Initiated weekly CFT with SME to track progress to Helpdesk PCI V3.2 recertification effort and report to management.

## Goal Details

| | | | |
|---|---|---|---|
| My Goal | Incorporate GVR IT Agile methodology, VBS Agile Program Management foundation, Planisware process, and VBS Quality Management Systemv into Financial AP/AR Solution Program (Medius Invoice Management, Payment Plus Credit Card Management, Paymode Check to ACH Management, Concur Travel and Expense Solution Management, and GSO AR Management), MES Pilot Project, and Material Demand Optimization Program.. | Start | 01/04/2022 |
| Due | 12/31/2022 | My Impact to Date | Initiated Waterfall PMO structure for GVR following VBS gate system. Also created a WBS structure for team members to follow and apply the structure to actual projects to gather evidence for potential future auditing. Created for gate systems translator table to provide clarification to all other OpCos. Designed PMO waterfall templates and standards in GVR IT PMO for other GVR team members can reference. / Proposed to shadow Tracy Chambers to gain project knowledge. Implemented optimized program structure and CFT to monitor and lead the projects. / Initiated weekly CFT with SME to track progress to Helpdesk PCI V3.2 recertification effort and report to management. |
| Catch-Up Discussion Comments | 1. ROSANNA HURST 12/16/2022 SK has Incorporated GVR IT Agile methodology, VBS Agile Program Management foundation, Planisware process in her current role. She is a strong Agile PM and will continue to utilize her expertise in upcoming projects. 2. SOHYON WARNER 06/16/2022 Integrate PMO process, best practices, and gate systems into Core Data Program/projects and move from waterfall toward the agile environment, hybrid model. | | |

EXHIBIT A - HIRING and PERFORMANCE - PAGE 9

G000102

**EXHIBIT A - HIRING and PERFORMANCE - PAGE 10**

Incorporate PMI Waterfall methodology, VBS Agile Program Management foundation, Planisware process, VBS Quality Management System, and Standardized Global PMO Process into Core Data program/projects deliverables associated with horizon 2022. (1/1/22 ~ 5/4/22) / Created a high-level core data program release plan based on priority and regions to set a fundamental baseline for an entire team to work off. Designed the MS Team GVR IT Core Data Program to imitate document controls for the whole program and various projects underneath. Established and educated team members on Data Ingestion based on Gold/Silver/Bronze zones and provided optimal process flow and distinguishing team members' roles. Implement dimensions to each data lake zones and set quantitate and qualitative target KPIs. Successfully converted the programs into Agile by coaching the team on story creations and providing 5 project Jira platforms for team members. Also created Ad Hoc Jira platform to differentiate the non-project-related activities so that team can focus on funded projects.

**EXHIBIT A - HIRING and PERFORMANCE - PAGE 10**          G000103

Learning & Growth

## Initiate and establish data quality assurance for Bronze, Silver, and Gold zones throughout GVR.

On Track

Proposed zones to Core Data Program Owner. Produced Data Quality Assurance KPIs, Metadata management, distinguished Bronze, Silver, and Gold zones based on Quality Dimensions and Process Flow (1/1/22 ~ 5/4/22) / Looking for analytic data projects to implement.

## Goal Details

| | | | |
|---|---|---|---|
| My Goal | Initiate and establish data quality assurance for Bronze, Silver, and Gold zones throughout GVR. | Start | 01/04/2022 |
| Due | 12/31/2022 | My Impact to Date | Proposed zones to Core Data Program Owner. Produced Data Quality Assurance KPIs, Metadata management, distinguished Bronze, Silver, and Gold zones based on Quality Dimensions and Process Flow (1/1/22 ~ 5/4/22) / Looking for analytic data projects to implement. |
| Catch-Up Discussion Comments | | | |

## Q2 Catch-Up Results

Trending Toward

Leading Contributor

Demonstrated V-Core Behaviors

- ☑ Collaborative
- ☑ Inclusive
- ☑ Accountable
- ☑ Customer Driven
- ☐ Champion of VBS
- ☑ Self-Aware
- ☑ Pioneering
- ☑ Agile

Shout-out recognition / Feedback

SK has done a great job on adjusting to change since she joined our company. I am very proud of SK for owning her role and responsibilities with high regard, and for her willingness to help out in new projects without hesitation. SK has a lot of potential and I give you kudos for your Agile approach of managing projects, and daily activities as you display the sense of urgency required in any given situation.

