**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 1**

**Wonder <sohyon.warner@gmail.com>**

## FW: Meeting Minutes : Data Lake Project Weekly Status Meeting on Feb 09, 2022
1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>                    Thu, Oct 13, 2022 at 3:18 PM
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

**From:** Warner, Sohyon
**Sent:** Friday, February 11, 2022 4:15 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: Meeting Minutes : Data Lake Project Weekly Status Meeting on Feb 09, 2022

Will do!

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Friday, February 11, 2022 4:14 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Meeting Minutes : Data Lake Project Weekly Status Meeting on Feb 09, 2022

Please Do Not schedule anything with Paul or Kevin until you and I talk on Monday. Thanks, and take care my Dear SK!

Rosie

*Rosanna Hurst*

Director, IT Program Management Office & Vendor Management

Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com | 919-306-7406



**From:** Hurst, Rosanna
**Sent:** Friday, February 11, 2022 4:13 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** FW: Meeting Minutes : Data Lake Project Weekly Status Meeting on Feb 09, 2022

FYI

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 1**

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 2**

*Rosanna Hurst*

Director, IT Program Management Office & Vendor Management

Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com | 919-306-7406



---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Friday, February 11, 2022 1:50 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** Re: Meeting Minutes : Data Lake Project Weekly Status Meeting on Feb 09, 2022

Agreed Rosie. I gave SK a heads up that I couldn't make it and gave her the option to move it.

Be happy to talk more about our meeting cadence. Frankly, I think some of these whole-team meetings are just a little bit premature. As a group, we're still coming to terms with what our projects like and how they should be represented from a WBS perspective.

Thank you Rosie, and have a GREAT weekend!

Paul Blaser

Enterprise Information Architect

Global IT

Gilbarco Veeder-Root

Mobile: 336-553-7621

www.gilbarco.com

---

 **From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Date:** Friday, February 11, 2022 at 12:00 PM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** FW: Meeting Minutes : Data Lake Project Weekly Status Meeting on Feb 09, 2022

Hi Paul,

I just read the meeting minutes listed below, but I don't see you as part of this call at all. I can only assume you were tied up in another call.

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 2**

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 3

I must admit that I am sending this email out of respect, and a bit concern since you are the head of this Core Data Lake project.

At the end of the day, I want to ensure that we are successful as your good name and mine are tied to it, as well as SK/Martina.

I'll ask SK to schedule a call next week with You, Kevin, and me to align regarding this initiative and be "One Together".

Respectfully yours,

Rosie

*Rosanna Hurst*

Director, IT Program Management Office & Vendor Management

Gilbarco Veeder-Root | Rosanna.hurst@gilbarco.com | 919-306-7406



We are mobilizing the future
to create a better world.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, February 9, 2022 1:47 PM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>; Posada, Raul <raul.posada@gilbarco.com>; Furey, Julia <julia.furey@gilbarco.com>; Cruise, Starr <Starr.Cruise@gilbarco.com>; Porter, Tanya <tanya.porter@gilbarco.com>; Isom, Kevin <kevin.isom@gilbarco.com>; Lakkadi, Yeshpal <ylakkadi@gilbarco.com>; Subramanian, Rama <Rama.Subramanian@gilbarco.com>; Kalvane, Ieva <Ieva.Kalvane@gilbarco.com>
**Cc:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>; Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Meeting Minutes : Data Lake Project Weekly Status Meeting on Feb 09, 2022

Attendees:

| Meeting Summary | | | |
|---|---|---|---|
| Total Number of Participants | 8 | | |
| Meeting Title | Data Lake Project Weekly Status Meeting | | |
| Meeting Id | cf530777-c6c6-4a6c-8d92-17702f62e3e7 | | |
| | | | |
| Full Name | Join Time | Leave Time | Duration |
| Warner, Sohyon | 2/9/2022, 10:28:11 AM | 2/9/2022, 11:29:51 AM | 1h 1m |
| Porter, Tanya | 2/9/2022, 10:28:24 AM | 2/9/2022, 11:29:47 AM | 1h 1m |
| Lakkadi, Yeshpal | 2/9/2022, 10:28:29 AM | 2/9/2022, 11:29:51 AM | 1h 1m |
| Furey, Julia | 2/9/2022, 10:28:32 AM | 2/9/2022, 11:01:45 AM | 33m 12s |
| Kalvane, Ieva | 2/9/2022, 10:29:02 AM | 2/9/2022, 11:29:49 AM | 1h |
| Cruise, Starr | 2/9/2022, 10:30:42 AM | 2/9/2022, 11:29:48 AM | 59m 5s |
| Isom, Kevin | 2/9/2022, 10:31:00 AM | 2/9/2022, 11:29:49 AM | 58m 48s |
| Posada, Raul | 2/9/2022, 10:35:49 AM | 2/9/2022, 12:12:00 PM | 1h 36m |

Key points discussed:

1. Current Gates/Checkpoints/Phases Comparison

    a. CFT to agenda will vary until the official Program Kick-Off

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 3

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 4

b.    The team decided to proceed with the two separate CFTs per week.

> i.    HFM
>
> ii.    ERP/FSM

1. Planisware Idea and Project Stages – Still not frozen

a.    Planisware rollout in March

b.    PM to train the rest of the team.

1. Reviewed CDL Preliminary Gates List per Planisware and VBS – will be updated per any changes to Planisware
2. High-Level Release Plan (In Progress)

a.    Paul to add more details – EOD 2/11 per Paul

1. Detail Level Project Plan (In Progress) – Attaching the EP phase for review but need to re-calibrate

a.    Status Updates with Team – Will be tracking planned vs. actual delivery dates to establish a baseline for the rest of the regions.

| % Complete | Task Name | Resource Names |
|---|---|---|
| 12% | **Plan Project (EP - Exploratory Check Point)** | |
| 19% | **Initiate Business Case** | **Project Owner** |
| 5% | Review Existing Business Information | Paul |
| 30% | Identify Business Case Interviewees | Paul |
| 10% | Conduct Focus Sessions | Paul |
| 17% | Conduct Individual Interviews | Paul |
| 10% | Identify and Quantify Data Lake Benefits | Paul |
| 50% | Estimate Data Lake Project Cost | Paul |
| 25% | Perform Cost/Benefit Analysis | Paul |
| 50% | Determine Data Lake Critical Success Factors | Team |
| 25% | Determine Data Lake Critical Success Inhibitors | Team |
| 25% | Document Project Assumptions | Team |
| 25% | Document Business Case | Paul |

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 4

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 5**

| | | |
|---|---|---|
| 6% | **Define Project** | |
| 6% | Determine Project Objectives (Charte / Intake?) | Paul, Rosie? |
| 3% | **Conduct High Level Assessment** | |
| 25% | Business requirements (BRD) | Julia F, Shawn M |
| 5% | Functional requirements (BRD) | Julia F, Shawn M |
| 0% | Architecture Assessment | Yeshpal, Raul |
| 0% | Security Assessment | Srikant Mikkilineni? |
| 0% | Infrastructure Assessment | TBD |
| 0% | Resource Availability | TBD |
| 0% | Risk Assessment (intake form?) | Paul, Rosie? |
| 25% | **Obtain Project Idea Approval** | |
| 25% | ITLT Review | Paul |
| 0% | Finance Approval | Sponsors |
| 25% | Move to IP | PMO |

6. Next Steps (On future agendas)

    a. Initiate and Complete Team Role Definition – The need for deep-dive identified
    b. Update RASIC per Project Plan - Focus on EP and IP for now
    c. Initiate Project KPIs – will deep dive next week

I am attaching the presentation from our meeting for your record and review.

