11/24/25, 1:45 PM
Gmail - Asking Ivan to complete the security assessment where he didn't complete
Case 2:24-cv-12333-GAD-APP ECF No. 110-5, PageID.2065 Filed 03/24/26 Page 1 of 100

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 1**

 Gmail

Wonder <sohyon.warner@gmail.com>

## Asking Ivan to complete the security assessment where he didn't complete
1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

Fri, Sep 23, 2022 at 11:23 AM



*Please be advised that this email may contain confidential information. If you are not the intended recipient, please notify us by email by replying to the sender and delete this message.*

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 1**

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 2

 Gmail

SI

# FW: Follow up from our discussion on 9/22

1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

HR related – Unethical

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, September 29, 2022 9:59 AM
**To:** Doherty, Jessica <jdoherty@veeder.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Follow up from our discussion on 9/22

Hi Jessica,

I am following up.  Please let me know if you had a chance to discuss my concern with Rosie.

Also, I am attaching the event history for your review so that you have the full context.

**Events associated with Transition from GVR to VNT**

7/14/22 – During 1on1 with Rosie asked me whether I was happy or not. A strange question was asked but provided the answer reg... nice to work on Data Analytics/Data Science related projects as I was hired to do. She asked me if she could socialize the concern w...

7/15/22 – I pinged her and provided Rosie to proceed with the discussion.

Between 7/15 and 7/22, I can only assume Martina is OK with my move.

7/27/22 – Rosie pinged me that she had a conversation with Robert in person and that Robert will talk to Sarah on 8/1 to obtain a gr... transition.

8/1/22 – Rosie communicated to Tracy Chambers about my transition. Rosie expressed that Tracy praised me non-Stop via MS Tea...

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 2

8/3/22 – Rosie alerted me that I will be on the Juxta project via MS Team and requested to move the 10H1 meeting to 1:30 pm or 4 pm 1:30. We talked about the transition process: I will be on GVR's payroll/cross charge until December because she doesn't want to los pulling a requisition for me to apply right away.

8/5/22 – Rosie requested another meeting to speed up the transition. Rosie's meeting was titled " Move to Ivan's Organization." I told surprised that I was to move to Ivan instead of Robert all of a sudden. (**If I knew that I would be part of Ivan's group all along, my answer been "no." Now I feel trapped because now I cannot back out.**) My official start date at Vontier was determined to be 8/22.

8/5 to 8/19 – I was in transition from GVR and VNT attending both projected related meetings.
On 8/16, the project's kick-off meeting was held. I learned about the project scope during this time.

8/22 – After verbal discussion about the job title and description, I provided Ivan the requisition verbiage suggestion.



Ivan and I meet on 8/22 over MS Team Chat when he told me that I shouldn't have a job title with ML (Machine Learning) in it althoug doing and that requisition will not be pulled because it is based on funding availability, and he has no control over this. After the conv Rosie.





After discussion with Rosie, Rosie sent me this email.

**Update on SK Move to Vontier**

**Hurst, Rosanna**
To ● Warner, Sohyon
Cc ○ Ayma, Ivan

Reply | Reply All | Forward

Mon 8/22/2022 3:20 PM

Hi SK,

This email is to confirm that this fiscal year you are under GVR leadership, even though Ivan is your direct manager.
We are doing this to allow me to backfill a replacement for your position in GVR.

I just talked to **Ivan and the goal is to obtain the needed funds in 2023** to secure your position with Vontier. Ivan will keep you posted every step of the way, and myself.
We acknowledge your talent and the last thing we want to see is losing great resources like yourself and the value you bring to Vontier/GVR.
Our goal is to place you in a place where you can grow and use your expertise.

Thanks,
Rosie

*Rosanna Hurst*
Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root | Rosanna.hurst@gilbarco.com

GILBARCO VEEDER-ROOT  VONTIER   We are mobilizing the future to create a better world.

This email has no hard commitments from Ivan and further pushed out the transfer date to 2023, yet I am only part of GVR until the end of 2(
and arrangement careless, strange, abusive, unfair and putting me in a vulnerable employment position with GVR/Vontier. I didn't have an in
without much interaction other than Rosie and told, in the end, it is what it is. I didn't even have an opportunity to discuss the pay increase b
responsibility. The month has passed, and there is no communication. The events that took place and the lack of resolution are demotivating
pulling me away from my job.

8/30 – I asked Ivan to secure plan B in case there is no funding for my move. He said he would follow up with Rosie.

9/6 – I asked again about plan B. He said he forgot to ask Rosie and that he will ask.

9/21 – I followed up with Rosie and asked whether Ivan followed up on Plan B. She said no.

https://mail.google.com/mail/u/0/?ik=d5071055f7&view=pt&search=all&permthid=thread-f%3A1745312931658013126%7Cmsg-f%3A1745312931658013126&simpl=n

Case 2:24-cv-12333-GAD-APP   ECF No. 110-5, PageID.2069   Filed 03/24/26   Page 5 of 100

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 5

Based on our discussion on 9/22, you commented that this is not normal. The standard process you experience has been that employ there are no definite end dates with the GVR or original employment/OpCo entity. It appears that Ivan does not commit to producing required for me to move over to Vontier. I feel like I am getting used.

To be whole again, I am requesting a solid written plan with the commitment dates with the JD and pay to reflect this. I am currently Product and Program Manager. Also, I still do not understand why funding is unavailable since the transition started in the beginning help me?

Thank you,

**Sohyon (SK) Warner, MBA, PMP, BGS**

**Data Analytic PM**

Gilbarco Veeder-Root |sohyon.warner@gilbarco.com



*Please be advised that this email may contain confidential information. If you are not the intended recipient, please notify us by email by replying to the sender and delete th*

📄 **Events associated with Transition from GVR to VNT.pdf**
602K

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 5

Message
_____

| | |
|---|---|
| **From**: | Ayma, Ivan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5B6473CB8E7046B1AE431CEF5EABAF98-AYMA93210] |
| **Sent**: | 9/27/2022 10:17:49 AM |
| **To**: | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject**: | FW: Need more clarifications |

Hi Rosie,

FYI below. This just keeps iterating. I have a 1:1 later Today with her, and I'm planning to bring this to closure with the following language:

1)      Your position (SKs) is in support of the VDA team
2)      The VDA team asked you to focus on demonstrating results with the 2 months of data that are readily available, to determine next steps once you demonstrate those results.
3)      This message was delivered to you all the way up to Robert, making you the ask directly, on the weekly project meeting of 9/16
4)      This behavior of continuing to challenge and consume cycles discussing this topic needs to stop immediately. Enough time spent on discussing this. Please focus on the ask in support of the VDA team.

I just can't continue to spend any more time on this. It's been 4~8 hours in between meetings and emails as a follow up with SK of the message delivered by Robert to her on 9/16.

Also please note I did not cut a meeting short. I asked if there were any additional topics before closing the meeting. This is also very concerning to me.

Let me know any thoughts. Thanks,

Ivan

_____

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Tuesday, September 27, 2022 7:53 AM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Subject:** RE: Need more clarifications

I believe the team provided a viable solution to offset the cost by asking for an SF data upload threshold info for the team to self-monitor and stay within the costs. I did bring up the data limitation issue as a 1:1 discussion points last week, but you cut the meeting time short. As a result, we couldn't discuss it.
Talk to you soon,
SK

_____

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Tuesday, September 27, 2022 8:40 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Need more clarifications

The reason is that the data is not available. There are two months readily available. Making additional data requires effort (that could be throwaway) and cost. 2 months should be enough to characterize what the team is able to do. We discussed this but it keeps iterating as if the discussions did not happen. Please make this a topic for our 1:1. Thanks,

Ivan

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Tuesday, September 27, 2022 7:25 AM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Subject:** RE: Need more clarifications

Hi Ivan,

The team is doing its best to make the most of what was allowed. The group agreed that data exploration, including security and accessibility, should be part of the discussion before the project was started in August. We are considering a lesson learned.

However, our discussion involves the unwritten communication process with Robert, how Robert formed the decision without data-driven input from the working team, and the spectrum of subjective feedback given to me without any objective actions I could take from you to prevent similar situations. I have not yet received an objective, logical reason for why there is data accessibility disparity among the projects.

Talk to you soon,
Sohyon

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Monday, September 26, 2022 11:51 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Need more clarifications

Hi SK,

We didn't have a follow up on this yet but from the conversation in the daily meeting Today, I take away that the message from Robert is clear. Please feel free to schedule follow up time or bring this topic in our next 1:1 if that is not the case. Thanks,

Ivan

**From:** Ayma, Ivan
**Sent:** Tuesday, September 20, 2022 11:02 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Need more clarifications

SK,

Catching up with e-mail right now. Please schedule follow up time, it's critical that the feedback is clear and I'm hearing from you that it is not clear. Thanks,

Ivan

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Tuesday, September 20, 2022 9:41 AM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Subject:** RE: Need more clarifications

Hi Ivan,

Thank you for the reply. Unfortunately, for me, the degree of subjectivity is still too high.
I am still looking for objective and specific actions that I can take if we face similar/same situations in the future.
I hope we can discuss this further during our meeting today.
Cheers!
SK

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Tuesday, September 20, 2022 10:28 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Need more clarifications

See below in blue the gaps I mentioned.

**From:** Ayma, Ivan
**Sent:** Tuesday, September 20, 2022 7:51 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Need more clarifications

Hi SK,

I think this is a bit of a misrepresentation of our discussion and has some gaps. I will add more comments later Today and get back to you.

But most importantly, the message, ultimately from Robert, was simple and clear. Focus on demonstrating what the team can do towards the objectives in the upcoming sprint or two with the two months of data readily available, let's review those outputs once they are ready to determine where we go next / revisit the additional data needs. Let me know if there is something that is not clear about that message. Please focus on what can you do to accelerate that and demonstrate value and anything that I can do to help that vs challenging the feedback.

Ivan

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Tuesday, September 20, 2022 7:10 AM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Subject:** Need more clarifications

Hello Ivan,

I am documenting what we discussed last Friday afternoon because I am still confused with your messages and want to convert them to objective actions that I can execute. I need more clarification so that I can be successful.

- You stated that after our weekly project reports with Robert, Robert noted that I was "fishing' for more data. You expressed this as a negative since the direction already given to the team only to work with 2 months of data, and I shouldn't ask for more. When I expressed why that would be negative since I am the product owner asking for what project and project team are requesting and require, I didn't get clear reasoning from you.
I did not say you shouldn't ask for more. I asked you what you could have done different. You had no input to that at the time, and my recommendation was that you could have communicated the alignment with the VDA team in focusing on demonstrating the value with the two months of data to then have a discussion about where to go next.

- I expressed my observations about other projects having no data access limitations compared to my project, and it appears there is disparity and unfairness; your voice got elevated. You stated that I didn't know enough to make that statement. I reiterated that I don't know all the background surrounding other projects, but it's my perception from what I observed during weekly report-out meetings.
What you said is that "it was not fair Matco had access to all the data they wanted and you didn't". I take this seriously

and that was the change in tone. Instead of focusing on the feedback and what can you do about it, you keep challenging a) that neither Adam nor Oliver delivered the message b) after receiving the message from Robert, asking about why another project that you have no background on (and I shared the facts) has access to what you don't have access to.

- You also stated that I need to "be careful."

I asked you to be careful about characterizing situations as "unfair". More so when you are challenging feedback and utilizing another project to continue to challenge the feedback you are receiving, instead of focusing on what could you do to support the feedback. Something "unfair" is quite a strong expression to me.

Based on our communication, please be clear on what actions you want me to take. Based on our conversation, I gathered these, and your input will be greatly appreciated.

1.      Are you implying that I am not allowed to inquire further once Robert decides and msg delivered by Oliver/Adam although I was not involved in the initial discussion?
2.      Do other projects have open data access policy vs. ours? If so, would you explain the logic behind this so I can act accordingly?
3.      What do I need to "be careful" about? Can you please provide more substance on what I should be careful about so I can address it in the future?

I hope I reiterated the message in my previous e-mail reply above and that it is clear.

Please let me know because I don't want to leave your msg to my interpretations.

I was given clear direction from Robert that he wants to see the project's overall planning and I am clear on that.

The request to schedule time to review the roadmap was an additional request from Robert, in addition to the message of focusing on demonstrating what can be delivered with the 2 months of data readily available.

Talk to you soon,
Sohyon

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 9/27/2022 10:39:55 AM |
| **To:** | Schoultz, Martina [martina.schoultz@gilbarco.com]; Doherty, Jessica [jdoherty@veeder.com] |
| **Subject:** | FW: Need more clarifications |

FYI and awareness.
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com


We are mobilizing the future
to create a better world.

---

**From:** Hurst, Rosanna
**Sent:** Tuesday, September 27, 2022 10:27 AM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Subject:** RE: Need more clarifications

Hi Ivan,

I am 100% in agreement with you, please address right away during your 1:1 today.
I just send a Q3 Goals/Objectives/Performance Review shortly.

This must stop, as I stated previously, this looks like a pattern of behavior which is taking more time than needed. Please keep me posted.

Thank you,
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com


We are mobilizing the future
to create a better world.

---

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Tuesday, September 27, 2022 10:18 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** FW: Need more clarifications

Hi Rosie,

FYI below. This just keeps iterating. I have a 1:1 later Today with her, and I'm planning to bring this to closure with the following language:

1)      Your position (SKs) is in support of the VDA team
2)      The VDA team asked you to focus on demonstrating results with the 2 months of data that are readily available, to determine next steps once you demonstrate those results.

Message

| From: | Ayma, Ivan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5B6473CB8E7046B1AE431CEF5EABAF98-AYMA93210] |
|---|---|
| Sent: | 10/4/2022 6:44:36 AM |
| To: | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| Subject: | FW: Juxta Data Model Plan |

Hi Rosie,

Heads up FYI below. This is getting to the end of the line for me. I received complaints this time.

This was a simple ask of where in the project roadmap was a specific feature. Instead of supporting the VDA team with the ask, SK turned it into an email contest about scope, and in the end added a bunch of people from the vendor that is doing the work to this e-mail trail, including leadership from the vendor (David Brown).

We will be discussing with Robert this week. From my position, at this point, I rather be running the project without this person. It is causing conflict and confusion and not resolving any issues.

Ivan

From: Ayma, Ivan <Ivan.Ayma@vontier.com>
Sent: Monday, October 3, 2022 6:38 PM
To: Warner, Sohyon <Sohyon.Warner@gilbarco.com>
Subject: Re: Juxta Data Model Plan

SK,

This is a formal request to stop any further interactions on this data model topic from Oliver. Should anyone come to you with further questions about this topic, please direct them 1:1 to me. Thanks,

Ivan

Get Outlook for iOS

From: Warner, Sohyon <Sohyon.Warner@gilbarco.com>
Sent: Monday, October 3, 2022 3:11:55 PM
To: Ayma, Ivan <Ivan.Ayma@vontier.com>; Phelps, Adam <Adam.Phelps@vontier.com>; Bacasse, Oliver <Oliver.Bacasse@vontier.com>
Cc: Nguyen, Kim <Kim.Nguyen@vontier.com>; Godsey, Jennifer <Jennifer.Godsey@vontier.com>; Brown, David <David.Brown@vontier.com>
Subject: RE: Juxta Data Model Plan

+Kim, Jennifer, David

Sharing what I found out.

- Verified with Kim, and she is unaware of the certified data delivery.
- Verified with Jennifer, and she is unaware of the certified data delivery.
- Verified by Jennifer that David is not aware of the delivery of certified data
- The unsigned SOW that you forwarded on 9/8 does not contain the delivery of certified data in the "project scope" nor "project deliverable" section.
- Cataloging data is not Certifying the data, as I stated a couple of times.

- The team has been improving the POS data quality for ML/DS purpose and not for General data analytics purpose.  They are not the same.

However, the most important questions to be answered are **when can we expect the so-called customer "allow-list / whitelist," and without the list,** are we even supposed to have any access to GVR POS data/SMS at this time? Please let us know.

---

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Thursday, September 29, 2022 1:57 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Happy to join a meeting but this is part of the scope, not something we should be arguing about. Cataloguing is the first sentence. "Making it available to BI analysts" is what we mean by engineering the data and exposing it. Which is the work Kim has been doing.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, September 29, 2022 12:52 PM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>; Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Ivan,

Cataloging is not the same thing as certification or cleaning data. Cataloging is just a classification of metadata.
Do we need to schedule a meeting to discuss?
Some of these questions are outside of my role where I should be seeking you guys for clarifications.

SK

---

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Thursday, September 29, 2022 1:43 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

SK,

The second of the two scope items in the SOW is the one that captures this:

1.      Demonstrate the value that data across Vontier companies can bring to bear beyond the specific business that currently collects that data by cataloguing data across Vontier businesses, identifying data with potential for reuse and making it available to BI analysts in our data platform.

"making it available to BI analysts". That's the language we use to describe the work of making data available aka certified data.

Ivan

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, September 29, 2022 12:23 PM
**To:** Bacasse, Oliver <Oliver.Bacasse@vontier.com>; Ayma, Ivan <Ivan.Ayma@vontier.com>

**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

It's hard to say because I am not sure who is the owner of data certification.  Do you know? It's definitely not part of Allata's SOW.

---

**From:** Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Sent:** Thursday, September 29, 2022 10:46 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Ayma, Ivan <Ivan.Ayma@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** Re: Juxta Data Model Plan

Yeah, that was the question I was asking.  When do we think we can get to certified and identify the outstanding root cause.

The team that is interested is another group within GVR Marketing.

Thanks,
Oliver

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Thursday, September 29, 2022 at 10:44 AM
**To:** Bacasse, Oliver <Oliver.Bacasse@vontier.com>, Ayma, Ivan <Ivan.Ayma@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Oliver,

Allata team was able to improve some data quality but not all due to lack of root cause identification.  Therefore, I wouldn't use the word accurate nor certified.

Again, would you let me know who you referring as "some team"?
We need to be careful about who can access GVR data.

---

**From:** Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Sent:** Thursday, September 29, 2022 10:29 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Ayma, Ivan <Ivan.Ayma@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** Re: Juxta Data Model Plan

Certified data means source information that has been validated as accurate.  You have extremely high confidence that as we build assumptions off the data, its giving us outputs that have been confirmed to be accurate.

