Message

| | |
|---|---|
| **From:** | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent:** | 1/9/2023 11:51:12 AM |
| **To:** | Blaser, Paul [paul.blaser@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject:** | RE: PSI Transformation in GSO |

Hi Paul,
Thanks for sharing this information and appreciate your input to add Raul and Oliver instead. That is the correct process.

I can handle it with you, or you can do it yourself. I trust you 100%.
Please know that I am documenting these scenarios with SK specifically (the ones that have happened and continue to happen -like this one for example), and mapping these to the Code of Conduct and lack of using our established processes and procedures. If you want to talk, I am open from noon to 1pm today and 4pm to 4:30pm and any time after 5pm ET.

Unbelievable is all I can say. This doesn't end and these two just don't get it.
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com


We are mobilizing the future to create a better world.

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Monday, January 9, 2023 11:44 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** FW: PSI Transformation in GSO

Hi Rosie, Hi Martina!

See the email chain below. Sebastian kicked off a project last week, and he had a slide that included data & analytics participation in the form of SK and Dr Porter. I'm not sure how they got there. I asked him to remove them and replace them with Raul and Oliver.

Today I got the email below. Should we discuss, or should I just handle it? Happy either way.

Thanks!
Paul



Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Porter, Tanya <tanya.porter@gilbarco.com>
**Date:** Monday, January 9, 2023 at 11:13 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>, Hatch, Sebastian <sebastian.hatch@gilbarco.com>
**Subject:** FW: PSI Transformation in GSO

Hi Paul,

Reaching out for some clarifications on the resources for the "Demand Forecasting and Planning Excellence" project. This project aligned closely with the vision that was shared with Sebastian and Martina as part of the 2022 goals for Data Science Projects Backlog. Involvement in this project will provide insights as to how to integrate data more uniformly to provide a check and balance across the organization.

I am glad that this project is moving forward. Please provide my associated involvement.

**Best Regards,**

**Dr. Tanya T Porter, DBA**
Global IT – Data Science Manager
Mobile: 336.542.9090
Gilbarco Veeder-Root
www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, January 9, 2023 10:51 AM
**To:** Porter, Tanya <tanya.porter@gilbarco.com>
**Subject:** FW: PSI Transformation in GSO

---

**From:** Hatch, Sebastian <sebastian.hatch@gilbarco.com>
**Sent:** Monday, January 9, 2023 10:31 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Tornquist, Brandon <brandon.tornquist@gilbarco.com>
**Subject:** RE: PSI Transformation in GSO

Hi SK

The kick off went well.  Everyone seemed aligned on the path forward.  There was only some request to change some of the players on the team.

I would recommend for you and Tanya to get with Paul Blaser as he requested a different resource for this project.  We didn't get into the specifics.

Thanks

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, January 9, 2023 10:10 AM
**To:** Hatch, Sebastian <sebastian.hatch@gilbarco.com>
**Subject:** RE: PSI Transformation in GSO

Good morning! Sebastian.

You are very welcome.
I am following up to see how the kick-off meeting went last week :}
Please share the latest presentation with me so that I can start putting Data/ IT portions into the PMO platform.

Thank you,
Sohyon

**From:** Hatch, Sebastian <sebastian.hatch@gilbarco.com>
**Sent:** Wednesday, January 4, 2023 2:17 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Porter, Tanya <tanya.porter@gilbarco.com>; Tornquist, Brandon <brandon.tornquist@gilbarco.com>
**Subject:** RE: PSI Transformation in GSO

Thanks SK.  We are having a leadership kick off meeting this week so hopefully we can kick things off officially from there.  Please include Brandon in your findings also as he will be leading and coordinating the initiatives overall.

Thank you for the partnership!

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, January 4, 2023 1:35 PM
**To:** Hatch, Sebastian <sebastian.hatch@gilbarco.com>
**Cc:** Porter, Tanya <tanya.porter@gilbarco.com>
**Subject:** RE: PSI Transformation in GSO

Happy New Year! Sebastian.

We are following up on the "Demand Forecasting and Planning Excellence" program status.

We have already engaged with Marketing and are in the exploratory stage of creating an active SKU list for the entire GVR usage.

Please let us know.

Regards,
Sohyon

**From:** Warner, Sohyon
**Sent:** Thursday, December 8, 2022 9:49 AM
**To:** Hatch, Sebastian <sebastian.hatch@gilbarco.com>; Porter, Tanya <tanya.porter@gilbarco.com>
**Subject:** RE: PSI Transformation in GSO

Good morning, Sebastian,

We have modified the slides:
- Page 2 and 3 – Reformatted only
- Page 5 – Added.  The vertical input slide you requested
- Page 6 - Swap Demand and Supply boxes
- Page 7 – Swap Demand and Supply boxes, Modified our roles and SteerCo participants, Added Jasmine as Marketing Analyst

Please let us know what you think.

Regards,
Sohyon

**From:** Hatch, Sebastian <sebastian.hatch@gilbarco.com>
**Sent:** Wednesday, December 7, 2022 8:25 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Porter, Tanya <tanya.porter@gilbarco.com>
**Subject:** FW: PSI Transformation in GSO

**From:** Hatch, Sebastian
**Sent:** Monday, December 5, 2022 1:43 PM
**To:** Williams, Mark P <mark.p.williams@gilbarco.com>; Crossan, Bryan <bryan.crossan@gilbarco.com>; Tornquist, Brandon <brandon.tornquist@gilbarco.com>; Francis, Ivan <Ivan.Francis@vontier.com>
**Cc:** Sandridge, Mike <mike.sandridge@gilbarco.com>; Klose, Stefan <stefan.klose@gilbarco.com>; Coombe, Dave

<dcoombe@veeder.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>; Miranda, Luis <luis.miranda@gilbarco.com>; Lammert, Todd <Todd.Lammert@gilbarco.com>; Leubuscher, Luke <luke.leubuscher@gilbarco.com>; Little, Wendy <wendy.little@gilbarco.com>
**Subject:** PSI Transformation in GSO

All,

Thanks for allowing me to go through the attached slides on the call today. + a few more that I've had conversations with recently on PSI. I'll look to schedule a formal kick off discussion in December for this significant initiative.

As a recap to our discussion;
• We should align on the standard set of deliverables expected for each site and P&L globally as a part of the global initiative in '23 on PSI. We will prioritize meeting those deliverables in January for GSO.
• We will add Ops/supply chain representation to the orders call cadence for insight on orders
• In parallel, we will look to kick off a cross functional team to work on addressing the underlying mechanics of PSI that is broken in GSO. A total rebuild is required to accomplish that.

Thanks

Message

| | |
|---|---|
| **From:** | Blaser, Paul [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAB0EECE8ECD4A0FBF900ED1929C82B0-PAUL.BLASER] |
| **Sent:** | 1/13/2023 9:04:02 AM |
| **To:** | Schoultz, Martina [martina.schoultz@gilbarco.com]; Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject:** | FW: PSI Transformation in GSO |

See below for discussion. I intend to respond to Dr Porter and let her know she's not on this project. You can see that Sebastian mentioned to SK that here has been a personnel change. Neither Tanya NOR SK is on the project, as far as I'm concerned.

Thanks!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Porter, Tanya <tanya.porter@gilbarco.com>
**Date:** Monday, January 9, 2023 at 11:13 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>, Hatch, Sebastian <sebastian.hatch@gilbarco.com>
**Subject:** FW: PSI Transformation in GSO

Hi Paul,

Reaching out for some clarifications on the resources for the "Demand Forecasting and Planning Excellence" project. This project aligned closely with the vision that was shared with Sebastian and Martina as part of the 2022 goals for Data Science Projects Backlog. Involvement in this project will provide insights as to how to integrate data more uniformly to provide a check and balance across the organization.

I am glad that this project is moving forward. Please provide my associated involvement.

Best Regards,



**Dr. Tanya T Porter, DBA**
Global IT – Data Science Manager
Mobile: 336.542.9090
Gilbarco Veeder-Root
www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, January 9, 2023 10:51 AM
**To:** Porter, Tanya <tanya.porter@gilbarco.com>
**Subject:** FW: PSI Transformation in GSO

**EXHIBIT E-1  January to February 2023 Events - Page 7**

Message
_____

| | |
|---|---|
| **From**: | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent**: | 1/13/2023 10:08:47 AM |
| **To**: | Blaser, Paul [paul.blaser@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject**: | RE: PSI Transformation in GSO |

Thanks for your input, Paul, as it is always super valuable to me.

