**EXHIBIT E-2  MARCH 2023 EVENTS - PAGE 1**

Message

| | |
|---|---|
| **From**: | Warner, Sohyon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F5C09EBE70A4670855FD0E8606E483D-SW32524] |
| **Sent**: | 3/2/2023 1:03:57 PM |
| **To**: | Schoultz, Martina [martina.schoultz@gilbarco.com]; Jess Doherty [jess.doherty@vontier.com] |
| **CC**: | Heuser, Emily [emily.heuser@gilbarco.com]; Blaser, Paul [paul.blaser@gilbarco.com]; Morehead, Jason [jason.morehead@gilbarco.com]; Plasha, Amy [amy.plasha@vontier.com] |
| **Subject**: | Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation |

Hi Martina and Jess,

Due to my assigned live "Demand Planning/PSI" projects that I worked on with Sebastian directly last year being no longer my projects by my management, I have no live projects to work on now.
Due to the reduction in force implemented late last year and early this year, it may push out the start date of AX projects further due to resource constraints.

With these notes,  I do have the capacity to participate in VBS Ignite Cohort E starting this month and be part of the FS Simplification (FPP).
VBS is impressed with my combined training and 20+ years of experience in Engineering, SCM, Manufacturing, Marketing, Quality, Data Science, F&A, and PMP to accurately diagnose the current gaps and opportunities in Vontier/GVR.
Also, interesting that they told me I should be part of PSI projects.

Please give me the green light to proceed.

Thank you,
Sohyon

Message

| | |
|---|---|
| **From:** | Blaser, Paul [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAB0EECE8ECD4A0FBF900ED1929C82B0-PAUL.BLASER] |
| **Sent:** | 3/2/2023 1:21:14 PM |
| **To:** | Heuser, Emily [emily.heuser@gilbarco.com] |
| **Subject:** | FW: One-On-One / EEOC Case Number 435-2023-00395 |

Hi Emily!

See below.

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Thursday, March 2, 2023 at 1:18 PM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Cc:** Schoultz, Martina <martina.schoultz@gilbarco.com>, Morehead, Jason <jason.morehead@gilbarco.com>, Martorell, Kathy <kathy.martorell@vontier.com>, Clement, Kelly <Kelly.Clement@vontier.com>
**Subject:** RE: One-On-One / EEOC Case Number 435-2023-00395

Hi Paul,

You are brutely forcing me to have a meeting that is unnecessary now. I am incredibly uncomfortable with how you are communicating with me.
This is the opposite of what I asked for a reasonable accommodation.

- AX-related is stuck at the Ideas phase.
- I have provided the information to Marta and the team.
- Marta created the presentation and pitched to management last week.
- We are waiting for their approval.

"you have admitted to working on activities you have no authority to initiate or participate in ."Would you explain what this entails?
Explain to me why I was assigned to projects that were never started and reassigned my live projects to a contractor instead?
Are you telling me that you and Rosie have planned to get rid of me since May last year?

Thank you for revealing what went on.

Regards,
Sohyon

I am not going to have a meeting with if you are this angry and disrespectful.

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Thursday, March 2, 2023 1:05 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: One-On-One / EEOC Case Number 435-2023-00395

Hi SK,

I will not cancel our one-on-one. I am your manager, you are an employee who reports to me, and this is a mandatory meeting.

Based on your last email, framework for your participation here at GVR is clearly spelled out in the PMO project intake document. Given that you sent me a screen shot of that document yesterday, it's reasonable to assume that you are aware of the process. As you know, projects come through a formal intake process, and PMs are assigned to those projects by the PMO director, who, for the moment, is me. Again, you have no authority and no purview to work on anything other than those six projects to which you have been officially assigned. You do not have an official role in any other GVR work streams.

Please cease immediately all work that was not explicitly assigned to you by either Rosie or me.

I will be on our one-on-one today. I expect you to be there as well. I will be looking for a go-forward plan on your assigned projects. Given that they are still in the idea phase, how do you intend to support their initiation?

Thank you.

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Thursday, March 2, 2023 at 8:30 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** FW: One-On-One / EEOC Case Number 435-2023-00395

Hi Paul,

I have communicated to HR in writing and asked for reasonable accommodation, which is an interim solution to protect me from further discrimination/harassment/retaliation/exclusion/abuse from you and Rosie.  GVR IT Management and GVR IT HR denied my request with no valid reasoning and instead put me under you while Rosie was out of the office to further exacerbate the EEOC violations.
With these notes, it's best to keep our communication to an absolute minimum and necessary.

Again, regarding AX related, I will contact you when the ideas have progressed to projects when we have something to discuss. Thank you for understanding and please cancel the meeting for now.

Please note, if I was not yanked away from assigned "Demand Planning/PSI" projects by you and Rosie (maybe by Martina), which are already kicked off in January, I would have live projects to work on now.

Message

| | |
|---|---|
| **From:** | Blaser, Paul [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAB0EECE8ECD4A0FBF900ED1929C82B0-PAUL.BLASER] |
| **Sent:** | 3/2/2023 1:22:05 PM |
| **To:** | Heuser, Emily [emily.heuser@gilbarco.com] |
| **Subject:** | FW: One-On-One |

Hi Emily!

See below.

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Thursday, March 2, 2023 at 1:20 PM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Declined: One-On-One

The reasons provided.  Due to your tone and anger shown through your emails, I am not comfortable attending conference with you.
If you need to communicate with me going forward,  please use the email system.

Message

| | |
|---|---|
| **From:** | Heuser, Emily [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E836833E1CD46618AFEA1401454447F-EH22099] |
| **Sent:** | 3/2/2023 6:25:44 PM |
| **To:** | Schoultz, Martina [martina.schoultz@gilbarco.com]; Blaser, Paul [paul.blaser@gilbarco.com] |
| **Subject:** | RE: One-On-One / EEOC Case Number 435-2023-00395 |

Hi all,

I am going to connect with legal at this point and I will follow up with you both.  😊

Talk to you both soon!

Emily

---

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Thursday, March 2, 2023 6:20 PM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: One-On-One / EEOC Case Number 435-2023-00395

Wow – it is really everything and the kitchen sink.  And we got here a bit quicker than I thought.

I was out for large parts of the day so still working on a response to the Ignite program.

I just caught up with Pat B. and we discussed that she needs help on Hani's One Jira.  She was wondering if S.K. would have availability, and I said that based on the status in Planisware, seems like S.K. would have capacity, so she should be able to take on this "live" project.


@Heuser, Emily look forward to your steer on how to respond.

P.S. should I also start signing my mails with *#stopscandohate*?? (Sorry I couldn't resist, it's late…).

Many thanks,

Martina

**Martina Schoultz**
**Chief Information Officer, GVR Global**
**Gilbarco Veeder-Root**
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Thursday, March 2, 2023 18:05
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** Fwd: One-On-One / EEOC Case Number 435-2023-00395

Hi Emily, Hi Martina,

See below. It's got everything but the kitchen sink.

Thanks,

www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Thursday, March 2, 2023 at 8:30 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** FW: One-On-One / EEOC Case Number 435-2023-00395

Hi Paul,

I have communicated to HR in writing and asked for reasonable accommodation, which is an interim solution to protect me from further discrimination/harassment/retaliation/exclusion/abuse from you and Rosie.  GVR IT Management and GVR IT HR denied my request with no valid reasoning and instead put me under you while Rosie was out of the office to further exacerbate the EEOC violations.
With these notes, it's best to keep our communication to an absolute minimum and necessary.

Again, regarding AX related, I will contact you when the ideas have progressed to projects when we have something to discuss. Thank you for understanding and please cancel the meeting for now.

Please note, if I was not yanked away from assigned "Demand Planning/PSI" projects by you and Rosie (maybe by Martina), which are already kicked off in January, I would have live projects to work on now.
By the way, why was I removed from assigned Demand Planning/PSI project that I worked on directly with Sebastian since last year?
I have the right to work on Data Analytic Projects as a hired Data Analytic PM. I was not hired and reassigned to support low-profile, low-visibility, non-critical, non-DA projects when we have many live DA projects. **I want my job back.**

In the meantime, I am working with numerous business partners to acquire strategically aligned projects and kaizen activities that I can contribute.
With my combined 20+ years in **Engineering, Supply Chain Management, Manufacturing, Operation, Quality, Sales, Marketing, Data Science, ML, and PMP** backgrounds, I know I can deliver positive impacts to Vontier and am fully aware that I am the only one with these combined credentials in GVR IT.

Regards,
Sohyon

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Wednesday, March 1, 2023 9:20 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: One-On-One

Hi SK,

We absolutely need to meet. If these projects are indeed in the idea exploration phase, then we need a meeting more urgently than ever. We can explore how you're spending your time. Are there ways you might help move your early-phase projects along? And if not, how can you shoulder in next to your peers and help them with their projects? As a side note, I look at your calendar and see that it's largely full. Are you overwhelmed with informal work? If so, I can help free you up from that.

There's a lot to talk about.

Thanks SK!