Opportunities for Growth

When presented with any situation, bring options to the conversation with your manager and/or other stakeholders (at least 2 or 3) from your perspective.
Be patient when needed which will bring balance to your work/personal growth.
Communicate with confidentiality when meeting new team members.

## Q2 Employee Comments

G000104

| | |
|---|---|
| I'm Trending Toward | Exceptional Contributor |
| Briefly describe any additional contributions you made, outside of your goals, that you want your manager to know about | I am currently at "Leading Contributor." I have recommended the Big Data solution by producing a quality check process flow during the data ingestion to certify the data. Provided data quality KPI scoring strategy and thresholds. I have mapped out data governance strategy, including metadata management, and signed champions to produce standard work templates for data dictionaries, data catalogs, and data mapping templates. Provided guidelines and defined bronze, silver, and gold zones. Provided internal assessment on GVR capabilities on PCI recertification and recommended the solutions for management to make decisions. |
| What I need from my manager to accelerate my success | Allowing and aligning me to work on data-related projects where I can be fully utilized and be challenged. |

## Q3 Catch-Up Results

| | |
|---|---|
| Trending Toward | Leading Contributor |
| Demonstrated V-Core Behaviors | |

☑ Collaborative

☑ Inclusive

☑ Accountable

☑ Customer Driven

☐ Champion of VBS

☑ Self-Aware

☑ Pioneering

☑ Agile

| | |
|---|---|
| Shout-out recognition / Feedback | I recognize SK for returning to GVR and jumped in to support projects, such as Demand Planning. Troy is very pleased with her work and that means a lot |
| Opportunities for Growth | Continue to work on collaboration and alignment with Team's goals. |

## Q3 Employee Comments

| | |
|---|---|
| I'm Trending Toward | Exceptional Contributor |

**Without JD, I led Juxta ML Project – Recommend financially viable location and product offerings for the first proto mobile C-Store**
Created and Populated MS Team and Miro Boards structure and contents following the ML process. Delivered 1st sprint objective with above 70% probability and accuracy.
Liaison the business line to 3rd party ML firm as a **Product Owner, Program Manager, and Data Scientist.** Initiated Jira Agile backlog, active sprints, and release plan. Activated DS Peer Review to verify and confirm the vendor is on the right track and provide guidance. Initiated and led weekly CFT to align team members and remove roadblocks. Identified ongoing Data Quality issues from uncertified POS data from Snowflake. But able to clean and reach the agreements to delete uncertain data sets from the data frame to start the ML process. Directed the team complete the data cleaning, feature engineering, and model building.
Suggested the model include logistical regression setting the desirable outcome as 1. Produce hypotheses for ML project.

Briefly describe any additional contributions you made, outside of your goals, that you want your manager to know about

**PCI Recertification**
Although not a PCI expert, I led the project by performing a cost-benefit analysis and influenced management to determine the owners of tasks. I created and updated the timeline with tasks, owners, ECD/ACD, and relationships, initiated, and directed the meeting cadence, created MS Team Structure for the PCI project, and transitioned the project to Shawn. Reviewed K3DES and PSC Quotes and completed quote comparison with the recommended strategy to move forward and obtained the ok to proceed from Martina and David.

**Demand Release**

Initiate CFT to talk to business partners to find the root cause of the concerns. Produced and identified nine sub-processes that are part of the overall demand release process. To business owners to prevent them from jumping to solutions without proper root cause and gap analysis, I recommended the VBS Value Stream Management event. Also brought in Troy Morris to support the need for current AX usage gap analysis before adding or updating the current system. Initiated and coached for the team to complete the BRD. Requested Luis to complete the project intake form. Created and maintained MS team structure and uploaded the supported files. Transfer the program to Patricia.