Cheers!

Sohyon

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 5**

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 6

-----Original Appointment-----
**From:** Warner, Sohyon
**Sent:** Thursday, January 20, 2022 10:44 AM
**To:** Blaser, Paul; Warner, Sohyon; Posada, Raul; Furey, Julia; Cruise, Starr; Porter, Tanya; Isom, Kevin; Lakkadi, Yeshpal; Subramanian, Rama; Kalvane, Ieva
**Subject:** Data Lake Project Weekly Status Meeting
**When:** Wednesday, February 9, 2022 10:30 AM-11:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Hello all,

Please join.

BR,

SK

---

# Microsoft Teams meeting

**Join on your computer or mobile app**

Click here to join the meeting

**Join with a video conferencing device**

211617117@t.plcm.vc

Video Conference ID: 117 898 938 7

Alternate VTC instructions

**Or call in (audio only)**

+1 929-229-5406,,875864938#   United States, New York City

Phone Conference ID: 875 864 938#

Find a local number | Reset PIN

Learn More | Meeting options

---

*Please be advised that this email may contain confidential information. If you are not the intended recipient, please notify us by email by replying to the sender and delete this message.*

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 6

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 7



EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 7

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 8

 **Gmail**

SI

## FW: Requesting Information

1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

**From:** Cruise, Starr <Starr.Cruise@gilbarco.com>
**Sent:** Monday, April 11, 2022 3:59 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Requesting Information
**Importance:** High

Sohyon, I finally read this absolutely unbelievable email chain.  Are you kidding me??????  So shall I just run with this
the call and Varuna told me I was looking at it correctly.  I think Shelli (sp?) is challenging to work with, but I did have t
the intuitive dashboard data the Jason's group wanted as well.  I think I have some good resources and relationships
at least produce something.  Only AX is assigned to me currently, but it again all overlaps.  Just let me know, as this s
done, but Julia and Shawn are not analysts.

Thank you,

Starr

Data Analyst/BI Report Developer

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, April 11, 2022 1:58 PM
**To:** Cruise, Starr <Starr.Cruise@gilbarco.com>
**Subject:** FW: Requesting Information

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 8

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 9**

**From:** Furey, Julia <julia.furey@gilbarco.com>
**Sent:** Monday, February 28, 2022 1:43 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; McClellan, Shawn <Shawn.McClellan@gilbarco.com>; Blaser <paul.blaser@gilbarco.com>
**Subject:** RE: Requesting Information

@Blaser, Paul – Please advise how to move forward with this request.

Thank you,

Julia Furey

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, February 28, 2022 9:44 AM
**To:** McClellan, Shawn <Shawn.McClellan@gilbarco.com>; Furey, Julia <julia.furey@gilbarco.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Requesting Information

Hi Shawn and Julia,

Would you upload the LBO files to the link below?

 Business Requirements

Thank you,

Sohyon

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 9**

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 10**

**From:** McClellan, Shawn <Shawn.McClellan@gilbarco.com>
**Sent:** Friday, February 25, 2022 1:07 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Furey, Julia <julia.furey@gilbarco.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Requesting Information

Thanks for following up SK – we are still working on these.  I'll try and give you an updated ETA Monday.

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Friday, February 25, 2022 12:56 PM
**To:** McClellan, Shawn <Shawn.McClellan@gilbarco.com>; Furey, Julia <julia.furey@gilbarco.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Requesting Information

Following up…

Hello all,

I recalled that NA LBOs are due today.

Please let us know the status.

Thank you,

Sohyon

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Monday, January 31, 2022 5:25 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; McClellan, Shawn <Shawn.McClellan@gilbarco.com>; Furey, <julia.furey@gilbarco.com>
**Subject:** Re: Requesting Information

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 10**

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 11

Let me chat with Julia and I'll get back to you on timing.

Paul Blaser

Enterprise Information Architect

Global IT

Gilbarco Veeder-Root

Mobile: 336-553-7621

www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Monday, January 31, 2022 at 12:59 PM
**To:** McClellan, Shawn <Shawn.McClellan@gilbarco.com>, Blaser, Paul <paul.blaser@gilbarco.com>, Furey <julia.furey@gilbarco.com>
**Subject:** RE: Requesting Information

Hi Shawn,

It's Sohyon

The ingestion project will move forward in batch mode per ERP.  I don't agree with the approach you wrote below.

When can we have NA AX ERP system info?

SK

---

**From:** McClellan, Shawn <Shawn.McClellan@gilbarco.com>
**Sent:** Monday, January 31, 2022 12:56 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>; Furey, Julia <julia.f
**Subject:** RE: Requesting Information

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 11

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 12

Soyhan –

As mentioned, much of the data has been gathered however not all.  The next step is to review what we have and det
outstanding data required.  In order to ensure we don't piecemeal this data please allow some time for it to be comple
be provided in its entirety.

Shawn

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, January 31, 2022 12:15 PM
**To:** McClellan, Shawn <Shawn.McClellan@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>; Furey, Julia <ju
**Subject:** RE: Requesting Information

Shawn and Julia,

Based on the email, we have NA information already, would you please forward the information now?

Cheers,

SK

---

**From:** McClellan, Shawn <Shawn.McClellan@gilbarco.com>
**Sent:** Monday, January 31, 2022 10:34 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>; Furey, Julia <julia.furey@gilbarco.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Requesting Information

Hey Paul – the most important thing is we are all on the same page and I see we are.

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 12

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 13

Julia and I just had a very productive call and the plan here is multi fold as follows:

1. Julia has much of the North America information already and is working on gathering the final info which include correct me if I am wrong) Insight 360.
2. The plan is for us to first gather everything for North America, and then we can prioritize in our planning meeting country/region(s).
3. Julia and I will schedule meetings Monday, Wednesday and Fridays for now to get our cadence on this informa as a whole as she and I will work together to build out the BRD and associated documents.

Please let me know if this direction fits into the current plans we are creating for this project.

Thanks,

Shawn

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Monday, January 31, 2022 10:13 AM
**To:** McClellan, Shawn <Shawn.McClellan@gilbarco.com>; Furey, Julia <julia.furey@gilbarco.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: Requesting Information

…or I could just read Shawn's email and say, "what he said."

Thanks Shawn!

Paul Blaser

Enterprise Information Architect

Global IT

Gilbarco Veeder-Root

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 13

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 4/20/2022 4:43:44 PM |
| **To:** | Warner, Sohyon [sohyon.warner@gilbarco.com] |
| **Subject:** | RE: Bi-weekly data mart meetings |

Absolutely. You know that I will keep you posted regarding anything that touches Data & Analytics.
Wishing you a good rest of your day. Hugs.
Rosie

*Rosanna Hurst*
Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com | 919-306-7406



We are mobilizing the future
to create a better world.

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, April 20, 2022 4:41 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: Bi-weekly data mart meetings

Ok, sounds good. Thank you for letting me know.

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Wednesday, April 20, 2022 4:21 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** FW: Bi-weekly data mart meetings

Only FYI – do not address with Paul until we socialize it – just to be on the same page.
Glad to see this email from Martina though.