When we go through the information, this should make sure that you are eliminating duplications, that you have confirmed the robustness and repeatability of the pipelines through QAT.

Looking at the data sources that Kim has created, there are ~20 different views, which ones are valid 😊

Thanks,
Oliver

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Thursday, September 29, 2022 at 10:25 AM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>, Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Ivan,
Please define "Certified Data" so that I may be able to answer properly.

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Thursday, September 29, 2022 9:08 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

SK the question is about certified data. When is the team going to deliver certified data in terms of transactions from the POS system. Exploded means the XML broken into individual tables related to the transaction that facilitate analytics; all the tables that Kim is creating that are derived from the single push-sale-event record.

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, September 29, 2022 7:56 AM
**To:** Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Ayma, Ivan <Ivan.Ayma@vontier.com>; Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Good morning, Oliver.
See the response below in Blue and highlighted...

**From:** Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Sent:** Wednesday, September 28, 2022 2:56 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Ayma, Ivan <Ivan.Ayma@vontier.com>; Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** Juxta Data Model Plan

SK,

Wanted to see if we can get some visibility of the plan as to when you are going to formalize the data model that is being credited for Juxta.

The overall timeline is part of Robert's Weekly report.  I believe you have access to the slide.  Also, we will go over it together tomorrow 😊

As I look around the explosion views, there are a lot of different cuts at the same data and wanted to see when the team feels they can lock down the views and expected data capture.
What explosion views are you referring?  Can you clarify?

We have some teams that are interested in the data from the POS side for other purposes so we would like to be able to communicate working assumptions they should use.
Is there security clearance to the Juxta subset of POS Data by these "some teams"?  Can you share OpCo(s) names?

Message

---

| | |
|---|---|
| **From**: | Ayma, Ivan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5B6473CB8E7046B1AE431CEF5EABAF98-AYMA93210] |
| **Sent**: | 10/5/2022 7:07:36 AM |
| **To**: | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject**: | RE: Juxta Data Model Plan |

Hi Rosie,

Spoke with the whole VDA team, Robert, Adam, Oliver. We are all in agreement that this situation can't continue. We can deal with not having the position filled in the immediate term until we backfill.

Robert would like to know:
a) what's going to be the next steps, as keeping people around that have performance issues, even if it is not on this area, can cause morale issues
b) when can he stop paying for the contractor so we can use that money to pay for a backfill.

I'm still missing input from one stakeholder thus the delay, Barak with Juxta, I want to make sure he doesn't have concerns about running for a while without this position filled. I'll let you know when I get that input during the day Today.

My schedule is complex Today with the travel, but I can find time to talk as needed, just don't know exactly when. Ping me on teams if we need to talk or we can continue to exchange email. Thanks,

Ivan

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Tuesday, October 4, 2022 7:15 AM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Hi Ivan,

OMG, I am speechless as I read through the entire email.
Please keep me posted after your conversation with Robert as I agree with your feedback.
Conflict and confusion are certainly **not** what we need to bring to any team.

I support you 100% in any decision regarding SK. I just notified HR as well and meeting with them today at 4pm ET to discuss further.
FYI: SK sent me an email yesterday (enclosed) which confused me as well. I proceeded to schedule a call with her tomorrow since she is on PTO today.

I feel awful that you are going through this. I never expected this chain of events, and they are real from my perspective. I'll be on the lookout for your email or call.

Respectfully yours,
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com

**GILBARCO VEEDER-ROOT** **VONTIER™** | We are mobilizing the future to create a better world.

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Tuesday, October 4, 2022 6:45 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** FW: Juxta Data Model Plan

Hi Rosie,

Heads up FYI below. This is getting to the end of the line for me. I received complaints this time.

This was a simple ask of where in the project roadmap was a specific feature. Instead of supporting the VDA team with the ask, SK turned it into an email contest about scope, and in the end added a bunch of people from the vendor that is doing the work to this e-mail trail, including leadership from the vendor (David Brown).

We will be discussing with Robert this week. From my position, at this point, I rather be running the project without this person. It is causing conflict and confusion and not resolving any issues.

Ivan

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Monday, October 3, 2022 6:38 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: Juxta Data Model Plan

SK,

This is a formal request to stop any further interactions on this data model topic from Oliver. Should anyone come to you with further questions about this topic, please direct them 1:1 to me. Thanks,

Ivan

Get Outlook for iOS

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, October 3, 2022 3:11:55 PM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>; Phelps, Adam <Adam.Phelps@vontier.com>; Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Nguyen, Kim <Kim.Nguyen@vontier.com>; Godsey, Jennifer <Jennifer.Godsey@vontier.com>; Brown, David <David.Brown@vontier.com>
**Subject:** RE: Juxta Data Model Plan

+Kim, Jennifer, David

Sharing what I found out.

- Verified with Kim, and she is unaware of the certified data delivery.
- Verified with Jennifer, and she is unaware of the certified data delivery.
- Verified by Jennifer that David is not aware of the delivery of certified data
- The unsigned SOW that you forwarded on 9/8 does not contain the delivery of certified data in the "project scope" nor "project deliverable" section.
- Cataloging data is not Certifying the data, as I stated a couple of times.

• The team has been improving the POS data quality for ML/DS purpose and not for General data analytics purpose.  They are not the same.

However, the most important questions to be answered are **when can we expect the so-called customer "allow-list / whitelist," and without the list, are we even supposed to have any access to GVR POS data/SMS at this time?** Please let us know.

---

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Thursday, September 29, 2022 1:57 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Happy to join a meeting but this is part of the scope, not something we should be arguing about. Cataloguing is the first sentence. "Making it available to BI analysts" is what we mean by engineering the data and exposing it. Which is the work Kim has been doing.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, September 29, 2022 12:52 PM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>; Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Ivan,

Cataloging is not the same thing as certification or cleaning data. Cataloging is just a classification of metadata.
Do we need to schedule a meeting to discuss?
Some of these questions are outside of my role where I should be seeking you guys for clarifications.

SK

---

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Thursday, September 29, 2022 1:43 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Phelps, Adam <Adam.Phelps@vontier.com>
**Subject:** RE: Juxta Data Model Plan

SK,

The second of the two scope items in the SOW is the one that captures this:

1.    Demonstrate the value that data across Vontier companies can bring to bear beyond the specific business that currently collects that data by cataloguing data across Vontier businesses, identifying data with potential for reuse and making it available to BI analysts in our data platform.

"making it available to BI analysts". That's the language we use to describe the work of making data available aka certified data.

Ivan

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, September 29, 2022 12:23 PM
**To:** Bacasse, Oliver <Oliver.Bacasse@vontier.com>; Ayma, Ivan <Ivan.Ayma@vontier.com>

Message

| | |
|---|---|
| **From:** | Ayma, Ivan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5B6473CB8E7046B1AE431CEF5EABAF98-AYMA93210] |
| **Sent:** | 10/5/2022 11:59:23 AM |
| **To:** | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject:** | RE: Juxta Data Model Plan |

Hi Rosie,

I connected with Barak. He is fine with SK, he expected more (and we had a conversation a few weeks ago of gaps that I jumped in to close) but didn't have any conflict or felt tension like with the other matters and the one below in this trail. He says he is not close enough though and trusts our judgment on what we decide to do.

So, I'd like to move as fast as possible in answering Robert's questions and all necessary steps. Let me know when we can connect. Happy to open time this aft I should be able to step out. Thanks,

Ivan

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Wednesday, October 5, 2022 8:23 AM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Hi Ivan,

Thank you for keeping me on the loop.
Once you hear from Barak, please let me know so that I can transition SK to GVR.
I trust that you and I will work closely on this.

*Wishing you safe travels*.
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com

  We are mobilizing the future to create a better world.

---

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Wednesday, October 5, 2022 7:08 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: Juxta Data Model Plan

Hi Rosie,

Spoke with the whole VDA team, Robert, Adam, Oliver. We are all in agreement that this situation can't continue. We can deal with not having the position filled in the immediate term until we backfill.

Robert would like to know:
a) what's going to be the next steps, as keeping people around that have performance issues, even if it is not on this area, can cause morale issues
b) when can he stop paying for the contractor so we can use that money to pay for a backfill.

Message
_____

**From:** Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673]
**Sent:** 10/5/2022 2:07:11 PM
**To:** Ayma, Ivan [ivan.ayma@vontier.com]
**Subject:** FW: Q3 Goals/Objectives/Performance Review with SK

Hi Ivan

As a follow up to our conversation today, we agreed for SK to stay with Vontier until Friday 14 of October.
SK will return to GVR on Monday 17 of October.

If I missed anything, please let me know.

Thanks,

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



_____

**From:** Hurst, Rosanna
**Sent:** Monday, October 3, 2022 2:52 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Q3 Goals/Objectives/Performance Review with SK

Acknowledged, and admit that confused since you asked for me to schedule this call with Ivan present.
Can we chat so that I understand why the change?
I can make myself available to you from 3:30pm to 4:30pm today. Give me other times tomorrow, if today do not work
for you.

Thank you, SK.,
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



-----Original Appointment-----
**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, October 3, 2022 2:33 PM
**To:** Hurst, Rosanna
**Subject:** Declined: Q3 Goals/Objectives/Performance Review with SK
**When:** Monday, October 10, 2022 3:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Good Morning, Rosie.
With the difference in job objectives, I kindly requested that I have a 1on1 meeting instead of a 2on1.
I think it should be separate meetings.
Like the last session, I will set up a 30 min to 1 hour PR session with you.

# AFTER VISIT SUMMARY

**HENRY FORD HEALTH**

**Sohyon Warner** DoB: 1/22/█  📅 10/3/2022  4:00 PM  📍 HFMC Warren Family Medicine 586-826-3300

## Instructions  from Soumya Panchagnula, MD

### 💊 Today's medication changes

➡️ **START taking:**
**lisinopriL** (ZESTRIL)

❌ **STOP taking:**

[REDACTED]

Accurate as of October 3, 2022  5:34 PM.
**See the medication list below for HOW to take these medications**

### 🛒 Pick up these medications at MEIJER PHARMACY #034 - ROYAL OAK, MI - 5150 COOLIDGE HWY

• lisinopriL
Your estimated payment per fill: █

Address:  5150 COOLIDGE HWY, ROYAL OAK MI 48073
Phone:     248-280-5033

## Today's Visit

You saw Soumya Panchagnula, MD on Monday October 3, 2022 for: Hypertension. The following issues were addressed: High blood pressure, Need for [REDACTED]ination, [REDACTED]

| ❤️ Blood Pressure | 👤 BMI |
|---|---|
| **152/94** | ██ |
| 🔵 ██ | 📏 Height ██ |
| 🌡️ Temperature (Temporal) **97.8 °F** | 💓 Pulse **79** |

### ➕ Done Today
Basic Metabolic Profile for High blood pressure

8/29/25, 6:06 PM
Gmail - FW: Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Fem…

Case 2:24-cv-12333-GAD-APP ECF No. 110-5, PageID.2085 Filed 03/24/26 Page 21 of 100

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 21**

 **Gmail**

Wonder <sohyon.warner@gmail.com>

## FW: Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

Thu, Oct 6, 2022 at 4:19 PM

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, October 6, 2022 3:59 PM
**To:** Doherty, Jessica <jdoherty@veeder.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

Hi Jessica,

It's never easy to file a complaint fearing retaliation, but I am at a point where I must. I don't feel safe.

These are some of the events that demonstrate Ivan's actions prompting this complaint:

**Ivan does not follow through, not telling/withholding the truth, and uses intimidation tactics, over-controlling, and bullying. His unethical behaviors have created mistrust, misalignment, and unnecessary confusion and enforces extreme power disparity for his gain, which causes mental, emotional, and even physical disturbance. His actions were abusive and discriminatory, causing a hostile working environment.**

- During the GVR to Vontier transition, he changed to pull the requisition right away in Aug 2022 to the end of 2022 and now sometime in 2023, preventing me from getting the correct pay scale for the job duties I am currently performing. Please reference the email "Follow up from our discussion on 9/22 "I sent on 9/29. I need my job description and objective to know my target for the remainder of the year since my job role has changed. I hope you agree that we don't have to wait till the end of the year for this. I am attaching some of the salary information of job descriptions and titles that matches what I am doing now. https://producthq.org/career/ai-product-manager/ai-product-manager-salary/ | https://hired.com/salaries/machine-learning-manager

- The project team found out last week during the weekly report on 09/30 that Vontier Data Analytics team members Adam and Ivan have knowingly pulled GVR data and provided it to the 3rd party vendor for a project involving another OpCo, Juxta. GVR told me it is a data security breach and violations per OpCo to Opco and GVR to our client's perspective. Vontier, Allata, and Juxta team discussed this before I was pulled to this project on 8/22. Adam gave Allata two months' worth of POS data on September 6th. VDA team pulled me as their **product manager**, knowing they were in and going to be in a data security breach. In other words, **I was put on a project where data shouldn't be touched. Therefore, I was set to fail and most likely to miss the optimal ML deliverables due to a lack of access to the data and risk assessment completed before the project kicked off on 8/16.** On 9/7, I did ask Ivan whether he submitted the security assessment; he said he did and that we have no

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 21**

Case 2:24-cv-12333-CAD-APP  ECF No. 110-5, PageID.2086  Filed 03/24/26  Page 22 of 100

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 22

issues. Per Srikant, no 3rd party Risk Assessment was conducted by Vontier to Allata, which implies that vendor due diligence was not performed. The form Srikant proposes for Ivan to complete is "Vontier Standard Word GDPR Vendor Diligence." Also **per Srikant, since GVR customers' data includes PI, he suggests that we need to revisit the original agreement.** Please note that involving parties are Vontier, Juxta, Allata, SUDS, and GVR. **More importantly, Ivan is no longer part of IS360; therefore, he shouldn't have access to IS360 data, but he has knowingly accessed them for this project.** I wonder if his conduct should be considered a conflict of interest and a violation of GVR Data Security.



Case 2:24-cv-12333-GAD-APP  ECF No. 110-5, PageID.2087  Filed 03/24/26  Page 23 of 100

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 23**



- He is forcing me to violate the agreed and signed SOW. Ivan and Oliver asked me as a portal for "certified data" from Allata. No such agreement was made in SOW, nor is Allata allowed to certify GVR's data per lack of data security agreement. They are knowingly putting me in a conflict position so they can indirectly enforce wrongdoing. I found their actions highly unethical and cowardly, creating another division between Allata and me. Per the below emails, Ivan used an intimidation tactic by putting words like "formal request" to stop emailing the affected team members implying that there would be disciplinary actions (?) if I stated the factual findings and asked more objective and valid questions. (Please reference the below email thread, Monday, October 3, 2022 6:38 PM from Ivan) He also said that there were complaints where he didn't explain what that is and the originators. I verified with the Allata team, and they didn't approach Ivan afterward, which means it is Oliver, Adam, and Ivan himself. I won't further communicate with Ivan regarding this subject matter because it will be useless and result in additional abuse and intimidation.


- **He tends to pin me against another Asian Female, Kim Nguyen** (Allata Team Member, Tech Lead), although the Atlanta Project Manager/Scrum Master is Jennifer. Please reference the below email where I explained what's in SOW, but he stated that Kim is already working on "certifying the data" (Please reference the below email thread, Thursday, September 29, 2022 1:57 PM from Ivan) and MS Team threads and put me in "she said vs. what you said ."Also, during my conversation with Ivan on 9/8, he tried to convince me that Kim was not doing her job, which I defended her. Jennifer told me during their 1on1 that Ivan said to her that I agreed with him. **He is trying to create a division between Kim and me for his advantage, causing a hostile working environment and disrespecting my role as ML Product Manager/ Program Manager**. Ivan did not comment on other team members, who are white and primarily males. Other Allata team members are late on some of the deliverables, and Ivan is aware of them because he attends my "daily meetings." With these notes, **Ivan has demonstrated biased toward Asian Females in general and displayed misogynistic tendencies toward me.**



**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 23**

Case 2:24-cv-12333-CAD-APP ECF No. 110-5, PageID.2088 Filed 03/24/26 Page 24 of 100

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 24**







**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 24**

8/29/25, 6:05 PM
Case 2:24-cv-12333-GAD-APP ECF No. 110-5, PageID.2089 Filed 03/24/26 Page 25 of 100
Gmail - 3 W Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Fem…

- We had a weekly report on Sept 16th to Robert Steffler, from which I cascaded a message from our team that we need more POS data for the project deliverable. Please note I wasn't aware of potential data security at this time. Ivan provided 100% subjective feedback on the same day that Robert told Ivan I was fishing for more data. As a result, the input is so subjective and useless; I ask for objective and proactive actions that I can take on 9/20, but Ivan doesn't provide direction. (Please reference the emails "need clarification" that I attached) Instead, Ivan gaslighted and yelled at me during our 1on1 on 9/27. During the meeting, he stated that I was wasting his time, which made him skip his lunch and deflect himself from answering my request. He also said we should discontinue discussing the subject matter, and I complied due to his angst aggressive behavior. However, he sends me an MS Team msg continuing the discussion, which he demands that I should stop and start gaslighting and changing the narrative of our conversation like everything is OK.  Please reference the MS Team Thread I attached.  Please note that Sept 30th, the team were exposed to data security issue during the weekly meeting.

He is causing a mental and psychological disturbance with his abusive, intimidating, and discriminatory tactics; unfortunately, it is affecting me physically as well.

I request that I am to release from the current reporting structure immediately so I can be free from discriminatory abuse from Ivan. I will continue reporting to Rosie or Martina or no direct manager till the project ends and figure out my fit to GVR on going needs, as you stated in your email.
My performance evaluation should come from people who demonstrate an understanding of the ML Process, which should be Allata Team Members, and not from those abusing, harming, and discriminating against me and who have zero and limiting understanding of what I do Machine Learning Product Manager / Program Manager. Furthermore, I want my compensation matches what I am delivering now and more.

**Please help.**

Kind regards,

Sohyon

---

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Wednesday, October 5, 2022 2:19 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Juxta Data Model Plan

Hi SK,

There were complaints about your handling of the request from Oliver / Juxta data model plan. I will handle that request myself to avoid further conflict. Thanks,

Ivan

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, October 5, 2022 11:14 AM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Subject:** RE: Juxta Data Model Plan

Ivan,

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 26

May I ask why?