I don't have any issues with SK not being part of this project and support this decision. I must admit that it will put me in a bind if this is truly Demand Forecasting and Planning due to lack of PMs.
Unfortunately, I need to let go of Machele (who was the back up I brought for SK when SK moved to Vontier…now that SK is back, I need to let Machele go which is unfortunate because Machele and Shawn work extremely well together.

Do you feel comfortable if I put Shawn to manage this project as well? He is the only other PM in my team with the bandwidth to do that.

I do want to discuss further to avoid another "Speak Up" from SK or even Tanya– I don't want to go through that again.
)<;
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com


We are mobilizing the future
to create a better world.

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Friday, January 13, 2023 9:04 AM
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** FW: PSI Transformation in GSO

See below for discussion. I intend to respond to Dr Porter and let her know she's not on this project. You can see that Sebastian mentioned to SK that here has been a personnel change. Neither Tanya NOR SK is on the project, as far as I'm concerned.

Thanks!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Porter, Tanya <tanya.porter@gilbarco.com>
**Date:** Monday, January 9, 2023 at 11:13 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>, Hatch, Sebastian <sebastian.hatch@gilbarco.com>
**Subject:** FW: PSI Transformation in GSO

**EXHIBIT E-1  January to February 2023 Events - Page 7**

Message

| | |
|---|---|
| **From:** | Blaser, Paul [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAB0EECE8ECD4A0FBF900ED1929C82B0-PAUL.BLASER] |
| **Sent:** | 1/13/2023 10:15:39 AM |
| **To:** | Hurst, Rosanna [rosanna.hurst@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject:** | Re: PSI Transformation in GSO |

Hi Rosie!

As you know, as of now, it's not even an official project yet. But when it becomes one, I'm happy to have Shawn run it. The justification is that much of what Sebastian is trying to do involves integrating data from our global finance data mart and our supply chain data mart. Shawn, Raul, and Oliver have been deep in those projects. Neither Dr Porter nor SK have had anything to do with them. So it makes little sense for them to be involved. Additionally, Beverly has a lot of work for Dr Porter to do in the IoT and, as you know, SK isn't on the D&A team. So that's another reason not to distract them with this project.

Thanks!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Date:** Friday, January 13, 2023 at 10:08 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>, Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** RE: PSI Transformation in GSO

Thanks for your input, Paul, as it is always super valuable to me.

I don't have any issues with SK not being part of this project and support this decision. I must admit that it will put me in a bind if this is truly Demand Forecasting and Planning due to lack of PMs.
Unfortunately, I need to let go of Machele (who was the back up I brought for SK when SK moved to Vontier...now that SK is back, I need to let Machele go which is unfortunate because Machele and Shawn work extremely well together.

Do you feel comfortable if I put Shawn to manage this project as well? He is the only other PM in my team with the bandwidth to do that.

I do want to discuss further to avoid another "Speak Up" from SK or even Tanya– I don't want to go through that again. )<;
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com


We are mobilizing the future
to create a better world.

Message

| | |
|---|---|
| **From:** | Blaser, Paul [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAB0EECE8ECD4A0FBF900ED1929C82B0-PAUL.BLASER] |
| **Sent:** | 1/13/2023 11:21:32 AM |
| **To:** | Hatch, Sebastian [sebastian.hatch@gilbarco.com] |
| **CC:** | Schoultz, Martina [martina.schoultz@gilbarco.com]; Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject:** | D&A Kaizen Participation |

Hi Sebastian,

Martina asked me to send you the official data & analytics participants for your upcoming kaizen. Please include our Data Manager, Raul Posada, and our PM, Shawn McClellan. We intend also to include the VDA's Oliver Bacasse, who was deeply involved in the Supply Chain Data Mart project. I still need to get permission from his leader, Robert Steffler. I'm meeting with Robert Tuesday morning, so I should get his permission to include Oliver then.

Please do not include either Tanya Porter or Sohyon Warner. They are assigned to other projects and will not be involved with this.

Thanks Sebastian!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

Message

| | |
|---|---|
| **From**: | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent**: | 1/13/2023 11:26:46 AM |
| **To**: | Warner, Sohyon [sohyon.warner@gilbarco.com] |
| **CC**: | Schoultz, Martina [martina.schoultz@gilbarco.com]; Morris, Troy [troy.morris@gilbarco.com]; Blaser, Paul [paul.blaser@gilbarco.com] |
| **Subject**: | RE: GVR Kaizen - PSI TPI Event (Placeholder) |

Hi SK,

This travel request is not approved.
After learning more about this initiative, it turns out that this is not a separate demand planning initiative, but instead a Data & Analytics initiative leveraging the supply chain and financial data marts.
As such, this will be handled by Shawn.

I am formally requesting that you stop any engagement in this effort.

Thank you so much,
Rosie

*Rosanna Hurst*

Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



GILBARCO VEEDER-ROOT   VONTIER™ | We are mobilizing the future to create a better world.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Friday, January 13, 2023 7:58 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: GVR Kaizen - PSI TPI Event (Placeholder)

Hi Rosie,

This is my best estimate based on the last trip lasted about 3 days in November.
- **Date (s)/Duration of Event: 4 days max from Jan 24 to 27, depending on the Agenda**
- **Detailed Financial Estimate for the Trip: $1400 to 1700 based on the last trip total of about $1350**

Please let me know if you need firmer numbers since airfares are volatile.

I have reached out to Corporate Credit Cards. I am waiting for their reply.

So that I can answer your question accurately, can you define what Data and Analytics from below?
For example, Felipe and Patricia are BI/data analysts and part of the AX optimization projects I am working on now.
Are you focusing on Paul's group's involvement?

Please let me know.

Cheers,
SK

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Thursday, January 12, 2023 3:29 PM

**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: GVR Kaizen - PSI TPI Event (Placeholder)

Hi SK,

Kindly ask you to provide the following information for my review and approval:

- **Date (s)/Duration of Event: $**
- **Detailed Financial Estimate for the Trip: $**

As this event is for Demand Planning and you are the leading PM, I assume this has nothing to do with Data & Analytics. Please confirm.

On a site note, please reach out to  corpcreditcards@gilbarco.com to ensure that your expenses show up in Concur, as this is the process established by the company and want us to comply.
I want to ensure that what happened last time with your expense report does not happen again.

Thanks,
Rosie

*Rosanna Hurst*

Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



GILBARCO VEEDER-ROOT   VONTIER™ | We are mobilizing the future to create a better world.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, January 12, 2023 11:50 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** FW: GVR Kaizen - PSI TPI Event (Placeholder)

Rosie,
Here it goes.

Per Todd, it is going to be planning event for Demand Forecast and Planning Excellence program where we will prioritize and breakdown the projects into Operation/Marketing/SCM/IT/Finance sub-project/tasks.  I believe Troy and Paul is part of Steerco.
It's a placeholder and I am assuming there will be agenda to follow.

| | | |
|---|---|---|
| **Demand Planning and Forecasting** | Troy Morris/Paul Blaser | Sohyon Warner |
| Demand Forecast Excellence - Marketing | Troy Morris/Paul Blaser | Sohyon Warner |
| Dispense Right/Quality Traceability  (DS Project) to Marketing Campaign? | Troy Morris/Paul Blaser | Sohyon Warner |
| Demand Forecast Excellence - Sales Order | Troy Morris/Paul Blaser | Sohyon Warner |
| Demand Forecast Excellence - SCM | Troy Morris/Paul Blaser | Sohyon Warner |

| Demand Forecast Excellence - Financial Accuracy between Forecast and Actual | | |
|---|---|---|
| | Troy Morris/Paul Blaser | Sohyon Warner |

Regards,
Sohyon

Message

| From: | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
|---|---|
| Sent: | 1/13/2023 2:20:07 PM |
| To: | Castro, Jessica [jessica.castro@gilbarco.com]; Hatch, Sebastian [sebastian.hatch@gilbarco.com] |
| CC: | Schoultz, Martina [martina.schoultz@gilbarco.com]; Tornquist, Brandon [brandon.tornquist@gilbarco.com]; Blaser, Paul [paul.blaser@gilbarco.com] |
| Subject: | RE: D&A Kaizen Participation |

Hi Jessica,

Thanks for forwarding the invite to Shawn.