Message

| | |
|---|---|
| **From**: | Warner, Sohyon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F5C09EBE70A4670855FD0E8606E483D-SW32524] |
| **Sent**: | 3/2/2023 6:42:45 PM |
| **To**: | Heuser, Emily [emily.heuser@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **CC**: | Martorell, Kathy [kathy.martorell@vontier.com] |
| **Subject**: | FW: One-On-One / EEOC Case Number 435-2023-00395 |

Martina and Emily,

Paul revealed his true nature.  He has shown today in writing what I have experienced all along.  He is disrespectful, discriminatory, abusive, authoritative, manipulative, and evil.  He has withheld information, derail my career, and isolated me since last year and went out of his way to protect Julia from not doing her job.  I am treated differently from white people. He is even more angry and wants to harm me for standing up for myself.

Therefore, in January, I requested reasonable accommodations from GVR IT Management and HR to be free from additional discrimination, harassment, abuse, gaslighting, lies, and retaliation.
The reasonable accommodation I asked for was to be away from Rosie and Paul as an immediate interim solution and find me a permanent solution later.

I want to document here that you denied my request without valid reasoning.

You prevented Rosie from resigning, and while she was out on a leave of absence, I was forced to report to another racist abuser, Paul Blaser.

I want to reiterate that I have no live project because they yanked the assigned projects away from me on purpose, which is to get rid of me.

Regards,
Sohyon
#StopAsianHate

**From:** Warner, Sohyon
**Sent:** Thursday, March 2, 2023 6:01 PM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: One-On-One / EEOC Case Number 435-2023-00395

Paul,
Regarding your 1:40 pm email, I declined the meeting (see below). Your statement is misleading and false.



Thu 3/2/2023 1:21 PM
🟠 Warner, Sohyon
**Declined: One-On-One**
When     Thursday, March 2, 2023 1:30 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
Location
ⓘ Warner, Sohyon has declined this meeting.

The reasons provided.  Due to your tone and anger shown through your emails, I am not comfortable attending conference with you.
If you need to communicate with me going forward,  please use the email system.

Your 1:05 pm email demonstrates that :

- You plan to oppress, harass, intimidate, gaslighting, lie, abuse, and bully me.

Message
_____

| | |
|---|---|
| From: | Heuser, Emily [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E836833E1CD46618AFEA1401454447F-EH22099] |
| Sent: | 3/3/2023 6:34:08 AM |
| To: | Schoultz, Martina [martina.schoultz@gilbarco.com]; Blaser, Paul [paul.blaser@gilbarco.com] |
| Subject: | Re: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation |

This response looks good to me.  I agree reaching out to Jason as well.

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Thursday, March 2, 2023 8:47:39 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** FW: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

I was thinking about something down these lines (need to validate from Jason Lund first that Cohort E is indeed full).

Thoughts?

Thanks,

Martina
--------------------------------------------------------------------------------------------------------------------------

Hi S.K.

Thank you for reaching out.  The reference you make to the Demand Planning / PSI "project", this is as you know at an idea stage and not a project.  The VDA team is heading up the business case build, but there are no guarantees that the case will be approved.

You are assigned to 6 high business priority SCM improvement projects.  I know that these are still at idea stage, but as they are of high value to the business, we have assigned you with lead them through business case generation to execution.  This is a key area of focus, and we cannot afford for the initiatives not to move ahead.  We have other Critical Few projects in RS, with high visibility and exposure, which Paul has on his agenda to talk to you about in your next one-to-one.

With that, this is not the time to sign up for Ignite.  We need to focus on key business priorities in the first instance.  In addition, the VBS Ignite Cohort E is full already.

May I suggest that you discuss future Ignite opportunities and timings with your manager?

Best regards,

Martina

Martina Schoultz
Chief Information Officer, GVR Global
Gilbarco Veeder-Root
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, March 2, 2023 13:04
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Jess Doherty <jess.doherty@vontier.com>

**EXHIBIT E-2  MARCH 2023 EVENTS - PAGE 9**

Message
_____

| | |
|---|---|
| **From**: | Schoultz, Martina [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ABEA1F47F78D4258A099DB5A699E21A7-MARTINA.SCH] |
| **Sent**: | 3/3/2023 1:52:46 PM |
| **To**: | Blaser, Paul [paul.blaser@gilbarco.com]; Heuser, Emily [emily.heuser@gilbarco.com] |
| **Subject**: | RE: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation |

Hello both:

I have been playing IM "ping pong" with Jason L, he is out of the office today.  Ignite Cohort E is full, but he would squeeze in one for me, if I asked very nicely (which I am obviously not going to do...).

What are your thoughts – shall I send this out without the opportunity to speak with Jason L first?  And shall I copy Amy and Jason M as well?

Thanks!

Martina

**Martina Schoultz**
**Chief Information Officer, GVR Global**
**Gilbarco Veeder-Root**
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Friday, March 3, 2023 07:13
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** Re: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

Agreed. It looks good. And it's almost guaranteed to elicit another email storm.

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Friday, March 3, 2023 6:34:08 AM
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Re: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

This response looks good to me.  I agree reaching out to Jason as well.

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Thursday, March 2, 2023 8:47:39 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** FW: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

I was thinking about something down these lines (need to validate from Jason Lund first that Cohort E is indeed full).

Message

| | |
|---|---|
| **From:** | Warner, Sohyon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F5C09EBE70A4670855FD0E8606E483D-SW32524] |
| **Sent:** | 3/6/2023 12:46:17 PM |
| **To:** | Martorell, Kathy [kathy.martorell@vontier.com]; Schoultz, Martina [martina.schoultz@gilbarco.com]; Heuser, Emily [emily.heuser@gilbarco.com] |
| **CC:** | Clement, Kelly [kelly.clement@vontier.com]; Rowen, Katie [katie.rowen@vontier.com]; Morehead, Jason [jason.morehead@gilbarco.com]; Aga, Anshooman [anshooman.aga@vontier.com]; Jess Doherty [jess.doherty@vontier.com]; Plasha, Amy [amy.plasha@vontier.com] |
| **Subject:** | EEOC File Number 435-2023-00395 / attempt to constructive termination to avoid and minimize my EEOC discrimination and retaliation claims and potential wrongful termination lawsuit. |

Due to the following reasons, I have concluded that GVR/Vontier Management and HR are maliciously and illegally engaging in constructive termination to avoid and minimize my EEOC discrimination and retaliation claims and potential wrongful termination lawsuit. **GVR/Vontier has not yet submitted the position statement per EEOC File number 435-2023-00395.**

In addition to Discrimination/Retaliation/Ostricization/Exclusion/Harassment/Quiet-Firing from February 2022 to January 2023, **Gilbarco Veeder Root/Vontier management and HR have intentionally pushed for a "Constructive Dismissal" process as a retaliation toward the Asian Female over 40 from South Korea** from a formal continual discrimination complaint against GVR IT Management 13th, 2023, and notifying the EEOC filing. These are some of the intentional, illegal, and malicious actions taken by GVR/Vontier Management, HR, and HR compliance:

• **Made unreasonable changes in work assignment and demotion**- as a Data Analytic Project Manager, my assigned "Critical Few" Data Analytic projects were taken away and given to a lesser-qualified White Male Project Manager, resulting **in no live critical few projects to work on.** Patricia Bisbee, Hurst's friend who lied about her PMP credentials and PMO SME by GVR IT Management, deliberately forced me to take on non-critical, non-data analytic, short-duration projects so that GVR may able to produce an excuse to get rid of me during the mass force reduction in 2023.

• **Allowed abusers to continue to bully and harass, creating an intentionally hostile and toxic work condition / Didn't make my environment safe, but rather intentionally made working conditions unsafe, intolerable, and more hostile.** Hurst retaliated by verbally threatening to terminate and lied in writing about my offer position and job assignment to delete my existence within GVR IT intentionally. GVR IT Management purposely selected Blaser as a temporary PMO manager, who discriminated against me, he has no past PMO/PM experience, allowing him to be rude, unprofessional, disrespectful, and power abuse me. He has aggressively verbally harassed, excluded me, treated me differently from white people, and isolated me, thus continuing the hostile work environment and making me feel unsafe. I noticed a sudden hard push for the ambiguous PMO process that was not yet accepted by the organization, contradicting to VBS core values, and the same PMO process was disregarded in the past by Paul himself. Changing Hurst's Resignation to Leave of Absence to maneuver and help the constructive termination effort to GVR IT Management. I see that she is checking in here and there during her leave. Is she supporting GVR Management and IHR to get rid of me illegally?

• **I have provided the reasonable accommodations options that will benefit GVR/Vontier based on my capabilities, but GVR/Vontier has denied my request without valid reasoning:**
▪ On January 19th I asked to report to Martina direct as an interim reporting structure so that I would be free from abusers and continue my work. My request was denied
▪ On January 26th, I asked to work with another department as an interim due to my skill set in Engineering, SCM, Marketing, F&A, Operation, Manufacturing, Data Science, and PMP at no increased costs. My request was denied.
▪ On February 21st, during the call with HR Compliance, Martorell, I requested to permanently move to a different department where my expertise can be best contributed to the success of Vontier. HR Compliance agreed on my valuable skill sets. Over 2 weeks, there has yet to be a move forward or follow-up on my request.