What I need from my manager to accelerate my success

Allowing and aligning me to work on data architect and data science projects where I can be fully utilized and be challenged.

# 2022 Accelerating My Success Final Results

**2022 Overall Results:**

Leading Contributor

# Q4 Employee Comments

## EXHIBIT A - HIRING and PERFORMANCE - PAGE 14

I'm Trending Toward

Briefly describe any additional contributions you made, outside of your goals, that you want your manager to know about

Exceptional Contributor

**Collaborative -** Visual Brainstorming, Document and Idea Shared via Miro: Juxta Data Hub, Advance Analytics Initiatives, and Demand Planning excellence with the core team members. Task Management via MS Team. Video Conferencing and promotion of CFT by setting up a series of project relation conferences. Peer Training by mentoring selected Advance Analytics Team members in Golden Site Data Frame and Architecture Creation.

**Inclusive –** Organically found team members to include them in the projects and promoter of CFT.

**Accountable –** Proactive than reactive, produced the operational, engineering, SCM, Marketing, and Quality solutions that will result in profit margin maintenance for 2023. Communicate effectively and set clear expectations for the team. Courageous to speak up when required. For example, the lack of Data Quality in Snowflake, gap analysis on Data Quality in the Data Ingestion process in February, and lack of total costs to P&L assessment of the operation.

**Customer Driven –** With the anticipation of a decrease in revenues due to demand drop, reached out and interviewed Operation (Sebastian Hatch), Finance, Engineering (Numerous), Marketing (Sarah K), and Continuous Improvements (Wendy L) to seek out pain points and recommend solutions.

**Champion of VBS –** I am a data-driven, correct action problem solver using VBS methodology.

**Self-Aware –** With my proven capabilities from my experience with "World Class" manufacturing and engineering firms, I conducted an operational excellence gap analysis on GVR. I recommended company-level solutions for short-term, midterm, and long-term.

**Pioneering -** Being an out-of-the-box, creative, innovative thinker and doer, able to produce recommendations to bring all the silos and tribal knowledge into a common platform and pitched integration projects to executives due to my experience as a Product Engineer, Quality Engineer, BPO F&A Consultant, Buyer/Purchasing Manager, Manufacturing Quality, Sales Manager, DS Consultant, and PMP.

**Agile –** Although my projects are not SW development projects, I was able to apply Agile methodology to all my projects.

**Project-related accomplishments:**

- **PCI Recertification –** Created and maintained the information and evidence-gathering structure from 2Qtr. Partition the responsibility between Shawn and me to increase project management effectiveness. Creating an evidence structure to increase the efficacy of evidence showing in MS Team. Developed and process the project progression traceability with MS Team.
- **AX Usage Optimization to improve productivity - Participated and contributed to 3rd Party Vendor AX Assessment Workshop with the GVR team in November. Project Managing Argano Assessments and recommendations. Leading the feasibility assessment of the advice with IT, SCM, BI, and Operation departments.**
- **Advance Analytic Initiatives –** I was requested to join AA Initiatives Community. Understanding the MLOps cycle and required Data Architecture for the project completion, I lead the initiatives by promoting and mapping out the next steps with the Data Analysts and Data Scientists community from various OpCo and GVR departments.
- **Demand Forecasting and Planning Excellence –** Based on HBR forwarded by Sebastian Hatch, I created the project scopes and process for the program. Also included was the other department's contribution to the overall goal to cost saving initiatives. Produced the bird's eye view of the entire GVR strategy to support forecasting and planning accuracy and was shared with executives. Help Sebastian with the presentation slides. Overall, the GVR strategy includes multiple Data Science and Advance Analytic projects.