Thanks,
Rosie

*Rosanna Hurst*
Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com | 919-306-7406



We are mobilizing the future
to create a better world.

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Wednesday, April 20, 2022 4:15 PM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>; Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** Bi-weekly data mart meetings

Hi Paul,

I am sorry I missed the meeting tonight, I was actually out for dinner with Jeff.

Jason suggested that as we are into running sprints now, it is a good time to bring SK in to start managing the bi-weekly meetings going forwards.  I agree it is a good time to do so.

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 14**

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 15

 Gmail

Wonder <sohyon.warner@gmail.com>

## FW: PMO

1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

Fri, Apr 22, 2022 at 9:14 AM

**From:** Jenkins, Varuna <vjenkins@veeder.com>
**Sent:** Wednesday, April 20, 2022 4:53 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** FW: PMO

FYI

Thanks,

Varuna

**From:** Morehead, Jason <jason.morehead@gilbarco.com>
**Sent:** Wednesday, April 20, 2022 4:50 PM
**To:** Jenkins, Varuna <vjenkins@veeder.com>
**Subject:** FW: PMO

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Wednesday, April 20, 2022 4:15 PM
**To:** Morehead, Jason <jason.morehead@gilbarco.com>
**Subject:** Re: PMO

Hi Jason,

Apologies for missing the meeting tonight, I was out for dinner with Jeff. I agree that now is the time to bring in the PMO to run the sprint meetings with us.

I will bring SK (D&A PMO) for our next session.

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 16**

Many thanks,

Martina

Get Outlook for iOS

*Sent from my smartphone - apologies for any typos*

---

**From:** Morehead, Jason <jason.morehead@gilbarco.com>
**Sent:** Wednesday, April 20, 2022 8:14:10 PM
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** PMO

Martina,

Now that we are in sprint structure for the Finance Datamart I think it makes sense to start having the PMO lead in our bi-weekly meetings. I want to make sure we are getting to more structure here. You good with adding her for the next one and going forward.

Thanks,

Jason

---

*Please be advised that this email may contain confidential information. If you are not the intended recipient, please notify us by email by replying to the sender and delete this message.*

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 16**

Message
_____

| | |
|---|---|
| From: | Warner, Sohyon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F5C09EBE70A4670855FD0E8606E483D-SW32524] |
| Sent: | 4/28/2022 12:55:49 PM |
| To: | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| Subject: | MS thread between Paul and I |

Hi Rosie,
I am attaching the thread. Talk to you soon.

Friday, April 22, 2022

Blaser, Paul   4/22/2022 12:06 PM
Why are you and Dr Porter talking to people in Vontier about enterprise data strategy?

4/22/2022 12:08 PM
??? I have not talked to anyone in Vontier. not understanding your question.

Blaser, Paul   4/22/2022 12:10 PM
Apparently, the two of you have meetings coming up to discuss enterprise data or centralized data initiatives?

4/22/2022 12:10 PM
??? what meeting? I have no invite nor sent an invite.

can you give me some context here? I am puzzled.

Blaser, Paul   4/22/2022 12:13 PM
Leadership in Vontier and GVR get irritated with me when people who aren't Raul or me start bothering them about enterprise data.

Just to be clear, we no longer have a "data team," and that Starr, Ieva, and Dr Porter are assigned 100% to specific scrum teams, and none of the three of them should be distracted from their focused work by meetings/conversations/projects that have to do with enterprise data?

Does that make sense?

4/22/2022 12:33 PM   Edited
??? Did you tell them explicitly that they can't talk to Vontier about Enterprise Data? If not, I would recommend that you do. BTW, Is it possible that Vontier may reach out to Dr. Porter and not the other way around? You made assumptions, and it sounded accusatory. Again, I am not understanding your questions. I am very confused.

Blaser, Paul   4/22/2022 12:45 PM
My apologies. I didn't mean to sound accusatory. I'm in the middle of two other conversations, and when this question came up, I reached out.

From my perspective, anyone can talk to anyone. I'm not at all asserting that the team can't talk to Vontier or to anyone else for that matter. And I sincerely hope that everyone on the team is using the folks in Vontier as peers and mentors.

As a courtesy, I'd appreciate it if any of us who need it could have a heads up about topics or conversations that are likely to come back around. As you're aware, it can be disconcerting to be approached with questions that you're not prepared to answer.

As you and I have discussed several times, the team is immature from an enterprise perspective. I appreciate your continued leadership with their development.

Again, sorry if I came across as curt. As I said, I'm multitasking (badly).

4/22/2022 12:59 PM
I understand. We did talk about Enterprise Data. No worries. I got your back. For this particular instance, I don't know what happened. Therefore, I couldn't give you a heads up. I will give you a heads up if I expect that there will become back around
🙂

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 17

Message

| From: | Warner, Sohyon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F5C09EBE70A4670855FD0E8606E483D-SW32524] |
|---|---|
| Sent: | 4/28/2022 4:21:14 PM |
| To: | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| Subject: | FW: Meeting Minutes: 1on1 - Few open items based on emails and the format for Jason per Varuna's input. |

Let's talk tomorrow.

From: Warner, Sohyon
Sent: Thursday, April 28, 2022 4:21 PM
To: Blaser, Paul <paul.blaser@gilbarco.com>
Subject: Meeting Minutes: 1on1 - Few open items based on emails and the format for Jason per Varuna's input.

Hello there,
I am documenting so that we can track our open items and risk.

- Team documentation deliverables agreed on 3/23 CFT and the status

c. In Scope: Need to complete the "Champion", "ESD", and "ECD" columns.
i.

| North America | Champion / Lead | ESD (Estimated Start Date) | ECD (Estimated Completion Date) | Comments |
|---|---|---|---|---|
| 1 Infrastructure | Paul/Peter M/Sohyon | 03/18/2022 | 03/31/2022 | Infrastructure Assessment |
| 2 Process flow documentation with QA checkpoints | Paul/Tanya/Sohyon | 03/09/2022 | 04/08/22 | |
| 3 Template documentation for ingestion process (via VBS platform? Data Governance) | | | | (For baseline template standardization and processes) / GTC? As a good example |
| a. Business glossary | Check if bus glossary already exist, Champion will be assigned later / Start with Amy Hardcastle / Paul to reach out | Already Initiated | | Business Terminologies built into a dictionary for our usage / not linked to ERP system but base on departmental / a collection of data related terms described in a clear language that everyone in an organization can understand |
| b. Data dictionary | Raul / Tanya | Already Initiated | Considered done | Business glossary into data dictionary to integrate / An Enterprise data dictionary / the format is OK for now |
| c. Source to target data map (ERP → S3 → Snowflake) | Raul / Starr | Already Initiated | Considered done | List of Data dictionary / SMS / target (Park) for database / the template exist / Revisit if time permits |
| d. Data profiling | Tanya (w/ Paul and Raul) | Already Initiated | End of April | Metadata, data about data? Further defining of data profiling is required. As an example, data classification to security implication / Standardized Jupyter Notebook / the process of reviewing source data, understanding structure, content and interrelationships, and identifying potential for data projects |
| e. Data Catalog | Tanya | Already Initiated | Considered done | For Dashboard that integrates bus glossary perspective |
| f. QA Test Plans | Starr (Tanya/Michelle) | 3/23/22 | End of April | Success criteria will be clearly stated. |
| g. Data Classifications (privacy, metadata management, compliance) | Srikant / Jason / Raul (Tanya as Raul's back up) | Week of 3/28/22 | End of 2nd QTR | the process of classifying data into categories based on user-configured characteristics |
| h. Data Lineage (Depend on Data Map) | Tanya | Already Initiated | End of 2nd QTR | the process of understanding, recording, and visualizing data as it flows from data sources to consumption |
| 4 Access Control and Security Compliance | Paul/Ricardo/Sohyon | 03/17/2022 | 03/25/2022 | |
| 5 Privacy and Regulatory Compliance | Paul/Ricardo/Sohyon | 03/17/2022 | 03/25/2022 | Part of Security Requirement |

- "Certified Data" per Martina, data that is passed through the process that is define by the team.