I am sensing that you are not being transparent with me.

SK

---

**From:** Ayma, Ivan <Ivan.Ayma@vontier.com>
**Sent:** Monday, October 3, 2022 6:38 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: Juxta Data Model Plan

SK,

This is a formal request to stop any further interactions on this data model topic from Oliver. Should anyone come to you with further questions about this topic, please direct them 1:1 to me. Thanks,

Ivan

Get Outlook for iOS

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, October 3, 2022 3:11:55 PM
**To:** Ayma, Ivan <Ivan.Ayma@vontier.com>; Phelps, Adam <Adam.Phelps@vontier.com>; Bacasse, Oliver <Oliver.Bacasse@vontier.com>
**Cc:** Nguyen, Kim <Kim.Nguyen@vontier.com>; Godsey, Jennifer <Jennifer.Godsey@vontier.com>; Brown, David <David.Brown@vontier.com>
**Subject:** RE: Juxta Data Model Plan

+Kim, Jennifer, David

Sharing what I found out.

- Verified with Kim, and she is unaware of the certified data delivery.
- Verified with Jennifer, and she is unaware of the certified data delivery.
- Verified by Jennifer that David is not aware of the delivery of certified data
- The unsigned SOW that you forwarded on 9/8 does not contain the delivery of certified data in the "project scope" nor "project deliverable" section.
- Cataloging data is not Certifying the data, as I stated a couple of times.
- The team has been improving the POS data quality for ML/DS purpose and not for General data analytics purpose.  They are not the same.

However, the most important questions to be answered are **when can we expect the so-called customer "allow-list / whitelist," and without the list, are we even supposed to have any access to GVR POS data/SMS at this time?**

Please let us know.

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 26

| | |
|---|---|
| **From:** | Doherty, Jessica |
| **To:** | Gibson, Kate; Martorell, Kathy |
| **Cc:** | Heuser, Emily |
| **Subject:** | FW: Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American |
| **Date:** | Monday, October 10, 2022 3:42:09 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |

Privileged and confidential

FYI both- Emily connected with Rosie and talked her through the coaching conversation she has scheduled with SK tomorrow afternoon.  Rosie also confirmed SK would stay in the same role she is currently in, just with the removal of the VNT reporting lines.  I sent the below to SK per our alignment earlier.

**From:** Doherty, Jessica
**Sent:** Monday, October 10, 2022 3:38 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

Sohyon,

Thank you again for raising your concern.  I wanted to circle back to confirm that it has been escalated to the compliance team and your concerns will be investigated.  They will most likely reach out to you in the coming week or so.  I've also included Emily here who I've confidentially made aware as she is the new HR Leader for the IT organization.

Also related to your request at the bottom of the note below, we will formally move you back to the GVR team and Emily and Rosie will partner to help close out as needed on the Vontier side.

Let us know if you have any questions,
Jess

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, October 10, 2022 9:55 AM
**To:** Doherty, Jessica <jdoherty@veeder.com>
**Subject:** RE: Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

Will do, thank you.

**From:** Doherty, Jessica <jdoherty@veeder.com>
**Sent:** Monday, October 10, 2022 9:27 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Filing a formal written complaint against Ivan for creating a hostile working environment and

G004930

harassment for Asian Female American

Sohyon,

Thank you for sending.  Based on the below, I will need to connect with the compliance team to start a SpeakUp so we follow the proper process.  I know this can be sensitive and I want to be mindful of that. Please reach out if you want to connect today and discuss now or at any point.

Jess

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Friday, October 7, 2022 1:00 PM
**To:** Doherty, Jessica <jdoherty@veeder.com>
**Subject:** RE: Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

Hi Jessica,
One more thing, I was told that Ivan and Rosie are friends.  I hope that you can keep this confidential.
Thank you,
Sohyon

---

**From:** Warner, Sohyon
**Sent:** Thursday, October 6, 2022 3:59 PM
**To:** Doherty, Jessica <jdoherty@veeder.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

Hi Jessica,

It's never easy to file a complaint fearing retaliation, but I am at a point where I must.  I don't feel safe.

These are some of the events that demonstrate Ivan's actions prompting this complaint:

**Ivan does not follow through, not telling/withholding the truth, and uses intimidation tactics, over-controlling, and bullying. His unethical behaviors have created mistrust, misalignment, and unnecessary confusion and enforces extreme power disparity for his gain, which causes mental, emotional, and even physical disturbance. His actions were abusive and discriminatory, causing a hostile working environment.**

- During the GVR to Vontier transition, he changed to pull the requisition right away in Aug 2022 to the end of 2022 and now sometime in 2023, preventing me from getting the correct pay scale for the job duties I am currently performing. Please reference the email "Follow up from our discussion on 9/22 "I sent on 9/29. I need my job description and objective to know my target for the remainder of the year since my job role has changed. I hope you agree that we don't have to wait till the end of the year for this. I am attaching some of the salary information of job descriptions and titles that matches what I am doing now. https://producthq.org/career/ai-product-manager/ai-product-manager-salary/ | https://hired.com/salaries/machine-learning-manager

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 29



## FW: Juxta Data Model Plan / PRIVILEGED AND CONFIDENTIAL

1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

**From:** Warner, Sohyon
**Sent:** Thursday, October 6, 2022 11:38 AM
**To:** Mikkilineni, Srikant <srikant.mikkilineni@vontier.com>; Stoll, Brad <Brad.Stoll@vontier.com>
**Cc:** Clement, Kelly <Kelly.Clement@vontier.com>; Sheedy, Michael <Michael.Sheedy@vontier.com>; Rosado, Ricardo <Ricardo.rosado@vont
**Subject:** RE: Juxta Data Model Plan / PRIVILEGED AND CONFIDENTIAL

Hi Srikant,

Thank you for the direction.

I will forward the vendor diligence standard work to Ivan with the instructions.

For the second item, I am attaching the screen shot of Snowflake, "VNT_VDA_GVR_1360 access level list.

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 29

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 30



Please note that they are numerous non-GVR personnel who can access the data via Snowflake (SF). Allata team members are Kim, Colton, a[...]
Barak is part of Juxta.
Based on my instructions from GVR, only GVR personnel who works on Data should view and access the raw data from IS360, which implies, [...]
and Adam as admin/ADD Provisioner, should be on the list only.
I believe Adam as an admin added these people to SF.
Being an ex-IS360 group, Ivan should not be able to access IS360 Data directly and provide it to whomever. Would you consider this to be a co[...]

I am attaching the tables and data definition that are available to people on this list.  **GVR_IS360_DEV_DB includes the raw data.**

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 30

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 31





EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 31

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 32**



**Table definition**

```
create or replace TABLE GVR_IS360_DEV_DB.PUSH_SALE_EVENT.ORGANIZATION (
    ORGANIZATION_ID NUMBER(38,0) NOT NULL COMMENT 'Unique id of the organization',
    ORGANIZATION_NAME VARCHAR(100) NOT NULL COMMENT 'Organization name',
    ORGANIZATION_TYPE VARCHAR(16777216) COMMENT 'system enum enum(GILBARCO,VEEDER-ROOT,CLIENT
    FINANCIAL_ID VARCHAR(11) COMMENT 'Customer Identification Number on ERP',
    TENANT_DOMAIN VARCHAR(100) COMMENT 'Specifies the tenant domain to be used by WSO2 Identi
organizations tenant',
    TENANT_ID NUMBER(38,0) COMMENT 'WSO2 Tenant id for the organization',
    STATS VARCHAR(16777216) NOT NULL DEFAULT 'NA' COMMENT 'Status of the organization WSO2 Te
enum(NA,ACTIVE,INACTIVE,PERMANENT)',
    ADDRESS_ID NUMBER(38,0),
    STATUS_CHANGE_DATE TIMESTAMP_NTZ(9) NOT NULL DEFAULT CURRENT_TIMESTAMP() COMMENT 'Date th
changed',
    CREATE_TIMESTAMP TIMESTAMP_NTZ(9) NOT NULL DEFAULT CURRENT_TIMESTAMP() COMMENT 'Timestamp
to the system',
    UPDATE_TIMESTAMP TIMESTAMP_NTZ(9) DEFAULT CURRENT_TIMESTAMP(),
    primary key (ORGANIZATION_ID)
);
```

Show less ∧

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 32**

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 33

```
PUSH_SALE_EVENT
  Tables
    AD_HOC_TRANSACTI...
    CURATED_SITES
    CUSTOMER_SUBSCRI...
    GVR1_CUSTOMER
    GVR1_CUSTOMER_SI...
    IRA_IOT_ORG_CUSTO...
    IRA_SITES_INTEREST2
    IS360_TELEMETRY_H...
    IS360_TELEMETRY_H...
    IS360_TELEMETRY_H...
    IS360_TELEMETRY_H...
    ORGANIZATION
    ORGANIZATION_2_SI...
    PRODUCT_V2
    PRODUCT_V2_ATTRIB...
    PRODUCT_V2_ORGAN...
    PRODUCT_V2_SITE
    PUSH_SALE_EVENT_...
    PUSH_SALE_EVENT_...
    PUSH_SALE_EVENT_F...
    PUSH_SALE_EVENT_F...
    PUSH_SALE_EVENT_F...
```

```sql
create or replace TABLE GVR_IS360_DEV_DB.PUSH_SALE_EVENT.PUSH_SALE_EVENT_B4_SALE_EVENT clust
    MESSAGEID VARCHAR(16777216),
    STORELOCATION_ID VARCHAR(16777216),
    VENDORNAME VARCHAR(16777216),
    VENDORMODELVERSION VARCHAR(16777216),
    REPORT_SEQUENCE_NUMBER VARCHAR(16777216),
    PRIMARY_REPORT_PERIOD VARCHAR(16777216),
    SECONDARYREPORTPERIOD VARCHAR(16777216),
    BEGINDATE DATE,
    BEGINTIME TIME(9),
    ENDDATE DATE,
    ENDTIME TIME(9),
    LOYALTY_ID VARCHAR(16777216),
    LOYALTYENTRYMETHOD VARCHAR(16777216),
    LOYALTYPROGRAMNAME VARCHAR(16777216),
    CASHIER_ID VARCHAR(16777216),
    REGISTER_ID VARCHAR(16777216),
    TILL_ID VARCHAR(16777216),
    OUTSIDESALESFLAG VARCHAR(16777216),
    TRANSACTION_ID VARCHAR(16777216),
    EVENTSTARTDATE DATE,
    EVENTSTARTTIME TIME(9),
    EVENTENDDATE DATE,
    EVENTENDTIME TIME(9),
    BUSINESSDATE DATE,
    RECEIPTDATE DATE,
    RECEIPTTIME TIME(9),
    OFFLINEFLAG VARCHAR(16777216),
    SUSPENDFLAG VARCHAR(16777216),
    ORIGINALSTORELOCATIONID VARCHAR(16777216),
    ORIGINALREGISTERID VARCHAR(16777216),
    ORIGINALTRANSACTIONID VARCHAR(16777216),
    ORIGINALEVENTSTARTDATE DATE,
    ORIGINALEVENTSTARTTIME TIME(9),
    ORIGINALEVENTENDDATE DATE,
    ORIGINALEVENTENDTIME TIME(9),
    TRANSACTIONLINKREASON VARCHAR(16777216)
```

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 33

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 34

IS360_TELEMETRY_H...
IS360_TELEMETRY_H...
ORGANIZATION
ORGANIZATION_2_SI...
PRODUCT_V2
PRODUCT_V2_ATTRIB...
PRODUCT_V2_ORGAN...
PRODUCT_V2_SITE
PUSH_SALE_EVENT_...
PUSH_SALE_EVENT_...
PUSH_SALE_EVENT_F...
PUSH_SALE_EVENT_F...
PUSH_SALE_EVENT_F...
PUSH_SALE_EVENT_...
PUSH_SALE_EVENT_F...
PUSH_SALE_EVENT_L...

### Table definition

```
create or replace TABLE GVR_IS360_DEV_DB.PUSH_SALE_EVENT.PUSH_SALE_EVENT_FUEL_TENDER_INFO (
    MESSAGEID2 VARCHAR(16777216),
    TENDERCODE VARCHAR(16777216),
    TENDERAMOUNT FLOAT,
    CHANGEFLAG VARCHAR(16777216),
    ACCOUNTID VARCHAR(16777216),
    ACCOUNTNAME VARCHAR(16777216),
    SALESQUANTITY FLOAT,
    SALESAMOUNT FLOAT,
    PRICE_OF_FUEL FLOAT,
    TYPE_OF_GAS VARCHAR(16777216),
    GAS_PUMP VARCHAR(16777216),
    PRICETIERCODE VARCHAR(16777216),
    TIMETIERCODE VARCHAR(16777216),
    SERVICELEVELCODE VARCHAR(16777216),
    MERCHANDISECODE VARCHAR(16777216),
    ENTRYMETHOD VARCHAR(16777216)
)COMMENT=' fuel and tenderinfo from transaction details'
;
```

Show less ∧

---

IS360_TELEMETRY_H...
IS360_TELEMETRY_H...
IS360_TELEMETRY_H...
ORGANIZATION
ORGANIZATION_2_SI...
PRODUCT_V2
PRODUCT_V2_ATTRIB...
PRODUCT_V2_ORGAN...
PRODUCT_V2_SITE
PUSH_SALE_EVENT_...
PUSH_SALE_EVENT_...
PUSH_SALE_EVENT_F...
PUSH_SALE_EVENT_F...
PUSH_SALE_EVENT_F...
PUSH_SALE_EVENT_F...
PUSH_SALE_EVENT_F...
PUSH_SALE_EVENT_...
PUSH_SALE_EVENT_L...
PUSH_SALE_EVENT_P...

### Table definition

```
create or replace TABLE GVR_IS360_DEV_DB.PUSH_SALE_EVENT.PUSH_SALE_EVENT_LINE_ITEMS cluster by (PO
    MESSAGEID VARCHAR(16777216),
    POSCODEFORMAT VARCHAR(16777216),
    POSCODE VARCHAR(16777216),
    POSCODEMODIFIER VARCHAR(16777216),
    INVENTORYITEMID VARCHAR(16777216),
    DESCRIPTION VARCHAR(16777216),
    ENTRYMETHOD VARCHAR(16777216),
    ACTUALSALESPRICE FLOAT,
    MERCHANDISECODE VARCHAR(16777216),
    SELLINGUNITS VARCHAR(16777216),
    REGULARSELLPRICE FLOAT,
    SALESQUANTITY VARCHAR(16777216),
    SALESAMOUNT FLOAT,
    SALESRESTRICTFLAGTYPE VARCHAR(16777216),
    SALESRESTRICTFLAG VARCHAR(16777216),
    BIRTHDATE DATE,
    IDEXPIRATIONDATE VARCHAR(16777216),
    IDISSUINGAUTHORITY VARCHAR(16777216),
    IDTYPE VARCHAR(16777216)
);
```

Show less ∧

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 34

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 35



Please let me know if you need anything else.

Best Regards,

Sohyon

---

**From:** Mikkilineni, Srikant <srikant.mikkilineni@vontier.com>
**Sent:** Thursday, October 6, 2022 8:49 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Stoll, Brad <Brad.Stoll@vontier.com>
**Cc:** Clement, Kelly <Kelly.Clement@vontier.com>; Sheedy, Michael <Michael.Sheedy@vontier.com>; Rosado, Ricardo <Ricardo.rosado@vonti
**Subject:** RE: Juxta Data Model Plan / PRIVILEGED AND CONFIDENTIAL

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 35

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 36**

Hi Sohyon,

Feel free to forward the vendor diligence standard work.  As to your second question, legal has a list of entities and they are reviewing each MSA to determine data, i.e. non-personal data sharing.  I've added Brad Stoll to this email chain.  @Brad, could you please provide the most recent version of the tracking spread

Sohyon, could you please provide a list of data categories that are being transferred or requested to be transferred to Juxta as well as any information you have is being transferred are located (please don't feel as though you need to list every consumer location, at this stage I'd just like to know if there are groupings o states). Based on what data categories are being transferred to Juxta (and origin locations), we will need to reassess with them and VDA Hub as personal data discussion.

Best,

Srikant

**Srikant Mikkilineni**
Senior Counsel, Privacy and Data Protection

FIP | PLS | CIPP/US | CIPM | CIPP/E
srikant.mikkilineni@vontier.com

O: +1 (984) 275-6056

vontier.com



This message (including any attachments) may contain confidential and/or proprietary information intended only for the addressee.  If you are not the intended recipient, please notify the sender delete the message from your system. If you have any questions about this e-mail please notify the sender immediately.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, October 6, 2022 7:34 AM
**To:** Mikkilineni, Srikant <srikant.mikkilineni@vontier.com>; Clement, Kelly <Kelly.Clement@vontier.com>

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 36**

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 37

**Cc:** Sheedy, Michael <Michael.Sheedy@vontier.com>; Rosado, Ricardo <Ricardo.rosado@vontier.com>
**Subject:** RE: Juxta Data Model Plan / PRIVILEGED AND CONFIDENTIAL

**PRIVILEGED AND CONFIDENTIAL**

**ATTORNEY-CLIENT COMMUNICATION**

Hi Srikant,

Thank you so much for your prompt response.  Do I need to wait for Ricardo's input before I can forward the form to Ivan?

I have one more question since Gilbarco's data is used for the Juxta project, where we are using one OpCo client's data for another OpCo, is th separate agreement between them?

The clients' data includes the final customer's (consumers') retail purchase information, including the last four digits of credit cards.

I was informed that Barak (Juxta) is working with Compliance to get the GVR Client Allowed list.

Please let me know.