I kindly ask that you please remove my employee, **Sohyon Warner** from the meeting invite since she is not attending the Kaizen, and still in the meeting invite.
I truly appreciate your support in this matter.



Best regards,

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



From: Castro, Jessica <Jessica.Castro@gilbarco.com>
Sent: Friday, January 13, 2023 1:05 PM
To: Hatch, Sebastian <sebastian.hatch@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
Cc: Schoultz, Martina <martina.schoultz@gilbarco.com>; Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>; Tornquist, Brandon <brandon.tornquist@gilbarco.com>
Subject: RE: D&A Kaizen Participation

Absolutely, forwarding the invite now!

From: Hatch, Sebastian <sebastian.hatch@gilbarco.com>
Sent: Friday, January 13, 2023 12:37 PM
To: Blaser, Paul <paul.blaser@gilbarco.com>
Cc: Schoultz, Martina <martina.schoultz@gilbarco.com>; Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>; Tornquist, Brandon <brandon.tornquist@gilbarco.com>; Castro, Jessica <Jessica.Castro@gilbarco.com>
Subject: RE: D&A Kaizen Participation

Thank you Paul!

+ Brandon for visibility.

Jess – can you please forward the kaizen invite notices to Raul and Shawn?

Thanks

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Friday, January 13, 2023 11:22 AM
**To:** Hatch, Sebastian <sebastian.hatch@gilbarco.com>
**Cc:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** D&A Kaizen Participation

Hi Sebastian,

Martina asked me to send you the official data & analytics participants for your upcoming kaizen. Please include our Data Manager, Raul Posada, and our PM, Shawn McClellan. We intend also to include the VDA's Oliver Bacasse, who was deeply involved in the Supply Chain Data Mart project. I still need to get permission from his leader, Robert Steffler. I'm meeting with Robert Tuesday morning, so I should get his permission to include Oliver then.

Please do not include either Tanya Porter or Sohyon Warner. They are assigned to other projects and will not be involved with this.

Thanks Sebastian!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

Message

| | |
|---|---|
| **From:** | Warner, Sohyon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F5C09EBE70A4670855FD0E8606E483D-SW32524] |
| **Sent:** | 1/13/2023 5:01:46 PM |
| **To:** | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **CC:** | Schoultz, Martina [martina.schoultz@gilbarco.com]; Morehead, Jason [jason.morehead@gilbarco.com]; Jess Doherty [jess.doherty@vontier.com]; Heuser, Emily [emily.heuser@gilbarco.com]; Plasha, Amy [amy.plasha@vontier.com]; Gibson, Kate [kate.gibson@vontier.com]; Martorell, Kathy [kathy.martorell@vontier.com] |
| **Subject:** | RE: GVR Kaizen - PSI TPI Event (Placeholder) / reassignment of role |
| **Importance:** | High |

+ Jason

Hi Rosie,

**It's a recurring pattern that any projects cross reference with Paul; I am getting yanked out of the projects without valid reasoning.**

I was assigned to the Demand Planning program last May by you when I was yanked out of the Data Mart projects, which was the same day I was supposed to report to **Jason**.

This project was initiated by me directly with Sebastian. **I and Dr. Porter received a blessing from Martina to work directly with Sebastian in December.**

**I am the one who helped with Sebastian's PSI presentation**, and therefore, I understand what this project is about. BTW, I have a copy. Also, see below where Demand Planning has a matrix relationship with PSI. The demand forecasting and planning program is part of the GVR Strategy, "**Intelligent** Supply Chain ."Please emphasize "Intelligent" where Data is needed.
Using this logic, pulling me away from any Data related projects where data touches everything, are you preventing me from doing my job where I applied and was hired as "Data Analytic PM"?

**Data Marts you mentioned below are qualified and certified data hubs where business analysts/GVR personnel can grab their data set from. It's just a data ingestion process.**
**Because Data Marts are already in the "Prod" environment, Paul's Data Mart team should not be involved. The project should be with Operations going forward, as I already established with Sebastian.**

As stated, I have over 20+ years of experience in Operations, Engineering, SCM, Data Science, FP&A, Quality, and Program Management…An integrator that GVR needs.
My previous skills and experience have allowed me to detect improvement opportunities within GVR (VBS inspiration).

By the way, Shawn has no Data Analytics, Data Science, and STEM Background. He is not even a certified project manager, PMP. He is not in the PMI database.
Management (especially Paul) is derailing my career, and you support it.

I am following the suggestive procedure for individual and leading V-Core behavior.

**I was invited to Kaizen by Sebastian because he sees me as a partner. I have the evidence to support this statement.**

My management is going out of the way to prevent me from fully contributing to the GVR's success and hurting my reputation in the process.

**With everything that has happened so far, I will need internal and external HR/Legal involvement.**
**I am an Asian Female USA Citizen over 40 years old from South Korea with high credentials, whose job role was given to a much less credential white male by a white male manager and my direct management.**
**The result from discrimination and harassment I faced, I am experiencing a psychological disturbance and it prevents potential career progression within this company.**



Regards,
Sohyon

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Friday, January 13, 2023 11:27 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Morris, Troy <troy.morris@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: GVR Kaizen - PSI TPI Event (Placeholder)

Hi SK,

This travel request is not approved.
After learning more about this initiative, it turns out that this is not a separate demand planning initiative, but instead a Data & Analytics initiative leveraging the supply chain and financial data marts.
As such, this will be handled by Shawn.

I am formally requesting that you stop any engagement in this effort.

Thank you so much,
Rosie

 Gmail

Wonder <sohyon.warner@gmail.com>

## FW: Connect
1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>            Fri, Mar 3, 2023 at 1:36 PM
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

---

**From:** Warner, Sohyon
**Sent:** Wednesday, January 18, 2023 1:11 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: Connect

Hi Amy,

Thank you for the invitation to discuss.

I am attaching the document that we viewed during our discussion. I said much more than my bullet points, but the record contains the gist of it.

In addition to immediate remediation of Rosie's situation, I also want to add this if possible.

I want to participate in Demand Planning/PSI pre-Kaizen and Kaizen events via online conference on Jan 20 and Jan 24~27, respectively.

If Dr. Porter can also join the call, that would be super. There is no rule that we can't attend along with Raul because it is Kaizen event.

I want Martina to send the email to Sebastian to set the tone and be copied on this email.

I don't want Sebastian to feel weird about including me (and Dr. Porter).

Again, thank you so much for being a great listener.

Regards,

Sohyon

-----Original Appointment-----
**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Tuesday, January 17, 2023 7:23 AM
**To:** Heuser, Emily; Warner, Sohyon
**Subject:** Connect
**When:** Wednesday, January 18, 2023 10:30 AM-11:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

EXHIBIT E-1 January to February 2023 Events - Page 18

Per your note, let's discuss the situation that is going on with you and the team. Let me know if this time works.

Best,

Emily

---

# Microsoft Teams meeting

### Join on your computer, mobile app or room device

Click here to join the meeting

Meeting ID: 293 586 535 276
Passcode: JCUdn4

Download Teams | Join on the web

### Join with a video conferencing device

211617117@t.plcm.vc

Video Conference ID: 118 395 328 9

Alternate VTC instructions

### Or call in (audio only)

+1 929-229-5406,,424425752#   United States, New York City

Phone Conference ID: 424 425 752#

Find a local number | Reset PIN

Learn More | Meeting options

---

*Please be advised that this email may contain confidential information. If you are not the intended recipient, please notify us by email by replying to the sender and delete this message.*

---

📄 **A formal harasssement and discrimination complaint against Rosie and Indirect to Paul on 230118.pdf**
1413K

EXHIBIT E-1 January to February 2023 Events - Page 18



SK <sohyon.warner@gmail.com>

---

# HR recommend me to take the time off

1 message

---

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>                                        Wed, Jan 18, 2023 at 4:41 PM
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>



---

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Wednesday, January 18, 2023 4:26 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Connect


Thanks for all the information and connecting today.  I need to take some time to review all the details and get back to you on next steps.  For now, I would suggest taking the week off (01/19 -26) until I can sort through this matter.  Please reach out to me if anything comes up or if you have any questions.