▪ On March 2nd, If GVR IT Management and HR are unwilling to give back my projects (Demand Planning/PSI) or equivalent live "Critical Few" Data Analytic projects, I should be allowed to contribute to VBS projects such as an "Ignite" in March, where I am well-received. I am still waiting for the reply from GVR IT Management and HR.


Regards.
Sohyon (SK) Warner, BEng, MBA, PMP, BGS
Data Analytic PM
Gilbarco Veeder-Root |sohyon.warner@gilbarco.com



We are mobilizing the future
to create a better world.

Message

| | |
|---|---|
| **From**: | Schoultz, Martina [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ABEA1F47F78D4258A099DB5A699E21A7-MARTINA.SCH] |
| **Sent**: | 3/6/2023 1:23:33 PM |
| **To**: | Heuser, Emily [emily.heuser@gilbarco.com]; Blaser, Paul [paul.blaser@gilbarco.com] |
| **Subject**: | RE: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation |
| **Attachments**: | FW_ Introduction to Sohyon Warner.msg |

Hello both:

I spoke with Jason Lund this morning; he subsequently sent the mail attached.  Seems that SK has been reaching out to JP Carron, who has now directly said that the Ignite Cohort E is full.  This lady is sneaky.  So making such a statement to SK might not land well.  I also see in this exchange between the VBS team and SK, that she is trying to get back into the PSI "project", which is not a live project.  Jason did however say that the business must be able to support sending candidates.  In our case nominating SK for Ignite would mean we would have to bring on a contractor PM for Hani's One Jira project.  So, we cannot financially support it.

With that, how about a response along these lines:

Hi S.K.

Thank you for reaching out.  The reference you make to the Demand Planning / PSI "project", this is as you know at an idea stage and not a project.  The VDA team is heading up the business case build, but there are no guarantees that the case will be approved.  This especially given the cost constraints this year, and the likely high expense of the initiative.

In addition to the 6 high business priority SCM improvement projects (which are still at idea stage),  we have a Critical Few project in RS, with high visibility and exposure, which Paul has on his agenda to talk to you about in your next one-to-one.  This is project needs a dedicated and experienced PM.

Whilst I am delighted that you have taken an interest in participating in Ignite, this is not the time to sign up at such short notice.  If we were to support your participation in the cohort, we would have to onboard a contractor PM at unbudgeted additional cost, to lead the CF projects I am referring to.

I am however very supportive of the notion of IT staff participating in the Ignite program, and suggest that you discuss future Cohort Ignite opportunities and timings with your manager?

Many thanks,

Martina

Martina Schoultz
Chief Information Officer, GVR Global
Gilbarco Veeder-Root
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

---

**From:** Schoultz, Martina
**Sent:** Friday, March 3, 2023 15:17
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

Thank you, Emily,

Agreed. It looks good. And it's almost guaranteed to elicit another email storm.

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Friday, March 3, 2023 6:34:08 AM
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** Re: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

This response looks good to me.  I agree reaching out to Jason as well.

---

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Thursday, March 2, 2023 8:47:39 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** FW: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

I was thinking about something down these lines (need to validate from Jason Lund first that Cohort E is indeed full).

Thoughts?

Thanks,

Martina
---------------------------------------------------------------------------------------------------------------------------

Hi S.K.

Thank you for reaching out.  The reference you make to the Demand Planning / PSI "project", this is as you know at an idea stage and not a project.  The VDA team is heading up the business case build, but there are no guarantees that the case will be approved.

You are assigned to 6 high business priority SCM improvement projects.  I know that these are still at idea stage, but as they are of high value to the business, we have assigned you with lead them through business case generation to execution.  This is a key area of focus, and we cannot afford for the initiatives not to move ahead.  We have other Critical Few projects in RS, with high visibility and exposure, which Paul has on his agenda to talk to you about in your next one-to-one.

With that, this is not the time to sign up for Ignite.  We need to focus on key business priorities in the first instance.  In addition, the VBS Ignite Cohort E is full already.

May I suggest that you discuss future Ignite opportunities and timings with your manager?

Best regards,

Martina

Message

| | |
|---|---|
| **From**: | Lund, Jason [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2DB183DF57DE4C7FBCBC830E62C2B71A-LUNDJ82983] |
| **Sent**: | 3/6/2023 10:30:40 AM |
| **To**: | Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject**: | FW: Introduction to Sohyon Warner |

Martina,

FYI - after our conversation I did reach out and confirmed with JP that it was Sohyon he had been talking with regarding Ignite. As reference, he forwarded the below note that he had sent to her last week.

Jason Lund
Cell Phone: +1 (984) 275-7583

---

**From:** Carron, JP <Jp.Carron@vontier.com>
**Sent:** Monday, March 6, 2023 10:26 AM
**To:** Lund, Jason <Jason.Lund@vontier.com>
**Subject:** FW: Introduction to Sohyon Warner

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, March 2, 2023 9:42 AM
**To:** Carron, JP <Jp.Carron@vontier.com>
**Cc:** Symonds, Mike <michael.symonds@gilbarco.com>
**Subject:** RE: Introduction to Sohyon Warner

Hi JP,

Thank you for sharing the process.  Please let me work on step 1 and get back with you 😊

Thank you,
Sohyon

---

**From:** Carron, JP <Jp.Carron@vontier.com>
**Sent:** Thursday, March 2, 2023 9:38 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Symonds, Mike <michael.symonds@gilbarco.com>
**Subject:** RE: Introduction to Sohyon Warner

Hi Sohyon,

Given the investment of the Ignite Candidate stepping away from their day to day responsibilities for 12 weeks to work with another Vontier OpCo or Business Unit, we have a standard process established when it comes to selecting Candidates for participation in VBS Ignite (laid out below).

**Candidate Selection Process:**
- Interested Candidates obtain approval from their Manager and their HR Business Partner
- VBS Office conducts a 30 minute screening interview w/ potential Candidates
- VBS Office makes final selection on which Candidates are accepted into the Program

With that said, please let us know if you've discussed participation in Ignite Cohort E (will run from week of March 20 – week of June 5) with your Manager and HR Business Partner.

We still have time and space to add another Ignite Candidate to this Cohort but we need to follow our standard process.

Thanks!
JP

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, March 2, 2023 8:32 AM
**To:** Carron, JP <Jp.Carron@vontier.com>
**Cc:** Symonds, Mike <michael.symonds@gilbarco.com>
**Subject:** RE: Introduction to Sohyon Warner

Hi JP,

It was a pleasure speaking with you.  I am so energized after speaking with you and Mike!
Mike also mentioned the PSI project I would be a good fit for.

Thank you for your recommendations and information. They are so valuable.

I did check in with Wendy yesterday.  She was excited for me.  I will reach out to Seema and Satish shortly.

In the meantime, I can take on the Ignite program in March that you mentioned, and Wendy recommended that I also sign up for CEO Kaizen.

Please add me to Monthly VBS Leaders Calls. I will visit the VBS site for additional information!

Again, thank you so much for your time and guidance.

Talk to you soon,
Sohyon

**From:** Carron, JP <Jp.Carron@vontier.com>
**Sent:** Wednesday, March 1, 2023 2:48 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Symonds, Mike <michael.symonds@gilbarco.com>
**Subject:** RE: Introduction to Sohyon Warner

Hi Sohyon,

Great meeting with you today and thanks again for sharing your observations!

As discussed on our call, here is a list of the key VBS Players across GVR that I would recommend reaching out regarding how to get more involved with VBS @ GVR

**Wendy Little** – Director, Continuous Improvement @ GVR - wendy.little@gilbarco.com
**Seema Vazirani** – Director, VBS – GVR Fueling Solutions - seema.vazirani@gilbarco.com
**Satish Kartha** – Director, Simplification – GVR Fueling Solutions satish.kartha@gilbarco.com

A few notes – Wendy leads the FPP Initiatives across GVR North America along with VBS, Seema leads VBS for Fueling Solutions and reports up through Austin Lieb and the Product Organization, Satish leads the Simplification Initiative for

Fueling Solutions that we discussed around reducing Global Fueling Dispensers from 32 to 8 as well driving standardization across components and sub-systems.

I would also encourage you to visit https://vontier.sharepoint.com/sites/VBS to gain some additional insight to our existing Toolkit as well as the VBS Champion Program and VBS Ignite Programs that we discussed.

Lastly, we have a Monthly VBS Leaders Call that we can add you too if you're interested on learning more about what is going on across the VBS community at Vontier – please let us know.

You know where to find Mike and I so please don't hesitate to reach out with any additional questions / thoughts / comments!

Thanks,
JP

**From:** Symonds, Mike <michael.symonds@gilbarco.com>
**Sent:** Friday, February 24, 2023 12:06 PM
**To:** Carron, JP <Jp.Carron@vontier.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Introduction to Sohyon Warner

Hi JP,

Earlier today, I had the chance to speak with Sohyon Warner who is a Lead Technical Project Manager in the Global IT org at Gilbarco.  Sohyon has quite a diverse background, including experience in factories, supply chain, marketing, and other areas that give her a unique perspective on our manufacturing and product management capabilities.