**Based on "Contribution Level" definition, I am already in Leading Contributor. I have demonstrated:**

## EXHIBIT A - HIRING and PERFORMANCE - PAGE 14

G000107

I seek information and have a learning mindset as a natural part of work.• When asked to take on new responsibilities, I accept the challenge with a positive mindset and deliver results.• I have a high output of work and are seen as a go-to person for your breadth and depth of knowledge and capabilities especially DS and ML.• I model behaviors to emulate and are perceived by others as highly reliable  • Learning is a natural part of my work and you have an "information seeker" mindset. • I seek out opportunities across several disciplines and business units to broaden your skillset. I support others in delivering excellent results, even when not directly related to your work, Golden Sites. •  You enhance our culture by integrating each V-Core behavior and take a broad perspective in how you do your work.

| | |
|---|---|
| What I need from my manager to accelerate my success | Requesting detailed objective 3Q feedback |
| Strengths | • Excellent documentation and communication skills<br>• Open creative thinking to develop new solutions<br>• Outstanding Agile experience and technically savvy<br>• Open to take risks and apply technology to deliver innovation |
| Shout-out Recognition / Feedback | • Kudos for your creativity regarding new solutions to implement in the future at GVR.<br>• Kudos for venturing to Vontier to support their data & analytics effort, and for returning to GVR and continue to support Demand Planning as Troy is very pleased with the work you are doing |
| Opportunities for Growth | • Continue to collaborate with our organization and stakeholders alike to achieve a common goal.<br>• Continue to learn and use VBS as it is our foundational tool.<br>• Follow our current PMO processes in all future ideas/projects while engaging appropriate leader (under Martina's organization) to support new ideas.<br>• Work on self-awareness as to how others perceive you since you represent our organization – this is how we evolve and grow. |
| Additional 2022 Result Comments (optional) | **Note:** A ServiceNow Ticket is open to allow me to enter **Q3 Rating** (comments have been added). Regardless I will list here to be safe: Leading Contributor |

## Career Next Steps

| | |
|---|---|
| Career Progression | Developing in Role |
| Career Actions | Engage |
| Briefly describe Career Action plan to Support, Engage or Challenge | 1. Demand Planning has components were IT is part of it. Match marketing behavior to Forecasting down to SKU level. This will match to supply chain mgmt.<br>2. Plan and compare actuals for Demand Planning |



3/7/2023

Dear Sohyon,

We navigated a challenging year together, and I am proud of what we accomplished in 2022. We delivered on our critical few priorities, welcomed innovative new companies to Vontier, and invested in our growth enablers of digital transformation, people, and sustainability.

Now we set our sights on the opportunities ahead, as we continue to drive our vision of smart sustainable solutions forward through VBS and our strong, inclusive culture. At Vontier we are Driven to Win, and I believe we are well positioned to win together. Your efforts have a direct impact on our shared growth and success, and I'm pleased to share your 2023 compensation summary.

Thank you again for your hard work in 2022. I'm grateful to have you as part of this great team and excited for the road ahead.

Mark Morelli
President & CEO
Vontier

**VONTIER**™ | We are mobilizing the future to create a better world.

5438 Wade Park Blvd., Suite 600 | Raleigh, NC 27607 | vontier.com



## *2023 Compensation Statement*

Sohyon Warner
GILBARCO

| 2023 Annual Merit Increase - (USD) | |
|---|---:|
| Prior Annual Salary: | 115,000 |
| Annual Merit Increase %: | 4.00% |
| Annual Merit Increase Amount: | 4,600 |
| **New Annual Salary:** | **119,600** |

| 2022 Incentive Compensation Plan (ICP) Award (USD) | |
|---|---:|
| **Eligible Incentive Earnings:** | 115,000 |
| Personal Performance Factor: | 100% |

| Plan Name | Incentive Target % | Start Date | End Date | Percentage of Year in Plan | Company Financial Factor |
|---|---|---|---|---|---|
| Global ICP Plan - GVR | 10% | 1/1/2022 | 12/31/2022 | 100% | 63% |

| **Total Bonus Payout:** | **7,245** |
|---|---:|

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 6/20/2022 5:26:06 PM |
| **To:** | Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **CC:** | Blaser, Paul [paul.blaser@gilbarco.com] |
| **Subject:** | Sohyon Warner Update |

Hi Martina,

Hope your day is going well.
The purpose of my email is to provide you an update regarding a conversation that I had with Sohyon Warner (SK) last week (4/16) during our 1-2-1.