- "To be hired Solution Architect" to provide the standard of work document templates. Until then, the above deliverables are on hold.
- The Program Manager will lead the weekly NA Finance Data Mart meeting instead.
  o Start date TBD based on completion of transfer of background information and knowledge

- The status of the 3rd Party Security Agreement
  o Paul to forward the agreement to Ricardo for review / copy me

- BRD to be updated Varuna's input on Global Finance Data Mart
  o SK will swap out the verbiage and bump up the BRD V1.3 to V1.4

- Update the IoT BRD and initiate the project

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 18**

- o          Paul to reach out the Beverly to compete in the BRD
- o          SK to provide Business Intake Form Questions to Paul and Paul to ask Beverly to complete
- o          SK to push Planisware Idea to Project

- •       Jason's meeting reporting format
- o          Varuna confirmed the one-pager format 2, PMO proposal, and requested to add the region's status (Europe), ORPAK Migration, and Finance New Product Development.
- o          Add the % completion per Region in Launch Phase.
- o          Prep meeting on 5/4 between Paul, Varuna, and SK

Talk to you soon
Sohyon

-----Original Appointment-----
**From:** Warner, Sohyon
**Sent:** Thursday, April 28, 2022 9:29 AM
**To:** Warner, Sohyon; Blaser, Paul
**Subject:** 1on1 - Few open items based on email and the format for Jason per Varuna's input.
**When:** Thursday, April 28, 2022 3:30 PM-3:55 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Hi Paul,
Based on our communication this week, let's get us aligned.

- •       Team documentation deliverables agreed on 3/23 CFT
- •       The status of 3rd Party Security Agreement
- •       BRD per Varuna's input
- •       Understanding team's role
- •       Jason's meeting reporting format

Talk to you soon,
Sohyon

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Join with a video conferencing device**
211617117@t.plcm.vc
Video Conference ID: 116 230 879 6
Alternate VTC instructions

**Or call in (audio only)**
+1 929-229-5406,,173796173#   United States, New York City
Phone Conference ID: 173 796 173#

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 19

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 4/29/2022 1:46:29 PM |
| **To:** | Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject:** | FW: MS thread between Paul and I |

FYI

*Rosanna Hurst*

Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root | Rosanna.hurst@gilbarco.com | 919-306-7406



We are mobilizing the future
to create a better world.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, April 28, 2022 12:56 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** MS thread between Paul and I

Hi Rosie,
I am attaching the thread. Talk to you soon.



**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 20**



**Blaser, Paul**   4/22/2022 12:45 PM

My apologies. I didn't mean to sound accusatory. I'm in the middle of two other conversations, and when this question came up, I reached out.

From my perspective, anyone can talk to anyone. I'm not at all asserting that the team can't talk to Vontier or to anyone else for that matter. And I sincerely hope that everyone on the team is using the folks in Vontier as peers and mentors.

As a courtesy, I'd appreciate it if any of us who need it could have a heads up about topics or conversations that are likely to come back around. As you're aware, it can be disconcerting to be approached with questions that you're not prepared to answer.

As you and I have discussed several times, the team is immature from an enterprise perspective. I appreciate your continued leadership with their development.

Again, sorry if I came across as curt. As I said, I'm multitasking (badly).

4/22/2022 12:59 PM

I understand. We did talk about Enterprise Data. No worries. I got your back. For this particular instance, I don't know what happened. Therefore, I couldn't give you a heads up. I will give you a heads up if I expect that there will become back around 🙂

*Sohyon Warner*
Data Analytics PM
Gilbarco Veeder-Root | sohyon.warner@gilbarco.com |



We are mobilizing the future
to create a better world.

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 21

Appointment

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 4/29/2022 2:16:16 PM |
| **To:** | Hurst, Rosanna [rosanna.hurst@gilbarco.com]; Warner, Sohyon [sohyon.warner@gilbarco.com] |
| **Subject:** | PCI Compliance with SK/Rosie - Martina Request |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | 4/29/2022 3:30:00 PM |
| **End:** | 4/29/2022 4:00:00 PM |
| **Show Time As:** | Busy |
| **Importance:** | High |
| **Required Attendees:** | Warner, Sohyon |

Hi SK,
If you are in a meeting at this time, please let me know when we can talk today.
I am sending you an email and Martina is copied since she is asking for your support with another short lived ask.

Thanks,
Rosie

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Join with a video conferencing device**
211617117@t.plcm.vc
Video Conference ID: 113 698 186 0
Alternate VTC instructions

**Or call in (audio only)**
+1 929-229-5406,,949141681#   United States, New York City

Phone Conference ID: 949 141 681#
Find a local number | Reset PIN

Learn More | Meeting options

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 22

Message

| | |
|---|---|
| From: | Warner, Sohyon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F5C09EBE70A4670855FD0E8606E483D-SW32524] |
| Sent: | 5/4/2022 12:38:28 PM |
| To: | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| Subject: | FW: Jason project report out format proposals |

Hi Rosie,

It's hard to be part of the program with the program owner who doesn't want to be accountable.
He is not allowing me to be PM for this program. Jason specifically asked for me for the project status.

Sohyon

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Wednesday, May 4, 2022 12:06 PM
**To:** Jenkins, Varuna <vjenkins@veeder.com>; Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: Jason project report out format proposals

We may need to back out of presenting a formal PMO update for this next meeting. It doesn't feel like we have a coherent message. And at the very least, we absolutely do not want to present him that first slide.

@Jenkins, Varuna, let's chat about what we heard in our last meeting with Jason, especially around the way he wants to see the backlog broken out and organized.

Thanks

Paul Blaser
Enterprise Information Architect
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Jenkins, Varuna <vjenkins@veeder.com>
**Date:** Wednesday, May 4, 2022 at 11:58 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Let's update and keep both slides for review with Jason

Thanks,
Varuna

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Tuesday, April 26, 2022 1:17 PM
**To:** Jenkins, Varuna <vjenkins@veeder.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Jason project report out format proposals

Hello Varuna,

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 23

We are forwarding a couple of proposals for you to provide feedback.
Please let us know.

*Sohyon Warner*

Data Analytics PM
Gilbarco Veeder-Root | sohyon.warner@gilbarco.com |



We are mobilizing the future
to create a better world.

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 24

Message

| | |
|---|---|
| **From:** | Warner, Sohyon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F5C09EBE70A4670855FD0E8606E483D-SW32524] |
| **Sent:** | 5/4/2022 2:46:01 PM |
| **To:** | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject:** | RE: Jason project report out format proposals |

I forwarded the format proposal in a separate email.
I am also attaching the chat thread with Varuna.