BR,

Sohyon

**From:** Mikkilineni, Srikant <srikant.mikkilineni@vontier.com>
**Sent:** Wednesday, October 5, 2022 6:26 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Clement, Kelly <Kelly.Clement@vontier.com>
**Cc:** Sheedy, Michael <Michael.Sheedy@vontier.com>; Rosado, Ricardo <Ricardo.rosado@vontier.com>
**Subject:** RE: Juxta Data Model Plan / PRIVILEGED AND CONFIDENTIAL

**PRIVILEGED AND CONFIDENTIAL**

**ATTORNEY-CLIENT COMMUNICATION**

Hi Sohyon,

Thanks for reaching out and raising these questions.  Ricardo please correct me if I'm off base, but I think we'd want to do a third-party risk assessment with A review.  I've attached the vendor diligence privacy standard work to this email, which can be forwarded to Ivan for completion with Allata.  Alternatively, hap

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 37

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 38

Mike Sheedy on the InfoSec team to determine if there are specific additional questions or concerns that we'd like Allata to provide responses to or address.

With respect to the contract questions, we do have an MSA and Data Processing Agreement (DPA) with Allata. The DPA governs Allata's use of Personal Info provisions to govern Allata's use of broadly defined Confidential Information from Vontier and also includes a Minimum Security Standards clause. The MSA and the DPA was effective as of April 15th, so we should be squared away on that front.

Happy to discuss any of the above and/or any other concerns or questions further.

Best,

Srikant

**Srikant Mikkilineni**
Senior Counsel, Privacy and Data Protection

FIP | PLS | CIPP/US | CIPM | CIPP/E
srikant.mikkilineni@vontier.com

O: +1 (984) 275-6056

vontier.com



This message (including any attachments) may contain privileged attorney client communications, attorney work product, and/or confidential and/or proprietary information intended only for th copying, distribution or reliance on the contents of this information is strictly prohibited and may constitute a violation of law. If you are not the intended recipient, please notify the sender imm the message from your system. If you have any questions about this e-mail please notify the sender immediately.

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, October 5, 2022 9:06 AM
**To:** Mikkilineni, Srikant <srikant.mikkilineni@vontier.com>; Clement, Kelly <Kelly.Clement@vontier.com>
**Cc:** Rosado, Ricardo <Ricardo.rosado@vontier.com>
**Subject:** FW: Juxta Data Model Plan

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 38

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 39**

Good morning, Srikant and Kelly,

How are you?


I am contacting you to verify whether this project (VDA Juxta/Retail Data Hub) breached or violated data security protocol.

I became the product owner on 8/22, and the SOW was issued to "Allata" on 7/26 and executed in September, which implies that Juxta/Allata a provided by VDA.

I want to confirm that we have a data security clause in MSA with Allata.  Do we even have an NDA with them?


I am also attaching the communication between Ivan and me.



**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 39**

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 40**







**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 40**

| | |
|---|---|
| **From:** | Heuser, Emily |
| **To:** | Doherty, Jessica; Gibson, Kate |
| **Subject:** | Privileged and confidential: Follow-up items |
| **Date:** | Monday, October 10, 2022 10:30:00 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |

Hi all,

I just talked to Rosie (Rosanna) Hurst who is Sohyon's manager.  A few items to follow up with both of you on is:

- Rosie sent the 1:1 meeting on Friday (Oct 7th) to Sohyon to discuss her performance
- Secondly, Ivan (the manager at Vontier) has requested to Rosie that Sohyon be removed from the team immediately and moved back to Rosie's team.  Rosie has asked Ivan to hold on any communication to Sohyon until they hear back from me.  He agreed to hold now.
- Finally, after reviewing the PIP documentation, Rosie mentioned that she has not provided "coaching" directly to Sohyon regarding this matter and the PIP documentation states this can not be the first time this information is communicated.  So if we are following the process, she would need to coach her first on the feedback received from Ivan.
- Rosie rescheduled the discussion with Sohyon until 2:30 pm ET tomorrow.

Please let me know if you have any questions.

Best,

Emily

---

**From:** Doherty, Jessica <jdoherty@veeder.com>
**Sent:** Monday, October 10, 2022 10:05 AM
**To:** Gibson, Kate <Kate.Gibson@vontier.com>
**Cc:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** FW: Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

Privileged and confidential

---

**From:** Doherty, Jessica
**Sent:** Monday, October 10, 2022 9:35 AM
**To:** Martorell, Kathy <kathy.martorell@vontier.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** FW: Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

Privileged and confidential

G004941

Kathy,

See attached/below for an email from one of the members of the GVR IT department.  I just sent an invite for time later to discuss as there is information here that Sohyon has sent me as well as documentation from her manager about growing performance concerns making this potentially complicated.

@Heuser, Emily Kathy is a member of the compliance team.  Given the nature of Sohyon's complaint below, it seems appropriate to escalate through SpeakUp.  We'll discuss more later!

Jess

---

**From:** Warner, Sohyon Sohyon.Warner@gilbarco.com
**Sent:** Friday, October 7, 2022 1:00 PM
**To:** Doherty, Jessica jdoherty@veeder.com
**Subject:** RE: Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

Hi Jessica,
One more thing, I was told that Ivan and Rosie are friends.  I hope that you can keep this confidential.
Thank you,
Sohyon

---

**From:** Warner, Sohyon
**Sent:** Thursday, October 6, 2022 3:59 PM
**To:** Doherty, Jessica <jdoherty@veeder.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

Hi Jessica,

It's never easy to file a complaint fearing retaliation, but I am at a point where I must.  I don't feel safe.

These are some of the events that demonstrate Ivan's actions prompting this complaint:

**Ivan does not follow through, not telling/withholding the truth, and uses intimidation tactics, over-controlling, and bullying. His unethical behaviors have created mistrust, misalignment, and unnecessary confusion and enforces extreme power disparity for his gain, which causes mental, emotional, and even physical disturbance. His actions were abusive and discriminatory, causing a hostile working environment.**

- During the GVR to Vontier transition, he changed to pull the requisition right away in Aug 2022 to the end of 2022 and now sometime in 2023, preventing me from getting the correct pay scale for the job duties I am currently performing. Please reference the email "Follow up from our discussion on 9/22 "I sent on 9/29. I need my job description and objective to know my target for the remainder of the year since my job role has changed. I hope you agree that we don't have to wait till the end of the year for this. I am attaching some of the salary information of job descriptions and titles that matches what I am doing now. https://producthq.org/career/ai-product-manager/ai-product-manager-salary/ |

G004942

Message
_____

**From:**   Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
            (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673]
**Sent:**   10/10/2022 10:00:06 AM
**To:**     Schoultz, Martina [martina.schoultz@gilbarco.com]; Blaser, Paul [paul.blaser@gilbarco.com]
**Subject:** RE: Aligning Data Science capabilities to GVR Horizon

Hi Martina,
Good morning and hope you are well.

I assume the latter as well, and Paul can keep me honest.
Thanks for sharing this with us because is the first I hear of it at this granular level.

I will defer to Paul for his insight.
However, interesting to see that they want to talk with you versus Paul who is our Head of Data & Analytics.
Just saying.

Best regards,
Rosie

_Rosanna Hurst_

Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Monday, October 10, 2022 9:57 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Fwd: Aligning Data Science capabilities to GVR Horizon

Hello both:

Not exactly sure what horizons SK is referring to (our GVR or IT - probably latter), but thought you should be aware (if
you aren't already).

Many thanks,

Martina

Get Outlook for iOS
_Sent from my smartphone - apologies for any typos_

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, October 10, 2022 09:43
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Cc:** Porter, Tanya <tanya.porter@gilbarco.com>
**Subject:** Aligning Data Science capabilities to GVR Horizon

Good morning, Martina,

After reviewing the horizon targets for 2022 to 2024, we are seeing the need for Data Science and Machine Learning
capabilities.

Message

| | |
|---|---|
| **From**: | Blaser, Paul [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAB0EECE8ECD4A0FBF900ED1929C82B0-PAUL.BLASER] |
| **Sent**: | 10/10/2022 1:31:15 PM |
| **To**: | Schoultz, Martina [martina.schoultz@gilbarco.com]; Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject**: | Re: Aligning Data Science capabilities to GVR Horizon |

If this were Catholic school, Sister Rosie would have separated those two already. Sigh…

How do you want to proceed? Martina, do you want to give them a listen? At this point I really can't muster a charitable reaction. But If you'd prefer, I'll talk to Dr. Porter and try to understand what they're wanting to do. I'm also happy to reinforce the notion that the broader leadership community isn't blind to our need for advanced analytics and that there has long been a plan in place.

Thanks!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Date:** Monday, October 10, 2022 at 10:09 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>, Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Re: Aligning Data Science capabilities to GVR Horizon

Hi Rosie,

My thoughts exactly....

Thanks,

Martina

Get Outlook for iOS
*Sent from my smartphone - apologies for any typos*

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Monday, October 10, 2022 10:00
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Aligning Data Science capabilities to GVR Horizon

Hi Martina,
Good morning and hope you are well.

I assume the latter as well, and Paul can keep me honest.
Thanks for sharing this with us because is the first I hear of it at this granular level.

I will defer to Paul for his insight.

However, interesting to see that they want to talk with you versus Paul who is our Head of Data & Analytics.
Just saying.

Best regards,
Rosie

*Rosanna Hurst*

Global GVR IT Director, IT Program Management Office & Vendor Management

Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

---

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Monday, October 10, 2022 9:57 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Fwd: Aligning Data Science capabilities to GVR Horizon

Hello both:

Not exactly sure what horizons SK is referring to (our GVR or IT - probably latter), but thought you should be aware (if you aren't already).

Many thanks,

Martina

Get Outlook for iOS
*Sent from my smartphone - apologies for any typos*

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, October 10, 2022 09:43
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Cc:** Porter, Tanya <tanya.porter@gilbarco.com>
**Subject:** Aligning Data Science capabilities to GVR Horizon

Good morning, Martina,

After reviewing the horizon targets for 2022 to 2024, we are seeing the need for Data Science and Machine Learning capabilities.
With these notes, we want to have a 30-minute session with you at your earliest convenience.

Please let us know.

Regards,
SK and Tanya

| | |
|---|---|
| **From:** | Gibson, Kate |
| **To:** | Doherty, Jessica; Martorell, Kathy |
| **Cc:** | Heuser, Emily |
| **Subject:** | RE: Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American |
| **Date:** | Monday, October 10, 2022 3:46:03 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |

Thank you for the update, Jessica.

## Kate Sturdivant Gibson

Compliance Investigator

Kate.Gibson@Vontier.com

Tel. 984.275.6110

Mobile 336.309.9119

vontier.com

---

**From:** Doherty, Jessica <jdoherty@veeder.com>
**Sent:** Monday, October 10, 2022 3:42 PM
**To:** Gibson, Kate <Kate.Gibson@vontier.com>; Martorell, Kathy <kathy.martorell@vontier.com>
**Cc:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** FW: Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

Privileged and confidential

FYI both- Emily connected with Rosie and talked her through the coaching conversation she has scheduled with SK tomorrow afternoon.  Rosie also confirmed SK would stay in the same role she is currently in, just with the removal of the VNT reporting lines.  I sent the below to SK per our alignment earlier.

---

**From:** Doherty, Jessica
**Sent:** Monday, October 10, 2022 3:38 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: Filing a formal written complaint against Ivan for creating a hostile working environment and harassment for Asian Female American

Sohyon,

Thank you again for raising your concern.  I wanted to circle back to confirm that it has been escalated to the compliance team and your concerns will be investigated.  They will most likely reach out to you in the coming week or so.  I've also included Emily here who I've confidentially made aware as she is the new HR Leader for the IT organization.

G004952

Message

| | |
|---|---|
| **From**: | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent**: | 10/11/2022 4:31:58 PM |
| **To**: | Schoultz, Martina [martina.schoultz@gilbarco.com]; Carr, Jeff [jeff.carr@gilbarco.com]; Blaser, Paul [paul.blaser@gilbarco.com]; Morris, Troy [troy.morris@gilbarco.com]; Miranda, Luis [luis.miranda@gilbarco.com]; Isom, Kevin [kevin.isom@gilbarco.com]; Drysdale, Aaron [aaron.drysdale@gilbarco.com]; Bethel, Jonathan [jonathan.bethel@gilbarco.com] |
| **CC**: | Heuser, Emily [emily.heuser@gilbarco.com] |
| **Subject**: | Update on SK Transition back to GVR |
| **Attachments**: | Transition Follow up from VNT to GVR.msg |

Dear Team,

Greetings and hope you are doing well.

The purpose of my email is to keep you in the loop regarding SK transition from VNT to GVR.

Today, I met with SK and agreed on her coming back to GVR on 10/17/2022, as she had requested to Emily (copied). Our meeting was very positive, and SK is eager to start back in the same role, with the same comp, supporting two of the projects that she used to manage:

1-      **MES Demand Planning**
2-      **PCI Compliance**

Based on this information, I will notify TEKSystems about removing Machele at the end of this month, unless of course, we could use her in other projects.
Machele is fully trained (VBS, Planisware and our Processes) and an Agile expert as well, like Pat and Shawn. I am very open to socializing this topic with you because good resources are hard to find.
I've enclosed the transition that I shared with SK for your information and awareness.

@Bethel, Jonathan, Vontier has agreed to pay for Machele until the end of the month. Thus, keeping you well informed until we determine Machele's future at GVR. More to come on this.

Lastly, I want to Thank **Emily** for all her support to ensure this transition was a smooth one. You Rock, Emily!

Warm regards to all,
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root | Rosanna.hurst@gilbarco.com



Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 10/11/2022 2:46:21 PM |
| **To:** | Warner, Sohyon [sohyon.warner@gilbarco.com] |
| **Subject:** | Transition Follow up from VNT to GVR |

Hi SK,

Many thanks for making the time to meet with me today. It was great to catch up with you.

I want to recap to make sure we are in alignment:
- The last day with Vontier will be Friday 14th October
- You will start with GVR on Monday 17th October
- Your role and comp will remain the same
- You will be assigned to two projects that you were previously supporting: MES Demand Planning and PCI Compliance


I kindly ask for the following actions to be done by **COB Today (10/11/2022**) – please get with Ivan to address items 2 and 3 below:
1. Ivan will notify the team that he will take over the project
2. The meetings cadence for the program you are supporting – please notify Ivan and proceed to cancel them and Ivan will re-schedule these meetings
3. Share with Ivan where you are at, so that Ivan can take over

Kindly notify me when this is done at COB today.
Please let me know how I can be of help, as I am here for you.
Looking forward to having you as part of the Team again.

Best regards,
Rosie

*Rosanna Hurst*

Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com

 

We are mobilizing the future
to create a better world.

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 10/12/2022 9:44:39 AM |
| **To:** | Warner, Sohyon [sohyon.warner@gilbarco.com] |
| **BCC:** | Heuser, Emily [emily.heuser@gilbarco.com] |
| **Subject:** | RE: PCI Compliance project |

Thank you very much SK.
Wishing you an amazing day!
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, October 12, 2022 9:43 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: PCI Compliance project

Will do!

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Tuesday, October 11, 2022 5:00 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: PCI Compliance project

Dear SK,

Please allow me the time to share with the team first on Thursday before you engage in any work.
I have not had an opportunity to notify them yet, as we just ended our call at 3pm and I've been on other calls.
My goal is to notify my team during our Bi-weekly Team meeting this week.

I know you are eager to start, **and so am I**, but would advise to work with me please before sending any other communications, so that I have the time to send proper communications to all the parties involved to minimize any confusion.

It is important for me to be proper on my communications to everyone (stakeholders as well as my team) and thus my ask.

I remain 100% available to you if you have any questions.
Thank you very much,
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Tuesday, October 11, 2022 4:46 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>; McClellan, Shawn <Shawn.McClellan@gilbarco.com>
**Subject:** PCI Compliance project

Hi Rosie,

I reached out to James, who stated that the project was not going well.  James says that Shawn will confirm 😊
With the number of open items based on lack of ownership (still going on), especially from System and Governance sides, James and I recommend that we may need two PMs on this for a month or two.

We should discuss this further when Shawn gets back from his PTO.

Sohyon

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 10/13/2022 3:54:54 PM |
| **To:** | Schoultz, Martina [martina.schoultz@gilbarco.com]; Heuser, Emily [emily.heuser@gilbarco.com] |
| **Subject:** | FW: Transition of PCI Conversation |
| **Attachments:** | Transition Follow up from VNT to GVR.msg |

**Importance:**    High

Martina and Emily,

The email below is interesting because SK asked Emily to bring her back to GVR and we are making that happen on 10/17/2022.

I met with SK on Tuesday 11th at 2:30pm and shared the projects she will be supporting, and she stated she was fine with that (enclosed is my note to SK since we were in alignment and wanted to have this documented).

Now she is coming back saying that she feels "uncomfortable" because she is not an expert.  She is not doing anything different than what a PM is doing.

James is the Security expert, and he is doing a great job working with Shawn.

Any guidance at this point is welcome. This is simply wild. My main concern is – what will be the next uncomfortable?

*Rosanna Hurst*

Global GVR IT Director, IT Program Management Office & Vendor Management

Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future to create a better world.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, October 13, 2022 3:06 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: Transition of PCI Conversation

Hi Rosie,

I want to speak with you regarding this matter.

I am uncomfortable with taking this untracked project back because I mentioned to you that I am not an expert.

I am available today if you want to chat.

Thank you,
Sohyon

-----Original Appointment-----
**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Thursday, October 13, 2022 2:57 PM
**To:** Hurst, Rosanna; McClellan, Shawn; Warner, Sohyon
**Subject:** Transition of PCI Conversation
**When:** Monday, October 17, 2022 1:30 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Shawn and SK
I would like to talk about the transition of PCI from Shawn to SK.
Please ensure you can attend this call.

Message
_____

**From:**     Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673]
**Sent:**     10/14/2022 6:09:49 PM
**To:**       Heuser, Emily [emily.heuser@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com]
**Subject:**  RE: Transition of PCI Conversation

Martina and Emily,

The purpose of my email is to share update of my call with SK today which was very much transparent. That is the best way to describe it.
I listened to her concerns, as I truly care about her, and she expressed the anxiety that the PCI project represents to her mainly since she doesn't know anything about Security.
I coached regarding her role as a PM in which she is responsible for scheduling the calls, bringing the groups together to socialize this PCI Audit, and take pertinent notes. I don't expect her to be the Security Expert because that is not her role. IMHO, minimum supervision on the project from a PM perspective.

While she agreed with me, she asked if she could collaborate with Shawn (the PM this project was assigned to when SK took the Vontier assignment – SK was doing this previously).
After thinking about for a while and to ensure her sanity since she was very anxious about it, I agreed for her and Shawn to collaborate on this. This could really bring my team together and this is an excellent opportunity for SK to regain trust with her peers. Thus, a win-win in my humble opinion.