Best,


Emily

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, January 18, 2023 1:11 PM

| Message | |
|---|---|
| **From**: | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent**: | 1/18/2023 4:42:02 PM |
| **To**: | Heuser, Emily [emily.heuser@gilbarco.com] |
| **Subject**: | FW: Jason project report out format proposals |

Hi Emily,
Below is the reason why I moved SK from Data & Analytics.
She was spiraling down and seemed very disturbed in working with that organization. Everything I heard was a complaint from SK and wanted to prevent her to continue to have the same experience in our company. I socialized this with her directly and she was okay with my decision. Months later, she asked me as to why I moved her from Data & Analytics, and I went back to the email below she sent me.
Her well being was the reason why I moved her to start with.

Thanks,
Rosie


*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com

GILBARCO VEEDER-ROOT  VONTIER™ | We are mobilizing the future to create a better world.

**From:** Hurst, Rosanna
**Sent:** Wednesday, November 2, 2022 12:33 PM
**To:** Gibson, Kate <Kate.Gibson@vontier.com>
**Subject:** FW: Jason project report out format proposals

Hi Kate,
As a follow up to our conversation today, below is the reason why I moved SK from GVR Data & Analytics to another Project.
Main reason being was her well-being.

Thanks,
Rosie


*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com

GILBARCO VEEDER-ROOT  VONTIER™ | We are mobilizing the future to create a better world.

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, May 4, 2022 12:38 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** FW: Jason project report out format proposals

Hi Rosie,
It's hard to be part of the program with the program owner who doesn't want to be accountable.
He is not allowing me to be PM for this program. Jason specifically asked for me for the project status.
Sohyon

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Wednesday, May 4, 2022 12:06 PM
**To:** Jenkins, Varuna <vjenkins@veeder.com>; Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: Jason project report out format proposals

We may need to back out of presenting a formal PMO update for this next meeting. It doesn't feel like we have a coherent message. And at the very least, we absolutely do not want to present him that first slide.

@Jenkins, Varuna, let's chat about what we heard in our last meeting with Jason, especially around the way he wants to see the backlog broken out and organized.

Thanks

Paul Blaser
Enterprise Information Architect
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

**From:** Jenkins, Varuna <vjenkins@veeder.com>
**Date:** Wednesday, May 4, 2022 at 11:58 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Let's update and keep both slides for review with Jason

Thanks,
Varuna

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Tuesday, April 26, 2022 1:17 PM
**To:** Jenkins, Varuna <vjenkins@veeder.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Jason project report out format proposals

Hello Varuna,
We are forwarding a couple of proposals for you to provide feedback.
Please let us know.

*Sohyon Warner*
Data Analytics PM
Gilbarco Veeder-Root | sohyon.warner@gilbarco.com |

 

We are mobilizing the future
to create a better world.

Message

| | |
|---|---|
| **From**: | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent**: | 1/19/2023 12:52:44 PM |
| **To**: | Heuser, Emily [emily.heuser@gilbarco.com] |
| **Subject**: | RE: Jason project report out format proposals |
| **Attachments**: | FW_ Documentation - Sohyon Warner.msg; Re_ PSI Transformation in GSO.msg |

Hi Emily,

The conversation was verbal, and I don't have additional documentation to this effect.

Regarding her move to GVR and if she was taken off any projects, I understood from Ivan that she was removed from the Retail Data Hub Project.
Unfortunately, you asked me not to provide any feedback since Sohyon Warner had open an investigation, so I complied with this request.

Regarding your last topic (workforce planning and demand analysis), the PSI Transformation Project in the enclosed (end of 1st page and beginning of 2nd page) was related to this Demand Planning, but the initial conversations it was unknown that this would be a Data & Analytics Project. I just learned that about it on 1/13/2023 and the email is enclosed.

I remain available should you have any questions or need additional information.
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



GILBARCO VEEDER-ROOT  VONTIER  | We are mobilizing the future to create a better world.

---

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Thursday, January 19, 2023 12:40 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Rosie,

Thanks again for submitting this information.  I reviewed all of the details, do you have any documentation in email on the conversation you had about the changes besides what is below?  Also, do you have any management notes on the details on your conversation by chance?  In addition, when SK moved back into your team from Vontier was she taken off any projects?  If so was there any feedback provided to her or notes.  The email that I saw was the workforce planning / demand analysis, so if you have any documentation or conversation notes that would also be super helpful.

Best,

Emily

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Wednesday, January 18, 2023 4:42 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** FW: Jason project report out format proposals

Hi Emily,

Message
_____

| | |
|---|---|
| **From**: | Heuser, Emily [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E836833E1CD46618AFEA1401454447F-EH22099] |
| **Sent**: | 1/19/2023 12:59:42 PM |
| **To**: | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject**: | RE: Jason project report out format proposals |

Yes, I had some of it, but not sure if I had all the details. I am most curious about the communication to SK directly on the details of the changes. As there is not much that I can find on the "why" in writing to SK directly. That is what I am trying to see, but if all of that happened verbally are you able recap those discussions by chance (dates/times)?

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Thursday, January 19, 2023 12:57 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Understood. The most recent ones were the ones that I documented for you and sent out last week and a few minutes ago. )<:
Regardless, I am here for you 100%.
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Thursday, January 19, 2023 12:56 PM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Thanks! I just wanted to check to see if there was anything else. I have all the information about the Vontier situation since I managed it so I mainly curious about the most recent one. I may be reaching back out if I need additional clarification.

Best,

Emily

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Thursday, January 19, 2023 12:53 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: Jason project report out format proposals

Hi Emily,

The conversation was verbal, and I don't have additional documentation to this effect.

Regarding her move to GVR and if she was taken off any projects, I understood from Ivan that she was removed from the Retail Data Hub Project.
Unfortunately, you asked me not to provide any feedback since Sohyon Warner had open an investigation, so I complied with this request.

Message

| | |
|---|---|
| **From:** | Warner, Sohyon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F5C09EBE70A4670855FD0E8606E483D-SW32524] |
| **Sent:** | 1/26/2023 5:44:09 PM |
| **To:** | Heuser, Emily [emily.heuser@gilbarco.com] |
| **CC:** | Martorell, Kathy [kathy.martorell@vontier.com]; Jess Doherty [jess.doherty@vontier.com]; Clement, Kelly [kelly.clement@vontier.com]; Plasha, Amy [amy.plasha@vontier.com] |
| **Subject:** | HR Meeting minutes: Follow up |

Attendee: Emily, Sohyon

Key Items discussed:

- **This is a follow up meeting after I came back from forced Administrative Leave by HR from 1/19 to 1/25.**
- My request for an interim solution where I report to Martina as a placeholder was denied. Emily did not provide reasoning for the denial.
  - I am to remain at the current reporting structure
  - I am to report additional harassment, racial bias, the threat of dismissal, and discrimination from GVR IT management to HR.
- **It appears that GVR is setting me up to go through psychological disturbance, further impairing my heart condition again and again.** I will take this as GVR's attempt to push me to end the employment on my own.  For example, Mary Crowe (10+ years at GVR IT) and Tracy Chambers (18+ years at GVR IT) left GVR last year due to lack of support from GVR IT Management.
- Emily stated that there is a massive effort to cut costs signaling a possible a massive layoff.
  - I asked her to help me find a position that can support cost savings measures since that's what I did in the past like VAVE, SCM negotiation, etc.
  - Emily stated that there was no budget for it.
  - I stated that why can I be a loaner to other department like when I went to Vontier last year as an interim solution.
  - Emily simply stated that not possible.
  - Since GVR is unwilling to move me at a current cost to where I can be fully utilizing as an interim solution, I will take that as GVR is setting me up to be part of the layoff later down the road and/or making my work life unbearable so that I will quit.  Since most of the projects under IT touches data and I was told can't be part of them, with this logic, I don't have a project that I can work on.
- **I didn't asked to be removed from the** "Data Analytic Program Manager" role. Shawn was at GVR before I started my first date.   I (Minority Asian Female over 40 from South Korean National Origin) was replaced by less qualified white male, Shawn, with no valid reasoning from my management (Rosie/Paul/Martina) and forced to take on non-Data Analytic /non-high-profile project reducing my ability to get promoted, grow, and increase in job security.
- **Emily defended the management that I was removed from the Data Analytics PM role because I wrote an email to Rosie asking to be removed.** I asked Emily to make such a claim, the management should produce the objective evidence to support this. She couldn't provide so Emily deflected and gaslighted that this is a "she said, he said the issue" . Please see attached email below where Paul undermined my ability to report to Jason directly on project status where I reached out for Rosie's support as usual.  I was removed from my position on next day.  The pretext is that I went to Rosie a few times with the similar behavior from Paul where she sent email to support me.