Several of Sohyon's observations regarding the facility in Greensboro were directly tied to the need for simplification & prioritization within the org and within our products.  I would like to introduce the two of you so she can get a better understanding of the way that FPP is driving impact within Gilbarco and the ways that she might be able to support these efforts.

Thanks,
Mike

Message

| | |
|---|---|
| **From**: | Heuser, Emily [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E836833E1CD46618AFEA1401454447F-EH22099] |
| **Sent**: | 3/6/2023 1:34:22 PM |
| **To**: | Schoultz, Martina [martina.schoultz@gilbarco.com]; Blaser, Paul [paul.blaser@gilbarco.com] |
| **Subject**: | RE: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation |

Thanks for the background on this one. I think the email is a fair approach to the Ignite program and it would be something we would do for anyone under those circumstances. I am good with you sending out.

Best,

Emily

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Monday, March 6, 2023 1:24 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

Hello both:

I spoke with Jason Lund this morning; he subsequently sent the mail attached. Seems that SK has been reaching out to JP Carron, who has now directly said that the Ignite Cohort E is full. This lady is sneaky. So making such a statement to SK might not land well. I also see in this exchange between the VBS team and SK, that she is trying to get back into the PSI "project", which is not a live project. Jason did however say that the business must be able to support sending candidates. In our case nominating SK for Ignite would mean we would have to bring on a contractor PM for Hani's One Jira project. So, we cannot financially support it.

With that, how about a response along these lines:

Hi S.K.

Thank you for reaching out. The reference you make to the Demand Planning / PSI "project", this is as you know at an idea stage and not a project. The VDA team is heading up the business case build, but there are no guarantees that the case will be approved. This especially given the cost constraints this year, and the likely high expense of the initiative.

In addition to the 6 high business priority SCM improvement projects (which are still at idea stage), we have a Critical Few project in RS, with high visibility and exposure, which Paul has on his agenda to talk to you about in your next one-to-one. This is project needs a dedicated and experienced PM.

Whilst I am delighted that you have taken an interest in participating in Ignite, this is not the time to sign up at such short notice. If we were to support your participation in the cohort, we would have to onboard a contractor PM at unbudgeted additional cost, to lead the CF projects I am referring to.

I am however very supportive of the notion of IT staff participating in the Ignite program, and suggest that you discuss future Cohort Ignite opportunities and timings with your manager?

Many thanks,

Martina

Martina Schoultz
Chief Information Officer, GVR Global

**EXHIBIT E-2  MARCH 2023 EVENTS - PAGE 18**

Message
___

| | |
|---|---|
| **From**: | Schoultz, Martina [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ABEA1F47F78D4258A099DB5A699E21A7-MARTINA.SCH] |
| **Sent**: | 3/6/2023 1:41:16 PM |
| **To**: | Warner, Sohyon [sohyon.warner@gilbarco.com]; Jess Doherty [jess.doherty@vontier.com] |
| **CC**: | Heuser, Emily [emily.heuser@gilbarco.com]; Blaser, Paul [paul.blaser@gilbarco.com] |
| **Subject**: | RE: Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation |

Hi Sohyon,

Thank you for reaching out.  The reference you make to the Demand Planning / PSI "project", this is as you know at an idea stage and not a project.  The VDA team is heading up the business case build, but there are no guarantees that the case will be approved.  This especially given the cost constraints this year, and the likely high expense of the initiative.

In addition to the 6 high business priority SCM improvement projects (which are still at idea stage),  we have a Critical Few project in RS, with high visibility and exposure, which Paul has on his agenda to talk to you about in your next one-to-one.  This project needs a dedicated and experienced PM.

Whilst I am delighted that you have taken an interest in participating in Ignite, this is not the time to sign up at such short notice.  If we were to support your participation in the cohort, we would have to onboard a contractor PM at unbudgeted additional cost, to lead the CF project I am referring to.

I am however very supportive of the notion of IT staff participating in the Ignite program (where business constraints can allow for taking that time off normal duties) and suggest that you discuss future Cohort Ignite opportunities and timings with your manager.

Many thanks,

Martina


Martina Schoultz
Chief Information Officer, GVR Global
Gilbarco Veeder-Root
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

___

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, March 2, 2023 13:04
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Jess Doherty <jess.doherty@vontier.com>
**Cc:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Blaser, Paul <paul.blaser@gilbarco.com>; Morehead, Jason <jason.morehead@gilbarco.com>; Plasha, Amy <Amy.Plasha@vontier.com>
**Subject:** Ignite Cohort E (will run from week of March 20 – week of June 5) / reasonable accommodation

Hi Martina and Jess,

Due to my assigned live "Demand Planning/PSI" projects that I worked on with Sebastian directly last year being no longer my projects by my management, I have no live projects to work on now.
Due to the reduction in force implemented late last year and early this year, it may push out the start date of AX projects further due to resource constraints.

With these notes,  I do have the capacity to participate in VBS Ignite Cohort E starting this month and be part of the FS Simplification (FPP).

**EXHIBIT E-2  MARCH 2023 EVENTS - PAGE 18**

Message

| | |
|---|---|
| **From**: | Heuser, Emily [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E836833E1CD46618AFEA1401454447F-EH22099] |
| **Sent**: | 3/6/2023 4:57:23 PM |
| **To**: | Blaser, Paul [paul.blaser@gilbarco.com] |
| **CC**: | Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject**: | Privileged and Confidential: One on One Meetings |

Hi Paul,

Below is the email you will want to deliver to SK but tomorrow morning (make sure she has a couple of hours to read through it).  Then follow-up quickly with an agenda for the meeting and include a bullet on discussing working with Pat on key projects.

Please let me know if you have any questions or reach out if you need anything.

Best,

Emily

To: Soyhon Warner
From: Paul Blaser
Date: 03/06/2023
Subject: One-on-One Meetings

Sohyon,

On Thursday, March 2nd, 2023, at 1:30 pm ET we had our first one-on-one scheduled and you did not attend our scheduled meeting.  After the meeting, I received a communication from you on March 2nd at 6:01 pm ET stating that you refuse to meet with me.  I expect you and your team members to attend one on ones with me as your interim manager to ensure we are aligned on goals, communication, projects, development, and many other reasons. Attending one-on-one meetings is essential for our team and personal employee success, it is our customary business means of effective communication, and it is an expectation of performance to attend these.

It is my aim for us to meet regularly in order to advance our team interests and needs, and to provide support to you in your role.  If you continue not to attend this will lead to continued discipline of performance up to termination.  I look forward to helping you succeed and partnering on your projects.

I look forward to our one-on-one together tomorrow.  As you know, Emily will also be there to support us as our HR representative.

Best,


Paul Blaser

Message

| | |
|---|---|
| **From**: | Blaser, Paul [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAB0EECE8ECD4A0FBF900ED1929C82B0-PAUL.BLASER] |
| **Sent**: | 3/7/2023 8:01:50 AM |
| **To**: | Heuser, Emily [emily.heuser@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject**: | FW: Today's One-On-One |

Sent this morning.

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Date:** Tuesday, March 7, 2023 at 7:42 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Today's One-On-One

Sohyon,
On Thursday, March 2nd, 2023, at 1:30 pm ET we had our first one-on-one scheduled and you did not attend our scheduled meeting.  After the meeting, I received a communication from you on March 2nd at 6:01 pm ET stating that you refuse to meet with me.  I expect you and your team members to attend one on ones with me as your interim manager to ensure we are aligned on goals, communication, projects, development, and many other reasons. Attending one-on-one meetings is essential for our team and personal employee success, it is our customary business means of effective communication, and it is an expectation of performance to attend these.

It is my aim for us to meet regularly in order to advance our team interests and needs, and to provide support to you in your role.  If you continue not to attend this will lead to continued discipline of performance up to termination.  I look forward to helping you succeed and partnering on your projects.
I look forward to our one-on-one together today.  As you know, Emily will also be there to support us as our HR representative.
Best,
Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

Message

| | |
|---|---|
| **From**: | Blaser, Paul [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAB0EECE8ECD4A0FBF900ED1929C82B0-PAUL.BLASER] |
| **Sent**: | 3/7/2023 12:51:05 PM |
| **To**: | Heuser, Emily [emily.heuser@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject**: | FW: Communicating via email on one-on-one |

See SK's response below.

Thanks!

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Tuesday, March 7, 2023 at 12:49 PM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Communicating via email on one-on-one

Paul,

Here are my answers. I acknowledge the agenda change.

- What is the status of projects assigned to you? – Please reference PMO 2023 Roadmap list dated Feb 2023.  As I wrote last week, the business is focusing on PI and Shin Kaizen for now. With these notes, we are premature to discuss the status of these.
- Are you missing anything you need to be successful with these projects? As I wrote last week, they are still ideas phase at this time.
- How can I help you be successful with these projects? As I wrote last week, they are still ideas phase at this time.
- What is the correct process for being assigned to projects? I don't understand the question, but since I am the only hired Data Analytic PM,  I should manage Data Analytic Projects.  Other PMs with no PMP credentials and without Data Analytic/coding backgrounds should be assigned to non-Data Analytics projects that best match their capabilities.  With these notes make me the best fit for "Demand Planning" and "Core Data" programs.
- Pat's role on the team, including project assignment and oversight. – You wrote last week that only PMO Director can assigned the projects.  Why does the rule keep changing? According to her, she needs your approval.
- Is there anything else you would like to discuss? – Why was I, Data Analytic PM, removed from the assigned "Demand Planning"  project in January?  I know that you are the one who emailed Sebastian directly about my removal.  Why was I removed from attending the Kickoff Demand Planning Kaizen in January?  Why were Tanya and I, two minority females over 40 with Data Science credentials with STEM background, removed from Critical Few Data Analytics projects?  Why am I the only one from the PMO group who are micromanaged by you?  When the project is kicked off in Planisware, you will systematically know the project status.  Why am I the only one from the PMO group whose rightful critical few projects were yanked without valid reason?