After an extensive conversation regarding her current projects, SK seemed happy supporting Luis on the upcoming Demand Planning and working with Troy on two Programs/Projects. However, I could sense/hear apprehension in her answers.
Thus, I asked her if doing work other than Data & Analytics is what she wants to do (I did this on purpose based on earlier conversation I had with Luis regarding her role in his Demand Planning Program). She explained that she really wants to be in a Data & Analytics PM role since that is the path she wants to follow. This tells me that at some point we may lose her.

To help her be successful within our Company, I sent a meeting invite to Robert Steffler for Wednesday 22 June at 4pm to socialize a possible need in either Matco or Vontier for such a resource (however, I never mentioned SK's name in the invite) since I would like to have the conversation directly with him and not via email. I will keep you posted.

I think SK is very talented in many ways and will do my best to keep her in the company if possible. Regardless, I want you to know in case Robert reaches out to you or Paul (copied).

Thanks,
Rosie

*Rosanna Hurst*
Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com | 919-306-7406



We are mobilizing the future
to create a better world.

**EXHIBIT A - HIRING and PERFORMANCE - PAGE 19**

---

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 8/19/2022 12:47:53 PM |
| **To:** | Warner, Sohyon [sohyon.warner@gilbarco.com] |
| **CC:** | DeLaRosa, Pablo [pablo.delarosa@vontier.com]; McMurray, William [william.mcmurray@vontier.com]; Staub, Frederick [frederick.staub@vontier.com]; Sheedy, Michael [michael.sheedy@vontier.com]; Kim, Hongseok [hongseok.kim@vontier.com]; McClellan, Shawn [shawn.mcclellan@gilbarco.com] |
| **Subject:** | Re: Meeting Minutes : PCI V3.2 Recertification Touchpoint on 8/19/22 |

Outstanding SK!

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Friday, August 19, 2022 12:29:56 PM
**To:** McIntosh, Peter <Peter.McIntosh@vontier.com>; Coombe, Dave <dcoombe@veeder.com>; Welch, Bruce <bruce.welch@gilbarco.com>; Sobers, Larry <larry.sobers@vontier.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>; Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>; Kelly, James <james.kelly@gilbarco.com>; Fleming, John <jfleming@veeder.com>
**Cc:** DeLaRosa, Pablo <Pablo.DeLaRosa@vontier.com>; McMurray, William <William.McMurray@vontier.com>; Staub, Frederick <Frederick.Staub@vontier.com>; Sheedy, Michael <Michael.Sheedy@vontier.com>; Kim, Hongseok <Hongseok.Kim@vontier.com>; McClellan, Shawn <Shawn.McClellan@gilbarco.com>
**Subject:** Meeting Minutes : PCI V3.2 Recertification Touchpoint on 8/19/22

Attendees: Dave Coombe, Martina, Larry, Rosie, Bruce, James, Michael, Dave, Hongseok, Shawn

Key Items Discussed:
- PSC and K3DES Kicked Off
- Established the ownership
- Reviewed the PCI Functions, Previous Owner, and Identified the Current Owners
- Commitment Hours/Week to be completed

| Function | Previous Owners | Current Owners | Commitment Hours / Week |
|---|---|---|---|
| Network | Chris Billings | Fred Staub | |
| Platform | Jared Black / Keith Lejoie | William McMurray | |
| Compliance (Security) | Clain Anderson | Pablo DeLaRosa | |
| EUC (End User Computers) | Keith Lejoie / Marc Robinson | Greg C (Primary) / William McMurray / Andy Payton | |
| Facilitation | James Kelly | James Kelly | |
| Project Manager | John Scott | Sohyon Warner --> Shawn McClellan | |

- The current owners will raise Service Tickets
- Escalation process
- Reach out to the functional head
- After the scope discussion and the pre-meeting with PSC, the interview schedule will be provided.

Regards,
Sohyon Warner

---

**EXHIBIT A - HIRING and PERFORMANCE - PAGE 19**