> **Jenkins, Varuna**   12:30 PM
> whats in the backlog and if there are any capacity/ resource constraint providing a justification case for it

> 12:33 PM
> I can answer that in person tomorrow. Epic is aggregated backlog and active stories. We can share Jira direct. We can't make the call about resource constraint due to incomplete details deliverables at this time.

> **Jenkins, Varuna**   12:34 PM                                                👍 1
> That's fine. I'm not sure what Paul meant by we're not coherent in messaging. Seems like we were all aligned

> I will ask him tomorrow since he's offsite today

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Wednesday, May 4, 2022 2:30 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Understood and I am sad to obtain this input from you. I have scheduled time tomorrow for us to socialize further.

Meanwhile, kindly ask you to share with me the proposals you referenced below (highlighted in yellow).

Thank you,
Rosie

*Rosanna Hurst*
Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root | Rosanna.hurst@gilbarco.com | 919-306-7406

 **VONTIER** | We are mobilizing the future to create a better world.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, May 4, 2022 12:38 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** FW: Jason project report out format proposals

Hi Rosie,
It's hard to be part of the program with the program owner who doesn't want to be accountable.
He is not allowing me to be PM for this program. Jason specifically asked for me for the project status.
Sohyon

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Wednesday, May 4, 2022 12:06 PM

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 25**

**To:** Jenkins, Varuna <vjenkins@veeder.com>; Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: Jason project report out format proposals

We may need to back out of presenting a formal PMO update for this next meeting. It doesn't feel like we have a coherent message. And at the very least, we absolutely do not want to present him that first slide.

@Jenkins, Varuna, let's chat about what we heard in our last meeting with Jason, especially around the way he wants to see the backlog broken out and organized.

Thanks

Paul Blaser
Enterprise Information Architect
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Jenkins, Varuna <vjenkins@veeder.com>
**Date:** Wednesday, May 4, 2022 at 11:58 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Let's update and keep both slides for review with Jason

Thanks,
Varuna

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Tuesday, April 26, 2022 1:17 PM
**To:** Jenkins, Varuna <vjenkins@veeder.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Jason project report out format proposals

Hello Varuna,
We are forwarding a couple of proposals for you to provide feedback.
Please let us know.

*Sohyon Warner*
Data Analytics PM
Gilbarco Veeder-Root | sohyon.warner@gilbarco.com |

 

We are mobilizing the future
to create a better world.

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 26

Message

From: Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673]
Sent: 5/5/2022 9:54:41 AM
To: Warner, Sohyon [sohyon.warner@gilbarco.com]
Subject: RE: GFDM Project Status slide

Hi SK,

Thanks for sharing this.
Kindly ask that until we speak today, do not send anything else Core Data Lake related to anyone, nor Martina or anyone in Paul's team please.

Thank you,
Rosie

*Rosanna Hurst*
Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root | Rosanna.hurst@gilbarco.com | 919-306-7406



We are mobilizing the future
to create a better world.

From: Warner, Sohyon <Sohyon.Warner@gilbarco.com>
Sent: Thursday, May 5, 2022 9:23 AM
To: Blaser, Paul <paul.blaser@gilbarco.com>
Cc: Jenkins, Varuna <vjenkins@veeder.com>
Subject: GFDM Project Status slide

Hey there,

I am forwarding the PMO slide.
Do you have other slides for Jason that I am not aware of?
Anyway, per Varuna, I will send the project status slide to Jason and Martina before our meeting at 3:30 today.

BR,
*Sohyon Warner*
Data Analytics PM
Gilbarco Veeder-Root | sohyon.warner@gilbarco.com |

 

We are mobilizing the future
to create a better world.

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 27

## Appointment

| | |
|---|---|
| From: | Morehead, Jason [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E856E64150D749E49B49FFAEEDA83942-MOREHEAD632] |
| Sent: | 5/5/2022 10:32:59 AM |
| To: | Morehead, Jason [jason.morehead@gilbarco.com]; Jenkins, Varuna [vjenkins@veeder.com]; Blaser, Paul [paul.blaser@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com] |
| CC: | Warner, Sohyon [sohyon.warner@gilbarco.com]; Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| Subject: | "Data Mart Bi-Weekly Touchpoint" |
| Location: | Microsoft Teams Meeting |
| Start: | 5/5/2022 3:30:00 PM |
| End: | 5/5/2022 4:00:00 PM |
| Show Time As: | Busy |

every 2 week(s) on Friday from 11:30 AM to 12:00 PM

**Required Attendees:** Morehead, Jason; Jenkins, Varuna; Blaser, Paul; Schoultz, Martina

**Optional Attendees:** Warner, Sohyon; Hurst, Rosanna

---

**From:** jason.morehead@gilbarco.com
**When:** 3:30 PM - 4:00 PM May 5, 2022
**Subject:** "Data Mart Bi-Weekly Touchpoint"
**Location:** Microsoft Teams Meeting

Extending through end of Q2.

---

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Join with a video conferencing device**
211617117@t.plcm.vc
Video Conference ID: 117 323 918 3
Alternate VTC instructions

**Or call in (audio only)**
+1 929-229-5406,,339588552#   United States, New York City
Phone Conference ID: 339 588 552#
Find a local number | Reset PIN

Learn More | Meeting options

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 28

Message

| | |
|---|---|
| From: | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| Sent: | 5/6/2022 9:49:45 AM |
| To: | Warner, Sohyon [sohyon.warner@gilbarco.com]; McClellan, Shawn [shawn.mcclellan@gilbarco.com] |
| Subject: | Transition Between SK and Shawn Socialized on 5/6/2022 |

Dear SK and Shawn,

As a follow up to our conversation today, here is a list of expectations to make this transition smooth:

1-      Shawn will introduce SK to entire Medius/Concur Team, Dispenser Connectivity Team, and Pilot MES Application for Veeder-Root Altoona Teams

2-      Shawn will provide transition **documentation** to SK, Teams Channel up to date updates and pass along any knowledge, activity or items that need to be shared with SK

3-      SK will provide transition **documentation** on Core Data Lake, Teams Channel up to date updates and pass along any knowledge, activity or items that need to be shared with Shawn

4-      SK and Shawn will work together to update Planisware to the extend that both feel comfortable and understand the details listed in Planisware

5-      Rosie to schedule introductory call with SK, Troy, and Tracy as part of this transition – Done – Scheduled for Monday 9th at 4pm ET

6-      Rosie to schedule introductory call with Paul and Shawn as part of this transition

7-      Rosie to notify the PMO team on Monday

8-      Rosie will socialize with Martina on 5/6/2022 at 11:30am how to handle transition with Dispenser Connectivity with Alex Setzer/Aaron Drysdale. Rosie will follow up with Shawn and SK regarding outcome of this conversation

Should additional items need to be listed, please share with all of us.

Many thanks for the continuous Teamwork and for ensuring a smooth transition.
Rosie

*Rosanna Hurst*

Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root | Rosanna.hurst@gilbarco.com | 919-306-7406



We are mobilizing the future
to create a better world.

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 29

Message
_____

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 5/9/2022 4:18:58 PM |
| **To:** | Morris, Troy [troy.morris@gilbarco.com] |
| **Subject:** | SK's resume |
| **Attachments:** | Sohyon Warner Resume.pdf |

Enclosed is SK's resume, as promised.
She is an FTE to GVR, and I obtained excellent feedback from previous management.

Cheers,
Rosie

*Rosanna Hurst*

Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com | 919-306-7406



GILBARCO VEEDER-ROOT   VONTIER    We are mobilizing the future
to create a better world.