Just wanted to share this with you, as I promised that I will share the outcome of this conversation.
Best to you both and enjoy the weekend.
Rosie

*Rosanna Hurst*

Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



**From:** Hurst, Rosanna
**Sent:** Thursday, October 13, 2022 4:32 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** RE: Transition of PCI Conversation

Thank you, Emily, for your prompt response.
Will keep you both posted.

Best,
Rosie

*Rosanna Hurst*

Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Thursday, October 13, 2022 4:09 PM

**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** Re: Transition of PCI Conversation

Hi Rosie,

Thanks for your message and I appreciate you bringing this to my attention.  I would suggest listening to her concerns, what is needed to make her successful in the role and what support she needs to fully make this transition back.  I would document and recap this discussion to ensure alignment.

Please note, I would not change any parts of the job unless we discuss it further as she may not be interested in it.  If she wants to discuss other careers paths, we can also help support her in that as well, if this is not something she wants to do.  Please also document any conversation related to career shifts and again recap the conversation.

Please let us know the outcome of your conversation and let me know if you have any questions beforehand.

Best,

Emily

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Thursday, October 13, 2022, 3:54 PM
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** FW: Transition of PCI Conversation

Martina and Emily,
The email below is interesting because SK asked Emily to bring her back to GVR and we are making that happen on 10/17/2022.
I met with SK on Tuesday 11th at 2:30pm and shared the projects she will be supporting, and she stated she was fine with that (enclosed is my note to SK since we were in alignment and wanted to have this documented).

Now she is coming back saying that she feels "uncomfortable" because she is not an expert.  She is not doing anything different than what a PM is doing.
James is the Security expert, and he is doing a great job working with Shawn.
Any guidance at this point is welcome. This is simply wild. My main concern is – what will be the next uncomfortable?

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, October 13, 2022 3:06 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: Transition of PCI Conversation

Hi Rosie,

I want to speak with you regarding this matter.
I am uncomfortable with taking this untracked project back because I mentioned to you that I am not an expert.

I am available today if you want to chat.

Thank you,
Sohyon


-----Original Appointment-----
**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Thursday, October 13, 2022 2:57 PM
**To:** Hurst, Rosanna; McClellan, Shawn; Warner, Sohyon
**Subject:** Transition of PCI Conversation
**When:** Monday, October 17, 2022 1:30 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Shawn and SK
I would like to talk about the transition of PCI from Shawn to SK.
Please ensure you can attend this call.

Thanks for your support in this matter,
Rosie

_____

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 221 828 292 851
Passcode: 6ie6NW
Download Teams | Join on the web

**Join with a video conferencing device**
211617117@t.plcm.vc
Video Conference ID: 111 774 524 7
Alternate VTC instructions

**Or call in (audio only)**
+1 929-229-5406,,434452404#   United States, New York City
Phone Conference ID: 434 452 404#
Find a local number | Reset PIN

Learn More | Meeting options

_____

3/2/26, 1:35 AM — Gmail - FW: Per your direction, I am attaching what we discussed (Discrimination and retaliation in May 2022 as a separate formal complaint…

Case 2:24-cv-12333-GAD-APP, ECF No. 119-5, PageID.2110, Filed 03/24/26, Page 55 of 100

 Gmail

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 55**

---

**FW: Per your direction, I am attaching what we discussed (Discrimination and retaliation in May 2022 as a separate formal complaint related to the current complaint…**
1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

---

**From:** Warner, Sohyon
**Sent:** Friday, October 14, 2022 4:25 PM
**To:** Gibson, Kate <Kate.Gibson@vontier.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Per your direction, I am attaching what we discussed (Discrimination and retaliation in May 2022 as a separate formal complaint related to the current complaint against Ivan) and supporting files

Per your direction, I am attaching what we discussed (Discrimination and retaliation in May 2022 as a separate formal complaint related to the current complaint against Ivan) and sup…

Other discriminatory events occurred before I filed a formal complaint on October 6th, 2022. In other words, I want to point out other complaints that led me to this junction and consid… first complaint.

In May 2022, my role was replaced by a less qualified white male by request from a white male manager (Paul). A white male manager (Paul) removed two minority females over 40 (one being me) from the pro… were less qualified and knew Paul from previous employers. He went out of his way to be a non-productive white female under 40 (Julia). Paul's actions demonstrated that he is racist, sexist, and Agist toward fe… excel format of "Core Data Team" related to this complaint (See below chart).

**Clear indication of discriminatory behaviors against Minority (Asian and Black) Females Over 40 with Advance Degree, Experience, and Strong Data Backgr…**

| Org Structure | Report to Rosie (PMO) | | Report to Martina | Report to Paul | |
|---|---|---|---|---|---|
| Program | Core Data Program | | | | |
| Race | Asian | White | Black | White | White |
| Sex | Female | Male | Female | Male | Female |
| Over 40 | Yes | Yes | Yes | Yes | No |
| Credentials | Sohyon Warner* | Shawn McClellan* | Tanya Porter | Paul Blaser (Offender) | Julia Furey |
| Current Job Title | Tech Lead PM | Tech Lead PM | DS Manager | Director of DA | Sr. DA |
| Promoted in 2022 | | | | Yes from Enterprise Architect | |
| PMP (Comparison between PMO Group*) | Yes | No | No | No | No |
| Data Science Education Background | Yes | No | Yes | No | No |
| Certification | Yes | No | Yes | Yes | No |
| Bachelor's Degree | Yes | Yes? but school does not exist since 1990 | Yes | Yes | No |
| Master's degree | Yes | No | Yes | No | No |
| PhD | No | No | Yes | No | No |
| STEM Degree | Yes | Yes? | Yes | No | Yes? |

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 55**

Case 2:24-cv-12333-GAD-APP, ECF No. 110-5, PageID.2120, Filed 03/24/26, Page 56 of 100

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 56

| Worked with Paul Blaser before from other employers | No | Yes | No | NA | No |
| --- | --- | --- | --- | --- | --- |
| Remove from Core Data Lake Program | Yes - May 5, 22 | Added | Yes - End of March 22 | NA | No |

**Event Log:**

**12/6/21 – First day at GVR. My manager is Rosie Hurst. I was hired as a Data Analytic Project Manager to manage the "Core Data Lake" Program. Paul Blaser (White Male) is the produc...** **"Enterprise Architect."**

In January 2022 –I reached out to Paul and let him know that the project started in June 2021; the project does not have a proper sprint structure, no firm business requirement, no RA... tracking, and no adequate planning completed. Brought in Shawn McClellan (White Male over 40), who volunteered to be a "Business Analyst" for the project and was a contractor at t...



Jan to Feb 2022 – Paul rarely attends and supports the project team meetings. Julia Furey (White Female under 40) is a Sr. Data Analyst and acts as Business Analyst for the project. She is to gather business requirements because she was the sole person to int... she didn't produce business requirements for the project. This trend continued until I was removed from the project. I create MS Team to cover all the features and activities for the program

**During this time, I created MS Team for all the activities that needs to happen for the entire program.**



1/9/22 – Sends out series of weekly status meeting to the team

1/25/22 – Ask Julia to complete the "LBO" per ERP.  Paul stated the Julia should know what LBO is.  Julia does not respond.

**2/11/22 – I notify Rosie that Paul is not supporting the project. She sends out an email.**

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Date:** Friday, February 11, 2022 at 12:00 PM

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 56

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 57

**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** FW: Meeting Minutes : Data Lake Project Weekly Status Meeting on Feb 09, 2022

Hi Paul,

I just read the meeting minutes listed below, but I don't see you as part of this call at all.  I can only assume you were tied up in another call.

I must admit that I am sending this email out of respect, and a bit concern since you are the head of this Core Data Lake project.

At the end of the day, I want to ensure that we are successful as your good name and mine are tied to it, as well as SK/Martina.

I'll ask SK to schedule a call next week with You, Kevin, and me to align regarding this initiative and be "One Together".

Respectfully yours,

Rosie

*Rosanna Hurst*

Director, IT Program Management Office & Vendor Management

Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com | 919-306-7406



**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, February 9, 2022 1:47 PM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>; Posada, Raul <raul.posada@gilbarco.com>; Furey, Julia <julia.furey@gilbarco.com>; Cruise, Starr <Starr.Cruise@gilbarco.com>; Porter, Tanya <tanya.porter@gilbarco.com>; Isom, Kevi <ylakkadi@gilbarco.com>; Subramanian, Rama <Rama.Subramanian@gilbarco.com>; Kalvane, Ieva <Ieva.Kalvane@gilbarco.com>
**Cc:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>; Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Meeting Minutes : Data Lake Project Weekly Status Meeting on Feb 09, 2022

Attendees:

| Meeting Summary | | | |
|---|---|---|---|
| Total Number of Participants | 8 | | |
| Meeting Title | Data Lake Project Weekly Status Meeting | | |
| Meeting Id | cf530777-c6c6-4a6c-8d92-17702f62e3e7 | | |
| | | | |
| Full Name | Join Time | Leave Time | Duration |
| Warner, Sohyon | 2/9/2022, 10:28:11 AM | 2/9/2022, 11:29:51 AM | 1h 1m |
| Porter, Tanya | 2/9/2022, 10:28:24 AM | 2/9/2022, 11:29:47 AM | 1h 1m |
| Lakkadi, Yeshpal | 2/9/2022, 10:28:29 AM | 2/9/2022, 11:29:51 AM | 1h 1m |
| Furey, Julia | 2/9/2022, 10:28:32 AM | 2/9/2022, 11:01:45 AM | 33m 12s |
| Kalvane, Ieva | 2/9/2022, 10:29:02 AM | 2/9/2022, 11:29:49 AM | 1h |
| Cruise, Starr | 2/9/2022, 10:30:42 AM | 2/9/2022, 11:29:48 AM | 59m 5s |
| Isom, Kevin | 2/9/2022, 10:31:00 AM | 2/9/2022, 11:29:49 AM | 58m 48s |
| Posada, Raul | 2/9/2022, 10:35:49 AM | 2/9/2022, 12:12:00 PM | 1h 36m |

Key points discussed:

1. Current Gates/Checkpoints/Phases Comparison
   a. CFT to agenda will vary until the official Program Kick-Off
   b. The team decided to proceed with the two separate CFTs per week.
        i. HFM
        ii. ERP/FSM

1. Planisware Idea and Project Stages – Still not frozen

a. Planisware rollout in March

b. PM to train the rest of the team.

1. Reviewed CDL Preliminary Gates List per Planisware and VBS – will be updated per any changes to Planisware

2. High-Level Release Plan (In Progress)

a. Paul to add more details – EOD 2/11 per Paul

1. Detail Level Project Plan (In Progress) – Attaching the EP phase for review but need to re-calibrate

a. Status Updates with Team – Will be tracking planned vs. actual delivery dates to establish a baseline for the rest of the regions.

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 57

3/2/26, 1:35 AM          Gmail - Fw: Per your direction, I am attaching what we discussed (Discrimination and retaliation in May 2022) as a separate formal complaint

Case 2:24-cv-12333-GAD-APP ECF No. 119-5, PageID.2122 Filed 03/24/26 Page 58 of 100

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 58

c.       Initiate Project KPIs – will deep dive next week

I am attaching the presentation from our meeting for your record and review.


Cheers!

Sohyon



**February to April 2022 – Paul's support for the project remains low; he rarely shows up for Daily Meetings, excludes me from the Business meeting, and goes out of his way to take Julia out of her responsibilities and protect h**
**the data into Bronze, Silver, and Gold zones. At the same time, he started to remove Dr. Tanya Porter (Black Female over 40) from the Data Team. He shows his irritation toward Tanya throughout this period.**


2/16/22 – Initial Discussion between Vontier Data Analytics and GVR IT/DA on Core Data Lake / Warehouse Ingestion where he states our team does not do Business Intelligence



During March – The team continuously has weekly status meetings. (Meeting Minutes attached) showing Julia not delivering and getting removed from responsibility.


3/23/22 – Sends out Meeting Minutes Agenda Data Lake Project Weekly Status Meeting - Paul asks me to remove Data Classification and Lineage Data Lineage when I ask for Status. / Julia is not doing her work – not completed with

Per your direction, I am attaching what we discussed (Discrimination and retaliation in May 2022) as a separate formal complaint



4/11/22 — Dr. Porter was notified by Paul that her input to the program is no longer required.

4/13/22 — Dr. Porter was removed from the program, and she added her completed work to the MS Team "Core Data - Quality."

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 60



**4/22/22 – Paul contacted me, accusing and grouping Tanya and me.** Please note that Tanya and I are the only minority females in this group with Master's Degrees, STEM degrees, and Data Science backgrounds. Tany we irritate them. ( I want to know who). Also, he states that there is no "Data Team."



5/2/22 – Paul informed Dr. Porter that there is no Data Team, and that 3rd Party Vendor will be hired.

**5/4/22 – Paul emailed me and wants me not to report a biweekly management report to Jason. I sent Rosie an email stating that Paul doesn't want to be accountable.**

**5/5/22 – I was retaliated against and discriminated against by GVR IT management (Paul/Martina? /Rosie?).** Rosie informed me during 1on1 that Shawn will transition into my role. I am to take over many projects I have no expertise in; Shawn's (5 fir project, and untracked PCI Compliance Project (I don't know anything about PCI compliance). I was set up to fail by overloading with projects in which I have no expertise, such as the PCI Compliance project with no owners. I was replaced by a less qual

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 60

3/2/26, 1:35 AM
Gmail - Fwd: Per your direction, I am attaching what we discussed (Discrimination and retaliation in May 2022 as a separate formal complaint

Case 2:24-cv-12333-CAD-APP    ECF No. 119-5, PageID.2125   Filed 03/24/26   Page 61 of 100
EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 61

Manager (Paul) who didn't want to be accountable and went out of his way to protect and praise a White Female (Julia) Tanya and over selflove to Paul would be considered a White Female (Tanya) as a Sr. role associated Please note that another removed from the program.  (Please review the Core Data Team credentials)

5/6/22 ~ 8/19/22 – Part of GVR and from 8/1 to 8/19, I was in transition period. During this time, I received a stellar job performance from 2Q. (Will add details) and Rosie asked to give her recommendation in LinkedIn because s know now, I would like to retrack my recommendation.



8/22/22 – Moved to Vontier without JD, Email address change, and no bump in my pay grade.

-----Original Appointment-----
**From:** Gibson, Kate <Kate.Gibson@vontier.com>
**Sent:** Friday, October 14, 2022 11:52 AM
**To:** Warner, Sohyon
**Subject:** New Time Proposed: Per your email
**When:** Friday, October 14, 2022 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Hi Sohyon,

I must address a matter at another OpCo at the start of their second shift, which will make me a few minutes late for our scheduled 2 pm call. Can we plan to start this call at 2:15 pm, please?

Thanks,

Kate

*Please be advised that this email may contain confidential information. If you are not the intended recipient, please notify us by email by replying to the sender and delete this message.*

---------- Forwarded message ----------
From: "Warner, Sohyon" <Sohyon.Warner@gilbarco.com>
To: "Posada, Raul" <raul.posada@gilbarco.com>, "Furey, Julia" <julia.furey@gilbarco.com>, "Cruise, Starr" <Starr.Cruise@gilbarco.com>, "Porter, Tanya" <tanya.porter@gilbarco.com>, "Blaser, Paul" <paul.blaser@gilbarco.com>, "Isom, Kevi <ylakkadi@gilbarco.com>, "Subramanian, Rama" <Rama.Subramanian@gilbarco.com>, "Kalvane, Ieva" <Ieva.Kalvane@gilbarco.com>, "Chambers, Tracy" <tracy.chambers@gilbarco.com>
Cc: "Hurst, Rosanna" <Rosanna.Hurst@gilbarco.com>
Bcc:
Date: Wed, 2 Mar 2022 18:47:51 +0000
Subject: Meeting Minutes: Data Lake Project Weekly Status Meeting on 03/02/2022

Attendance:

| Total Number of Participant | 8 | | |
|---|---|---|---|
| Meeting Title | Data Lake Project Weekly Status Meeting | | |
| Meeting Start Time | 3/2/2022, 10:28:39 AM | | |
| Meeting End Time | 3/2/2022, 11:29:51 AM | | |
| Meeting Id | c64e5f26-232d-422d-b187-81d586e1cb18 | | |
| | | | |
| Full Name | Join Time | Leave Time | Duration |
| Warner, Sohyon | 3/2/2022, 10:28:39 | 3/2/2022, 11:29:42 AM | 1h 1m |
| Furey, Julia | 3/2/2022, 10:29:04 | 3/2/2022, 11:29:40 AM | 1h |
| Porter, Tanya | 3/2/2022, 10:29:32 | 3/2/2022, 11:29:42 AM | 1h |
| Lakkadi, Yeshpal | 3/2/2022, 10:29:41 | 3/2/2022, 11:29:51 AM | 1h |
| Cruise, Starr | 3/2/2022, 10:30:06 | 3/2/2022, 11:29:40 AM | 59m 34s |
| Posada, Raul | 3/2/2022, 10:30:35 | 3/2/2022, 11:29:43 AM | 59m 8s |
| Blaser, Paul | 3/2/2022, 10:32:16 | 3/2/2022, 11:29:40 AM | 57m 24s |
| Isom, Kevin | 3/2/2022, 10:35:41 | 3/2/2022, 11:17:05 AM | 41m 24s |

I am attaching our meeting Recording and Transcript:

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 61

https://mail.google.com/mail/u/0/?ik=d5071055f7&view=pt&search=all&permthid=thread-f:1746696098368184959%7Cmsg-f:1746696098368184959&simpl=msg-f:174

3/2/26, 1:23 AM    Gmail - Per your direction, I am attaching what we discussed (Discrimination and retaliation in May 2022) as a separate formal complaint

Case 2:24-cv-12333-GAD-APP   ECF No. 110-5, PageID.2126   Filed 03/24/26   Page 62 of 100

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 62**

☐ Core Data CFT_220302

**Key Items discussed:**

- Reviewed Task Level Workflow
  - From Business Request to DataMart (Project View)
  - Reviewed Data Engineering process flow



  - Reviewed Process Flow in Miro
  - Acknowledge Project level vs. Sprint level process flow will be different and sprint level process flow needs to be developed
    - Project level for "Bronze Zone" requires entire enterprise data and not per table
- Quality Checkpoints - Quality dimensions within the ETL/EL/ELT process
- Quality KPI – Focused on **Bronze Zone** (Source to Snowflake) and the roles of:
    - Data Engineer/ETL Admin
    - Data Analysts
    - Data Assurance

**Data Lake KPIs (not limited to)**
**Created by: Sohyon Warner**

| EL (ERP-->Jitterbit/S3-->Snowflake) / (HFM --> FTP --> S3-->Snowflake) | | | | | |
|---|---|---|---|---|---|
| **Bronze Zone / QA 1** | | | | | |
| **Yeshpal / Raul / Starr** | | | | | |
| Data Dictionary/Catalog/Mapping for Source and Target to be created by Data Analyst | | | | | |
| **KPIs** | **Responsible** | **Confirmed by** | **Frequency** | **Current KPI** | **Target KPI** |
| After creation of Metadata for Source | | | | | |
| Source Reject = source data differs with the metadata | Yeshpal | Raul | | | 0 |
| After creation of Metadata for target | | | | | |
| Target Reject = target data differs with the metadata | Yeshpal | Raul | | | 0 |
| After ETL | | | | | |
| Source is having higher data | Yeshpal | Starr | | | 0 |
| Target is having higher data | Yeshpal | Starr | | | 0 |
| Source data mismatch with the target during transformation | Yeshpal | Starr | | | 0 |
| Target data mismatch with the source during transformation | Yeshpal | Starr | | | 0 |
| | | | | | |
| Timestamp Issues | Yeshpal | Starr | | | 0 |
| Time lag during ETL and missing records | Yeshpal | Starr | | | 0 |
| Schema Compliance (Null Handing and metadata coversion) | Yeshpal | Starr | | | 100% |
| Report on audit and logged data (Monitoring Proper auditing and logging implementation) | Yeshpal | Starr | | | 100% |
| Time to compliance | Yeshpal | Starr | | | Need to set Target |
| EL Leadtime | Yeshpal | | | | Real Time? |

- **Requesting current task list per Data Analyst (Raul, Julia, Starr, Ieva) — by COB today.**

  - Please forward the list to me (Sohyon) for resource planning, leveling, and re-calibration to reduce current bottlenecks.
  - Need to review after the data are compiled
- Paul is requesting a Sprint planning meeting soon.
- Announcement on contents in MS Team / General / Training folders.
- The need for Code Standards was discussed.