FW: Jason project report out format proposals



Warner, Sohyon
To ● Hurst, Rosanna

☺    ↩ Reply    ↩ Reply All    → Forward    📧    •••

Wed 5/4/2022 12:38 PM

Hi Rosie,
It's hard to be part of the program with the program owner who doesn't want to be accountable.
He is not allowing me to be PM for this program. Jason specifically asked for me for the project status.
Sohyon

- Since there was no **objective** evidence to support management's claim, HR pushed back on with the out of the blue **subjective soft** allegations from Paul that I didn't get along with the team.

o        Unlike Emily, I can provide the task list for the team members who were not delivering the items they promised to deliver including Paul.

o        There was no feedback regarding Emily's 100% subjective claim or input from the team members during my tenure as Data Analytic Program Manager in Data Mart Projects.

•        I stated that Paul, Shawn, and Ashely worked at the same company. "Truist Bank."

•        Emily stated that Rosie and Martina would work with me to provide a project for me to work on.

o        I asserted why I couldn't work on current "Data Analytic" Projects. I need to work on high-profile Data Analytic Projects that I was hired to do.

o        I expressed that I got additional Data Science training and took the pay cut to take the job here. Emily laughed/smirked at me like that's my own sad problem.

▪        It appears that if I don't comply to take on non-data analytic projects, GVR is setting me up to receive insubordination or given non data projects that are impossible to achieve so that GVR has excuse to down grade my performance, put me PIP, and let me go.

•        Emily further inflamed me by stating that she had previously managed the data analytics and team, implying that anyone could do my job when Shawn's education, experience, and non-pmp credential were brought up.

•        Emily also stated that there was no discrimination, which indicates that she is siding with management, has already made up her mind, and is not remaining neutral.

o        Therefore, the meeting was elevated, and Emily abruptly hung up the appointment when I called out her attempt to smear and downplay my credential.


Regards,
Sohyon


-----Original Appointment-----
**From:** Warner, Sohyon
**Sent:** Thursday, January 26, 2023 7:22 AM
**To:** Warner, Sohyon; Heuser, Emily
**Subject:** Follow up
**When:** Thursday, January 26, 2023 1:00 PM-1:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Per your email, please accept this meeting invite.

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 299 766 270 487
Passcode: 3YSFmA
Download Teams | Join on the web

**Join with a video conferencing device**
211617117@t.plcm.vc
Video Conference ID: 115 779 680 7
Alternate VTC instructions

Case 2:24-cv-12333-GAD-APP   ECF No. 110-6, PageID.2190   Filed 03/24/26   Page 26 of 44
**EXHIBIT E-1_January to February 2023 Events - Page 26**

 **Gmail**

SK <sohyon.warner@gmail.com>

---

## FW: HR Meeting minutes: Follow up
1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

---

**From:** Warner, Sohyon
**Sent:** Monday, January 30, 2023 8:18 AM
**To:** Martorell, Kathy <kathy.martorell@vontier.com>
**Subject:** RE: HR Meeting minutes: Follow up

Hi Kathy,

Thank you for the information.

January 13th event is a continuation of discrimination, harassment, disparity in treatment compared to my white counterparts, etc., since last year.

Looking forward to speaking with you today.

Regards,

Sohyon

---

**From:** Martorell, Kathy <kathy.martorell@vontier.com>
**Sent:** Monday, January 30, 2023 8:00 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: HR Meeting minutes: Follow up

Hi Sohyon,

We have opened a Speak Up investigation. I would like to learn more about your concerns referenced in your January 13, 2022 email regarding your manager preventing you from contributing to your role "given to a much less credential white male by a white male manager and my direct management".  Legal counsel is not required to participate in this process.

I look forward to meeting with you.

Best regards,

Kathy Martorell

Compliance Counsel, Americas

kathy.martorell@vontier.com

 | We are mobilizing the future to create a better world.

Cell. (919) 820-0272

vontier.com

**This message (including any attachments) may contain privileged communications, work product, confidential or proprietary information intended only for the addressee distribution, or reliance on the contents of this information is strictly prohibited and may constitute a violation of the law.  If you are not the intended recipient, please notify this e-mail and deleting the message from your system.  If you have any questions about this e-mail, please notify the sender immediately.**

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Friday, January 27, 2023 9:40 AM
**To:** Martorell, Kathy <kathy.martorell@vontier.com>
**Subject:** RE: HR Meeting minutes: Follow up

Hi Kathy,

Thank you for reaching out.

**EXHIBIT E-1_January to February 2023 Events - Page 26**

 Gmail

Wonde

## FW: Connect

1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

**From:** Warner, Sohyon
**Sent:** Monday, January 30, 2023 12:23 PM
**To:** Martorell, Kathy <kathy.martorell@vontier.com>
**Subject:** FW: Connect

Kathy,

During our conversation today, you informed me that my complaint was not forwarded by IT HR.

Therefore, I am forwarding what she should have delivered.

I was forced to take "Admin Leave" from 1/19~1/25, which I am taking as a form of retaliation from IT HR/Management.

Although you informed me that the investigation by Ms. Gibson last year was thorough, I am questioning the efficacy of the investiga

i am concerned about the investigation causing additional exclusion, ostracization, and harassment that I was already facing, includi
subjectivity vs. objectivity, exposure of my identity, etc.

Therefore,  the external HR/Legal, including EEOC, is currently involved in my case, which is the verbiage included in the attached.

Thank you,

Sohyon

Message
_____

| | |
|---|---|
| **From**: | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent**: | 2/1/2023 9:01:24 AM |
| **To**: | Heuser, Emily [emily.heuser@gilbarco.com] |
| **CC**: | Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject**: | RE: 1:1 with SK and Rosie |
| | |
| **Importance**: | High |

Hi Emily,

SK is asking for an agenda for our meeting, and this is what I intent to send her. Any comments or suggestions are welcome.

Here is the agenda:

1.	Provide AX Updates
2.	Socialize call to Richard Ly on 12/14/2022
3.	Any other updates you may want to share

Thanks for your feedback,
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com

 We are mobilizing the future to create a better world.

_____

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, February 1, 2023 8:56 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: 1:1 with SK and Rosie

Rosie,
Please forward the agenda for tomorrow's meeting.
I want to be prepare for the meeting.
Thank you,
Sohyon

_____

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Tuesday, January 31, 2023 11:43 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** 1:1 with SK and Rosie

Hi SK,

Greetings and hope that you are enjoying your PTO, and probably don't see this message until tomorrow.
Now that you are back from leave, I want to touch base and obtain latest AX updates as well.

I understand the original time I requested for tomorrow 2/1 doesn't work for you, but very much looking forward to our conversation on 2/2 at 11 am ET, as per your proposal.

Message

| | |
|---|---|
| **From**: | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent**: | 2/2/2023 11:49:26 AM |
| **To**: | Warner, Sohyon [sohyon.warner@gilbarco.com] |
| **BCC**: | Heuser, Emily [emily.heuser@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject**: | RE: 1:1 with SK and Rosie |

Hi SK,

Thank you for making the time to meet with me today.
Here are the key highlights from our call:

1.      Socialized the AX Project in detail and I appreciate the input provided
a.      External assessment has been completed. However,  there is an internal assessment taking place as we speak. Please keep me posted of any updates.
b.      There are internal meetings taking place to vet out what Projects we are going to go with to decide what we are doing this year versus next year.
c.      Next, the team will work on identifying the dependencies.
d.      There is a meeting with Sebastian Hatch next week. You and Martha will be working on prioritization next week.
e.      Troy is fully engaged in this project.