Based on all the events, you and Rosie targeted and quite fired me since last year. It's discriminatory and illegal.

As I expressed numerous times, I will only communicate with you via email for my well-being.

Your continual refusals and inability to respect my boundaries repeatedly show that you are abusive and want to harm me.

You are also violating Vontier code of conduct.

## Safety & Security

**Our Commitment.** We promote a culture of safety and value the well-being of every employee in all ways, beyond just their physical safety. The well-being of our workforce isn't a one-team or one-time responsibility, but a universally shared, everyday commitment.

**Everyday Actions.** We follow all health and safety requirements. We always **Reimagine Better**, looking for opportunities to improve the safety of our people and workplace.

### What is "Harassment"?

*Any unwelcome conduct toward another person that creates an intimidating, hostile or offensive work environment.*

Thank you for understanding. I want "Demand Planning" project back.

Sohyon

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Tuesday, March 7, 2023 8:01 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Agenda for today's one-on-one

Sohyon,

Here is the agenda for our meeting today.

- What is the status of projects assigned to you?
- Are you missing anything you need to be successful with these projects?
- How can I help you be successful with these projects?
- What is the correct process for being assigned to projects?
- Pat's role on the team, including project assignment and oversight.
- Is there anything else you would like to discuss?

Thank you,

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

Message

| | |
|---|---|
| **From**: | Blaser, Paul [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAB0EECE8ECD4A0FBF900ED1929C82B0-PAUL.BLASER] |
| **Sent**: | 3/7/2023 1:29:58 PM |
| **To**: | Heuser, Emily [emily.heuser@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject**: | FW: Communicating via email on one-on-one |

See below.

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Date:** Tuesday, March 7, 2023 at 1:29 PM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: Communicating via email on one-on-one

Paul,

As I stated, please respect my boundaries. I am uncomfortable with your approach. Please send me any questions or comments via email.

Thank you,
Sohyon

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Tuesday, March 7, 2023 1:26 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Re: Communicating via email on one-on-one

Sohyon,

Please attend our call so we can discuss these topics together.

Thank you,

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com



3/7/2023

Dear Sohyon,

We navigated a challenging year together, and I am proud of what we accomplished in 2022. We delivered on our critical few priorities, welcomed innovative new companies to Vontier, and invested in our growth enablers of digital transformation, people, and sustainability.

Now we set our sights on the opportunities ahead, as we continue to drive our vision of smart sustainable solutions forward through VBS and our strong, inclusive culture. At Vontier we are Driven to Win, and I believe we are well positioned to win together. Your efforts have a direct impact on our shared growth and success, and I'm pleased to share your 2023 compensation summary.

Thank you again for your hard work in 2022. I'm grateful to have you as part of this great team and excited for the road ahead.

Mark Morelli
President & CEO
Vontier

5438 Wade Park Blvd., Suite 600 | Raleigh, NC 27607 | vontier.com



## *2023 Compensation Statement*

Sohyon Warner
GILBARCO

### 2023 Annual Merit Increase - (USD)

| | |
|---|---|
| Prior Annual Salary: | 115,000 |
| Annual Merit Increase %: | 4.00% |
| Annual Merit Increase Amount: | 4,600 |
| **New Annual Salary:** | **119,600** |

### 2022 Incentive Compensation Plan (ICP) Award (USD)

| | |
|---|---|
| **Eligible Incentive Earnings:** | 115,000 |
| Personal Performance Factor: | 100% |

| Plan Name | Incentive Target % | Start Date | End Date | Percentage of Year in Plan | Company Financial Factor |
|---|---|---|---|---|---|
| Global ICP Plan - GVR | 10% | 1/1/2022 | 12/31/2022 | 100% | 63% |

| | |
|---|---|
| **Total Bonus Payout:** | **7,245** |

Message
_____

| | |
|---|---|
| From: | Bisbee, Patricia [Patricia.Bisbee@gilbarco.com] |
| Sent: | 3/9/2023 12:34:19 PM |
| To: | Steinbach, John [john.steinbach@gilbarco.com] |
| Subject: | RE: Orpak Jira rehearsal migration 1 ready for testing |


OK – Give Cid and I access to the project and we can own reporting and ensuring Jira is updated.

Regards,

Pat

**Patricia Bisbee**, Sr Program Manager
IT Program Management Office
Patricia.Bisbeee@gilbarco.com



"Logic will get you from A to B. Imagination will take you everywhere." – Albert Einstein

_____

**From:** Steinbach, John <john.steinbach@gilbarco.com>
**Sent:** Thursday, March 9, 2023 5:30 PM
**To:** Bisbee, Patricia <Patricia.Bisbee@gilbarco.com>
**Subject:** RE: Orpak Jira rehearsal migration 1 ready for testing

Hi Pat, I do not have an issue covering outstanding migration issues during the meetings. My commented this morning we to level set expectations. There is no way that I would have turned this server over to Orpak for validation, especially when we did not perform our own validation however Alessandro and the rest of Retail Solutions is not listening to me when I tell them the amount of effort being put into the project and the effort that it requires so I decided to let Orpak help us with validation. The downside of doing so is that most people will think that our level of work in sub-par but that is ok.

In a typical migration we would have caught and resolved most of these issues before letting our customer even have access, but this level of validation does take much more time.

I made a mistake asking for them to submit by email, we have a project created and loaded most of the issues reported by email. I will clean up the workflow a bit and share with the core team. I want them to start reporting issues via the project vs email.

I will reply to Uri's email later today.

John

_____

**From:** Bisbee, Patricia <Patricia.Bisbee@gilbarco.com>
**Sent:** Thursday, March 9, 2023 11:51 AM
**To:** Steinbach, John <john.steinbach@gilbarco.com>
**Subject:** RE: Orpak Jira rehearsal migration 1 ready for testing

Hi John

With regards to Uri question below.   I can run a report from Jira as issues or closed to let him know what is still open.

**EXHIBIT E-2_MARCH 2023 EVENTS - PAGE 27**



SI

# FW: Meeting Minutes: RE: Meeting-Close out

1 message

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>

**From:** Warner, Sohyon
**Sent:** Monday, March 13, 2023 4:19 PM
**To:** Martorell, Kathy <kathy.martorell@vontier.com>
**Cc:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** Meeting Minutes: RE: Meeting-Close out

Attendees: Kathy, Sohyon

Key Items discussed:

- Vontier HR Compliance closed the "Speak Up" complaints I filed from 1/13/23 to 3/7/23?
- Vontier HR Compliance claimed that they conducted a thorough investigation and concluded that my "Speak up" claims are n evidence on:

    1. On Retaliation/Discrimination from Rosie Hurst and Paul Blaser throughout 2022 and 2023 up to now

    2. On exclusion from Paul Blaser hosted meeting "Data Analytic Planning for 2023" workshop where Shawn McClellan in

        1. Assumed that 2022 exclusion, a repeated pattern, was not investigated.

- HR Compliance stated that Paul Blaser brought up the claim that I had a communication issue with his team as a reason for n

    1. HR Compliance could not produce objective written examples or evidence to support Paul's claim.

        1. GVR Management is constantly inventing vague erroneous issues that did not exist and cannot produce objecti its claim.

        2. I was marked as an "Excellent Communicator" for the entire 2022 in my PR

**EXHIBIT E-2_MARCH 2023 EVENTS - PAGE 27**

Case 2:24-cv-12333-GAD-APP   ECF No. 110-7, PageID.3236   Filed 03/24/26   Page 28 of 45

3. It's a false subjective claim by Paul, and HR Compliance brought it up during our meeting today.

2. Per Vontier Data Analytic PM JD's requirement for coding/programming, Shawn McClellan lacked the capability.

- **Additional EEOC filed for Retaliation/Harassment/Discrimination/Forced Constructive Termination took place from 2/** **00741)**

Regards,

Sohyon

-----Original Appointment-----
**From:** Martorell, Kathy <kathy.martorell@vontier.com>
**Sent:** Friday, March 10, 2023 12:13 PM
**To:** Martorell, Kathy; Warner, Sohyon
**Subject:** RE: Meeting-Close out
**When:** Monday, March 13, 2023 11:30 AM-12:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Hi Sohyon,

I hope you are doing well.

I am scheduling this meeting to close out the investigation with you.