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 30**

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 7/19/2022 11:40:42 AM |
| **To:** | Warner, Sohyon [sohyon.warner@gilbarco.com] |
| **CC:** | Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject:** | RE: Meeting Minutes: PCI Recertification Weekly - Make up session on 7/18/22 |

Hi SK,

Apologies for the late response. Weekend was nice and hope you had a nice one too! (<:

First, I should mention that the funding for PCI has not been finalized. Once it is, you will certainly be informed.

Regarding your email below, I have socialized the ask with Martina to get her thoughts in the matter. While we both agree this is not a project but a **regulatory need** to be PCI Compliance, we also understand the **need to track resources across all the OpCos** (it seems to me that infrastructure, security, and other folks need to be included in this re-certification and to properly track all resources, we must add to Planisware because the tool allows us to do that).

FYI: The Global GVR IT "Investment Portfolio" in Planisware aligns to GVR Global IT projects/programs only (so that I can have the financials by region for the funding approved for GVR IT Global projects/programs) and not to track financials for the organization that is directly paying for it (Mr. Coombe's org).  However, you can still track the funding through James (spend, etc.) and update Planisware accordingly and if at any given point we need to transfer funds from within our organizations, that should be fine.

Thus, I will ask that you add in Planisware for resource planning purposes, but since I need to approve the idea and add the "Investment Portfolio", this cannot happen until I return to work next week since we are in all day meetings this week. Feel free to schedule time for us to complete the idea, after you socialize with James to ensure the business intake case for this regulatory need (PCI Recert) is documented (because that is the information that we will add in Planisware).

Warm regards,
Rosie

*Rosanna Hurst*
Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



GILBARCO VEEDER-ROOT  VONTIER  We are mobilizing the future to create a better world.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, July 18, 2022 10:35 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** FW: Meeting Minutes: PCI Recertification Weekly - Make up session on 7/18/22
**Importance:** High

Good morning! Rosie.
How was your weekend?

Heads up.
William stated last Friday that we should consider adding "PCI Recertification Project" to Planisware because Nicole wants to monitor our resources.

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 31**

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 8/2/2022 6:49:01 AM |
| **To:** | Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject:** | Update on Sohyon Warner (SK) |

Dear Martina,
Good morning!

I want to keep you well informed regarding SK and potential move to Vontier.
I met with Robert last Wednesday 27 July and he is very interested in moving SK to his organization.

The next steps agreed upon as follows:
1- Robert was going to talk to Sarah on 8/1 and obtain her support/funding for the move
2- We agreed to cross charge until the end of December 2022 (as Jonathan suggested)
3- Robert understands this is a total move and he is okay with that
4- Robert and I will be in communications this week to determine the day when SK will start in his organization
5- I will notify the team of SK's transfer once everything is finalized with my conversations with Robert

Meanwhile, I have started a formal transfer from SK to Amy on the Medius and Concur Program and 5 related projects. This started yesterday (8/1) with a transition plan of 3 weeks.
Further, I socialized with Troy and Tracy the new appointment of Amy to this Program, and the transition that SK will be doing for the upcoming 3 weeks.
Just for your information, the transition plan in place from SK to Amy is rather solid and I trust this will be a win-win for all.
Lastly, I reached out to TEKsystems to start the process to backfill SK to support additional Program/Projects she is responsible for, in addition to new projects that are starting.

I remain available for you should you have any questions or concerns.

Respectfully,
Rosie

*Rosanna Hurst*
Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root | Rosanna.hurst@gilbarco.com



GILBARCO VEEDER-ROOT   VONTIER | We are mobilizing the future to create a better world.

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 32

Message
_____

From:       Schoultz, Martina [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
            (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ABEA1F47F78D4258A099DB5A699E21A7-MARTINA.SCH]
Sent:       8/2/2022 8:33:45 AM
To:         Hurst, Rosanna [rosanna.hurst@gilbarco.com]
Subject:    RE: Update on Sohyon Warner (SK)


Hi Rosie,

This sounds lovely and a real win-win situation.

Not sure what the easiest would be for finance, I am thinking that if VNT pays for the backfill until the end of the year
(and we keep SK's costs), that might be the most straightforward way to deal with this (and then we permanently
backfill SK through a contractor conversion in January).

Also, that way we don't end up having to carry a higher cost for the backfill (and VNT gets the benefit of SK being a lot
cheaper than Jesus).

Just a thought.

Thanks,

Martina

Martina Schoultz
Chief Information Officer, GVR Global
Gilbarco Veeder-Root
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so
please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

_____

From: Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
Sent: Tuesday, August 2, 2022 06:49
To: Schoultz, Martina <martina.schoultz@gilbarco.com>
Subject: Update on Sohyon Warner (SK)

Dear Martina,
Good morning!

I want to keep you well informed regarding SK and potential move to Vontier.
I met with Robert last Wednesday 27 July and he is very interested in moving SK to his organization.

The next steps agreed upon as follows:
1-      Robert was going to talk to Sarah on 8/1 and obtain her support/funding for the move
2-      We agreed to cross charge until the end of December 2022 (as Jonathan suggested)
3-      Robert understands this is a total move and he is okay with that
4-      Robert and I will be in communications this week to determine the day when SK will start in his organization
5-      I will notify the team of SK's transfer once everything is finalized with my conversations with Robert

Meanwhile, I have started a formal transfer from SK to Amy on the Medius and Concur Program and 5 related projects.
This started yesterday (8/1) with a transition plan of 3 weeks.
Further, I socialized with Troy and Tracy the new appointment of Amy to this Program, and the transition that SK will be
doing for the upcoming 3 weeks.

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 33

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 6/22/2022 4:20:37 PM |
| **To:** | Steffler, Robert [robert.steffler@vontier.com] |
| **Subject:** | Thank You! |
| **Attachments:** | Sohyon Warner Resume.pdf |

Dear Robert,

I want to thank you for making the time to talk with me today.
Your support and guidance means a lot to me.

As promised, enclosed you will find a copy of Sohyon Warner's resume (SK) for your review and consideration.
I will schedule time with Ivan to socialize this further and get his feedback.

I remain available to you should you have any questions or concerns.

Respectfully yours,
Rosie

*Rosanna Hurst*

Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com | 919-306-7406



We are mobilizing the future
to create a better world.

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 34

Message

| | |
|---|---|
| From: | Schoultz, Martina [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ABEA1F47F78D4258A099DB5A699E21A7-MARTINA.SCH] |
| Sent: | 8/2/2022 8:17:42 PM |
| To: | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| Subject: | Re: Update on Sohyon Warner (SK) |

Hi Rosie,

I think you might have misunderstood.... I do suggest a backfill, but instead of us cross-charging SK's costs and paying for a contractor, I am suggesting that Vontier pays for the backfill until the end of year.  And we convert the person beginning of next year.

Unless you meant that we go straight to hiring someone, if that's the case, the yes I agree let's put them on our books immediately.

Sorry if I was confusing!

Many thanks,

Martina


Get Outlook for iOS
*Sent from my smartphone - apologies for any typos*

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Tuesday, August 2, 2022 5:31:18 PM
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** RE: Update on Sohyon Warner (SK)

Hi Martina,

Thanks for your feedback as it is meaningful to me.