Cheers!

Sohyon

---

**From:** Warner, Sohyon
**Sent:** Monday, February 28, 2022 2:11 PM
**To:** Posada, Raul <raul.posada@gilbarco.com>; Furey, Julia <julia.furey@gilbarco.com>; Cruise, Starr <Starr.Cruise@gilbarco.com>; Porter, Tanya <tanya.porter@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>; Isom, Kevin <kevin <ylakkadi@gilbarco.com>; Subramanian, Rama <Rama.Subramanian@gilbarco.com>; Kalvane, Ieva <Ieva.Kalvane@gilbarco.com>; Chambers, Tracy <tracy.chambers@gilbarco.com>
**Subject:** Agenda: Data Lake Project Weekly Status Meeting on 03/02/2022

Hello All,

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 62**

Case 2:24-cv-12333-GAD-APP  ECF No. 110-5, PageID.2127  Filed 03/24/26  Page 63 of 100

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 63

I am sending out an agenda for our meeting this week.

Agenda:

- As a team, we will complete Task Level Workflow
  - From Business Request to DataMart
  - Quality Checkpoints
  - Quality KPI
    - Data Engineer/ETL Admin
    - Data Analysts
    - Data Assurance
- As a team, Review the NA Release Plan (High Level)

Cheers!

Sohyon

-----Original Appointment-----
**From:** Warner, Sohyon
**Sent:** Thursday, January 20, 2022 10:44 AM
**To:** Warner, Sohyon; Posada, Raul; Furey, Julia; Cruise, Starr; Porter, Tanya; Blaser, Paul; Isom, Kevin; Lakkadi, Yeshpal; Subramanian, Rama; Kalvane, Ieva; Chambers, Tracy
**Subject:** Data Lake Project Weekly Status Meeting
**When:** Wednesday, March 2, 2022 10:30 AM-11:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Hello all,

Please join.

BR,

SK

# Microsoft Teams meeting

**Join on your computer or mobile app**

Click here to join the meeting

**Join with a video conferencing device**

211617117@t.plcm.vc

Video Conference ID: 117 898 938 7

Alternate VTC instructions

**Or call in (audio only)**

+1 929-229-5406,,875864938#   United States, New York City

Phone Conference ID: 875 864 938#

Find a local number | Reset PIN

Learn More | Meeting options

---------- Forwarded message ----------
From: "Warner, Sohyon" <Sohyon.Warner@gilbarco.com>
To: "Hurst, Rosanna" <Rosanna.Hurst@gilbarco.com>
Cc:
Bcc:
Date: Wed, 4 May 2022 17:50:51 +0000

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 63

https://mail.google.com/mail/u/0/?ik=d5071055f7&view=pt&search=all&permthid=thread-f:1746696098368184959%7Cmsg-f:1746696098368184959&simpl=msg-f:174

3/2/26, 1:25 AM — Gmail - FW: Per your direction, I am attaching what we discussed (Discrimination and retaliation in May 2022) as a separate formal complaint

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 64**

Subject: Accepted: 1-2-1 with SK/Rosie - Core Data Analytics

---------- Forwarded message ----------
From: "Warner, Sohyon" <Sohyon.Warner@gilbarco.com>
To: "Hurst, Rosanna" <Rosanna.Hurst@gilbarco.com>
Cc:
Bcc:
Date: Wed, 4 May 2022 18:46:01 +0000
Subject: RE: Jason project report out format proposals

I forwarded the format proposal in a separate email.

I am also attaching the chat thread with Varuna.



**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Wednesday, May 4, 2022 2:30 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Understood and I am sad to obtain this input from you. I have scheduled time tomorrow for us to socialize further.

Meanwhile, kindly ask you to share with me the proposals you referenced below (highlighted in yellow).

Thank you,

Rosie

*Rosanna Hurst*

Director, IT Program Management Office & Vendor Management

Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com | 919-306-7406



**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, May 4, 2022 12:38 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** FW: Jason project report out format proposals

Hi Rosie,

It's hard to be part of the program with the program owner who doesn't want to be accountable.

He is not allowing me to be PM for this program. Jason specifically asked for me for the project status.

Sohyon

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 65**

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Wednesday, May 4, 2022 12:06 PM
**To:** Jenkins, Varuna <vjenkins@veeder.com>; Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: Jason project report out format proposals

We may need to back out of presenting a formal PMO update for this next meeting. It doesn't feel like we have a coherent message. And at the very least, we absolutely do not want to present him that first slide.

@Jenkins, Varuna, let's chat about what we heard in our last meeting with Jason, especially around the way he wants to see the backlog broken out and organized.


Thanks


Paul Blaser

Enterprise Information Architect

Global IT

Gilbarco Veeder-Root

Mobile: 336-553-7621

www.gilbarco.com



**From:** Jenkins, Varuna <vjenkins@veeder.com>
**Date:** Wednesday, May 4, 2022 at 11:58 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Let's update and keep both slides for review with Jason


Thanks,

Varuna


**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Tuesday, April 26, 2022 1:17 PM
**To:** Jenkins, Varuna <vjenkins@veeder.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Jason project report out format proposals


Hello Varuna,

We are forwarding a couple of proposals for you to provide feedback.

Please let us know.


*Sohyon Warner*

Data Analytics PM

Gilbarco Veeder-Root | sohyon.warner@gilbarco.com |

  We are mobilizing the future to create a better world.


**27 attachments**

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 65**

3/2/26, 1:33 AM    Gmail - Fw: Per your direction, I am attaching what we discussed. Discrimination and retaliation in May 2022 as a separate formal complaint

Case 2:24-cv-12333-GAD-APP  ECF No. 110-5, PageID.2130  Filed 03/24/26  Page 66 of 100

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 66



image012.png
31K

image013.png
68K

image014.png
68K

image015.png
37K

220125_ Requesting Julia about Busines Requirement.pdf
639K

220128_Requesting Julia to complete LBO.pdf
697K

220209_ Meeting Minutes with Julia as BRD champion.pdf
984K

220215_ Paul trying hard to get out of any discussion regarding the project.pdf
825K

220215_Agenda example of the project progress.pdf
1165K

220216_VDA and GVR DA_IT initial discussion on Core Data Lake.pdf
815K

220302_CFT Meeting Minutes.pdf
1053K

Meeting Minutes: Data Lake Project Weekly Status Meeting on 03/02/2022.eml
414K

220309_CFT Meeting Minutes.pdf
1009K

220323_Agenda for CFT showing BRD not complated and promoting STD work and process.pdf
943K

220323_CFT Meeting Minutes.pdf
1018K

220324_Rosie emails me to provide RASIC to Ivan out of the blue.pdf
874K

220413_CFT Meeting Minutes.pdf
1057K

220427 BRD still not completed by Shawn Julia Paul.pdf
735K

220427 Paul asked me to remove data lineage from CFT open issues..pdf
939K

220428_ Meeting Minutes_Paul asked all the tasks to be put on hol for Solution Arch_Ashley_Fwd to Rosie for us to discus.pdf
1051K

220428_Forwarding Rosie MS Thread from Paul assusing Tanya and Me.pdf
645K

220502_Julia not doing her job and Paul is going out way to protect her.pdf
863K

220504_Email to Rosie  that Paul does not wanting me involved in Jason report for the week and telling her that Paul doesn't want to be accountable.msg
712K

Accepted: 1-2-1 with SK/Rosie - Core Data Analytics.eml
5K

Core Data Lake Team Credentials.xlsx
12K

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 67

RE: Jason project report out format proposals.eml
109K

invite.ics
2K

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 67

# GVR IT Program Management O
# Management Organiza

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PA

**Rosanna Hurst**
Director, Program Management Office &
Vendor Management

**John Fleming**
IT Global Project Manager
GLOBAL / INFRASTRUCTURE

**Beth Babington**
IT Vendor Management & Financials
Analyst

**Machele Johnson**
IT Global Project Manager
AMERICAS

**Pat Bisbee**
IT  Senior Program Man
AMERICAS (US)

**Sohyon Warner**
Lead Technical Project Manager
AMERICAS

**Muhannad Ghanem**
Senior Project Manager
EMEA

**Cl
Proje
AMER

1 | Confidential

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PA

Message

| | |
|---|---|
| **From:** | Heuser, Emily [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E836833E1CD46618AFEA1401454447F-EH22099] |
| **Sent:** | 10/25/2022 3:43:24 PM |
| **To:** | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject:** | RE: Job Description Request for SK |
| **Attachments:** | Project Manager.docx |

Hi Rosie,

Attached is the copy and paste description from the recruiting system that is aligned to her current position.  Let me know if you need the original word document (as it would be with the previous recruiter).

Thanks,

Emily

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Tuesday, October 25, 2022 12:28 PM
**To:** Jess Doherty <jess.doherty@vontier.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>
**Cc:** Gibson, Kate <Kate.Gibson@vontier.com>
**Subject:** Job Description Request for SK
**Importance:** High

Hi Jess and Emily

Hope all is well.

I need your assistance please to obtain job description for Sohyon Warner at your earliest convenience – The Lead Technical Project Manager.

Thanks in advance for your support in this matter.
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

**From:** Hurst, Rosanna
**Sent:** Wednesday, November 2, 2022 12:33 PM
**To:** Gibson, Kate <Kate.Gibson@vontier.com>
**Subject:** FW: Jason project report out format proposals

Hi Kate,
As a follow up to our conversation today, below is the reason why I moved SK from GVR Data & Analytics to another Project.
Main reason being was her well-being.


Thanks,
Rosie


*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, May 4, 2022 12:38 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** FW: Jason project report out format proposals

Hi Rosie,
It's hard to be part of the program with the program owner who doesn't want to be accountable.
He is not allowing me to be PM for this program. Jason specifically asked for me for the project status.
Sohyon


---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Wednesday, May 4, 2022 12:06 PM
**To:** Jenkins, Varuna <vjenkins@veeder.com>; Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: Jason project report out format proposals

We may need to back out of presenting a formal PMO update for this next meeting. It doesn't feel like we have a coherent message. And at the very least, we absolutely do not want to present him that first slide.

@Jenkins, Varuna, let's chat about what we heard in our last meeting with Jason, especially around the way he wants to see the backlog broken out and organized.

Thanks

Paul Blaser
Enterprise Information Architect
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

**From:** Jenkins, Varuna <vjenkins@veeder.com>
**Date:** Wednesday, May 4, 2022 at 11:58 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Let's update and keep both slides for review with Jason

Thanks,
Varuna

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Tuesday, April 26, 2022 1:17 PM
**To:** Jenkins, Varuna <vjenkins@veeder.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Jason project report out format proposals

Hello Varuna,
We are forwarding a couple of proposals for you to provide feedback.
Please let us know.

*Sohyon Warner*
Data Analytics PM
Gilbarco Veeder-Root | sohyon.warner@gilbarco.com |



We are mobilizing the future
to create a better world.

Message

| | |
|---|---|
| **From:** | Warner, Sohyon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F5C09EBE70A4670855FD0E8606E483D-SW32524] |
| **Sent:** | 12/13/2022 2:14:17 PM |
| **To:** | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject:** | 2023 Projects - Open Items |

Hi Rosie,

I particularly enjoyed our 1on1 today. It was productive, substantiative, and forward-thinking.

During our call, you put Luis and Troy as IT Managers for projects that I cultured alone with Operation Executives and Dr. Porter. I recommend leaving the columns blank for now.

- PMO is responsible for centralizing projects into a single portfolio and establishing governance and processes while prioritizing tasks based on strategic objectives. PMO is **not a supporting role but a leadership role.**
- **We are not "Project Coordinators" but "Program/Project Managers".** These two roles are different, and the Project Manager is not a supporting role. We are to Plan, Organize, Lead, and Control the projects. We must change the perceptions of who we are. We are project centric and not manager centric.
- **Luis and Troy have zero involvement in creating these projects** because they are not aware of operational needs from various functions' points of view. Therefore, it isn't very sensible for the project creator to hand over the projects for them to take credit for their zero involvement.
- **These are Data Science projects,** so it does not make sense to have IT Managers involved. IT Management and Data Science are different.
- GVR lacks integrations to bring all the silos and tribal knowledge into a common platform. Therefore, **the company needs great "Integrators" who are already experienced in multiple functions, such as Engineering, Manufacturing, SCM, Quality, IT, F&A, Sales, and Data.** Far as some agreed, I am the most qualified in this company to pitch integration projects to executives due to my experience as a Product Engineer, Quality Engineer, BPO F&A Consultant, Buyer/Purchasing Manager, Manufacturing Quality, Sales Manager, DS Consultant, and PMP.

I look forward to our discussion with Martina. Dr. Porter should be part of the discussion as well. She contributed to project creations.
I ask for your support. I want to elevate our department in the process.

Best Regards,
Sohyon

Message

| From: | Gibson, Kate [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DBABEDF79BED4B74A481855FCB75A55D-KG67439] |
|---|---|
| Sent: | 12/13/2022 4:53:10 PM |
| To: | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| Subject: | RE: Jason project report out format proposals |

Hi Rosie,

I actually have an outstanding request in this case that you may be able to assist with.  I need copies of any e-mails and Teams converesations with SK, Ivan and/or Robert about SK's transition onto the Vontier team. Could you please forward me whatever communications you have maintained?

Thanks,

Kate

### Kate Sturdivant Gibson

Compliance Investigator
Kate.Gibson@Vontier.com
Tel. 984.275.6110
Mobile 336.309.9119
vontier.com

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Tuesday, December 13, 2022 9:41 AM
**To:** Gibson, Kate <Kate.Gibson@vontier.com>
**Subject:** RE: Jason project report out format proposals

Many thanks for your response, Kate.
Wishing you an amazing day.

Best regards,

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com


We are mobilizing the future
to create a better world.

---

**From:** Gibson, Kate <Kate.Gibson@vontier.com>
**Sent:** Tuesday, December 13, 2022 8:27 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Good Morning Rosie,

I am doing well. Thank you for asking. And I hope you are doing well, also.

Thank you for your patience. This investigation did take me a bit longer than anticipated but the investigation is nearing closure and I will schedule a call with you once it is closed.

### Kate Sturdivant Gibson

Compliance Investigator
Kate.Gibson@Vontier.com
Tel. 984.275.6110
Mobile 336.309.9119
vontier.com

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Monday, December 12, 2022 8:38 AM
**To:** Gibson, Kate <Kate.Gibson@vontier.com>
**Subject:** FW: Jason project report out format proposals

Hi Kate,

Good morning and hope this email find you well.

I would like to follow up regarding this Speak Up and obtain a read out, if all the conversations have taken place. Kindly advise if you want me to schedule time for us to talk.

Warm regards,
Rosie

### *Rosanna Hurst*

Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

---

**From:** Hurst, Rosanna
**Sent:** Wednesday, November 2, 2022 12:33 PM
**To:** Gibson, Kate <Kate.Gibson@vontier.com>
**Subject:** FW: Jason project report out format proposals

Hi Kate,
As a follow up to our conversation today, below is the reason why I moved SK from GVR Data & Analytics to another Project.
Main reason being was her well-being.

Thanks,
Rosie

### *Rosanna Hurst*

Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, May 4, 2022 12:38 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** FW: Jason project report out format proposals

Hi Rosie,
It's hard to be part of the program with the program owner who doesn't want to be accountable.
He is not allowing me to be PM for this program. Jason specifically asked for me for the project status.
Sohyon

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Wednesday, May 4, 2022 12:06 PM
**To:** Jenkins, Varuna <vjenkins@veeder.com>; Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: Jason project report out format proposals

We may need to back out of presenting a formal PMO update for this next meeting. It doesn't feel like we have a coherent message. And at the very least, we absolutely do not want to present him that first slide.