2.      Rosie responded to SK's questions from yesterday (2/1/2023) – listed below with red answers.

3.      We socialized the conversation that took place on 12/14/2022 with Richard Ly as I wanted to understand what transpired from your perspective. You explained that it was only a meet and greet type of meeting. I proceeded to share the feedback that I have received which you did not seem to disagree (from name calling to pointing out problems and inconsistencies with this BI Project), even though you were never part of this Project to start with. I addressed the fact that Richard felt extremely uncomfortable with the line of questions. Your behavior is against the code of business conduct as we are committed to a professional and respectful workplace. Verbal intimidation is a form of harassment. I asked you to stop the behavior immediately as we cannot go calling people in the company and digging for information. This can lead up to termination.
a.      You were defensive during this part of the conversation and raised your voice at me stating and I quote "that you felt harassed by me with my line of questions". You left me speechless to say the least because we went from me trying to understand what transpired, to all the sudden I'm supposedly harassing you. Unacceptable behavior or even suggestion that I was harassing you. As a leader I must understand the situation at hand so that I can take proper steps in this case, or should future similar cases come up.

4.      Since your tone of voice was elevated which to me is very disrespectful, I ended the call and asked you to please re-schedule when you calm down.

Thanks,

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com


We are mobilizing the future to create a better world.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, February 1, 2023 11:29 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: 1:1 with SK and Rosie

Message

| | |
|---|---|
| **From**: | Hurst, Rosanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=282AEEC2809A47939CD716E86AC9F68E-RH64673] |
| **Sent**: | 2/2/2023 12:00:55 PM |
| **To**: | Warner, Sohyon [sohyon.warner@gilbarco.com] |
| **BCC**: | Heuser, Emily [emily.heuser@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject**: | RE: 1:1 with SK and Rosie |

SK,

I send this message too soon, and left off the following:
If you don't accept meeting invites, I will consider this as unwilling to be part of the team.

I need you to continue to show up during our 1:1 which I will schedule for next week.

Thank you,

*Rosanna Hurst*

Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



| | |
|---|---|
| GILBARCO VEEDER-ROOT  VONTIER™ | We are mobilizing the future to create a better world. |

**From:** Hurst, Rosanna
**Sent:** Thursday, February 2, 2023 11:49 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: 1:1 with SK and Rosie

Hi SK,

Thank you for making the time to meet with me today.
Here are the key highlights from our call:

1.      Socialized the AX Project in detail and I appreciate the input provided
a.      External assessment has been completed. However,  there is an internal assessment taking place as we speak. Please keep me posted of any updates.
b.      There are internal meetings taking place to vet out what Projects we are going to go with to decide what we are doing this year versus next year.
c.      Next, the team will work on identifying the dependencies.
d.      There is a meeting with Sebastian Hatch next week. You and Martha will be working on prioritization next week.
e.      Troy is fully engaged in this project.

2.      Rosie responded to SK's questions from yesterday (2/1/2023) – listed below with red answers.

3.      We socialized the conversation that took place on 12/14/2022 with Richard Ly as I wanted to understand what transpired from your perspective. You explained that it was only a meet and greet type of meeting. I proceeded to share the feedback that I have received which you did not seem to disagree (from name calling to pointing out problems and inconsistencies with this BI Project), even though you were never part of this Project to start with. I addressed the fact that Richard felt extremely uncomfortable with the line of questions. Your behavior is against the code of business conduct as we are committed to a professional and respectful workplace. Verbal intimidation is a form of harassment. I asked you to stop the behavior immediately as we cannot go calling people in the company and digging for information. This can lead up to termination.

2/8/23, 3:22 PM
Gmail - FW: Additional harassment and retaliation from Rosie: Raising speak up against Richard Ly, Paul Blaser, and Rosie Hurst

**Case 2:24-cv-12333-GAD-APP ECF No. 110-6, PageID.2195 Filed 08/24/26 Page 31 of 44**

**EXHIBIT E-1_January to February 2023 Events - Page 31**

 **Gmail**

SK <sohyon.warner@gmail.com>

**FW: Additional harassment and retaliation from Rosie: Raising speak up against Richard Ly, Paul Blaser, and Rosie Hurst**
1 message

Warner, Sohyon <Sohyon.Warner@gilbarco.com>
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

---

**From:** Warner, Sohyon
**Sent:** Thursday, February 2, 2023 6:02 PM
**To:** Martorell, Kathy <kathy.martorell@vontier.com>
**Subject:** Additional harassment and retaliation from Rosie: Raising speak up against Richard Ly, Paul Blaser, and Rosie Hurst

Hi Kate,

Please let me know how to proceed. I believe Rosie's action is all related to my complaints. Her retaliatory behavior is strengthening my case.

I requested GVR IT HR, Emily, on 1/18, as an interim solution for me to report directly to Martina to avoid Rosie's ongoing harassment.

Please note that my request was denied on 1/26. With these notes, I was forced to interact with Rosie, and it appears that GVR is not unconcern with my health.

1. With EEOC filing, I have entered the protective activity, but GVR IT HR action demonstrated above that they are not supporting EEOC but supporting the abusive ma

Rosie told the group that she was resigning yesterday, 2/1/23.

Here are her lies and abuse:

- She lied and telling me that I declined her invitation **"many"** times at the meeting. I only proposed the new meeting time

  - All the past recurring 1:1's meetings were originated by me. . I canceled my invite on the week of Jan 17 due to the current circumstances with Rosie.



Mon 1/30/2023 2:27 PM
🔴 Warner, Sohyon

**New Time Proposed: 1:1 with SK and Rosie**

Current   Wednesday, February 1, 2023 3:30 PM-4:00 PM (UTC-05:00) Eastern
          Time (US & Canada).
Proposed  Thursday, February 2, 2023 11:00 AM-11:30 AM (UTC-05:00) Eastern
          Time (US & Canada).
Location  Microsoft Teams Meeting
ⓘ Warner, Sohyon has declined and proposed a new time for this meeting.

4.   Since your tone of voice was elevated which to me is very disrespectful, I ended the call and asked you to please re-sched

- She lied and stated in her email
  but sends me the invite instead about 25 minutes after the meeting.
  - **Please note her tone because she is the one who appeared angry.**
  - Her email threatened to write me up for "insubordination," which means I = Unwilling to be part of the team if I didn't accept her abusive 1:1 meeting. I believe she is setting me up to be w
    increased her intensity of harassment toward me.

2/8/23, 3:20 PM Gmail - RE: Additional Harassment and retaliation from Rosie Raising speak up against Richard Ly, Paul Blaser, and Rosie Hurst

Case 2:24-cv-12338-OAD-APP  ECF No. 110-6, PageID.2196  Filed 08/24/26  Page 32 of 44



For item 3 below, Rosie stated that Richard Ly put in a "Speak Up" ticket or someone approached her with concern. I know that "Speak Up" is confidential and that HR to investigate, but I di[d]
interview.

Due to the ridiculousness of the claim, I want to raise a "speak" ticket regarding the claim from Richard Ly and potential 3rd parties; 1) Paul Blaser or Raul Posada for possible f[alse]
behalf to create a hostile working environment toward me and 2) Rosie for attacking me maliciously supporting Paul and continue lying to hurt me intentionally.

- Rosie was accusatory toward me for wrongdoing without solid evidence, demonstrating hatred and bias.
- She tried to put words in my mouth, stating that I agreed with her statement/accusation, which I didn't. Please note that I didn't agree to the statement below" you did not [...]
  name calling to pointing out problems and inconsistencies with this BI Project)".
- I told her to stop putting words in my mouth and that she is currently verbally intimidating me by threatening and setting me up to terminate me without objective evidence[.]
- There were three 1:1 meetings between Rosie and I after 12/14/23, there was no mentioning of the complaint but a great job performance that I demonstrated in 4th qtr.  Si[nce she brought]
  up after I filed the complaint against her in 1/13/23, I will take this as retaliation.
- Although she was the one who was disrespecting, yelling, and abusing, when I pushed back, she blamed me that I was disrespectful for calling out her abusive non-mana[gement...]
  hung up the call and send me the minutes so fast like she planned this. Please note the timestamp on her emails.
- Her gaslighting and abuse creates a toxic and hostile working environment for me, as usual. Her behavior is repeating pattern.
- It is bizarre why this item came to my attention out of the blue. I found it hard to believe this stems from Richard, a new employee since most of our talk was about our edu[cation...]
  briefly about the project I was on in 2022 with Paul's team, which Rosie claims I was never part of the project. That is a lie. Please see attached.
  - A matter of fact, Richard praised me for having an Data Science and Engineering background.  I turn around, I praised him for hard work and good attitude.
- Although she is resigning, it appears that she and the management (Paul/Martina?) are setting me up to harm my future reporting structure and creating a false case to ter[minate...]
  retaliation.