Best regards,

Kathy Martorell

Compliance Counsel, Americas

---

# Microsoft Teams meeting

Message

| | |
|---|---|
| **From**: | Warner, Sohyon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F5C09EBE70A4670855FD0E8606E483D-SW32524] |
| **Sent**: | 3/15/2023 4:33:30 PM |
| **To**: | Blaser, Paul [paul.blaser@gilbarco.com]; Heuser, Emily [emily.heuser@gilbarco.com] |
| **CC**: | Schoultz, Martina [martina.schoultz@gilbarco.com]; Jess Doherty [jess.doherty@vontier.com] |
| **Subject**: | RE: Project Handoff / EEOC (435-2023-00395/00741) |
| **Attachments**: | RE_ Communicating via email on one-on-one.msg |

Paul,

I stated numerous times in past two weeks that I will only communicate with you via email because you demonstrated repeatedly that you want to harm me.  I also stated that Emily already shown her bias and disrespect toward me.  Please stop harassing me.

• The meeting is beyond my working hours and a two vs. one ambush meeting. The disparity in treatment between how I am treated vs. white colleagues is getting more pronounced with your approach.

• As I stated numerous times, due to the hostile working environment created and continue by GVR IT Management and GVR IT HR rooted in discrimination, whistleblowing, and retaliation, and EEOC's involvement, we should continue communicate via email.

• As a hired Data Analytic Project Manager, please return my "Demand Planning/PSI" program.

• I have been targeted since 2022 by you. I have requested interim solutions to HR to mitigate the situation. Still, GVR IT Management and HR denied my reasonable accommodation requests to push for "Constructive Termination" to avoid the discrimination and retaliation charges and a possible "wrongful termination."

• I am fully aware GVR/Vontier still did not submit a "Position Statement" to EEOC. You are rushing me to take on **projects that belong non-Data Analytics Project Managers that are set to fail** to help you and GVR's "Position Statement."

• I am the only PM with verified PMP certification via PMI among PMO members. I am the only one with S.T.E.M. (Engineering), MBA, and Data Science backgrounds among PMO members. Therefore, I was hired as a "Data Analytic PM" because I am qualified while others aren't including Shawn.  Giving my DA projects and a role to those who are not qualified per J.D. but because they are a white male who used to work with you in the past is a classic definition of discrimination and nepotism.

Regards,
Sohyon

-----Original Appointment-----
**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Wednesday, March 15, 2023 11:39 AM
**To:** Warner, Sohyon; Heuser, Emily
**Subject:** Project Handoff
**When:** Wednesday, March 15, 2023 5:00 PM-5:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Agenda
• Assigning the One-Jira project to SK

Message

| | |
|---|---|
| **From**: | Heuser, Emily [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E836833E1CD46618AFEA1401454447F-EH22099] |
| **Sent**: | 3/20/2023 4:47:14 PM |
| **To**: | Blaser, Paul [paul.blaser@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **Subject**: | RE: One Jira Project Assignment - Constructional termination in progress |

Thanks, I received the copy of it this morning and it looks like this is the same email.  I will partner on next steps with both emails shortly.

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Monday, March 20, 2023 4:41 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** Fwd: One Jira Project Assignment - Constructional termination in progress

See below.

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Monday, March 20, 2023 11:45:45 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Cc:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>; Jess Doherty <jess.doherty@vontier.com>; Morehead, Jason <jason.morehead@gilbarco.com>; Steffler, Robert <Robert.Steffler@vontier.com>
**Subject:** RE: One Jira Project Assignment - Constructional termination in progress

Paul,

**Your email is written out of context based on established "Pretext"  from 2022 to now.**

As usual, you have purposely omitted your actions that contributed to the current condition to avoid accountability.

2/27/23 – You sent an invite out of the blue to request to go over the AX program.  I replied that AX-related is still at the Idea stage and, therefore, we should delay the discussion.

2/28/23 – You disregard what I wrote and disrespectfully push for an unnecessary meeting.  This is harassment.

3/1/23 – I replied with the PMO intake process diagram and put an arrow where AX ideas are situated.  This is the same process that you didn't follow in the past.  You replied that we needed to meet.  I replied with an EEOC investigation that you are involved and that we should keep the communication minimal and in writing.  I also requested that you delay the meeting for the time being.

3/2/23 – Your response email finally exposed your true abusive nature. Your aggressive and toxic email contains that meeting has just been converted to "mandatory," that I have zero authority to talk to anyone or work on anything, and to accuse me of violating the process that you and the organization don't follow. I requested that you cancel the meeting. Due to continual disregard for my request, in the end, I declined the meeting to save myself from further harassment and a hostile working environment.

3/7/23 – Ignored my email communication request and sent me a meeting invite with the same agenda. Again, it's harassment. You disrespect my request and show further aggression. I didn't attend the meeting to preserve my well-being.

3/13/23 – I attend the merit increase meeting because it is a standard procedure for the entire organization. I was treated differently compared to my colleagues because, for me, HR was present. The meeting lasted about 2 minutes, which implies that this could be an email.

3/15/23 – You sent another invite for after hour at 5 pm, 2 vs. 1 ambush meeting to aggressively attempt to force a non-Data Analytic, low visibility project that is appeared failing called "One Jira' down on my throat so that you can set me up for failure, to further lower my status within GVR and/or avoid your accountability as an Interim PMO Manager. Again, my request for communication via email was violated. I wrote back for you to stop harassing me.

**These are the facts and objective gaps identified:**

- **Your direct action has caused me to have no live, long-term, Critical Few, Data Analytic Projects/programs. You removed me from 2 "Data Analytic" programs with no valid reason** so far.
- **It is now a well-known consensus that what's in Snowflake is junky. Please own up to your missing deliverables and focus on recovery instead.**
- **I, the only project manager in GVR, was hired as "Data Analytic Project Manager"** per the offer letter because I met the JD requirement and more.

- With my 20+ in Engineering, Manufacturing, SCM, Data Science, F&A, Marketing, and PMP background, my capabilities match "Demand Planning" for long range FS DA projects.

- Sebastian Hatch and VBS respect me for FS Operational knowledge because I am from "World Class Manufacturing" environment.

- Pat and Cid are not certified PMs, implying they likely lack proper PM capabilities.

- Based on your attached emails, the RS project is already halfway through. Pat and Cid may responsibly contribute to the project's current state of misalignment.

- **You and Rosie are not certified PMs and have no direct PM, and GVR equivalent domain experience.** As a result:

o **It is highly probable that you and Rosie cannot evaluate PMs' true capabilities based on PMBOK and their credentials and assign the best matching projects.**

o The high probability that you and Rosie have assigned/hired noncertified PMs to a project they can't handle.
- I am not the RS "One Jira" project subject matter, nor was I hired to do app migration.  In other words, **I am not a good match for the project, and more importantly this is out of my job scope.**
o Cid should remain as the project manager or recommend another regular non-DA project manager.

- My expertise is in Advance Data Analytics, Data Engineering/ Data Ingestion process, and Data Science based on my STEM/Business/statistics/DS backgrounds and should be in a leadership role.

- Your actions violated the corporate DEI mandate.  You are supposed to include someone like me, an Asian Female over 40 from South Korea, but instead, you intentionally excluded well qualified person from her job, smear her reputation, and discriminated against me.  This also applies to Dr. Porter.



Please let me know when I will get my **"Demand Planning" DA project** back or given equivalent projects I am **contractual** to work on as a Data Analytic PM.

Regards,

Sohyon

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Friday, March 17, 2023 10:33 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** One Jira Project Assignment

Hi SK,

On March 7th I scheduled a one-on-one meeting with you which you did not attend.
On March 13th I scheduled a meeting with you to discuss your comp increase. You did choose to attend that one.
On March 15th, I scheduled a meeting with you at which I planned to assign you an active project. Related to prior 1:1 agendas, you have indicated that you do not currently have any active projects because, as I understand from you, the other projects assigned to you are yet to begin.  You did not attend our meeting on March 15.

As we have discussed, I need to meet with you to discuss your work and projects.  If you have a conflict with a time I set, or it is not consistent with your schedule, please let me know as soon as possible in order to make an adjustment.  Otherwise, as explained previously, I need you to attend our meetings.  I want to best understand your progress on work assignments and provide any support I may be able to offer.

To get you started in advance of a rescheduled call together, I have included the details of a new work assignment in the attached document. Attached also are three supporting emails referenced in the new work assignment document. This is the project Pat previously mentioned to you.  Please begin work on this project now in order to keep it on track.  Please reach out with any questions.  You have sent an email that I understand may indicate that you refuse to accept a work assignment that you do not consider a "Data Analytic" project.  The project outlined in the attached is the work we need you to take on at this time.

With this email, we are assigning you the One Jira project. It is a major, high-profile project for Retail Solutions. It has multiple phases and needs you to lead the effort.  Please see the attached for additional details.