I agree with everything you stated.
My only concern with waiting to backfill SK in January 2023 is lack of PMO resources to manage programs/projects that are planned to kickoff end of Q3 and Q4, as follows:

1 – Demand Planning – 1 Program (5 projects underneath)
2 - SFDC Customer Data Harmonization
3 – HubSpot Global Replacement
4 – SFDC Service Cloud Latin America
5 – Replace iPads with Windows Based Tablets for Service Techs
6 – Passport Support System (Luis is working with Gary Buchelt)

IMHO, Demand Planning and SFDC Customer Data Harmonization are the only ones that I truly see taking off this fiscal year. However, I could be wrong and will validate with my peers.

Just to give you visibility into the PMO current workload, here is the number of Programs/projects my team is currently working on:
John: 8 projects

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 35

Shawn: 1 Program 6 projects

Pat: 1 Program with 2 projects (AMO), Customer Portal, and Sub-C coming soon will make it 4 (however, AMO is a big program and I think Sub-C is rather complex as well)

Amy: 1 Program with 5 projects (transition is in process)

If I can find the resource to cover LATAM, I will be able to offload Pat by one project (Customer Portal) and this resource could cover and support the other LATAM initiatives.

Regardless, I will still be short to manage Demand Planning which seems to be a rather big Program with 5 sub projects, and all these new projects that are hitting us by surprised.

As a follow up to our Strat Session last week, we agreed that I will schedule a bi-weekly with You and my peers to talk about our projects in the pipeline.

I know you will be on vacation for a couple of weeks, and I don't expect you to attend any calls, but just giving you a heads up of what I am planning to do.

The good news is that I started the development of our 2023 Roadmap based on the Strat Session and moved programs/projects we agreed upon from 2022 to 2023 Roadmaps.

I want your support to hire the PM we need in the US to help manage what is coming soon and any new projects.

Thanks in advance for your consideration of my request.

Respectfully yours,

Rosie

*Rosanna Hurst*

Director, IT Program Management Office & Vendor Management

Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com

 We are mobilizing the future to create a better world.

---

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Tuesday, August 2, 2022 8:34 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: Update on Sohyon Warner (SK)

Hi Rosie,

This sounds lovely and a real win-win situation.

Not sure what the easiest would be for finance, I am thinking that if VNT pays for the backfill until the end of the year (and we keep SK's costs), that might be the most straightforward way to deal with this (and then we permanently backfill SK through a contractor conversion in January).

Also, that way we don't end up having to carry a higher cost for the backfill (and VNT gets the benefit of SK being a lot cheaper than Jesus).

Just a thought.

Thanks,

Martina

Martina Schoultz
Chief Information Officer, GVR Global

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 36**

Gilbarco Veeder-Root

*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Tuesday, August 2, 2022 06:49
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** Update on Sohyon Warner (SK)

Dear Martina,
Good morning!

I want to keep you well informed regarding SK and potential move to Vontier.
I met with Robert last Wednesday 27 July and he is very interested in moving SK to his organization.

The next steps agreed upon as follows:
1. Robert was going to talk to Sarah on 8/1 and obtain her support/funding for the move
2. We agreed to cross charge until the end of December 2022 (as Jonathan suggested)
3. Robert understands this is a total move and he is okay with that
4. Robert and I will be in communications this week to determine the day when SK will start in his organization
5. I will notify the team of SK's transfer once everything is finalized with my conversations with Robert

Meanwhile, I have started a formal transfer from SK to Amy on the Medius and Concur Program and 5 related projects. This started yesterday (8/1) with a transition plan of 3 weeks.
Further, I socialized with Troy and Tracy the new appointment of Amy to this Program, and the transition that SK will be doing for the upcoming 3 weeks.
Just for your information, the transition plan in place from SK to Amy is rather solid and I trust this will be a win-win for all.
Lastly, I reached out to TEKsystems to start the process to backfill SK to support additional Program/Projects she is responsible for, in addition to new projects that are starting.

I remain available for you should you have any questions or concerns.

Respectfully,
Rosie

*Rosanna Hurst*
Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root | Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 37**

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 8/4/2022 3:11:32 PM |
| **To:** | Steffler, Robert [robert.steffler@vontier.com] |
| **CC:** | Bethel, Jonathan [jonathan.bethel@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject:** | Sohyon Warner Transfer to Vontier |

Hi Robert,

Good afternoon and hope you are doing well.

The purpose of my email is to formally communicate the move of Sohyon Warner (SK) to your organization effective August 22, 2022.

I talked to our Financial Manager, Jonathan Bethel (copied) and we agreed to charge your cost center for the backfill of Sohyon Warner, as you suggested.
Please let us know if you need additional information. I will be happy to provide.

Respectfully yours,
Rosie

*Rosanna Hurst*
Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root | Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 38**

Message

From: Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673]

Sent: 9/1/2022 1:58:54 PM

To: Marion, Cynthia [cynthia.marion@gilbarco.com]; Bisbee, Patricia [patricia.bisbee@gilbarco.com]; Fleming, John [jfleming@veeder.com]; Babington, Beth [beth.babington@gilbarco.com]; McClellan, Shawn [shawn.mcclellan@gilbarco.com]; York, David [david.york@gilbarco.com]; Bolen, Amy [amy.bolen@gilbarco.com]; Johnson, Machele [machele.johnson@gilbarco.com]

CC: Saini, Mandeep [mandeep.saini@gilbarco.com]; Warner, Sohyon [sohyon.warner@gilbarco.com]

Subject: Re: GVR IT Global PMO Team Meeting

Dear Cynthia,

It was indeed a pleasure to have you as part of our GVR PMO meeting today, and many thanks for sharing the presentation. I really enjoyed it.

Warm regards,
Rosie

---

From: Marion, Cynthia <cynthia.marion@gilbarco.com>
Sent: Thursday, September 1, 2022 1:55:09 PM
To: Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>; Bisbee, Patricia <Patricia.Bisbee@gilbarco.com>; Fleming, John <jfleming@veeder.com>; Babington, Beth <beth.babington@gilbarco.com>; McClellan, Shawn <Shawn.McClellan@gilbarco.com>; York, David <david.york@gilbarco.com>; Bolen, Amy <amy.bolen@gilbarco.com>; Johnson, Machele <Machele.Johnson@gilbarco.com>
Cc: Saini, Mandeep <Mandeep.Saini@gilbarco.com>; Warner, Sohyon <Sohyon.Warner@gilbarco.com>
Subject: RE: GVR IT Global PMO Team Meeting

Thank you all for the opportunity to spend time together today.

Here's the link to the presentation we reviewed today. 📊 APM Program Training 2022.pptx

Additionally, here's the link to functional processes that I promised. 🗂 Functional Processes

Thanks again,
Cy.

-----Original Appointment-----
From: Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
Sent: Wednesday, August 17, 2022 2:48 PM
To: Hurst, Rosanna; Bisbee, Patricia; Fleming, John; Babington, Beth; McClellan, Shawn; York, David; Bolen, Amy; Marion, Cynthia; Johnson, Machele
Cc: Saini, Mandeep; Warner, Sohyon
Subject: GVR IT Global PMO Team Meeting
When: Thursday, September 1, 2022 10:00 AM-11:00 AM (UTC-05:00) Eastern Time (US & Canada).
Where: Microsoft Teams Meeting

Dear Team,
**Cynthia Marion** will be our Guest during our next Team meeting and I am super excited to hear what she will be sharing with all of us.