@Jenkins, Varuna, let's chat about what we heard in our last meeting with Jason, especially around the way he wants to see the backlog broken out and organized.

Thanks

Paul Blaser
Enterprise Information Architect
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

**From:** Jenkins, Varuna <vjenkins@veeder.com>
**Date:** Wednesday, May 4, 2022 at 11:58 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Let's update and keep both slides for review with Jason

Thanks,
Varuna

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Tuesday, April 26, 2022 1:17 PM
**To:** Jenkins, Varuna <vjenkins@veeder.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Jason project report out format proposals

Hello Varuna,
We are forwarding a couple of proposals for you to provide feedback.
Please let us know.

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Tuesday, December 13, 2022 2:14 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** 2023 Projects - Open Items

Hi Rosie,

I particularly enjoyed our 1on1 today. It was productive, substantiative, and forward-thinking.

During our call, you put Luis and Troy as IT Managers for projects that I cultured alone with Operation Executives and Dr. Porter. I recommend leaving the columns blank for now.

- PMO is responsible for centralizing projects into a single portfolio and establishing governance and processes while prioritizing tasks based on strategic objectives. PMO is **not a supporting role but a leadership role.**
- **We are not "Project Coordinators" but "Program/Project Managers"**. These two roles are different, and the Project Manager is not a supporting role. We are to Plan, Organize, Lead, and Control the projects. We must change the perceptions of who we are. We are project centric and not manager centric.
- **Luis and Troy have zero involvement in creating these projects** because they are not aware of operational needs from various functions' points of view. Therefore, it isn't very sensible for the project creator to hand over the projects for them to take credit for their zero involvement.
- **These are Data Science projects,** so it does not make sense to have IT Managers involved. IT Management and Data Science are different.
- GVR lacks integrations to bring all the silos and tribal knowledge into a common platform. Therefore, **the company needs great "Integrators" who are already experienced in multiple functions, such as Engineering, Manufacturing, SCM, Quality, IT, F&A, Sales, and Data.** Far as some agreed, I am the most qualified in this company to pitch integration projects to executives due to my experience as a Product Engineer, Quality Engineer, BPO F&A Consultant, Buyer/Purchasing Manager, Manufacturing Quality, Sales Manager, DS Consultant, and PMP.

I look forward to our discussion with Martina. Dr. Porter should be part of the discussion as well. She contributed to project creations.
I ask for your support. I want to elevate our department in the process.

Best Regards,
Sohyon

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 12/14/2022 2:40:26 PM |
| **To:** | Warner, Sohyon [sohyon.warner@gilbarco.com] |
| **Subject:** | RE: PCI Summary Update |

Hi SK,

I acknowledge that you worked with Shawn as he is your Peer and collaborated (as you should) to make sure that this project moves forward.
Thanks for being a Team-player.

Thanks,
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com


We are mobilizing the future
to create a better world.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, December 14, 2022 10:59 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: PCI Summary Update

Hi Rosie,
For your record only and no action required other than your acknowledgement.
I had to encourage Shawn to send the status report to everyone today because it was long overdue. I set up a meeting with him to make this work.
The project will not finish on time.
Sohyon

---

**From:** Warner, Sohyon
**Sent:** Wednesday, December 14, 2022 10:43 AM
**To:** McClellan, Shawn <Shawn.McClellan@gilbarco.com>
**Subject:** RE: PCI Summary Update

*Here is our input we agreed on today….*

POS Help Desk PCI DSS Certification high level overview:

*We are approximately 40% completed based on detailed input from James. The project status is considered as yellow.*

*Timeline of Help Desk certification efforts to date:*
1.      *9/19/22 – 9/21/22: Virtual on-site assessment*
2.      *10/31/22: Network and System Admin demos complete*
3.      *11/03/22: Initial evidence submission (NOTE: Various pieces of evidence were submitted prior to this date.  However, this was the first large submission after the demos.*
4.      *11/7/22: Initial evidence response received from Vernon except for the system*
5.      *12/14/22: Waiting for Tony Gentry for evidence to be submitted*

6.      *1/13/23: The mitigation evidence due including Risks and Next Steps identified below.*

*On Track:*
- *Virtual on-site and demos confirmed the environment is still in good shape.*
- *Were able to eliminate several items from prior year's scope.*
- *Initial round of evidence closed many open items.*
- *Team responded well during the on-site and demos.*

*Risk:*
- *Review of the evidence files uncovered several issues with the Palo Altos and the Cisco ASA.  Based on initial review by the team, **these issues may require new hardware** to address.*
- ***Higher priority programs are preventing focus** on evidence collection and activities of key resources.*

*Next Steps on PCI Certification:*
- ***Still no movement on the Governance plan.***
- *No movement on the Q4 cadence items (reviews, scans, etc., CCWs)*

---

**From:** McClellan, Shawn <Shawn.McClellan@gilbarco.com>
**Sent:** Wednesday, December 14, 2022 8:31 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** PCI Summary Update

Hi SK,

Here is what I was thinking.  We can discuss at 10:30 but feel free to add/delete/change.

*Below is an update of the progress on PCI as of this week.  We have a deadline of 1/13/2023 to provide all the evidence to the auditor.  They require 6 months of evidence and if we go past that date then we will need to continue to provide cumulative evidence that equal 6 months.*
*We still the issue of ownership for this process once the audit/certification has been completed.  There is a standard theme of it being "**not my job**".*

*Please let me know if you have any questions regarding the below information:*

***POS Help Desk PCI DSS Certification high level overview:***

*Timeline of Help Desk certification efforts to date:*
1.      *9/19/22 – 9/21/22: Virtual on-site assessment*
2.      *10/31/22: Network and System Admin demos complete*
3.      *11/03/22: Initial evidence submission (NOTE: Various pieces of evidence were submitted prior to this date.  However, this was the first large submission after the demos.*
4.      *11/7/22: Initial evidence response*
5.      *1/13/23: All evidence due.  I give this a 0% chance of happening at this point, given the amount of work left and the unknowns.*

*Positive:*

Message
_____

| | |
|---|---|
| **From:** | Warner, Sohyon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F5C09EBE70A4670855FD0E8606E483D-SW32524] |
| **Sent:** | 12/15/2022 10:48:13 AM |
| **To:** | Guevarra, Jasmin [jasmin.guevarra@gilbarco.com]; Porter, Tanya [tanya.porter@gilbarco.com] |
| **CC:** | Binkley, Sarah K [sarah.binkley@gilbarco.com]; Kopelic, Beverly [beverly.kopelic@insite360suite.com]; Luczak, Tom [tom.luczak@insite360suite.com]; Schoultz, Martina [martina.schoultz@gilbarco.com]; Blaser, Paul [paul.blaser@gilbarco.com]; Rutz, Michelle [michelle.rutz@gilbarco.com]; Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject:** | Meeting Minutes: UST Database for Site Location Data on 12/14/22 |

*** You are receiving this email because you are affiliated with the common project or depended on the deliverable below to your projects******

The meeting was organically formed to create a **Golden_GVR_Sites**, the new Data Frame, for entire GVR usage.

Attendees: Tanya, Jasmin, and Sohyon

Key Items discussed:

- **Produced the Data Frame Structure for Golden_GVR_Sites – Completed**
  o Evaluated the data sources from UST, SMS, and GVR1
  o **GVR ID = Site ID, the primary key**
  o Other separate tables such as Customers, Equipment,  etc., can be merged with Golden_GVR_Sites for different analytics purposes.
- Split the table into USA and Non-USA sites - In progress
  o Release the USA Data Frame first (95% of total GVR Site)
  o Evaluate the need to merge USA only and Non-USA sites back into one table
    ▪ When the std address structure is established
- **Next Steps:**
  o Current challenges documented and established mitigation plans – In progress
    ▪ Longitude and Latitude tolerance bands to be established to qualify the address
    ▪ Inconsistent Address Format and Incorrect Addresses
  o Setting up process to push the Golden_GVR_Sites to Prod for the internal consumption
  o Create Golden_GVR_Sites Table maintenance plan

If you have any questions or comments, please reach out to us.

Regards,
Sohyon

-----Original Appointment-----
**From:** Guevarra, Jasmin <Jasmin.Guevarra@gilbarco.com>
**Sent:** Friday, December 9, 2022 9:23 AM
**To:** Guevarra, Jasmin; Porter, Tanya; Warner, Sohyon
**Subject:** UST Database for Site Location Data
**When:** Wednesday, December 14, 2022 11:30 AM-1:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Microsoft Teams Meeting

Apologies, I need to remove the files from here

----------------------------------------------------------------------------------------------------------------------------------

# Microsoft Teams meeting

Message

| | |
|---|---|
| **From**: | Schoultz, Martina [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ABEA1F47F78D4258A099DB5A699E21A7-MARTINA.SCH] |
| **Sent**: | 12/15/2022 4:47:23 PM |
| **To**: | Hurst, Rosanna [rosanna.hurst@gilbarco.com]; Blaser, Paul [paul.blaser@gilbarco.com] |
| **Subject**: | RE: Meeting Minutes: UST Database for Site Location Data on 12/14/22 |

Rosie,

I have no idea what this is about (well the minutes give an indication...), but I am unsure what SK's involvement in the matter is.  Last I checked Shawn was the PM for the D&A work and this sounds like part of the Reltio MDM modelling, but difficult to determine.  I welcome Paul's feedback...

Thanks,

Martina

**Martina Schoultz**
**Chief Information Officer, GVR Global**
**Gilbarco Veeder-Root**
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Thursday, December 15, 2022 10:54
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Cc:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** FW: Meeting Minutes: UST Database for Site Location Data on 12/14/22

Hi Paul,

Good morning and hope you are well.

Do you know what this is about? The more I peel the onion, the more things I learn about this young lady. Is this something that you have approved or even have knowledge of?

I will not be surprised if this is news to you as it is for me. Kindly advise when you get a chance.

Thank you,
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com


We are mobilizing the future
to create a better world.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, December 15, 2022 10:48 AM
**To:** Guevarra, Jasmin <Jasmin.Guevarra@gilbarco.com>; Porter, Tanya <tanya.porter@gilbarco.com>
**Cc:** Binkley, Sarah K <sarah.binkley@gilbarco.com>; Kopelic, Beverly <beverly.kopelic@insite360suite.com>; Luczak, Tom <Tom.Luczak@insite360suite.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>; Rutz, Michelle <Michelle.Rutz@gilbarco.com>; Hurst, Rosanna

<Rosanna.Hurst@gilbarco.com>
**Subject:** Meeting Minutes: UST Database for Site Location Data on 12/14/22

\*\*\* You are receiving this email because you are affiliated with the common project or depended on the deliverable below to your projects\*\*\*\*\*\*

The meeting was organically formed to create a **Golden_GVR_Sites**, the new Data Frame, for entire GVR usage.

Attendees: Tanya, Jasmin, and Sohyon

Key Items discussed:
- **Produced the Data Frame Structure for Golden_GVR_Sites – Completed**
  - Evaluated the data sources from UST, SMS, and GVR1
  - **GVR ID = Site ID, the primary key**
  - Other separate tables such as Customers, Equipment,  etc., can be merged with Golden_GVR_Sites for different analytics purposes.
- Split the table into USA and Non-USA sites - In progress
  - Release the USA Data Frame first (95% of total GVR Site)
  - Evaluate the need to merge USA only and Non-USA sites back into one table
    - When the std address structure is established
- **Next Steps:**
  - Current challenges documented and established mitigation plans – In progress
    - Longitude and Latitude tolerance bands to be established to qualify the address
    - Inconsistent Address Format and Incorrect Addresses
  - Setting up process to push the Golden_GVR_Sites to Prod for the internal consumption
  - Create Golden_GVR_Sites Table maintenance plan

If you have any questions or comments, please reach out to us.

Regards,
Sohyon


-----Original Appointment-----
**From:** Guevarra, Jasmin <Jasmin.Guevarra@gilbarco.com>
**Sent:** Friday, December 9, 2022 9:23 AM
**To:** Guevarra, Jasmin; Porter, Tanya; Warner, Sohyon
**Subject:** UST Database for Site Location Data
**When:** Wednesday, December 14, 2022 11:30 AM-1:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Microsoft Teams Meeting

Apologies, I need to remove the files from here

_____


# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 295 475 960 02
Passcode: h3hu9b
Download Teams | Join on the web

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 12/19/2022 9:20:46 AM |
| **To:** | Gibson, Kate [kate.gibson@vontier.com] |
| **Subject:** | FW: Meeting Minutes: UST Database for Site Location Data on 12/14/22 |

For your information and awareness and relevant to Sohyon Warner.

Thanks,

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Friday, December 16, 2022 7:52 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Cc:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** Re: Meeting Minutes: UST Database for Site Location Data on 12/14/22

Thanks for bringing awareness, but we need to discuss this directly with SK.  Let's link up on prepping you for thar discussion

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Friday, December 16, 2022 7:28:31 AM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Cc:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** FW: Meeting Minutes: UST Database for Site Location Data on 12/14/22

Hi Emily,
Happy Friday!

I am forwarding another email from Sohyon Warner's disruption to our organization. This has not stopped for a day and honestly, no longer tolerated.
The patter of behavior is super clear as she defies to follow our processes in place, her leadership (since Martina and Paul met with her and Dr. Porter on **November 10th** (I was out of office sick) to provide guidelines for both to follow, and to support any initiatives that they may produce. In a nutshell, Leadership must be informed of all new ideas so that we review it as a team, understand the value this idea brings to the organization, and if there is value for the company then approve it and provide the required support.

Sadly, to say, but this situation is becoming unbearable and want to notify you.
We cannot continue to have an employee defy all Leadership from Martina down to me, not acting as a team player, causing disruption to our business place as this is toxic, and it needs to stop ASAP.
I need your support on this please.

I have also sent email to Kate Gibson sharing details below, as this is no longer sustainable.

Thanks for your attention to my request.
Rosie

*Rosanna Hurst*

Global GVR IT Director, IT Program Management Office & Vendor Management

Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Thursday, December 15, 2022 9:58 PM
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** Re: Meeting Minutes: UST Database for Site Location Data on 12/14/22

This is shadow work, not authorized by anyone.

We have a weekly Data & Analytics Leadership meeting. Dr Porter, Raul, Ashley, Michelle, and I attend. Today in that meeting, I made two things clear.

1.      Absolutely no Data & Analytics work should happen that is not first discussed and approved by the Data & Analytics Leadership Team.
2.      Dr Porter and SK should stop working on alternative solutions for location data. If Dr Porter has issues with the official solution, she should discuss them with Raul and he will remediate using our official solution.

Additionally, Raul asked about SK. Apparently she met with one of our Jr analysts, Richard Ly. I heard unofficially that SK criticized the Data & Analytics team and was asking him questions about our processes. My team is now openly discussing the disruptions that SK is causing.

For the love of God.

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Date:** Thursday, December 15, 2022 at 4:47 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>, Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Meeting Minutes: UST Database for Site Location Data on 12/14/22

Rosie,

I have no idea what this is about (well the minutes give an indication…), but I am unsure what SK's involvement in the matter is.  Last I checked Shawn was the PM for the D&A work and this sounds like part of the Reltio MDM modelling, but difficult to determine.  I welcome Paul's feedback…

Thanks,

Martina

Martina Schoultz
Chief Information Officer, GVR Global

**Gilbarco Veeder-Root**

*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Thursday, December 15, 2022 10:54
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Cc:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** FW: Meeting Minutes: UST Database for Site Location Data on 12/14/22

Hi Paul,

Good morning and hope you are well.

Do you know what this is about? The more I peel the onion, the more things I learn about this young lady.
Is this something that you have approved or even have knowledge of?

I will not be surprised if this is news to you as it is for me. Kindly advise when you get a chance.

Thank you,
Rosie


*Rosanna Hurst*

Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, December 15, 2022 10:48 AM
**To:** Guevarra, Jasmin <Jasmin.Guevarra@gilbarco.com>; Porter, Tanya <tanya.porter@gilbarco.com>
**Cc:** Binkley, Sarah K <sarah.binkley@gilbarco.com>; Kopelic, Beverly <beverly.kopelic@insite360suite.com>; Luczak, Tom <Tom.Luczak@insite360suite.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>; Rutz, Michelle <Michelle.Rutz@gilbarco.com>; Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** Meeting Minutes: UST Database for Site Location Data on 12/14/22

*** You are receiving this email because you are affiliated with the common project or depended on the deliverable below to your projects******

The meeting was organically formed to create a **Golden_GVR_Sites**, the new Data Frame, for entire GVR usage.

Attendees: Tanya, Jasmin, and Sohyon

Key Items discussed:
- **Produced the Data Frame Structure for Golden_GVR_Sites – Completed**
  o Evaluated the data sources from UST, SMS, and GVR1
  o **GVR ID = Site ID, the primary key**
  o Other separate tables such as Customers, Equipment,  etc., can be merged with Golden_GVR_Sites for different analytics purposes.
- Split the table into USA and Non-USA sites - In progress
  o Release the USA Data Frame first (95% of total GVR Site)
  o Evaluate the need to merge USA only and Non-USA sites back into one table

Message

| | |
|---|---|
| **From**: | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent**: | 12/19/2022 4:42:06 PM |
| **To**: | Heuser, Emily [emily.heuser@gilbarco.com] |
| **Subject**: | RE: Meeting Minutes: UST Database for Site Location Data on 12/14/22 |

You are always welcome. Yes, the conversation went well, and I received additional feedback today since I talked to you. As a result, I gave her a "leading" rating due to the documented feedback I received. There are also other reasons why I gave her a "leading" rating in addition to the comments I received but do assure you that I have everything documented.

Wishing you an amazing Holiday as well with your Family and a Speedy Recovery. (<:
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

---

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Monday, December 19, 2022 4:39 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: Meeting Minutes: UST Database for Site Location Data on 12/14/22

Thanks for the update!  I hope the conversation went well.  Let me know if you need anything else.  I hope you have a great holiday if we don't connect!