(Attachment shows that I was part of the project)



Case 2:24-cv-12388-GAD-APP  ECF No. 110-6  PageID.2197  Filed 08/24/26  Page 33 of 44

I am sensing that with anything to do with Paul and Paul's group or speaking the truth about my experience and gaining knowledge from the Data Mart projects, I am shut out, muffled, intimated, remove terminated, and blocked, like there is something to hide. I never felt this much hatred from managers such as Rosie and Paul for my ability and knowledge.

Please accept this email as "Speak Up" for Paul's attempt to harass and oppress me indirectly and Rosie Hurst for retaliation.

Regards,

Sohyon aaaaa

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Thursday, February 2, 2023 11:49 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: 1:1 with SK and Rosie

Hi SK,

Thank you for making the time to meet with me today.

Here are the key highlights from our call:

1. Socialized the AX Project in detail and I appreciate the input provided
    a. External assessment has been completed. However, there is an internal assessment taking place as we speak. Please keep me posted of any updates.
    b. There are internal meetings taking place to vet out what Projects we are going to go with to decide what we are doing this year versus next year.
    c. Next, the team will work on identifying the dependencies.
    d. There is a meeting with Sebastian Hatch next week. You and Martha will be working on prioritization next week.
    e. Troy is fully engaged in this project.

2. Rosie responded to SK's questions from yesterday (2/1/2023) – listed below with red answers.

3. We socialized the conversation that took place on 12/14/2022 with Richard Ly as I wanted to understand what transpired from your perspective. You explained that it was only a meet a proceeded to share the feedback that I have received which you did not seem to disagree (from name calling to pointing out problems and inconsistencies with this BI Project), even th this Project to start with. I addressed the fact that Richard felt extremely uncomfortable with the line of questions. Your behavior is against the code of business conduct as we are comm respectful workplace. Verbal intimidation is a form of harassment. I asked you to stop the behavior immediately as we cannot go calling people in the company and digging for informat termination.
    a. You were defensive during this part of the conversation and raised your voice at me stating and I quote "that you felt harassed by me with my line of questions". You left me spee because we went from me trying to understand what transpired, to all the sudden I'm supposedly harassing you. Unacceptable behavior or even suggestion that I was harassing understand the situation at hand so that I can take proper steps in this case, or should future similar cases come up.

4. Since your tone of voice was elevated which to me is very disrespectful, I ended the call and asked you to please re-schedule when you calm down.

Thanks,

*Rosanna Hurst*

Global GVR IT Director, IT Program Management Office & Vendor Management

Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com



We are mobilizing the future to create a better world.

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, February 1, 2023 11:29 AM
**To:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Subject:** RE: 1:1 with SK and Rosie

Rosie,

It appears that discussion should take place between the originator of inquiry and me.

Who is asking you to ask me about the conversation with Richard? <span style="color:red">Nobody is asking me about this conversation. As your manager, I am asking you because it was brought to my attention.</span>

Message

| | |
|---|---|
| **From:** | Warner, Sohyon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F5C09EBE70A4670855FD0E8606E483D-SW32524] |
| **Sent:** | 2/3/2023 3:50:04 PM |
| **To:** | Hurst, Rosanna [rosanna.hurst@gilbarco.com] |
| **Subject:** | RE: 1:1 with SK and Rosie |

Rosie,

I am observing your pattern of making false statements/lying, and yesterday was no exception:

• You started in the beginning part of the meeting, accusing me of declining "**many**" of your 1on1 invites. That's a lie, and I corrected you during the meeting for making exaggeration. It's one meeting, and I proposed a new time, and you accepted it.

• Regarding "I proceeded to share the feedback that I have received, which <u>you did not seem to disagree</u> with (from name calling to pointing out problems and inconsistencies with this BI Project)," is a false statement because I didn't agree with your statement.

• Regarding "even though <u>you were never part of this Project to start with</u>," is also a lie. The hard evidence shows that I was the "Data Analytic PM" for the Finance Data Mart project and more. You are keep making this false statement about me and my existence since last year.



• You conducted an ambush meeting with malicious intent, and your voice got elevated (as usual); when you were called out for breaking the Code of Conduct, you turned around and accused me of disrespect. You shifted the blame for disrespect and your poor conduct onto me and left the meeting abruptly. Your demonstrated behavior is a classic definition of being "defensive."

**As usual, you have tried to put words in my mouth and use your position as a weapon to discriminate, harass and abuse me.**

**You have repeatedly broken the Vontier Code of Conduct and EEOC against me** where you treat me differently compared to white people, re-assigning my data-related projects and my job title/role, "Data Analytic PM", to a white man contractor with no data, coding, STEM, and PMP background who had a previous working relationship with Paul Blaser, sharing confidential information about my coworkers, verbal intimidation, racial bias toward Asians, retaliation, defamation, personally attacking me with no objective evidence but with malicious prejudice and intent to harm.

Truth always prevails!

Regards,
Sohyon

---

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Thursday, February 2, 2023 11:49 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: 1:1 with SK and Rosie

Hi SK,

Thank you for making the time to meet with me today.
Here are the key highlights from our call:

1.      Socialized the AX Project in detail and I appreciate the input provided
a.      External assessment has been completed. However,  there is an internal assessment taking place as we speak. Please keep me posted of any updates.
b.      There are internal meetings taking place to vet out what Projects we are going to go with to decide what we are doing this year versus next year.
c.      Next, the team will work on identifying the dependencies.
d.      There is a meeting with Sebastian Hatch next week. You and Martha will be working on prioritization next week.
e.      Troy is fully engaged in this project.

2.      Rosie responded to SK's questions from yesterday (2/1/2023) – listed below with red answers.

3.      We socialized the conversation that took place on 12/14/2022 with Richard Ly as I wanted to understand what transpired from your perspective. You explained that it was only a meet and greet type of meeting. I proceeded to share the feedback that I have received which you did not seem to disagree (from name calling to pointing out problems and inconsistencies with this BI Project), even though you were never part of this Project to start with. I addressed the fact that Richard felt extremely uncomfortable with the line of questions. Your behavior is against the code of business conduct as we are committed to a professional and respectful workplace. Verbal intimidation is a form of harassment. I asked you to stop the behavior immediately as we cannot go calling people in the company and digging for information. This can lead up to termination.
a.      You were defensive during this part of the conversation and raised your voice at me stating and I quote "that you felt harassed by me with my line of questions". You left me speechless to say the least because we went from me trying to understand what transpired, to all the sudden I'm supposedly harassing you. Unacceptable behavior or even suggestion that I was harassing you. As a leader I must understand the situation at hand so that I can take proper steps in this case, or should future similar cases come up.

4.      Since your tone of voice was elevated which to me is very disrespectful, I ended the call and asked you to please re-schedule when you calm down.

Thanks,

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>**435-2023-00395** |
|---|---|---|
| | | and EEOC |

_____

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br>Ms. Sohyon M. Warner | Home Phone<br>248-210-5504 | Year of Birth<br>1972 |
|---|---|---|

Street Address

2841 Lamplighter Lane

BLOOMFLD TWP, MI 48304

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>Vontier / Gilbarco Veeder Root | No. Employees, Members<br>Unknown Number Of Employees | Phone No. |
|---|---|---|

Street Address

7300 W FRIENDLY AVE

GREENSBORO, NC 27410

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

| DISCRIMINATION BASED ON<br><br>National Origin, Race, Sex | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest              Latest<br>09/15/2022          01/30/2023 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Sohyon M. Warner**<br><br>**02/03/2023**<br><br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | EEOC | **435-2023-00395** |

|  | and EEOC |
|---|---|
| *State or local Agency, if any* | |

I was employed by the above-named Respondent, on or about, December 4, 2021, as a Data Analytics Program Manager. During the course of my employment beginning on or about May 2022 and as recently as January 2023, I have been demoted and reassigned to work groups and replaced by a white, male, who is less qualified than I. On or about August 2022, my tasks were assigned to younger, white, female, who is less qualified than I am. On or about October 17, 2022, I reported these instances to human resources and an internal investigation was done. On or about January 13, 2023, I was pulled from another assignment and replaced by the same white, male as before. Moreover, I am not working within my capacity, nor the job that I was hired to do.I believe that I have been discriminated against due to my national origin, South Korea, my race, Asian, and my sex, female in violation of the Title VII of The Civil Rights Act of 1964, as amended; and discriminated against due to my age, 50, in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Sohyon M. Warner**<br><br>**02/03/2023**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Case 2:24-cv-12333-GAD-APP   ECF No. 110-6, PageID.2202   Filed 08/24/26   Page 38 of 44
EXHIBIT E-1_January to February 2023 Events - Page 38

 Gmail                                                                SI

## FW: Continue Retaliation and Targeting from GVR IT Management and GVR IT HR

1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

**From:** Warner, Sohyon
**Sent:** Friday, February 10, 2023 5:40 PM
**To:** Martorell, Kathy <kathy.martorell@vontier.com>
**Subject:** Continue Retaliation and Targeting from GVR IT Management and GVR IT HR

Dear Kathy,

I am recording the events.