Regards,

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

Appointment

| | |
|---|---|
| **From**: | Blaser, Paul [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAB0EECE8ECD4A0FBF900ED1929C82B0-PAUL.BLASER] |
| **Sent**: | 3/22/2023 5:40:39 PM |
| **To**: | Blaser, Paul [paul.blaser@gilbarco.com]; Warner, Sohyon [sohyon.warner@gilbarco.com]; Heuser, Emily [emily.heuser@gilbarco.com] |
| **Subject**: | One-On-One |
| **Location**: | Microsoft Teams Meeting |
| **Start**: | 3/24/2023 11:00:00 AM |
| **End**: | 3/24/2023 11:30:00 AM |
| **Show Time As**: | Busy |
| **Recurrence**: | (none) |
| **Required Attendees**: | Warner, Sohyon; Heuser, Emily |

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 251 994 320 111
Passcode: 9x9d33
Download Teams | Join on the web

**Join with a video conferencing device**
211617117@t.plcm.vc
Video Conference ID: 111 318 153 1
Alternate VTC instructions

Learn More | Meeting options

Message

| | |
|---|---|
| **From:** | Heuser, Emily [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E836833E1CD46618AFEA1401454447F-EH22099] |
| **Sent:** | 3/24/2023 10:06:31 AM |
| **To:** | Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **CC:** | Blaser, Paul [paul.blaser@gilbarco.com] |
| **Subject:** | RE: If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment. |

Martina,

Yes, I expected it as well.  I would hold on communication as we should wait to see if she attends the one on one to address.  Then I will loop back around with both of you on next steps.  Sound good?

Best,

Emily

---

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Friday, March 24, 2023 10:02 AM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** FW: If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment.

Hi Emily,

Well, I was expecting a nastogram last night already, so it came a bit late against my expectations.  I don't think I have ever been called a racist, xenophobic, and misogynist in one breath.  Anyway, here's a draft response (looking for guidance if I need to respond? And, also a review of the draft below).

Many thanks,

Martina

*Sohyon,*

*I provided a response to your earlier request of participating in this iteration of Ignite.  We have a high profile, business critical initiative, that requires an experienced project manager.  Your refusal to take on assigned project work is not acceptable. We do not have other capacity to oversee this critical project.  The principle for participating in the Ignite program is that it does not impact the business's need.  That is not the case here.*

*As an immigrant female over 40 myself, I resent your comments that the situation has any bearing on ethnical background.*

*The business has a need for a PM for a critical project.  We must have a project manager assigned to lead that project.  The business carry the cost of an additional contract PM, when we have a qualified professional not assigned to a key projects..*

*I would like to re-iterate that continued refusal to attend one-on-one meetings or to accept project management work is a refusal to meet the expectations of your role as a project manager on our team.   Refusal to accept work assigned or refusal to attend scheduled meetings is insubordination that will result in disciplinary action, up to and including termination.*

Martina Schoultz
Chief Information Officer, GVR Global
Gilbarco Veeder-Root
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Friday, March 24, 2023 08:26
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Cc:** Jess Doherty <jess.doherty@vontier.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>; Morehead, Jason <jason.morehead@gilbarco.com>; Plasha, Amy <Amy.Plasha@vontier.com>
**Subject:** FW: If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment.

Martina,

Since GVR Management is not taking any preventive steps to separate the victim from the alleged harassers, I can only assume my case is getting stronger.  I have been asking since 1/19/23.

I am currently underutilized due to illegal activities by GVR IT Management where I am blocked from rightful assignments.  I want to document here that I provided several solutions to the issue including that I work on Ignite project for 12 weeks starting March and that you have blocked my request.

Regards,
Sohyon

---

**From:** Warner, Sohyon
**Sent:** Friday, March 24, 2023 8:23 AM
**To:** Blaser, Paul <paul.blaser@gilbarco.com>
**Cc:** Schoultz, Martina <martina.schoultz@gilbarco.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>; Jess Doherty <jess.doherty@vontier.com>
**Subject:** If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment.

Paul,

I am attaching the emails from early this week to remind you that we already had communication regarding this; I requested the return of Data Analytic Projects to hired Data Analytic PM (me), respect for my boundary; you may lack the ability to pair up PMs to Projects due to lack of direct PM and industry experience and stop the harassment.

The pretext exists from 2022 to now, your ongoing abusive nature, GVR IT's refusal to protect me, and the EEOC investigation reasoning provided; we have been communicating via emails just fine, which confirms that you are forcing an unnecessary meeting and intent to harm.

The verbal intimidation is a violation of the Vontier Code of Conduct.  You wrote an email to verbally intimidate me by threatening to fire me for issues that you caused.  Any reasonable person will find your action pervasive and continual in abuse, discrimination, harassment,  and retaliation.

- **Again, there are distinct differences in Vontier's Job Description for Non-Data Analytic PM vs. Data Analytic PM. Therefore, I am contractually different than other non-DA Project Managers**
  - I was hired as "Data Analytic Project Manager" per the offer letter due to my qualification.
  - Others in GVR IT PMO are "non-Data Analytic" Project Managers
  - RS project is not critical few Data Analytic, and it doesn't match my job scope.
  - RS project's PM is Cid.

- **Again, the current issues stem from your illegal doings including continual removal of hired (Asian Female over 40 years from South Korea) Data Analytic PM from "Data Analytic" Projects with no valid reason, and therefore, I have no live Data Analytic projects. In other words, if I was left to work on the "Core Data" and "Demand Planning" projects as planned and not discriminated, we don't need to converse and EEOC will not be investigating GVR/Vontier now.**
  - The root cause of all discrimination started when you gave my FTE job to Shawn, a white male contractor who lied about his PMP credential, unable to meet the "Data Analytic PM" JD requirement in May 2022. He worked with you at Truist. Shawn bragged to me that he was taking a bottle of whiskey to talk to you to get in your good side and let you know he worked with you int the past. Shawn was hired directly in July 2022.
  - You removed Dr. Porter and me from the "Core Data Lake" projects. You **removed two excellent performing minority females over 40** with a Data Science background and prevented them from mapping out and implementing Data Governance, including Data Quality and MDM.
  - You went out of your way to protect "Julia Furey" ( a white female under 40), stating that she is "Grandfathered in," implying that she will be treated with a different set of rules. She didn't produce any deliverables for the "Core Data" projects, including Business Requirements and Business logic that she was assigned. I am not the only one who is underwhelmed with this person.
  - I successfully moved the "Core Data" project from a state of dismal to an organized Agile project in April 2022, where I got kudos from the upper management during the Planisware report out.
  - You hired Ashely Kates, a white female under 40 with an associate degree only whose previous job title was "Process Analyst" as a GVR "Sr. Solution Architect" to perform MDM, where Dr. Porter and I were perfectly capable of delivering. She also worked with you at Truist. GVR is spending unnecessary labor expense for the capabilities we already had. It's recurring theme with you.
  - You removed me from the "Demand Planning" DA project assigned to me in May 2022 when the presentation I helped with was accepted, and the project was kicked off.
  - **Your actions showed that you had treated unqualified White People much better than Dr. Porter and me. By showing preference for whites, you discriminated against socially disadvantaged but highly qualified minority females over 40 with STEM and Data Science backgrounds.**

- **Again, You are forcing a contractual Data Analytic Project Manager to take on a non-Data Analytic Project while there are active Data Analytic projects and other non-Data Analytic PMs are available to take on the non-DA RS project.**

- **If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor?**

- **Again, you excluded, isolated, and ostracized me from GVR IT Data Analytic Peers and respected internal customers.**
  - I was excluded from the Data Analytic planning workshop last and this year.
  - Per your email, you told me I have "no authority" to talk to anyone without your approval. There is no corporate policy allowing you to treat me this way.

- I am attaching the direct verbatim from EEOC.
  - **Job Assignments & Promotions (https://www.eeoc.gov/racecolor-discrimination) - It is illegal for an employer to make decisions about job assignments** and promotions **based on an employee's race, color,** religion, sex (including gender identity,          sexual orientation, and pregnancy), **national origin, age (40 or older),** disability or genetic information. For example, an employer **may not give preference to**

employees of a certain race when making shift assignments and may not segregate employees of a particular national origin from other employees or from customers.

Again, please let me know when I will get my DA projects back.

Regards,
Sohyon

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Wednesday, March 22, 2023 5:46 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Cc:** Heuser, Emily <Emily.Heuser@gilbarco.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** Regarding our one-on-one meetings

Hi SK,

As discussed previously, you need to attend our one-on-one meetings.  This is part of standard work expectations.  This is how we discuss plans, efforts and progress related to your assigned projects.  Since I began serving in the role as your manager, you have refused to attend any of the one-on-one meetings I have set with you, apart from the meeting regarding your compensation.  Your refusal to attend our one-on-one meetings impacts the ability for me to fully understand the project work and status of your projects and projects across the team, to assess how we are providing support to the business on these projects, and an opportunity to understand where you or others may benefit from support or direction.  You need to attend our next one-on-one meeting on Friday, March 24th, at which time we will discuss together the next steps on your assigned projects.

The One Jira project is a significant project for the Retail Solutions engineering team.  We must have a project manager assigned to lead that project.  Your refusal to serve as project manager for this project has the potential to delay the project.  It is critical that we discuss together this project assigned to you at your next one-on-one.  At that time, we can discuss your work on the project and any concerns.

Please note that your further refusal to attend one-on-one meetings or to accept project management work is a refusal to meet the expectations of your role as a project manager on our team.  Refusal to accept work assigned or refusal to attend scheduled meetings is insubordination that will result in disciplinary action, up to and including termination.