Looking forward to it!
Rosie

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 39

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 8/4/2022 3:11:32 PM |
| **To:** | Steffler, Robert [robert.steffler@vontier.com] |
| **CC:** | Bethel, Jonathan [jonathan.bethel@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject:** | Sohyon Warner Transfer to Vontier |

Hi Robert,

Good afternoon and hope you are doing well.

The purpose of my email is to formally communicate the move of Sohyon Warner (SK) to your organization effective August 22, 2022.

I talked to our Financial Manager, Jonathan Bethel (copied) and we agreed to charge your cost center for the backfill of Sohyon Warner, as you suggested.
Please let us know if you need additional information. I will be happy to provide.

Respectfully yours,
Rosie

*Rosanna Hurst*

Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 40**

Shawn: 1 Program 6 projects
Pat: 1 Program with 2 projects (AMO), Customer Portal, and Sub-C coming soon will make it 4 (however, AMO is a big program and I think Sub-C is rather complex as well)
Amy: 1 Program with 5 projects (transition is in process)

If I can find the resource to cover LATAM, I will be able to offload Pat by one project (Customer Portal) and this resource could cover and support the other LATAM initiatives.
Regardless, I will still be short to manage Demand Planning which seems to be a rather big Program with 5 sub projects, and all these new projects that are hitting us by surprised.

As a follow up to our Strat Session last week, we agreed that I will schedule a bi-weekly with You and my peers to talk about our projects in the pipeline.
I know you will be on vacation for a couple of weeks, and I don't expect you to attend any calls, but just giving you a heads up of what I am planning to do.
The good news is that I started the development of our 2023 Roadmap based on the Strat Session and moved programs/projects we agreed upon from 2022 to 2023 Roadmaps.

I want your support to hire the PM we need in the US to help manage what is coming soon and any new projects.
Thanks in advance for your consideration of my request.


Respectfully yours,
Rosie


*Rosanna Hurst*
Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future to create a better world.

---

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Tuesday, August 2, 2022 8:34 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: Update on Sohyon Warner (SK)

Hi Rosie,

This sounds lovely and a real win-win situation.

Not sure what the easiest would be for finance, I am thinking that if VNT pays for the backfill until the end of the year (and we keep SK's costs), that might be the most straightforward way to deal with this (and then we permanently backfill SK through a contractor conversion in January).

Also, that way we don't end up having to carry a higher cost for the backfill (and VNT gets the benefit of SK being a lot cheaper than Jesus).

Just a thought.

Thanks,

Martina

Martina Schoultz
Chief Information Officer, GVR Global

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 41**

Gilbarco Veeder-Root

*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Tuesday, August 2, 2022 06:49
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** Update on Sohyon Warner (SK)

Dear Martina,
Good morning!

I want to keep you well informed regarding SK and potential move to Vontier.
I met with Robert last Wednesday 27 July and he is very interested in moving SK to his organization.

The next steps agreed upon as follows:

1.      Robert was going to talk to Sarah on 8/1 and obtain her support/funding for the move
2.      We agreed to cross charge until the end of December 2022 (as Jonathan suggested)
3.      Robert understands this is a total move and he is okay with that
4.      Robert and I will be in communications this week to determine the day when SK will start in his organization
5.      I will notify the team of SK's transfer once everything is finalized with my conversations with Robert

Meanwhile, I have started a formal transfer from SK to Amy on the Medius and Concur Program and 5 related projects. This started yesterday (8/1) with a transition plan of 3 weeks.
Further, I socialized with Troy and Tracy the new appointment of Amy to this Program, and the transition that SK will be doing for the upcoming 3 weeks.
Just for your information, the transition plan in place from SK to Amy is rather solid and I trust this will be a win-win for all.
Lastly, I reached out to TEKsystems to start the process to backfill SK to support additional Program/Projects she is responsible for, in addition to new projects that are starting.

I remain available for you should you have any questions or concerns.

Respectfully,
Rosie

*Rosanna Hurst*
Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 42

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 43**

 **Gmail**

Wonder <sohyon.warner@gmail.com>

## Rosie asking for recommendation because she wants to leave the company

1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

Tue, Jan 17, 2023 at 7:38 AM

---

🔒 linkedin.com/in/rosanna-hurst/

[in] 🔍 Search     Home   My Network   Jobs   Messag

**Rosanna (Mañón) Hurst**
Executive Global Business Leader Focused in Operations, Business Development, & Strategic Planning to Drive Multi-Million-Dollar Revenu...

Endorsed by 4 colleagues at MetLife

72 endorsements

( Endorse )

Show all 48 skills →

**Recommendations**        ( Recommend Rosanna )

**Received**    Given

**Sohyon Warner, MBA, PMP, BGS** [in]
PMO | Data Science | Product Management | Program Management | Business Development | Big Data |
Python | Machine Learning | Statistical Modeling | MLOps | Agile/Waterfall | SDLC | Indirect/Direct SCM | BPO |
P2P | FAP

August 22, 2022, Sohyon reported directly to Rosanna

We meet many people on our journey, but only some leave the marks, and one of them is Rosie Hurst. She is
an impactful leader who welcomes change and is motivated to do better daily. She leads by example and is a
genuine and kind human who helped me to grow as an employee. Many team members find her enthusiasm
and dedication both inspiring and motivating.

---

*Please be advised that this email may contain confidential information. If you are not the intended recipient, please notify us by email by replying to the sender and delete this message.*

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 43**

12/10/25, 2:26 PM — Case 2:24-cv-12333-GAD-APP   ECF No. 110-4   Gmail - FW: Update on SK Move to Vontier   Filed 03/24/26   Page 44 of 45

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 44

 Gmail

Wonder <sohyon.warner@gmail.com>

---

## FW: Update on SK Move to Vontier

1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>                    Mon, Aug 22, 2022 at 3:23 PM
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Monday, August 22, 2022 3:20 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Subject:** Update on SK Move to Vontier

Hi SK,

This email is to confirm that this fiscal year you are under GVR leadership, even though Ivan is your direct manager.

We are doing this to allow me to backfill a replacement for your position in GVR.

**I just talked to Ivan and the goal is to obtain the needed funds in 2023 to secure your position with Vontier.** Ivan will keep you posted every step of the way, and myself.

We acknowledge your talent and the last thing we want to see is losing great resources like yourself and the value you bring to Vontier/GVR.

Our goal is to place you in a place where you can grow and use your expertise.

Thanks,

Rosie

*Rosanna Hurst*

Director, IT Program Management Office & Vendor Management

Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com

**GILBARCO VEEDER-ROOT**  **VONTIER**™ | We are mobilizing the future to create a better world.

*Please be advised that this email may contain confidential information. If you are not the intended recipient, please notify us by email by replying to the sender and delete this message.*

EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 44

MyChart - Health Issues



Name: Sohyon Warner | DOB: 1/22/███ | MRN: ███ | PCP: SHAZIA QAMAR, MD | Legal Name: Sohyon Wa

## Health Issues

## Current Health Issues

| High blood pressure Started 8/26/2022 | Elevated blood pressure reading Started 8/26/2022 | Adjustment disorder with mixed anxiety and depressed mood Started 3/21/2024 |
|---|---|---|
| Major depressive disorder Started 5/14/2025 | Anxiety disorder Started 5/14/2025 | Generalized anxiety disorder Started 10/6/2025 |

**EXHIBIT C - FEBRUARY TO MAY 2022 EVENTS - PAGE 45**