Best,

Emily

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Monday, December 19, 2022 4:33 PM
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** FW: Meeting Minutes: UST Database for Site Location Data on 12/14/22

FYI

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

---

**From:** Hurst, Rosanna
**Sent:** Monday, December 19, 2022 4:33 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Meeting Minutes: UST Database for Site Location Data on 12/14/22

Hi SK

2/20/26, 1:32 AM
Case 2:24-cv-12333-GAD-APP   ECF No. 110-5, PageID.2150   Filed 03/24/26   Page 86 of 100
Gmail - FW: Feedback to Success Factor that I can't attach

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 86

 **Gmail**

**Wonder <sohyon.warner@gmail.com>**

## FW: Feedback to Success Factor that I can't attach
1 message

| | |
|---|---|
| **Warner, Sohyon** <Sohyon.Warner@gilbarco.com> | Tue, Dec 20, 2022 at 1:02 PM |
| To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com> | |

**From:** Warner, Sohyon
**Sent:** Monday, December 19, 2022 3:54 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** Feedback to Success Factor that I can't attach





*Please be advised that this email may contain confidential information. If you are not the intended recipient, please notify us by email by replying to the sender and delete this message.*

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 86

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 87**

Message
___

| | |
|---|---|
| **From:** | Warner, Sohyon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F5C09EBE70A4670855FD0E8606E483D-SW32524] |
| **Sent:** | 12/20/2022 5:31:33 PM |
| **To:** | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject:** | RE: Meeting Minutes: UST Database for Site Location Data on 12/14/22 |

Hi Rosie,

Thank you for the email and our discussion!  My explanation will provide some clarity if Martina has additional questions.

The below wasn't a separate new project but a quick get-together to produce solutions to ongoing data quality problems.
Raul, Ashley, and Paul were aware of the activities involving the "site data" quality because Dr. Porter made them all aware during the onsite DA workshop.
Is it possible that Paul didn't let Martina know about the current situation?
It is a known fact that we have a site data quality issue.

Dr. Porter seeks out like-minded data-savvy people for peer reviews, which is the industry norm.
Unfortunately, Shawn is not a data science person or shown interest in helping.  It's straightforward.
However, to comply with your request, I will encourage Dr. Porter to send meeting minutes next time to prevent misunderstanding.

Just for clarity, based on the 11/10 recorded meeting with Martina and Paul, she told us (Dr. Porter and me) to go forward with the ideas and engage anyone to help.
Martina encouraged us to have an entrepreneurial mentality to function as a free-range supporting GVR,  showcasing V-core behavior.
The MS Team thread from Sarah K, which I forwarded to you yesterday, says a lot.  We helped her team, and she was grateful 😊

My passion is to help people with my available skills and capabilities; I am willing to step in.  My want to support data related issues when a gap has been demonstrated.
I am requesting clarification about why I am getting adverse reactions from some.  GVR is on the path to fixing the ongoing problem once and for all.  We should be celebrating.

I am unaware of any deviation from the PMO process; when the idea exploratory discussion is completed with the executive sponsors and when they approve our business intake form, I will put the form as an idea into the Planisware with you.
Did something change?  Did I miss something?

With the forward movement toward digital transformation, there is a high probability of needing more than one Data PM.
Data Science has vast differences from Data Analytics, which I experienced from the beginning of the year.

As part of AAI (Advance Analytics Initiatives),  I contributed to the community with my Data Science and Project Management skills.
If you have any questions or concerns, we will discuss them further during our 1on1.

Thank you again, and Happy Holidays.
Sohyon

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Monday, December 19, 2022 4:33 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Meeting Minutes: UST Database for Site Location Data on 12/14/22

Hi SK

After our conversation today, this work has not been approved by Paul or me as we discussed.
This work must have been reviewed by Paul/Raul and added to our list of Projects and added to Planisware, even if an enhancement type of project.

Kindly remind that all the work that you do must be approved by Paul if Data & Analytics related, and I should be engaged in the conversation as your manager.
If there are solutions that You and Dr. Porter want to bring to the table, as per the conversation You both had with Martina and Paul on November 10th, you both are welcome to do so, but the solution must first be socialized with Paul or Raul to add to their processes and for us to be able to support the project (if necessary since we already have a D&A PM in place). As you know we have a process in place to bring ideas, have them approve and then proceed to implement them. You must follow the process as everyone else in the organization. I understand that you were helping Dr. Porter as you mentioned, but kindly ask that you allow Dr. Porter to send her meeting notes, versus these emails coming from you.

We cannot start projects that have not been approved by our management. This has already been requested of you during the call on 11/10 and need you to please follow the process established.

I trust you will comply with my request.
Thank you,
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future
to create a better world.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, December 15, 2022 10:48 AM
**To:** Guevarra, Jasmin <Jasmin.Guevarra@gilbarco.com>; Porter, Tanya <tanya.porter@gilbarco.com>
**Cc:** Binkley, Sarah K <sarah.binkley@gilbarco.com>; Kopelic, Beverly <beverly.kopelic@insite360suite.com>; Luczak, Tom <Tom.Luczak@insite360suite.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>; Rutz, Michelle <Michelle.Rutz@gilbarco.com>; Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** Meeting Minutes: UST Database for Site Location Data on 12/14/22

\*\*\* You are receiving this email because you are affiliated with the common project or depended on the deliverable below to your projects\*\*\*\*\*\*

The meeting was organically formed to create a **Golden_GVR_Sites**, the new Data Frame, for entire GVR usage.

Attendees: Tanya, Jasmin, and Sohyon

Key Items discussed:
- **Produced the Data Frame Structure for Golden_GVR_Sites – Completed**
- Evaluated the data sources from UST, SMS, and GVR1

- o    **GVR ID = Site ID, the primary key**
- o    Other separate tables such as Customers, Equipment,  etc., can be merged with Golden_GVR_Sites for different analytics purposes.
- •    Split the table into USA and Non-USA sites - In progress
- o    Release the USA Data Frame first (95% of total GVR Site)
- o    Evaluate the need to merge USA only and Non-USA sites back into one table
- ▪    When the std address structure is established
- •    **Next Steps:**
- o    Current challenges documented and established mitigation plans – In progress
- ▪    Longitude and Latitude +/- tolerance bands to be established to qualify the address
- ▪    Inconsistent Address Format and Incorrect Addresses
- o    Setting up process to push the Golden_GVR_Sites to Prod for the internal consumption
- o    Create Golden_GVR_Sites Table maintenance plan

If you have any questions or comments, please reach out to us.

Regards,
Sohyon

-----Original Appointment-----
**From:** Guevarra, Jasmin <Jasmin.Guevarra@gilbarco.com>
**Sent:** Friday, December 9, 2022 9:23 AM
**To:** Guevarra, Jasmin; Porter, Tanya; Warner, Sohyon
**Subject:** UST Database for Site Location Data
**When:** Wednesday, December 14, 2022 11:30 AM-1:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Microsoft Teams Meeting

Apologies, I need to remove the files from here
_____

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 295 475 960 02
Passcode: h3hu9b
Download Teams | Join on the web

**Join with a video conferencing device**
211617117@t.plcm.vc
Video Conference ID: 112 713 446 7
Alternate VTC instructions

**Or call in (audio only)**
+1 929-229-5406,,860399171#   United States, New York City

Phone Conference ID: 860 399 171#
Find a local number | Reset PIN

Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 12/27/2022 10:41:57 AM |
| **To:** | Bethel, Jonathan [jonathan.bethel@gilbarco.com] |
| **Subject:** | RE: [EXTERNAL] TEKsystems Invoice - Please Review - Invoice Number MX09446056 |

Hi Jonathan,

Hope you had a great Christmas with your family.

Sohyon Warner was going to move to Vontier but NO Longer the case. They sent her back to GVR since she was disruptive to their environment by not accomplishing goals for the job.

Thus, she has been back on my team since early October, but Vontier was going to pay for her until the end of **October 2022**.

I'm working should you have any additional questions.

Best regards,

Rosanna Hurst
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com

-----Original Message-----
From: Bethel, Jonathan <jonathan.bethel@gilbarco.com>
Sent: Tuesday, December 27, 2022 10:36 AM
To: Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
Subject: RE: [EXTERNAL] TEKsystems Invoice - Please Review - Invoice Number MX09446056

Thank you Rosie.

Please remind me which employee needs transferred to VNT at year end.

Thank you

Jonathan Bethel | Global Manager of FP&A | Gilbarco Veeder-Root
Cell: 336-686-8031 | www.gilbarco.com | www.veeder.com

-----Original Message-----
From: Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
Sent: Wednesday, December 21, 2022 3:33 PM
To: Babington, Beth <beth.babington@gilbarco.com>; Bethel, Jonathan <jonathan.bethel@gilbarco.com>
Subject: FW: [EXTERNAL] TEKsystems Invoice - Please Review - Invoice Number MX09446056

Sharing invoice for Machele for your information and awareness.

Thanks,
Rosie

 Gmail

Wonde

# FW: Additional Discrimination

1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

Here it goes.

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, October 27, 2022 9:17 AM
**To:** Gibson, Kate <Kate.Gibson@vontier.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Martorell, Kathy <kathy.martorell@vontier.com>
**Subject:** Additional Discrimination

Hi Kate,

I am following up with you on HR Compliance investigation and reporting additional findings. Please let me know the status of your in

GVR IT held a Global Data Analytic conference on 10/26 ~ 10/27, where I was excluded from the event, although my slides were pa
part of Juxta Data Science/ Machine Learning project
**Dr. Tanya Porter requested on 10/26 that I should be included because I am the Data Science and Machine Learning SME w**
**Rosanna Hurst, and Martina Schoultz. Ashley to ask Paul Blaser to include me.**
I am still waiting to receive an invite.

I am attaching the current organizational chart. It clearly shows that Shawn, White Male with <u>no Data & Analytic background</u>, is a PM
Female American from South Korea over 40 years old, was assigned a less critical, demeaning assignment although I have Data An
backgrounds and am a Certified PM with STEM degree and MBA. They (Paul/Martina/Rosie?)  took away my original position and g
man. They have **derailed my career and potential for growth and promotion and made me invisible.**

https://mail.google.com/mail/u/0/?ik=d5071055f7&view=pt&search=all&permthid=thread-f:1747846856239366605%7Cmsg-f:1747846856239366605&simpl=msg-f:174

Rosanna Hurst Organization Chart 10.20.2022.pdf

Close

# GVR IT Program Management Office & Vendor Management Organization

**Rosanna Hurst**
Director, Program Management Office & Vendor Management

| **John Fleming** IT Global Project Manager GLOBAL / INFRASTRUCTURE | **Beth Babington** IT Vendor Management & Financials Analyst | **Machele Johnson** IT Global Project Manager AMERICAS | **Pat Bisbee** IT Senior Program Manager AMERICAS (US) | **Amy Bolen** IT Program Manager Simplification | **Shawn McClellan** Lead Technical Project Manager DATA & ANALYTICS |

| **Sohyon Warner** Lead Technical Project Manager AMERICAS | **Muhannad Ghanem** Senior Project Manager EMEA | **Cid Castro** Project Manager AMERICAS (LATAM) |

GILBARCO VEEDER-ROOT

1 | Confidential

1 of 1

**Shawn has no PMP certification, but he stated that he does.  If he can lie about this, I question his other credentials.**

pmi.org/certifications/certification-resources/registry

in Share  ⊙ Share  🐦 Tweet  f Share

## Certification Registry

**PMI Certification Digital Badge Program**

**Certification Process**

**Maintain Your Certification**

**Certification Registry**

**Certification FAQs**

**Application / Renewal Agreement**

**Exam Security**

### Certification Registry

| First Name | Last Name | Credential | *Country / Region |
|---|---|---|---|
| Shawn | McClellan | All Credentials ⌄ | United States ⌄ |

**Search Again**    * Required field

ⓘ Credential holders can opt out of inclusion on the registry and will not display on search

0 results for **Shawn McClellan, United States**

### No results found.

Please make sure you have the correct spelling and full name for the certification holder you wish to find.

**Question about our certifications?**

https://mail.google.com/mail/u/0/?ik=d5071055f7&view=pt&search=all&permthid=thread-f:1747846856239366605%7Cmsg-f:1747846856239366605&simpl=msg-f:174



### ORGANIZATIONAL ANNOUNCEMENT

July 11, 2022

I am pleased to announce the appointment of **Shawn McClellan** to **Lead Technical Project Manager** reporting to me effective immediately. In this role, Shawn will be responsible for building and managing end-to-end project plans including defining scope, managing progress, and ensuring benefits are delivered in the best way possible while communicating regularly with project stakeholders and supporting global governance. Shawn will manage Agile development sprints focused on building reporting, visualization reports, and analytics solutions and partner to train and educate stakeholders across the business.



Shawn has been working at Gilbarco Veeder-Root as a contractor since November 2021 and we are excited to formally welcome him to the team. Prior to coming to GVR, Shawn worked at Charter Communications where he held positions as Senior Systems Analyst and Project Manager for Business Requirements Testing. Prior to that, Shawn worked at Truist as a Senior IT Project Manager/Lead Analyst leading the migration from London Interbank Exchange Overnight Rate (LIBOR) to Secure Overnight Exchange Rate (SOFR) ensuring multibillion dollar commercial loan portfolio's managed within the "In-Trader", "Loan IQ" and "nCino" systems met government mandated requirements.

Shawn received dual degrees in Computer Science (BS) and Business Administration (BA) from Spring Garden College while serving full time in the United State Air Force. He also holds PMP, SCM, Green Belt Six Sigma, and SCA certifications.

Shawn is located in High Point, NC and can be reached via email at Shawn.McClellan@Gilbarco.com.

Please join me in welcoming Shawn to the GVR IT organization.

Rosanna Hurst
Director, IT Global PMO & Vendor Management
Gilbarco Veeder-Root

**Patricia has no PMP certification, but she stated that she does.**



Explore    Certifications    Membership    Standards & Publications    Learning & Events    Business Solutions

Certifications » Certification Resources

## Certification Registry

in Share    Share    Tweet    f Share

## Certification Registry

| First Name | Last Name | Credential | *Country / Region |
|---|---|---|---|
| Pat | Bisbee | All Credentials ⌄ | United States ⌄ |

PMI Certification
Digital Badge
Program

Certification
Process

Maintain Your
Certification

**Certification
Registry**

Certification
FAQs

**Search Again**    * Required field

ⓘ Credential holders can opt out of inclusion on the registry and will not display on search

0 results for **Pat Bisbee, United States**

## No results found.

Questions?

https://mail.google.com/mail/u/0/?ik=d5071055f7&view=pt&search=all&permthid=thread-f:1747846856239366605%7Cmsg-f:1747846856239366605&simpl=msg-f:174



## IT ORGANIZATIONAL ANNOUNCEMENT



May 10, 2022

I am pleased to announce **Pat Bisbee** has joined the organization as **Senior Program Manager** reporting to me effective immediately. In this role, Pat will be responsible for providing direction and leadership to ensure thoughtful business case development and optimal prioritization of the most impactful strategic growth initiatives. She will partner with vendors, suppliers, and the organization to develop a roadmap of clearly defined market projects cross-functionally for the AMERICAS portfolio including a clear governance model, prioritization criteria, and benefits realization plans aligned to strategy. She will oversee Program/Project delivery and execution of critical strategic initiatives alongside establishing a portfolio management suite of templates, measurement tools and reporting mechanisms.

Pat has been working at Gilbarco Veeder-Root as a contractor since 11/10/2021 and we are excited to formally welcome her to the team. Prior to coming to GVR, Pat worked at Allstate Benefits where she held manager positions that were responsible for a $50M portfolio and led a systems team that included DevOps, Release and Change Management, Process Knowledge Management, Performance, and End to End testing. Prior to that, Pat work at MetLife where she was the PMO Director for an $80M Global organization.

Pat received her BA from Southern Wesleyan University and her MBA, focusing on e-commerce Technology, from Drexel University. She also has SAFe5 PO, SM and PMP certifications.

Pat is located in Greenville, SC and can be reached via email at Patricia.Bisbee@Gilbarco.com.

Please join me in welcoming Pat to the GVR IT team.


Rosanna Hurst
Director, IT Global PMO & Vendor Management
Gilbarco Veeder-Root

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 98



**I am the only one in IT PMO and have the PMP Certification with a STEM background, but I hold a less critical and/or less p... people.**



Regards,

Sohyon

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 98

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 99**

**From:** Warner, Sohyon
**Sent:** Monday, October 17, 2022 2:27 PM
**To:** Gibson, Kate <Kate.Gibson@vontier.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Follow up


Hi Kate,


No problem. Please let me know.


GVR must develop new products and products that can supplement the current business because our products have reached a Mat[ure]
Decline. As a result, we need to new produce digital products, and data-driven capabilities are critical.


Machine and Deep learning capabilities within GVR will be crucial in producing new digital product lines. Therefore, people who have
in leadership roles with proper titles.


However, Tanya and I, who have these capabilities, were excluded from the essential programs. Paul Blaser, White Male, wants to k[eep]
"White" and "Male" as possible at the expense of Minority Females over 40 with Data Sciences, STEM, and industry backgrounds. H[e]
and minimized our existence, thus highly reducing our ability to get promoted and recognized for our achievements that would great[ly]
In other words, he oppresses our ability to earn income that matches our capabilities and blocking us to grow.


We need our separate departments away from these promoters of the "White Male" culture so that we can be productive, secure, an[d]


Regards,

Sohyon




-----Original Appointment-----
**From:** Gibson, Kate <Kate.Gibson@vontier.com>
**Sent:** Monday, October 17, 2022 12:06 PM
**To:** Warner, Sohyon
**Subject:** Tentative: Follow up

**EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 99**

Case 2:24-cv-12333-GAD-APP   ECF No. 110-5, PageID.2164   Filed 03/24/26   Page 100 of 100

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 100

**When:** Tuesday, October 18, 2022 1:30 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Hi Sohyon,

Thanks for scheduling this. As a heads up, it is possible I will not need to follow-up with you as soon as I initially anticipated. If that is meeting to a later date.  I will let you know as soon as possible. In the meantime, if you need to use this time block for other work pri and I can work around your availability once I have a better idea of my plans for following-up with you.

Best,

Kate

*Please be advised that this email may contain confidential information. If you are not the intended recipient, please notify us by email by replying to the sender and delete th*

EXHIBIT D - SEPTEMBER TO DECEMBER 2022 - PAGE 100