On January 18th, please note that I requested to Emily an interim solution which is to report directly to Martina until the permanent s
harassed, discriminated, and targeted by Rosie directly and Paul indirectly.

On January 26th, returning from involuntary administrative leave, Emily denied my request without valid reasoning. I also asked to b
departments as an interim solution with the cross-charging. Both of my requests were denied.

On February 1st, Rosie informed her entire team that she was resigning.

On February 2nd, Rosie and I had a 1on1 where she lied, retaliated, and verbally intimidated me.

On February 3rd,  I sent you an email regarding this and emailed Rosie calling her out for her unethical, illegal, and abusive behavio

On February 4th,  Rosie sends out a cancellation to 1on1 on Saturday.

On February 9th, Martina sends an invitation to the entire PMO team and HR.

On February 10th, Martina insisted if I could make it, she would have a 1on1 with me. I attended Martina's meeting. During the meet
no longer resigning, but Rosie will take a leave of absence indefinitely instead and that the entire team will report to Paul Blaser, who

EXHIBIT E-1_January to February 2023 Events - Page 38

against and who has zero Program Management background. Patricia Bisbee, Rosie's friend, and a formal colleague will be PMO fu
Gibson that Pat has falsified her PMP credential last year.   I am the only one with PMP credential FTE in this department.

I am getting targeted and retaliated against by GVR IT Management/HR and set up to be abused and pushed out. It's a lot of maneu

On the record, GVR IT Management and GVR IT HR are continuously putting me in an unsafe environment and not protecting me.

Regards,

Sohyon

-----Original Appointment-----
**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Thursday, February 9, 2023 3:35 PM
**To:** Schoultz, Martina; Schoultz, Martina; Babington, Beth; Bisbee, Patricia; Bolen, Amy; Fleming, John; McClellan, Shawn; Warner, Sohyon; Andol, Terry; Castro, Cid; Ghanem, Muhannad; Johnson, Machele; Hurst, Rosanna
**Cc:** Heuser, Emily
**Subject:** Quick PMO team huddle - please try to attend if possible
**When:** Friday, February 10, 2023 10:45 AM-11:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Friday, February 10, 2023 10:01 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Quick PMO team huddle - please try to attend if possible

Hi SK,

Please let me know if you would like me to call you separately later?  If so, please let me know when would work.

Thanks,

**Martina Schoultz**

**Chief Information Officer, GVR Global**

**Gilbarco Veeder-Root**

*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don message during non-work hours. I hope you respond when it works best for you.*

-----Original Appointment-----
**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Friday, February 10, 2023 09:52
**To:** Schoultz, Martina
**Subject:** Tentative: Quick PMO team huddle - please try to attend if possible
**When:** Friday, February 10, 2023 10:45-11:00 (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Martina,

I have a meeting conflict and may not make it.

Sohyon

---

*Please be advised that this email may contain confidential information. If you are not the intended recipient, please notify us by email by replying to the sender and delete th*

📄 **230203_ReplytoRosieVerbalIntimidation.pdf**
985K

Message

| | |
|---|---|
| **From**: | Blaser, Paul [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAB0EECE8ECD4A0FBF900ED1929C82B0-PAUL.BLASER] |
| **Sent**: | 2/28/2023 9:57:31 AM |
| **To**: | Schoultz, Martina [martina.schoultz@gilbarco.com]; Heuser, Emily [emily.heuser@gilbarco.com] |
| **Subject**: | FW: One-On-One |

Please see the chain below. SK is squirming out of having a one on one.

Can we discuss?

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Tuesday, February 28, 2023 at 8:39 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: One-On-One

Hi Paul,

I am forwarding the PMO process.

- The listed items from your email are in the "Idea Exploration" phase (the red arrow is where we are)
- The ideas need will be converted into projects with management and funding approvals.
- We are **premature** for the project discussion because they are not "**projects**" yet.
- PMs prepare for projects and not ideas.

With these notes, shall we push our meeting till ideas have progressed to projects?



Regards,
Sohyon

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Monday, February 27, 2023 12:14 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: One-On-One

Hi SK,

I understand. Nonetheless, I'd like to discuss your preparation for these projects.

Thanks SK!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Monday, February 27, 2023 at 11:30 AM

**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: One-On-One

Hi Paul,

These are not yet kicked off.
The operation is focusing on PI and Shin Kaizen at this time.

Thanks,
Sohyon

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Monday, February 27, 2023 11:21 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: One-On-One

Hi SK,

According to my records, you have the following projects assigned to you.

• AX Usage Optimization - Kanban Rule Consolidation(Adv DA and IT Project)
• AX Usage Optimization - Rollout Phantom BOM and eliminate unnecessary Kanban Processing (Adv DA and IT Project)
• AX Usage Optimization - Additional backflush points throughout the manufacturing
• AX Usage Optimization - Convert Engineering BOM to Manufacturing BOM (Adv DA and IT Project)
• AX Usage Optimization - Transition from Lean Kanbans to Discrete Manufacturing
• AX Usage Optimization - Separate Production and AMO (DA and IT Project)

Is this your understanding as well?

Thanks SK!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Monday, February 27, 2023 at 11:16 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: One-On-One

Hi Paul,

Due to the "Demand Planning/Intelligent Supply Chain" projects I was assigned last May being pulled away from me last month by management, I currently do not have a live project to discuss.

With these notes, we are premature for our 1on1.

Message

| | |
|---|---|
| **From:** | Blaser, Paul [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAB0EECE8ECD4A0FBF900ED1929C82B0-PAUL.BLASER] |
| **Sent:** | 3/2/2023 9:41:47 AM |
| **To:** | Heuser, Emily [emily.heuser@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject:** | Fwd: One-On-One / EEOC Case Number 435-2023-00395 |

See below. Emily. I'll get on your calendar to discuss further.

Thanks!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Wednesday, March 1, 2023 8:19:00 PM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** FW: One-On-One / EEOC Case Number 435-2023-00395

Hi Paul,

I have communicated to HR in writing and asked for reasonable accommodation, which is an interim solution to protect me from further discrimination/harassment/retaliation/exclusion/abuse from you and Rosie.  GVR IT Management and GVR IT HR denied my request with no valid reasoning and instead put me under you while Rosie was out of the office to further exacerbate the EEOC violations.
With these notes, it's best to keep our communication to an absolute minimum and necessary.

Again, regarding AX related, I will contact you when the ideas have progressed to projects when we have something to discuss. Thank you for understanding and please cancel the meeting for now.

Please note, if I was not yanked away from assigned "Demand Planning/PSI" projects by you and Rosie (maybe by Martina), which are already kicked off in January, I would have live projects to work on now.
By the way, why was I removed from assigned Demand Planning/PSI project that I worked on directly with Sebastian since last year?
I have the right to work on Data Analytic Projects as a hired Data Analytic PM. I was not hired and reassigned to support low-profile, low-visibility, non-critical, non-DA projects when we have many live DA projects. **I want my job back.**

In the meantime, I am working with numerous business partners to acquire strategically aligned projects and kaizen activities that I can contribute.
With my combined 20+ years in **Engineering, Supply Chain Management, Manufacturing, Operation, Quality, Sales, Marketing, Data Science, ML, and PMP** backgrounds, I know I can deliver positive impacts to Vontier and am fully aware that I am the only one with these combined credentials in GVR IT.

Regards,
Sohyon