Thank you,

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

Message

| | |
|---|---|
| **From**: | Schoultz, Martina [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ABEA1F47F78D4258A099DB5A699E21A7-MARTINA.SCH] |
| **Sent**: | 3/24/2023 10:15:31 AM |
| **To**: | Heuser, Emily [emily.heuser@gilbarco.com] |
| **CC**: | Blaser, Paul [paul.blaser@gilbarco.com] |
| **Subject**: | RE: If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment. |

Thank you Emily,

Makes sense 😊.

Many thanks,

Martina

**Martina Schoultz**
**Chief Information Officer, GVR Global**
**Gilbarco Veeder-Root**
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Friday, March 24, 2023 10:07
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** RE: If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment.

Martina,

Yes, I expected it as well.  I would hold on communication as we should wait to see if she attends the one on one to address.  Then I will loop back around with both of you on next steps.  Sound good?

Best,

Emily

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Friday, March 24, 2023 10:02 AM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Cc:** Blaser, Paul <paul.blaser@gilbarco.com>
**Subject:** FW: If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment.

Hi Emily,

Well, I was expecting a nastogram last night already, so it came a bit late against my expectations.  I don't think I have ever been called a racist, xenophobic, and misogynist in one breath.  Anyway, here's a draft response (looking for guidance if I need to respond? And, also a review of the draft below).

Many thanks,

Martina

*Sohyon,*

*I provided a response to your earlier request of participating in this iteration of Ignite.  We have a high profile, business critical initiative, that requires an experienced project manager.  Your refusal to take on assigned project work is not acceptable. We do not have other capacity to oversee this critical project.  The principle for participating in the Ignite program is that it does not impact the business's need.  That is not the case here.*

*As an immigrant female over 40 myself, I resent your comments that the situation has any bearing on ethnical background.*

*The business has a need for a PM for a critical project.  We must have a project manager assigned to lead that project.  The business carry the cost of an additional contract PM, when we have a qualified professional not assigned to a key projects..*

*I would like to re-iterate that continued refusal to attend one-on-one meetings or to accept project management work is a refusal to meet the expectations of your role as a project manager on our team.   Refusal to accept work assigned or refusal to attend scheduled meetings is insubordination that will result in disciplinary action, up to and including termination.*

**Martina Schoultz**
**Chief Information Officer, GVR Global**
**Gilbarco Veeder-Root**
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Friday, March 24, 2023 08:26
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Cc:** Jess Doherty <jess.doherty@vontier.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>; Morehead, Jason <jason.morehead@gilbarco.com>; Plasha, Amy <Amy.Plasha@vontier.com>
**Subject:** FW: If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment.

Martina,

Since GVR Management is not taking any preventive steps to separate the victim from the alleged harassers, I can only assume my case is getting stronger.  I have been asking since 1/19/23.

I am currently underutilized due to illegal activities by GVR IT Management where I am blocked from rightful assignments.  I want to document here that I provided several solutions to the issue including that I work on Ignite project for 12 weeks starting March and that you have blocked my request.

Regards,
Sohyon

**From:** Warner, Sohyon
**Sent:** Friday, March 24, 2023 8:23 AM

Message

| | |
|---|---|
| **From:** | Warner, Sohyon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F5C09EBE70A4670855FD0E8606E483D-SW32524] |
| **Sent:** | 3/30/2023 8:26:47 AM |
| **To:** | Heuser, Emily [emily.heuser@gilbarco.com]; Schoultz, Martina [martina.schoultz@gilbarco.com] |
| **CC:** | Jess Doherty [jess.doherty@vontier.com]; Morehead, Jason [jason.morehead@gilbarco.com] |
| **Subject:** | RE: If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment. |

Martina,

The email from Emily was sent during my PTO.

• The email was addressed to you. Please let me know the reason why Emily is responding instead.
• There is no closure to GVR Management is not taking any preventive steps to separate the victim from the alleged harassers.
• The fact is that I was blocked from Ignite project that started in March for no valid reason. It appears that I am blocked from anything I am capable of and qualified for.
• Please explain why " This is not the right timing at the moment" below when I am experiencing retaliatory hostile working conditions.

Regards,
Sohyon

---

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Monday, March 27, 2023 8:38 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>; Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** RE: If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment.

Hi Sohyon,

I wanted to close the loop on this email to ensure that you will be considered for future Ignite opportunities per Martina's previous email as she stated she would be open to this in the future.  This is not the right timing at the moment, but I suggest working with Paul on the correct timing.  Please reach out if you need anything else.

Best,

Emily

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Friday, March 24, 2023 8:26 AM
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Cc:** Jess Doherty <jess.doherty@vontier.com>; Heuser, Emily <Emily.Heuser@gilbarco.com>; Morehead, Jason <jason.morehead@gilbarco.com>; Plasha, Amy <Amy.Plasha@vontier.com>
**Subject:** FW: If the table was turned, would you have replaced a qualified white man with an unqualified minority female contractor? On going hostile working environment.

Martina,

Since GVR Management is not taking any preventive steps to separate the victim from the alleged harassers, I can only assume my case is getting stronger.  I have been asking since 1/19/23.

Message

| | |
|---|---|
| **From**: | Heuser, Emily [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E836833E1CD46618AFEA1401454447F-EH22099] |
| **Sent**: | 3/30/2023 12:54:30 PM |
| **To**: | Warner, Sohyon [sohyon.warner@gilbarco.com] |
| **Subject**: | In Lieu of Meeting |
| **Attachments**: | Vontier Salaried Sep Agmt - Sohyon Warner-FINAL.pdf |

SK,

You have said you do not want to attend our meeting today, and you asked that I tell you by email what the meeting is about instead.  The purpose of the meeting was for Paul and I to let you know the company is ending your employment effective today.

Attached is a separation package for you to review.  You will receive boxes to return your company laptop and other equipment at: 7300 West Friendly Avenue, Greensboro, NC 27410.  I will also send your personnel file to you, as you requested.

Best wishes to you,

Emily

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, March 30, 2023 12:18 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: Critical meeting

Emily,

I don't need abuse today. I am suffering from psychological and physical disturbance due to ongoing retaliatory harassment. I have an elevated heart condition coupled with a migraine today. Please respectfully of my needs.

Please email me what this is about, and I will reply when I am feeling well.

Thank you,
Sohyon

---

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Thursday, March 30, 2023 12:08 PM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Critical meeting

Hi Sohyon,

This is an urgent topic and it can not be delayed. I will need to meet in person.

Best,

Emily

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, March 30, 2023 12:02 PM

**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: Critical meeting

Emily,

It is essential to understand what this is about from my perspective. I deserve to be treated with respect.

If not, this is another ambush meeting that I am forced to endure abuse and harassment from GVR IT Management and HR and add to a retaliatory hostile working environment.

Again, please delay our meeting and send me the agenda so I can prepare.

Regards,
Sohyon

---

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Thursday, March 30, 2023 11:35 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Critical meeting

Hi Sohyon,

It is essential that we meet today.  I also put in a request for your personnel file.

Best,

Emily

---

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, March 30, 2023 10:47 AM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: Critical meeting

Emily,

I am extremely uncomfortable attending the meeting without an agenda.
With the established pretext and EEOC investigations, I want to prepare for the meeting.
With these notes, I would like to recommend delaying our meeting so that I had a proper time to prepare.

In the meantime, please send me the documents in my personnel file.

Regards,
Sohyon

---

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Thursday, March 30, 2023 10:38 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Critical meeting

This is matter I need to speak with you in person about.  Please attend the meeting.

Best,

Emily

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, March 30, 2023 9:04 AM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: Critical meeting

Emily,

Please send me the agenda with the detail description of the critical matters that you want to discuss so that I can prepare for the meeting.

Sohyon

**From:** Warner, Sohyon
**Sent:** Thursday, March 30, 2023 8:26 AM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: Critical meeting

Emily,

What are the critical matters according to you?
You are intentionally not being transparent.

Sohyon

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Thursday, March 30, 2023 8:14 AM
**To:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Subject:** RE: Critical meeting

This is to discuss some critical matters that need to be discussed and it is very important that you attend.

**From:** Warner, Sohyon <Sohyon.Warner@gilbarco.com>
**Sent:** Thursday, March 30, 2023 8:12 AM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** RE: Critical meeting

Emily,

Please send me the agenda.
The importance and criticality depend on the subject matter and the point of view.
Your actions have shown all the bias to protect the management instead of protecting me.

Sohyon

-----Original Appointment-----
**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Thursday, March 30, 2023 7:59 AM
**To:** Warner, Sohyon
**Subject:** Critical meeting

**When:** Thursday, March 30, 2023 1:00 PM-1:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Hi Sk,

This is an important discussion; I need to talk to you today.  Thanks!

Emily

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 256 641 017 331
Passcode: LnZDsT
Download Teams | Join on the web

**Join with a video conferencing device**
211617117@t.plcm.vc
Video Conference ID: 116 762 275 4
Alternate VTC instructions

**Or call in (audio only)**
+1 929-229-5406,,714306755#   United States, New York City

Phone Conference ID: 714 306 755#
Find a local number | Reset PIN

Learn More | Meeting options

---