

**EXHIBIT F - COMPARATOR RELATED FILES - Page 2**



# 2021 Performance Appraisal for PAUL BLASER

## 2021 Employee Information

| | | | |
|---|---|---|---|
| VONTIER ID | 557570 | Last Name | BLASER |
| First Name | PAUL | Username | paul.blaser@gilbarco.com |
| Title | Information Architect | Department | INFORMATION SYSTEMS |
| OpCo | GILBARCO | Manager's Name | MARTINA SCHOULTZ-LINDQVIST |
| Human Resource | JESSICA DOHERTY | | |

## 2021 Performance Goal Section

**Performance Goal**                                        34% of total score

### Improve operating processes to drive predictable performance

50% fewer hours spent manually creating select reports (ex. NA finance, JOP 5FTE X50% of time by the end of the year 5fte X25% of time = saving of 1PD saving/week for finance to reallocate to other things).

Manager Rating

●●●●● ●●

(3 - Fully Met Expectations)

End of Year Actual Results and Comments on Goal by MARTINA Emilia SCHOULTZ-LINDQVIST

In Paul's first full year, he has started building out the previously non-existent GVR Data and Analytics organization.  In the past, the organizational focus has been largely on tools, whilst the real challenge lies with our underlying data and processes.

Paul has set up "Analytics Office Hours" to train and build out self-sufficiency across the business, using tools that we already own (Power-BI).  The sessions have been attended by around ~100 people to date and I have received nothing short of outstanding feedback from the business.  The initiative has significantly reduced the need for IT to build out static reports, and increased the business's ability to get to basic information themselves.  As a result, we have been able to reduce one contractor ($150K) from static report writing on the legacy SQL SSRS server.  Well done here!

End of Year Actual Results and Comments on Goal by PAUL BLASER

We continue to make progress toward our data modernization efforts. We will have a few initial dashboards available for finance by the end of the year, and we've made great progress toward streamlining processes and saving thousands of hours per year in combines sales and finance process flows.

**EXHIBIT F - COMPARATOR RELATED FILES - Page 2**

## 2021 Summary of Overall Performance

This section provides a combined Overall Performance Rating for the year consisting of both Performance Goals and V-Core Ratings.

| Performance Rating Scale Definition | | |
|---|---|---|
| Min | Max | Description |
| 1.0 | 1.4 | **Did Not Meet Expectations:** Results delivered or behaviors demonstrated is cle below established expectations |
| 1.5 | 2.4 | **Met Most Expectations:** Results delivered or behaviors demonstrated met most established expectations |
| 2.5 | 3.4 | **Fully Met Expectations:** Results delivered or behaviors demonstrated fully met established expectations |
| 3.5 | 4.4 | **Exceeded Expectations:** Results delivered or behaviors demonstrated exceede established expectations |
| 4.5 | 5.0 | **Significantly Exceeded Expectations:** Results delivered or behaviors demonst exceeded established expectations in all aspects |

FINAL Overall Performance Rating

3.5) Exceeded Expectations

Calculated Overall Performance Rating

3.3/5.0

| Name | Rating | Weight |
|---|---|---|
| **2021 Performance Goal Section** | 3.3 | |
| Improve operating processes to drive predictable performance | 3.0 - (3 - Fully Met Expectations) | 34% |
| Reduce organizational and product line complexity | 3.0 - (3 - Fully Met Expectations) | 33% |
| Continuously build an inclusive, diverse and agile global team | 4.0 - (4 - Exceeded Expectations) | 33% |
| **2021 V-Core Goal Section** | 3.5 | |
| | 4.0 - (4 - Exceeded Expectations) | |
| | 3.0 - (3 - Fully Met Expectations) | |

CONFIDENTIAL

G004695

**VONTIER™**

# 2022 Accelerating My Success Form (Q2 Start) for PAUL BLASER

## 2022 Accelerating My Success Plan

**My Critical Few**

**Architect a globally scalable data and analytics solution to deliver actionable insights through simple connectivity to the dispenser platforms**

On Track

Designed a future state architecture for IoT data
Working with teams in the business to implement and consume the new architecture

## Goal Details

| | | | |
|---|---|---|---|
| My Goal | Architect a globally scalable data and analytics solution to deliver actionable insights through simple connectivity to the dispenser platforms | Start | 01/01/2022 |
| Due | 12/31/2022 | My Impact to Date | Designed a future state architecture for IoT data Working with teams in the business to implement and consume the new architecture |

Catch-Up Discussion Comments

1. MARTINA SCHOULTZ-LINDQVIST
   12/09/2022
   IoT data is now flowing through the IoT Core Analytics layer and initial models have been built for AVA. This is a really good achievement in a short time, where we started with a very complex and expensive way of delivering analytics of the platform originally.

2. MARTINA SCHOULTZ-LINDQVIST
   06/30/2022
   Paul has stood up a Global Datalake, and implemented Snowflake with a core data model and a number of data marts. One of the models covers IoT data for IS360, as part of which the dispenser

CONFIDENTIAL

G004700

2022 Overall Results:

Leading Contributor

## Q4 Employee Comments

| | |
|---|---|
| I'm Trending Toward | Leading Contributor |
| Briefly describe any additional contributions you made, outside of your goals, that you want your manager to know about | Q4 has been focused on establishing, communicating, and training the team on our "Certified Data" requirements, including process engineering, staffing, and documentation. Outside of our goals, shepherding this process, along with increasing outreach to the business, has been where I've spent most of my extra attention. |
| What I need from my manager to accelerate my success | My manager is perfect in every way. More of the same is all I need to succeed. |

| | |
|---|---|
| Strengths | Paul's real strength is collaboration and customer engagement. Through this, he has delivered 4 data marts with industry leading tooling, where the starting point was a maturity level 0, and we have made leaps in maturity, engagement, turning what initially was a "push" to a true "pull".  I am particularly proud of the progress in the certified data space.  This is not easy in an environment with low data maturity.<br>Paul has built a high performing team from scratch, within a relatively short time period, something to be very proud of. |
| Shout-out Recognition / Feedback | - Analytics layer for IS360 - this started as a "skunkworks" and has matured into the analytics platform for IS360 IOT core.  Not only is it built to be scalable (unlike the previous version), but it is also 10X more cost efficient to use and allows us to explore new models that we could not have done with the previous architecture.<br>- Delivering 4 data marts in a year and getting global finance very excited as they are now able to largely automate their forecasting process (this took a couple of weeks of manual effort every month in the past). |
| Opportunities for Growth | Coaching of employees who have challenging behaviors is an opportunity to grow further in. |
| Additional 2022 Result Comments (optional) | Fantastic year for Paul and the D&A group, now expanding the team outside the US, and consistently delivering what is asked for and more.  Fantastic to have you on the team!! |

## Career Next Steps

| | |
|---|---|
| Career Progression | Ready for Expanded Responsibilities |
| Career Actions | Support |

CONFIDENTIAL                                                                  G004706

| Briefly describe Career Action plan to Support, Engage or Challenge | By definition of the role, the responsibilities are expanding with the role, as we are building out data governance capabilities and expanding the data marts. |

CONFIDENTIAL

G004707

**VONTIER**

# 2023 Accelerating My Success Form for PAUL BLASER

## 2023 Performance Goal Setting

**My Critical Few**
### Establish a data governance committee

On Track

### Goal Details

| | | | |
|---|---|---|---|
| My Goal | Establish a data governance committee | Start | 01/01/2023 |
| Due | 12/31/2023 | My Impact to Date | |

Catch-Up Discussion Comments

1. MARTINA Emilia SCHOULTZ-LINDQVIST 06/01/2023
   Good progress in identification of data owners, processes and creating training. Had an inaugural meeting with Jason Morehead to establish the TOR to launch the first Data Governance Committee.

**My Critical Few**
### Establish an MDM capability focused on customers.

On Track

### Goal Details

| | | | |
|---|---|---|---|
| My Goal | Establish an MDM capability focused on customers. | Start | 01/01/2023 |
| Due | 12/31/2023 | My Impact to Date | |

Catch-Up Discussion Comments

1. MARTINA Emilia SCHOULTZ-LINDQVIST 06/01/2023
   Solid work has gone into defining customer and location data models, create manual processes for

CONFIDENTIAL

G004708

| | |
|---|---|
| Strengths | Paul was a great partner and collaborator over the last few years and I was excited to have him moved to my organization when Martina left. Unfortunately he's gotten a great opportunity outside of GVR in a VP role that lets him grow in his data leadership journey.  His last day is Jan 1, 2024. |
| Shout-out Recognition / Feedback | |
| Opportunities for Growth | |
| Additional 2023 Result Comments (optional) | |

## 2023 Accelerating My Success Final Results

2023 Overall Results:

Consistent Contributor

Strengths    Paul was a great partner and collaborator over the last few years and I was excited to have him moved to my organization when Martina left.

CONFIDENTIAL                                                                                          G004714

**Singer, Melissa**

| | |
|---|---|
| **From:** | Snow, Joy |
| **Sent:** | Wednesday, December 13, 2023 12:43 PM |
| **To:** | Jackson, Vania |
| **Subject:** | FW: Resignation - Paul Blaser, LDW Jan 1, 2024 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

FYI: Can you reach out to Emily to see if she needs any support processing this resignation. Want to ensure you are aware. His last day is Jan 1, 2024.

Making you aware to ensure we're aligned before the holidays.

Thx,
Joy

**From:** Kopelic, Beverly <beverly.kopelic@insite360suite.com>
**Sent:** Monday, December 11, 2023 9:55 AM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Cc:** Snow, Joy <jsnow@invenco.com>
**Subject:** RE: Resignation

I have but think he should communicate that to you.  We can then follow-up



Redefining convenience,

**Beverly Kopelic | Vice President, Software Engineering**

📞 Ph: +1 704 706 5542   ✉ Beverly.Kopelic@invenco.com

**From:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Sent:** Monday, December 11, 2023 10:53 AM
**To:** Kopelic, Beverly <beverly.kopelic@insite360suite.com>
**Cc:** Snow, Joy <jsnow@invenco.com>
**Subject:** RE: Resignation

CONFIDENTIAL                                                                                      G004715

Thanks for the update.  Do you know what the reason is or have you talked to him?  I know we connect later today so we can discuss then. 😊

---

**From:** Kopelic, Beverly <beverly.kopelic@insite360suite.com>
**Sent:** Monday, December 11, 2023 9:21 AM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Cc:** Snow, Joy <jsnow@invenco.com>
**Subject:** FW: Resignation

Emily - FYI



**Beverly Kopelic |  Vice President, Software Engineering**

📞 **Ph: +1 704 706 5542**  ✉ Beverly.Kopelic@invenco.com

---

**From:** Blaser, Paul <paul.blaser@gilbarco.com>
**Sent:** Monday, December 11, 2023 9:20 AM
**To:** Kopelic, Beverly <beverly.kopelic@insite360suite.com>
**Subject:** Resignation

Hi Beverly,

I'm resigning from Gilbarco. My last day will be Monday, Jan 1, 2024.

I'm deeply grateful for the opportunities I've had here and the great work I've been able to do with you and the IT team.

Thank you,

Paul Blaser
Director, Data & Analytics
Global IT
Gilbarco Veeder-Root
Mobile: 336-553-7621
www.gilbarco.com

CONFIDENTIAL                                                                                    G004716

## Exit Checklist

| | | | |
|---|---|---|---|
| **Employee Name:** | Paul Blaser | **Separation Date:** | 1/1/2024 |
| **Position Title:** | Director, Data Analytics | **Reason For Leaving:** | Dissatisfied with Career Path |
| **Manager Name:** | Beverly Kopelic | | |

**Example Dialog:**

With your permission, we would like to collect your personal email and phone number in case of any necessary future communications.

This could include (but not limited to), exit interview participation, salary payouts, beneficiary information, etc.

By providing this information, you consent to Vontier, any of its operating companies, and representatives contacting you.

Reminder: Please ensure your timecard accurately reflects any vacation/time off you've taken prior to your last day.

| | On File | New Information |
|---|---|---|
| **Address:** | 2435 Maplewood Ave. Winston-Salem, NC 27103 | 2435 Maplewood Ave. Winston-Salem, NC 27103 |
| **Personal Email:** | | Paul.blaser@gmail.com |
| **Phone Number:** | | |
| | | |

| Assigned | Applicable | | Actions/Info |
|---|---|---|---|
| **ID Badge** | Y | N | Deactivate (Office Manager) |
| **Company Car** | Y | N | Follow OpCo guidance (where applicable) |
| **Office Keys/FOB** | Y | N | Deactivate (Office Manager) |
| **Cabinet Keys** | Y | N | Collect (Office Manager) |
| **Credit Card** | Y | N | Deactivate (Notify Cassidy Vaughn and corpcreditcards@gilbarco.com ) |
| **IT Equipment** | | | |
| **Laptop** | Y | N | Dropped off his two laptops for updates last week, will leave at GSO. No monitors. |
| **Monitor(s)** | 1 | 2 | Submit termination ticket in SNOW |
| **Docking Station** | Y | N | • Provide list of equipment • Address, phone number and personal email address |
| **IT Peripherals** | Y | N | Please List: |



CONFIDENTIAL                                                                                          G004717

| Phone (VNT) | Y | N | Collect device & Contact: Sarah Lineberry |
|---|---|---|---|
| Phone (Emp) | Y | N | See information below. |

| Equipment | Process/Contact |
|---|---|
| Cell Phone (Company Purchased) | **Contact:** Sarah Lineberry |
| Cell Phone (Emp Purchased) | **To have line released:**<br>• MindGlobal @ (512) 615-7546<br>Vontier@mindglobal.com<br><br>1. Exiting employee should request to be released from the company account to personal liability.<br>2. MindGlobal will request authorization from company to release<br>3. Once authorization is received, MindGlobal will notify exiting employee<br>4. Exiting employee should then call new provider for the number to be "picked up" within 2 weeks of the release<br><br>**NOTE:** The number is only valid with the existing carrier. If they intend on changing providers, they will be responsible for any fees associated with ending the contract and accepting a new contract with the new provider.<br><br>**ATT:** (800) 331-0500 – "Transfer billing responsibility"<br>**Verizon:** (800) 922-0204 - "Transfer billing responsibility" |



CONFIDENTIAL

G004718

Sent: Monday, November 22, 2021 8:44 AM
To: Dillingham, Melanie <melanie.dillingham@gilbarco.com>
Subject: RE: Contractor Form

Hi Melanie,

Good morning!
I need your guidance please since I have hired two resources that are supporting key/critical initiatives in GVR, and would like for them to take training so they understand our foundation (VBS+VOC) and better able to support these critical projects. They have gone to the Helpdesk because they cannot access the training. Is there anyone I can talk to that will allow these two resources to take these two trainings?

The new contract to perm that I am talking to are as follows:
Patricia Bisbee - ID 801287
Shawn McClellan - ID 801257

Your guidance is welcome and very much appreciated.
Sincerely,

Rosanna Hurst
Director, IT Program Management Office
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com | 919-306-7406


-----Original Message-----
From: Dillingham, Melanie <melanie.dillingham@gilbarco.com>
Sent: Thursday, November 18, 2021 4:10 PM
To: Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
Subject: RE: Contractor Form

You're quite welcome!

Melanie Dillingham | HR Coordinator | Gilbarco Veeder-Root | melanie.dillingham@gilbarco.com  |




-----Original Message-----
From: Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
Sent: Thursday, November 18, 2021 3:54 PM
To: Dillingham, Melanie <melanie.dillingham@gilbarco.com>
Cc: Doherty, Jessica <jdoherty@veeder.com>
Subject: RE: Contractor Form

Many thanks Melanie for your support in this matter.

Best regards,

Rosanna Hurst
Director, IT Program Management Office
Gilbarco Veeder-Root
Rosanna.hurst@gilbarco.com | 919-306-7406 www.gilbarco.com | www.veeder.com

| | |
|---|---|
| **From:** | Vontier Human Resources |
| **To:** | Weidner, Christine |
| **Subject:** | [EXTERNAL] Offer Approval Decision (Robert Shawn McClellan / GIL008706-Lead Technical Project Manager) |
| **Date:** | Monday, June 13, 2022 4:38:49 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

An event has occurred in the approval path of the offer prepared for candidate Robert Shawn McClellan related to requisition GIL008706 - Lead Technical Project Manager.

Approver      Aaron Saak

Department

Decision      Approved

**Approval Path**

| Approver | Decision | Date and Time | Comments |
|---|---|---|---|
| Rosanna Hurst | Approved | Jun 6, 2022, 8:00:22 AM | |
| Jessica Doherty | Approved | Jun 6, 2022, 10:28:48 AM | |
| Martina Schoultz | Approved | Jun 6, 2022, 1:08:46 PM | Approved as part of planned contractor conversion in July-22. In headcount budget and forecast. |
| GLORIA ROGERS | Approved | Jun 7, 2022, 11:51:14 AM | TCC: $132k (10% ICP) |
| Aaron Saak | Approved | Jun 13, 2022, 3:38:41 PM | |

This approval was requested by on June 6, 2022.

Best regards,
System Administrator

Replies to this message are undeliverable and will not reach the Human Resources Department. Please do not reply.

CONFIDENTIAL                                                                                                    G004759

# ONE-OVER-ONE CHANGE FORM



This form is to be used for documenting employee changes that require either OpCo Leadership or Vontier-level approval;
OpCos, at their discretion, may elect to use this form to document changes outside Vontier requirements

| BASIC INFO | | |
|---|---|---|
| Employee's Name (First Name Last Name) | **Shawn McClellan** | VNT ID |
| Operating Co. | **Gilbarco, Inc** | Location **Greensboro, NC** |
| Change Reason | **New Hire** | |
| Change Effective Date | **11-Jul-2022**   Cost Center   9007 | |

**JOB/ORG**

|  | Proposed Information | |
|---|---|---|
| Job Title/Pay Grade (Band) | Lead Technical Project Manager (PMTM_P18) | 13 |
| OpCo / Revenue | Gilbarco Veeder- Root | |
| Location | Greensboro, NC | |
| Manager Name / Title | Rosie Hurst, Director, IT PMO & Vendor Management | |

**COMPENSATION**

FX Effective Date: 12/2020

| | Expected Comp* | Proposed | Percent & Change Amt | Market | Compa-Ratio to Mkt |
|---|---|---|---|---|---|
| Currency | US DOLLAR | US DOLLAR | - | US DOLLAR | - |
| Annual Base Salary | | 120,000 | $120,000 | 136,000 | 88% |
| ICP/Bonus Target | | 10.0%    12,000 | | 0 | |
| Commiss. Target | #DIV/0!    0 | 100/00    0 | $0 | 100/00    0 | |
| Total Cash Comp | 0 | 132,000 | $132,000 | 136,000 | 97% |

| | Expected | Proposed | Percent & Change Amt | Market | Compa-Ratio to Mkt |
|---|---|---|---|---|---|
| Target Annual Equity Value (USD) | | | | | |
| Stock Option/RSU Split | | | - | - | - |
| Vesting Schedule | | | - | - | - |
| | | | - | | - |
| Next Nomin. Period | - | | | - | - |
| Total Direct Comp (local) | 0 | 132,000 | $132,000 | 136,000 | 97% |

| | | | | | |
|---|---|---|---|---|---|
| Company Car | | | | | |
| Expat Recurring Mobility Allowances* | | 0 | | | |
| Expat Non-Recurring Allowances* | | 0 | | | |
| Cost-of-Living Differential (old location to new) | | | | | |
| Guaranteed Cash | | | | | |
| Supplemental Retirement | | | | | |
| Total Allowances (exld non-recurring) | 0 | 0 | $0 | | |
| Total Direct Comp + Allow | 0 | 132,000 | $132,000 | 136,000 | 97% |

**NEW HIRE ADDITIONAL INFORMATION**

| | Amount | Notes/Comments |
|---|---|---|
| Sign-On Bonus | | |
| Sign-On Equity Amt | | |

**All sign-on equity bonuses need to be approved by Total Rewards**

**COMMENTS & APPROVALS**

Comments
(e.g. market data or peer sources, etc.)    GIL00  Contractor Conversion

| **Approvals** | Name/Job Title | Date |
|---|---|---|
| Immediate Manager | Rosie Hurst, Director, IT PMO & Vendor Management | |
| 1/1 Manager | Martina Schoultz, CIO | |
| Direct Report to President | Martina Schoultz, CIO | |
| OpCo President | Aaron Saak, President | |
| VP, Total Rewards | | |
| Director/VP/CHRO, Human Resources | Jessica Doherty, VP of HR | |

*Vontier no longer requests current or past compensation information from external candidates for U.S.-based roles.  This practice is now illegal in a number of jurisdictions.  We are permitted to ask candidates about their compensation expectations.

CONFIDENTIAL                                                                                    G004760

**EXHIBIT F - COMPARATOR RELATED FILES - Page 16**

**GILBARCO VEEDER-ROOT**

## GILBARCO NEW EMPLOYEE INPUT FORM

**Employee Information:**

| Legal Last Name | Legal First Name | Middle Name |
|---|---|---|
| McClellan | Robert | Shawn |

| Gender | | Social Security Number |
|---|---|---|
| Male | | ██████ |

| Date of Birth (MM/DD/YYYY) | Marital Status | Citizenship |
|---|---|---|
| ███1956 | Married | USA |

| Mailing Address | | Apt Number |
|---|---|---|
| ██████████ | | |

| City | State | Zip |
|---|---|---|
| █████ | NC | 27265 |

| Cell Phone Number | | Home Phone Number |
|---|---|---|
| █████ | | █████ |

**Highest Level of Education Completed:**

| School Name | Degree Type Received | Date (MM/DD/YYYY) | Major |
|---|---|---|---|
| ██████████ | BS/BS | ███1984 | Computer Science/Business |

**In Case of Emergency Contact:**

| Last Name | First Name | Middle Name |
|---|---|---|
| ██████ | ███ | ███ |

| Daytime Phone Number | | Relationship |
|---|---|---|
| █████ | | Wife |

_Robert Shawn McClellan_
_____
*Employee Signature*

6/15/2022
_____
*Date*

**EXHIBIT F - COMPARATOR RELATED FILES - Page 16**

CONFIDENTIAL

EXHIBIT F - COMPARATOR RELATED FILES - Page 17

 Gmail

---

**Shawn is not PMP**
1 message

---

**Warner, Sohyon** <Sohyon.Warner@gilbarco.com>
To: "sohyon.warner@gmail.com" <sohyon.warner@gmail.com>



**Certification Registry**

| First Name | Last Name | Credential | *Country / Region |
|---|---|---|---|
| Shawn | McClellan | All Credentials ⌄ | United States ⌄ |

**Search Again**    * Required field

ⓘ Credential holders can opt out of inclusion on the registry and will not display on search

**0** results for **Shawn McClellan, United States**

**No results found.**

Please make sure you have the correct spelling and full name for the certification holder you wish to find.

EXHIBIT F - COMPARATOR RELATED FILES - Page 17



**Sohyon (SK) Warner, MBA, PMP, BGS**

**Data Analytic PM**

Gilbarco Veeder-Root |sohyon.warner@gilbarco.com



---

*Please be advised that this email may contain confidential information. If you are not the intended recipient, please notify us by email by replying to the sender and delete this message.*

**EXHIBIT F - COMPARATOR RELATED FILES - Page 20**



June 14, 2022

Robert Shawn McClellan

███████████████

Dear Shawn:

We are delighted to offer you employment with Gilbarco Inc. (the "***Company***").  We are confident that your background and experience will allow you to make major contributions to the Company.  As we discussed, your position would be **Lead Technical Project Manager** based in Greensboro, NC, reporting to Rosie Hurst, Director, IT PMO & Vendor Management subject to periodic review.

Please allow this letter to serve as documentation of the offer extended to you.

**Start Date:**  Your start date with the Company will be: July 11, 2022

**Base Salary:**  Your base salary will be paid at the annual rate of $120,000, subject to periodic review, and payable in accordance with the Company's usual payroll practices.

**Incentive Compensation:** You are eligible to participate in the [Vontier] Incentive Compensation Plan ("***ICP***") with a target bonus of 10% of your annual base salary, subject to periodic review.  Normally, ICP payments are made during the first quarter of the following calendar year. This bonus is based on a Company Financial Factor and a Personal Performance Factor which are determined each year.  Your ICP under the Vontier plan will be pro-rated for any partial year of eligibility.

**Benefits:**  You will be eligible to participate in all associate benefit plans that the Company has adopted or may adopt, maintain, or contribute to for the benefit of its regular exempt employees generally, subject to satisfying any applicable eligibility requirements.  You will be eligible to participate in our 401(k) retirement plan subject to the applicable plan.

**Vacation:**  You will be eligible for 3 weeks of vacation annually, which will be accrued at a rate of 4.62 hours per pay period.  In all other respects, your vacation benefits will be subject to Company policy.

**Flex Time**: Per the current Company policy, you will be eligible for 40 hours of flex time each calendar year, which will be prorated your first year based upon start date. In all other respects, your flex time benefits will be subject to Company policy.

**Floating Holidays** You will be eligible for 2 floating holidays annually pursuant to the Gilbarco holiday policy.  These will be prorated your first year. In all other respects, your holiday benefits will be subject to Company policy.

**At-Will Employment:**  Nothing in this offer letter shall be construed as any agreement, express or implied, to employ you for any stated term.  Your employment with the Company will be on an at-will basis, which means that either you or the Company can terminate the employment relationship at any time and for any reason (or no reason), with or without notice.

**Conditions of Employment Offer:**  This offer of employment is expressly conditioned on your being legally authorized to work in the U.S. and your successful completion of a background and reference

**EXHIBIT F - COMPARATOR RELATED FILES - Page 20**

check, a pre-employment/post-offer drug screen, and your execution and return of the following documents no later than the date stated in the acknowledgment section below:

- Criminal History Questionnaire.
- NCA
- Drug Screen Authorization & Consent
- Agreement Regarding Competition/Solicitation/Disclosure and the Protection of Proprietary Interests and the terms contained therein
- Certification of the Vontier Corporation Standards of Conduct
- Certification of Compliance of Obligations to Prior Employers

We anticipate that you will make a very strong contribution to the success of the Company and believe this is an excellent professional opportunity for you.  We look forward to the opportunity to work with you as we pursue our very aggressive goals.

If there is anything we can do, please do not hesitate to contact me at rosanna.hurst@gilbarco.com.

Sincerely yours,

Rosie Hurst
Director, IT PMO & Vendor Management

**<u>Acknowledgement</u>**

Please acknowledge that you have read, understood and accept this offer of at will employment by signing and returning it to me, along with the above-referenced signed documents no later than Thursday, June 16, 2022 and in no event after your employment start date.

_Robert Shawn McClellan_
Signature

Date:   6/15/2022

CONFIDENTIAL                                                                                    G004780

EXHIBIT F - COMPARATOR RELATED FILES - Page 22

**VONTIER™**

# 2022 Accelerating My Success Form (Q2 Start) for ROBERT MCCLELLAN

## 2022 Accelerating My Success Plan

**My Critical Few**                                                                                    On Track
**Manage and deliver Core Data Lake Program and Projects**

### Goal Details

| | | | |
|---|---|---|---|
| My Goal | Manage and deliver Core Data Lake Program and Projects | Start | 05/01/2022 |
| Due | 12/31/2022 | My Impact to Date | |

Catch-Up Discussion Comments

---

**My Critical Few**                                                                                    On Track
**Incorporate GVR IT Agile methodology, VBS Agile Program Management foundation, Planisware process, and Quality into the Core Data Lake Program**

### Goal Details

| | | | |
|---|---|---|---|
| My Goal | Incorporate GVR IT Agile methodology, VBS Agile Program Management foundation, Planisware process, and Quality into the Core Data Lake Program | Start | 01/01/2022 |
| Due | 12/31/2022 | My Impact to Date | |

Catch-Up Discussion Comments

---

**My Critical Few**                                                                                    On Track
**Manage the relationships, schedule meetings, and assist in the**

EXHIBIT F - COMPARATOR RELATED FILES - Page 22

CONFIDENTIAL                                                                                            G004795

delivery of PCI Compliance

## Goal Details

| | | | |
|---|---|---|---|
| My Goal | Manage the relationships, schedule meetings, and assist in the delivery of PCI Compliance | Start | 08/01/2022 |
| Due | 12/31/2022 | My Impact to Date | |
| Catch-Up Discussion Comments | 1. ROBERT MCCLELLAN 11/04/2022 Continue to manage relationships, schedule meeting and assist in delivery of PCI Compliance as well as bring on an additional PM to assist. | | |

**Learning & Growth**
## Improve Negotiation Skills

On Track

## Goal Details

| | | | |
|---|---|---|---|
| My Goal | Improve Negotiation Skills | Start | 01/01/2022 |
| Due | 12/31/2022 | My Impact to Date | |
| Catch-Up Discussion Comments | 1. ROBERT MCCLELLAN 11/04/2022 Completed LinkedIn training in Agile Project Management, Emotional Intelligence for Project Managers, Project Management: International Projects and Three Tips for Managing Egos and Difficult Emotions. | | |

# Q2 Catch-Up Results

CONFIDENTIAL

G004796

| | |
|---|---|
| I'm Trending Toward | Leading Contributor |
| Briefly describe any additional contributions you made, outside of your goals, that you want your leader to know about: | Working with both data groups  during the (split) transition into a Consumption team and Data Ingestion team to ensure project continuity. Am enrolled in Training and Facilitation Techniques for Instructors (TFTI) - ILC course 11/7 - 11/9/2023.   Continuing journey of learning VBS principles and their use day-to-day. |
| What I need from my leader to accelerate my success: | Continued support both day-to-day and long-term efforts in the positive and supporting way established. |

## Q3 Leader Catch-Up Results

| | |
|---|---|
| I'm Trending Toward | Leading Contributor |

CONFIDENTIAL

G004806

| | |
|---|---|
| Trending Toward | Consistent Contributor |
| Demonstrated V-Core Behaviors | |

☑ Collaborative

☑ Inclusive

☑ Accountable

☐ Customer Driven

☐ Champion of VBS

☐ Self-Aware

☐ Pioneering

☐ Agile

| | |
|---|---|
| Shout-out Recognition / Feedback: | I appreciate your willingness to take on some project work outside your typical sphere of expertise in the data realm. It's clear to me that you are a team player and strive for collective success. |

CONFIDENTIAL

G004807

| | |
|---|---|
| Opportunities for Growth: | As we move forward, I'd like to work with you on identifying where you would like to grow and....vertically in data-centric areas per your recent background or stretching into more typical and diverse PM assignments. I believe the rebranding project has allowed you to stretch a bit...perhaps outside your comfort zone. Things started a bit slower than expected which in the end may be fine. When projects are first-of-kind or are in a discovery phase communication becomes critical to keep all stakeholders informed. Some thoughts on improved communication in the future include:<br>- Ensure timely responses to requests for information from higher level stakeholders. Remember they are asking due to a lack of information (or easily digested information).<br>- When speaking to plans, actions etc in team meetings, strive to have a meaningful artifact visible to speak to....RAIL, project plan, meeting notes, etc. It keeps everyone aligned<br>- Open meetings with a quick recap of where we left off....what actions have occurred since our last meeting etc. in order to set the stage.<br>- Don't be afraid to ask the questions of the team. You are not the subject matter expert, but more of the guide to elicit the answers from the right people,<br>- Close with a quick recap of actions that need to occur before next call. If you are documenting in real time, people can see the actions on the screen in real-time. |

## Year-End Employee Comments

| | |
|---|---|
| I'm Trending Toward | Leading Contributor |
| Briefly describe any additional contributions you made, outside of your goals, that you want your leader to know about: | In 2023 I worked closely with Data & Analytics team as the PM finding new and continuous ways to help the team improve, assisted the new D&A Scrum Master come up to speed with the data projects in flight as well as providing training in the use of Jira to manage sprints and retrospectives.  I have worked with Amy Bolen to manage the Entytle project as it relates to data.  Continue to work closely with the data team on the Data Mart program. |
| What I need from my leader to accelerate my success: | Continued positive support and guidance |

## Year-End Leader Catch-Up Comments

CONFIDENTIAL

G004808

| | |
|---|---|
| Strengths | Level-headed and overall calm demeanor<br>Inclusiveness and collaboration<br>Consistent team player |
| Shout-out Recognition / Feedback | I am very appreciative of you stretching and taking on the Rebranding project. I recognize this was outside of your normal work-efforts to date at GVR. Overall you have driven a successful project in the Rebranding efforts. |
| Opportunities for Growth | Overall the Rebranding in Q4 is a success. We have discussed/acknowledged the slower than desired start but ultimate successful end-state. Some comments on where to make things smoother in the future include:<br>- Strive for timely responses to requests from stakeholders or upper mgt<br>- Strive to over-communicate...when in doubt, send out updates<br>- Push on team members and stakeholders when they present an obstacle...pressure should be commiserate with project demands/timelines.<br>- Strike a balance between letting things develop and actively driving action. Its easy to get frozen with inaction (largely driven by FUD - fear, uncertainty, doubt)...trust yourself and be diligent in removing obstacles for the project/team as soon as possible. |
| Additional 2023 Result Comments (optional) | 2023 has been a wild ride with many changes. As we assimilate into the new Global PMO organization, put some thought into where you see yourself creating the most value for the organization but also what work you personally find interesting and satisfying. With the recent reorg and specifically the changes in the D&A team, it is unclear to me how freely the projects will flow out of that group. If your desire is to continue to be tied into that group, you will likely need to "pull" the projects from there. Now that our dept is part of a global PMO, our workstreams will primarily come in the form of project execution and demand strong PM skills with a SAFe framework. I want to ensure I am giving you the growth opportunities you need in order to ensure your success in this pure PM centric environment. |

## 2023 Accelerating My Success Final Results

2023 Overall Results:

Consistent Contributor

CONFIDENTIAL

G004809

**BY SIGNING THIS SEPARATION AGREEMENT AND GENERAL RELEASE, YOU REPRESENT AND WARRANT THAT:**

  **(1)** **YOU HAVE READ THIS AGREEMENT;**

  **(2)** **YOU HAVE RECEIVED ALL PAY, COMPENSATION, BENEFITS, LEAVE, TIME OFF, AND/OR EXPENSE REIMBURSEMENTS YOU ARE DUE TO DATE, INCLUDING FOR OVERTIME OR VACATION/PTO;**

  **(3)** **YOU UNDERSTAND THAT YOU ARE GIVING UP CERTAIN RIGHTS;**

  **(4)** **YOU AGREE WITH THE TERMS IN THIS AGREEMENT;**

  **(5)** **YOU DO NOT HAVE ANY PENDING LAWSUITS AGAINST THE COMPANY;**

  **(6)** **YOU HAVE BEEN ADVISED TO, AND ARE AWARE OF YOUR RIGHT TO CONSULT AN ATTORNEY OF YOUR CHOOSING BEFORE SIGNING THIS AGREEMENT; AND**

  **(7)** **YOU HAVE SIGNED THIS AGREEMENT KNOWINGLY AND VOLUNTARILY.**

**EMPLOYEE**

**BY**: _Robert McClellan_
　　　　(*Employee Signature*)

　　　　Robert McClellan
　　　　(*Employee Printed Name*)

**ON**: 4/9/2024
　　　　(*Date*)

**COMPANY**
Gilbarco Inc.

**BY**: _____
　　　　(*Signature of Company Official*)

　　　　Emily Heuser　　　　HR Director
　　　　(*Printed Name and Title of Company Official*)

**ON**: 4/9/2024
　　　　(*Date*)

7

Salaried Group >

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　G004851

| | |
|---|---|
| **From:** | Vontier Human Resources |
| **To:** | Weidner, Christine |
| **Subject:** | [EXTERNAL] Offer Approval Decision (Ashley Michelle Kates / GIL008614-Senior Data Solution Architect) |
| **Date:** | Tuesday, May 31, 2022 2:57:18 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

An event has occurred in the approval path of the offer prepared for candidate Ashley Michelle Kates related to requisition GIL008614 - Senior Data Solution Architect.

Approver     Aaron Saak

Department

Decision     Approved

**Approval Path**

| Approver | Decision | Date and Time | Comments |
|---|---|---|---|
| Paul Blaser | Approved | May 26, 2022, 10:19:23 AM | |
| Jessica Doherty | Approved | May 26, 2022, 11:01:26 AM | |
| Martina Schoultz | Approved | May 27, 2022, 4:22:55 PM | Approved as an agreed replacement to Greg Taylor. Headcount and salary in budget. |
| GLORIA ROGERS | Approved | May 27, 2022, 4:51:31 PM | New Hire - TCC $143k (10% IC target) |
| Aaron Saak | Approved | May 31, 2022, 1:57:11 PM | |

This approval was requested by on May 25, 2022.

Best regards,
System Administrator

Replies to this message are undeliverable and will not reach the Human Resources Department. Please do not reply.

G004428



## GILBARCO NEW EMPLOYEE INPUT FORM

**Employee Information:**

| Legal Last Name | Legal First Name | Middle Name |
|---|---|---|
| Kates | Ashley | |

| Gender | | Social Security Number | |
|---|---|---|---|
| Female | | ▉▉▉▉▉ | |

| Date of Birth (MM/DD/YYYY) | Marital Status | Citizenship |
|---|---|---|
| ▉▉▉▉ | Married | US citizen |

| Mailing Address | | Apt Number |
|---|---|---|
| ▉▉▉▉▉▉ | | |

| City | State | Zip |
|---|---|---|
| Walnut Cove | NC | 27052 |

| Cell Phone Number | | Home Phone Number |
|---|---|---|
| ▉▉▉▉ | | Na |

**Highest Level of Education Completed:**

| School Name | Degree Type Received | Date (MM/DD/YYYY) | Major |
|---|---|---|---|
| ▉▉▉▉ High School | Diploma | ▉▉2009 | NA |

**In Case of Emergency Contact:**

| Last Name | First Name | Middle Name |
|---|---|---|
| ▉▉▉ | ▉▉▉ | |

| Daytime Phone Number | | Relationship |
|---|---|---|
| ▉▉▉▉ | | Husband |

_____        6/8/2022
          *Employee Signature*                        _____
                                                              *Date*

G004446



June 1, 2022

Ashley Kates
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear Ashley:

We are delighted to offer you employment with Gilbarco Inc. (the "***Company***").  We are confident that your background and experience will allow you to make major contributions to the Company.  As we discussed, your position would be **Senior Data Solution Architect** based in Greensboro, NC, reporting to Paul Blaser, Senior Data Solutions Architect subject to periodic review.

Please allow this letter to serve as documentation of the offer extended to you.

**Start Date:**  Your start date with the Company will be: TBD

**Base Salary:**  Your base salary will be paid at the annual rate of $130,000, subject to periodic review, and payable in accordance with the Company's usual payroll practices.

**Incentive Compensation:** You are eligible to participate in the[Vontier Incentive Compensation Plan ("***ICP***") with a target bonus of 10% of your annual base salary, subject to periodic review.  Normally, ICP payments are made during the first quarter of the following calendar year. This bonus is based on a Company Financial Factor and a Personal Performance Factor which are determined each year.  Your ICP under the Vontier plan will be pro-rated for any partial year of eligibility.
CapRelo representative contact you to explain the services, assistance and benefits provided under the Relocation Policy for Vontier Corporation and its Affiliates, coordinate your relocation coverage and answer any questions that you may have.

**Benefits:**  You will be eligible to participate in all associate benefit plans that the Company has adopted or may adopt, maintain, or contribute to for the benefit of its regular exempt employees generally, subject to satisfying any applicable eligibility requirements.  You will be eligible to participate in our 401(k)-retirement plan subject to the applicable plan.

**Vacation:**  You will be eligible for 4 weeks of vacation annually, which will be accrued at a rate of 6.15 hours per pay period.  In all other respects, your vacation benefits will be subject to Company policy.

**Flex Time**: Per the current Company policy, you will be eligible for 40 hours of flex time each calendar year, which will be prorated your first year based upon start date. In all other respects, your flex time benefits will be subject to Company policy.

**Floating Holidays** You will be eligible for 2 floating holidays annually pursuant to the Gilbarco holiday policy.  These will be prorated your first year. In all other respects, your holiday benefits will be subject to Company policy.

**At-Will Employment:**  Nothing in this offer letter shall be construed as any agreement, express or implied, to employ you for any stated term.  Your employment with the Company will be on an at-will basis, which means that either you or the Company can terminate the employment relationship at any time and for any reason (or no reason), with or without notice.

G004447

**Conditions of Employment Offer:**  This offer of employment is expressly conditioned on your being legally authorized to work in the U.S. and your successful completion of a background and reference check, a pre-employment/post-offer drug screen, and your execution and return of the following documents no later than the date stated in the acknowledgment section below:

- Criminal History Questionnaire.
- NCA
- Drug Screen Authorization & Consent
- Agreement Regarding Competition/Solicitation/Disclosure and the Protection of Proprietary Interests and the terms contained therein
- Certification of the Vontier Corporation Standards of Conduct
- Certification of Compliance of Obligations to Prior Employers

We anticipate that you will make a very strong contribution to the success of the Company and believe this is an excellent professional opportunity for you.  We look forward to the opportunity to work with you as we pursue our very aggressive goals.

If there is anything we can do, please do not hesitate to contact me at paul.blaser@gilbarco.com.

Sincerely yours,

Paul Blaser
Director of Data Analytics

### Acknowledgement

Please acknowledge that you have read, understood and accept this offer of at will employment by signing and returning it to me, along with the above-referenced signed documents no later than Tuesday, June 7, 2022 and in no event after your employment start date.

Signature

Date:  6/8/2022

G004448

30.     **Under Seal.** This Agreement is executed under seal.

Agreed to by:


**Employee**                                          **The Company**


_____                      By: _Jessica Doherty_____
Employee Signature

                                                     Opco or Affiliate: _Gilbarco Veeder-Root____


Ashley Michelle Kates                                Jessica Doherty              VP of Human Resources
_____                      _____
Employee's Printed Name                              Print Name and Title


      6/8/2022                                             6/8/2022
Date: _____                         Date: _____

GEN – NCA
Rev. 10/202173733600v.373733600v.3

                                                                                 G004459

## ONE-OVER-ONE CHANGE FORM



### BASIC INFO

| | | | |
|---|---|---|---|
| Employee's Name (First Name Last Name) | **Ashley Kates** | VNT ID | **802163** |
| Operating Co. | **Invenco by GVR** | Legal Entity | **Gilbarco Inc.** |
| Change Reason | **Retention** | Location | **Greensboro, NC (Hybrid)** |
| Change Effective Date | **6-Jan-2025** | Cost Center | **9004** |

### JOB/ORG

| | Current Information | Proposed Information |
|---|---|---|
| System Title | Lead Analyst IT | Manager, Data Science & Mining |
| Business Title | Senior Data Solutions Architect | Manager, Data Solutions |
| Job Code/Pay Grade | ITIM_P18 | DTDA_M18 |
| OpCo / Revenue | | Invenco by GVR |
| Location | US - Greensboro, NC | US - Greensboro, NC (Hybrid) |
| Manager Name / Title | Deepu Reddy | Deepu Reddy |

### COMPENSATION

| | Current | Proposed | Percent & Change Amt | Structure | Compa-Ratio |
|---|---|---|---|---|---|
| Currency | **USD** | **USD** | | **USD** | |
| Annual Base Salary | **144,690** | **175,000** | 21% | **160,700** | 109% |
| STI Target | **10%** 14,469 | **15%** 26,250 | 81% | **15%** 24,105 | 109% |
| Commiss. Target | | **0** | #DIV/0! | 100/00 **0** | #DIV/0! |
| Total Cash Comp | 159,159 | 201,250 | 0% | 184,805 | 109% |

| | | Rounded to nearest $5K | | Min | Mid | Max | |
|---|---|---|---|---|---|---|---|
| Target Annual Equity Value (USD) | | | #DIV/0! | $75,000 | $90,000 | $100,000 | 0% |
| Total Direct Comp (local) | 159,159 | 201,250 | 26% | | 274,805 | | 73% |

### Special Incentive

| | Amount | Notes/Comments |
|---|---|---|
| Cash | | |
| LTI | | |

*All Long Term Incentives need to be approved by Total Rewards*

### CURR. EMPLOYEE

| | Date | Reason | Change Percent | Change Amount |
|---|---|---|---|---|
| Last Pay Increase | | | | |
| Previous Pay Increase | | | | |

| | Date | Reason | | Target Value (USD) |
|---|---|---|---|---|
| Last Equity Nomination | | | | |
| Previous Equity Nomination | | | | |

### COMMENTS & APPROVALS

| Comments (e.g. market data or peer sources, etc.) | Retention offer inclusive of 2025 merit: $175k base (21% increase), 15% STI (5% increase) = 109% compa-ratio. Ashley will continue to lead the business solution architect team. Critical retention to retain hi po talent as we further build out the future state Data & Analytics org structure supporting GVR & Invenco.  Julia Key current budget will fund the promotion (Julia left Dec 27, 2024). |
|---|---|

**Approvals**

| | Name/Job Title | Date |
|---|---|---|
| Immediate Manager | *Deepu Reddy* | 2-Jan-2025 |
| 1/1 Manager | *Elaine Kanak* | 2-Jan-2025 |
| Direct Report to President | | |
| OpCo President | | |
| Dir, Compensation | | |
| VP, Total Rewards | | |
| Director/VP/CHRO, Human Resources | *Joy Snow* | 2-Jan-2025 |
| Finance Lead | | |

G004465

CONFIDENTIAL

**EXHIBIT F - COMPARATOR RELATED FILES - Page 35**

## Singer, Melissa

| | |
|---|---|
| **From:** | Snow, Joy |
| **Sent:** | Friday, January 3, 2025 9:13 AM |
| **To:** | AskPeopleOps |
| **Subject:** | ACTION re: 13094 - 1 over 1 - Ashley Kates Retention |
| **Attachments:** | Ashley Kates_retention.xlsx |

Hi, please see retention offer approval for Ashley Kates. The verbal communication is complete. I'd like to spot check the letter before it's sent out via DocuSign.

Thx much!
Joy

---

**From:** webmaster@gilbarco.com <webmaster@gilbarco.com>
**Sent:** Friday, January 3, 2025 8:09 AM
**To:** Snow, Joy <jsnow@invenco.com>
**Subject:** 13094 - 1 over 1 - Ashley Kates Retention

The status of the form request has been changed

| Email Address | Approval Status | Date | Comment |
|---|---|---|---|
| deepu.reddy@invenco.com | Approved | Jan 2, 2025 | |
| jsnow@invenco.com | Approved | Jan 2, 2025 | approved |
| elaine.kanak@invenco.com | Approved | Jan 3, 2025 | Approved |

1

G004466

**VONTIER**

# 2023 Accelerating My Success Form for MICHELLE RUTZ

## 2023 Performance Goal Setting

**My Critical Few**

Completed

**Fueling Solutions**
**\*Support AMO through various AMO projects including Entytle,**
**E-Commerce, and Business Process Mapping.**
**\* Support FPP simplification by providing data consulting as**
**requested.**

### Goal Details

| My Goal | Fueling Solutions *Support AMO through various AMO projects including Entytle, E-Commerce, and Business Process Mapping. * Support FPP simplification by providing data consulting as requested. | Start | 01/01/2023 |
|---|---|---|---|
| Due | 12/31/2023 | My Impact to Date | |
| Catch-Up Discussion Comments | 1. MICHELLE RUTZ 12/27/2023 Worked with Entytle to get the data into stored procedures and output over to their group for consumption. 2. MICHELLE RUTZ 05/15/2023 Collaborative | | |

**My Critical Few**

On Track

**Retail Solutions**
**\* Support the Retail Solution strategy on various projects**
**through data consultation.**
**\* Support the Invenco integration through data consultation.**

Supporting Retail Solutions initiatives in the IOT DataMart with Customer and Site Data delineation.

### Goal Details

CONFIDENTIAL

G004884

| My Goal | Retail Solutions<br>* Support the Retail Solution strategy on various projects through data consultation.<br>* Support the Invenco integration through data consultation. | Start | 01/01/2023 |
|---|---|---|---|
| Due | 12/31/2023 | My Impact to Date | Supporting Retail Solutions initiatives in the IOT DataMart with Customer and Site Data delineation. |
| Catch-Up Discussion Comments | 1. MICHELLE RUTZ<br>05/15/2023<br>Customer Driven focus. | | |

---

**My Critical Few**

Completed

## International
## * Support various international strategic initiatives.

Supporting International initiatives by bringing on ERP data from Germany and India.

### Goal Details

| My Goal | International<br>* Support various international strategic initiatives. | Start | 01/01/2023 |
|---|---|---|---|
| Due | 12/31/2023 | My Impact to Date | Supporting International initiatives by bringing on ERP data from Germany and India. |
| Catch-Up Discussion Comments | 1. MICHELLE RUTZ<br>12/27/2023<br>Supported International strategies by ensuring the data for all regions is in the Data lake and is readily available for consumption usage.<br>2. MICHELLE RUTZ<br>05/15/2023<br>Accountability. | | |

---

**My Critical Few**

Completed

## Active listening and patience for questions.
## To become a better listener and remember my questions without interrupting others.

### Goal Details

| My Goal | Active listening and patience for questions. | Start | 01/01/2023 |
|---|---|---|---|

CONFIDENTIAL

G004885

To become a better listener and remember my questions without interrupting others.

| Due | 12/31/2023 | My Impact to Date |
| --- | --- | --- |
| Catch-Up Discussion Comments | 1. MICHELLE RUTZ 12/27/2023 Supported communication and collaboration with the Consumption team and setting expectations for group processes. Became more of an active listener. | |

## Q1 Employee Comments

| I'm Trending Toward | Leading Contributor |
| --- | --- |
| Briefly describe any additional contributions you made, outside of your goals, that you want your leader to know about: | I'm currently taking a Reality-Based Leadership training course by Cy Wakeman and am so excited to start using the tools I'm currently learning. |
| What I need from my leader to accelerate my success: | may need an extension of this certification after the initial trial..... we will see how this progresses. |

## Q1 Leader Catch-Up Results

CONFIDENTIAL

G004886

| | |
|---|---|
| Trending Toward | Leading Contributor |

Demonstrated V-Core
Behaviors

☑ Collaborative

☑ Inclusive

☑ Accountable

☐ Customer Driven

☐ Champion of VBS

☑ Self-Aware

☐ Pioneering

☑ Agile

| | |
|---|---|
| Shout-out Recognition / Feedback: | Michell is a leader without a doubt. She can make people listen seemingly without effort. I appreciate the combination of people skills and coding abilities. I feel comfortable giving her a task or series of tasks she can complete by herself or with assistance from her teammates. |
| Opportunities for Growth: | based on our discussions Michelle wants to manage her own team. I think this is possible as we continue to build our capabilities and the team. we just need to keep delivering value that can be felt by the business and observed by leadership. |

## Q2 Employee Comments

| | |
|---|---|
| I'm Trending Toward | Select one... |
| Briefly describe any additional contributions you made, outside of your goals, that you want your leader to know about: | |
| What I need from my leader to accelerate my success: | |

CONFIDENTIAL                                                    G004887

CONFIDENTIAL

**EXHIBIT F - COMPARATOR RELATED FILES - Page 40**

| | |
|---|---|
| **From:** | Vontier Human Resources |
| **To:** | Weidner, Christine |
| **Subject:** | [EXTERNAL] Offer Approval Decision (Michelle Rutz / GIL009060-Data Analyst Tech Lead) |
| **Date:** | Tuesday, October 25, 2022 2:51:59 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

An event has occurred in the approval path of the offer prepared for candidate Michelle Rutz related to requisition GIL009060 - Data Analyst Tech Lead.

Approver     Aaron Saak

Department

Decision     Tina Richardson Approved on behalf of Aaron Saak

**Approval Path**

| Approver | Decision | Date and Time | Comments |
|---|---|---|---|
| Paul Blaser | Approved | Oct 21, 2022, 3:20:52 PM | |
| Emily Heuser | Approved | Oct 24, 2022, 6:57:00 AM | |
| Martina Schoultz | Approved | Oct 24, 2022, 10:41:57 AM | Approved as a planned long-term contractor conversion. The conversion will have a positive P&L impact already in Q4/2022 and is assumed in our forecast. |
| Eric Silvin | Approved | Oct 24, 2022, 11:05:40 AM | |
| Tina Richardson | Approved on behalf of Aaron Saak | Oct 25, 2022, 1:51:52 PM | |

This approval was requested by on October 20, 2022.

Best regards,

**EXHIBIT F - COMPARATOR RELATED FILES - Page 40**

G004586

# ONE-OVER-ONE CHANGE FORM



| BASIC INFO | | | | |
|---|---|---|---|---|
| Employee's Name (First Name Last Name) | **Michelle Rutz** | | VNT ID | |
| Operating Co. | **GilbarcoVeederRoot** | | Legal Entity | **Gilbarco, Inc.** |
| Change Reason | **New Hire** | | Location | **Remote** |
| Change Effective Date | **7-Nov-2022** | Cost Center  9007 | | |

**JOB/ORG**

| | Current Information | Proposed Information | |
|---|---|---|---|
| System Title | | Sr Analyst, Applications System Programming/Development | |
| Business Title | Teksystems Contractor | Data Analyst Tech Lead | |
| Job Code/Pay Grade | | ITBA_P17 | 12 |
| OpCo / Revenue | | GilbarcoVeederRoot | |
| Location | | Gilbarco - Greensboro | |
| Manager Name / Title | | Raul Posada, Manager, Data Analytics | |

**COMPENSATION**

| | Expected Comp | Proposed | Percent & Change Amt | Structure | Compa-Ratio |
|---|---|---|---|---|---|
| Currency | **USD** | USD | | USD | |
| Annual Base Salary | **115,000** | **120,000** | 4% | 118,000 | 102% |
| STI Target | | 10%  12,000 | #VALUE! | 10%  11,800 | 102% |
| Commiss. Target | | 0 | #DIV/0! | 100/00  0 | #DIV/0! |
| Total Cash Comp | 115,000 | 132,000 | 0% | 129,800 | 102% |

| | | Rounded to nearest $5K | | Min | Mid | Max | |
|---|---|---|---|---|---|---|---|
| Target Annual Equity Value (USD) | | | #DIV/0! | $0 | $0 | $0 | #DIV/0! |
| Total Direct Comp (local) | #VALUE! | 132,000 | #VALUE! | 129,800 | | | 102% |

**Special Incentive**

| | Amount | Notes/Comments |
|---|---|---|
| Cash | | |
| LTI | | |

*All Long Term Incentives need to be approved by Total Rewards*

**CURR. EMPLOYEE**

| | Date | Reason | Change Percent | Change Amount |
|---|---|---|---|---|
| Last Pay Increase | | | | |
| Previous Pay Increase | | | | |
| | Date | Reason | | Target Value (USD) |
| Last Equity Nomination | | | | |
| Previous Equity Nomination | | | | |

**COMMENTS & APPROVALS**

| Comments (e.g. market data or peer sources, etc.) | GIL009060 Finance approve to convert contractor for cost savings.  Please approve offer to Michelle Rutz. |
|---|---|

| **Approvals** | Name/Job Title | Date |
|---|---|---|
| Immediate Manager | Paul Blazer, Director, Data Analytics | |
| 1/1 Manager | Martina Schoultz-Lindqvist, CIO | |
| Direct Report to President | | |
| OpCo President | Aaron Saak, President GVR | |
| Dir, Compensation | | |
| VP, Total Rewards | | |
| Director/VP/CHRO, Human Resources | Emily Heuser, Director HR Global Functions | |

## Affirmative Action Questionnaire

The federal government under Executive Order 11246 requires the company to report sex and race/ethnic origin of applicants for employment. Applicants are considered for all positions without regard to race, color, religion, gender, national origin, age, marital or veteran status, or the presence of a non-job related medical condition or disability. ***The information requested below is voluntary***; failure to provide it will not jeopardize or adversely affect consideration of your employment. Your cooperation is appreciated. The information obtained will be kept confidential and may only be used in accordance with applicable laws. When data is reported, it will not identify any specific individual.

Print Name: <u>Rutz</u>　　　<u>Michelle</u>　　　<u>D</u>　　　Date: <u>10/27/2022</u>
　　　　　　　　Last　　　　　　First　　　　　M.I

Position Sought: <u>Data Analyst Tech Lead</u>

Birth Date: <u>Nov　　　25　　　1974</u>
　　　　　　　　Month　　　Day　　　Year

**GENDER**: Please *check one*:

☐ **Male**
☒ **Female**

**ETHNIC GROUP**: Please *check one*:

☐ **Hispanic/Latino** — All persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race (if you have selected this category, it is not necessary to select from the racial groups found below).

☒ **Non Hispanic/Latino** — (if this is checked, please select from the racial groups below)

**RACIAL GROUPS:** If Non-Hispanic/Latino was selected above; please *check one*:

☐ **American Indian/Alaskan Native** — All persons having origins in any of the original peoples of North or South America, and who maintain cultural identification through tribal affiliation or community attachment.

☐ **Asian** — All persons having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian Subcontinent, including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

☐ **Black/African American**- All persons having origins in any of the Black racial groups of Africa.

☐ **Native Hawaiian/Other Pacific Islander** — any persons having origins in any of the peoples of Hawaii, Guam, Samoa, or other Pacific Islands.

☒ **White** — all persons having origins in any of the original people of Europe, North Africa, or the Middle East.

☐ **Two or More Races** — all persons who identify with more than one of the above races.

**VETERANS** (a veteran of the US military, ground, naval or air service): *Please check all that apply*:

☐ **Disabled Veteran** — (i) A veteran who is entitled to compensation (or who but for the receipt of military retire pay would be entitled to compensation) under laws administered by the Secretary of Veterans Affairs, or (ii) a person who was discharged or released from active duty because of a service-connected disability.

☐ **Other Protected Veteran** — A veteran who served on active duty during a war or in a campaign or expedition for which a campaign badge has been authorized.

☐ **Armed Forces Service Medal Veteran** — A veteran who, participated in a U.S. military operation for which an Armed Forces service medal was awarded pursuant to Executive Order 12985.

☐ **Recently Separated Veteran** — A veteran during the three-year period beginning on the date of such veteran's discharge or release from active duty. **Most Recent Discharge/Release Date**: _____

G004589



# CERTIFICATION OF COMPLIANCE OFOBLIGATIONS TO PRIOR EMPLOYERS

I HEREBY CERTIFY THE FOLLOWING:

1.   I will not disclose to Gilbarco, Inc (the "Company") or use in my work at the Company, any confidential information and/or trade secrets belonging to others, including my prior employers.

2.   I have returned to my prior employer all hard copies of and electronic versions of confidential information of my prior employer and have not copied, downloaded, removed or e-mailed to myself improperly any confidential information belonging to my prior employer.

3.   I am not subject to any restrictive covenants or obligations that would prevent me from fully performing my duties for the Company.

4.   I will immediately inform my Supervisor at the Company and its designated legal representative, if any, in writing if I am asked to reveal any confidential information belonging to others.

5.   I have not retained any confidential information, records or documents in hard copies or an electronic format from a prior employer.

6.   I am being hired for my general skills and knowledge in the industry rather than any confidential or proprietary information that I may have had access to or possessed prior to my relationship with the Company. I have been expressly told by the Company that it is not hiring me for any confidential information I may possess and that it does not want me to reveal any confidential information belonging to others.

7.   I have been instructed by the Company to consult with my personal attorney before accepting employment with the Company and cannot rely upon any information provided to me by the Company or its counsel regarding any obligations I may owe to any prior employer.

8.   I understand that I may be subject to discipline, including termination of my employment with the Company, if I have falsely certified the information herein or do not follow the certifications I have made herein.

_Michelle Rutz_
_____
Signature

Michelle Rutz
_____
Printed Name

10/27/2022
_____
Date

DocuSign Envelope ID: 97A45922-CAAB-4CAA-B96F-A72D196828R8  CONFIDENTIAL

Case 2:24-cv-12333-GAD-APP   ECF No. 110-8, PageID.2297   Filed 03/24/26   Page 44 of 70
**EXHIBIT F - COMPARATOR RELATED FILES - Page 44**

![Gilbarco Veeder-Root logo]

## GILBARCO NEW EMPLOYEE INPUT FORM

**Employee Information:**

| Legal Last Name | Legal First Name | Middle Name |
|---|---|---|
| Rutz | Michelle | Dawn |

| Gender | | Social Security Number | |
|---|---|---|---|
| Female | | ▮▮▮▮▮▮ | |

| Date of Birth (MM/DD/YYYY) | Marital Status | Citizenship |
|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | US Citizen |

| Mailing Address | | Apt Number | |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

| City | State | Zip |
|---|---|---|
| Yukon | OK | 73099 |

| Cell Phone Number | | Home Phone Number | |
|---|---|---|---|
| ▮▮▮▮ | | ▮▮▮▮ | |

**Highest Level of Education Completed:**

| School Name | Degree Type Received | Date (MM/DD/YYYY) | Major |
|---|---|---|---|
| ▮▮▮▮▮▮ | | ▮▮ 2012 | Computer Science |

**In Case of Emergency Contact:**

| Last Name | First Name | Middle Name |
|---|---|---|
| ▮▮▮▮▮▮ | | |

| Daytime Phone Number | | Relationship | |
|---|---|---|---|
| ▮▮▮▮ | | ▮▮▮▮ | |

_Michelle Rutz_                                      10/27/2022
_____                _____
Employee Signature                                          Date

G004600



October 27, 2022

Michelle Rutz
michelle.rutz@gilbarco.com


Dear Michelle:

We are delighted to offer you employment with Gilbarco Inc. (the "**Company**").  We are confident that your background and experience will allow you to make major contributions to the Company.  As we discussed, your position would be **Data Analyst Tech Lead** based in North Carolina, reporting to Paul Blaser, Director, Data Analytics subject to periodic review.

Please allow this letter to serve as documentation of the offer extended to you.

**Start Date:**  Your start date with the Company will be: November 7, 2022.

**Base Salary:**  Your base salary will be paid at the annual rate of **$120,000,** subject to periodic review, and payable in accordance with the Company's usual payroll practices.

**Incentive Compensation:** You are eligible to participate in the Vontier Incentive Compensation Plan ("**ICP**") with a target bonus of 10% of your annual base salary, subject to periodic review, beginning on January 1, 2023.  Normally, ICP payments are made during the first quarter of the following calendar year. This bonus is based on a Company Financial Factor and a Personal Performance Factor which are determined each year.

**Benefits:**  You will be eligible to participate in all associate benefit plans that the Company has adopted or may adopt, maintain, or contribute to for the benefit of its regular exempt employees generally, subject to satisfying any applicable eligibility requirements.  You will be eligible to participate in our 401(k)-retirement plan subject to the applicable plan.

**Vacation:**  You will be eligible for 3 weeks of vacation annually, which will be prorated for your first year based on your Start Date.  In all other respects, your vacation benefits will be subject to Company policy.

**Flex Time**: Per the current Company policy, you will be eligible for 40 hours of flex time each calendar year, which will be prorated your first year based upon start date. In all other respects, your flex time benefits will be subject to Company policy.

**Floating Holidays** You will be eligible for Amount floating holidays annually pursuant to the Gilbarco holiday policy.  These will be prorated your first year. In all other respects, your holiday benefits will be subject to Company policy.

**At-Will Employment:**  Nothing in this offer letter shall be construed as any agreement, express or implied, to employ you for any stated term.  Your employment with the Company will be on an at-will basis, which means that either you or the Company can terminate the employment relationship at any time and for any reason (or no reason), with or without notice.

**Conditions of Employment Offer:**  This offer of employment is expressly conditioned on your being legally authorized to work in the U.S. and your successful completion of a background and reference

G004601

DocuSign Envelope ID: 97A45922-CAAB-4CAA-B96F-A72D185838R8 CONFIDENTIAL

check, a pre-employment/post-offer drug screen, and your execution and return of the following documents no later than the date stated in the acknowledgment section below:

- Criminal History Questionnaire.
- NCA
- Drug Screen Authorization & Consent
- Agreement Regarding Competition/Solicitation/Disclosure and the Protection of Proprietary Interests and the terms contained therein
- Certification of the Vontier Corporation Standards of Conduct
- Certification of Compliance of Obligations to Prior Employers

Thank you for considering our offer.  We anticipate that you will make a very strong contribution to the success of the Company and believe this is an excellent professional opportunity for you.  We look forward to the opportunity to work with you as we pursue our very aggressive goals.

If there is anything we can do, please do not hesitate to contact me at paul,blaser@gilbarco.com


Sincerely yours,


Paul Blaser
Director, Data Analytics


### Acknowledgement

Please acknowledge that you have read, understood, and accept this offer of at will employment by signing and returning it to me, along with the above-referenced signed documents no later than Monday, October 31, 2022 and in no event after your employment start date.


_Michelle Rutz_
Signature

Date:  10/27/2022

G004602

## ONE-OVER-ONE CHANGE FORM

**VONTIER**

### BASIC INFO

| | |
|---|---|
| (First Name Last Name) | **Michelle Rutz** |
| Operating Co. | **GilbarcoVeederRoot** |
| Change Reason | **Recognition** |
| Change Effective Date | **18-Sep-2023** |

Cost Center 9700

**Invenco by GVR**

**Greensboro**

### JOB/ORG

| | Current Information | Proposed Information | |
|---|---|---|---|
| System Title | Sr Manager, Applications System Programming/Developmen | Sr Supervisor, IT Systems Analysis | |
| Business Title | Data Analyst Tech Lead | Data Analyst Tech Lead | |
| Job Code/Pay Grade | ITBA_M19 | ITBS_M17 | 12 |
| OpCo / Revenue | GilbarcoVeederRoot | GilbarcoVeederRoot | |
| Location | Gilbarco-Greensboro | Remote | |
| Manager Name / Title | Raul Posada Melara | Raul Posada Melara | |

### COMPENSATION

| | Current | | Proposed | | Structure | | Compa-Ratio |
|---|---|---|---|---|---|---|---|
| Currency | USD | | USD | | USD | | |
| Annual Base Salary | 120,000 | | 130,000 | | 118,000 | | 110% |
| STI Target | 10% | 12,000 | 10% | 13,000 | 10% | 11,800 | 110% |
| Commiss. Target | | 0 | | 0 | 100/00 | 0 | #DIV/0! |
| Total Cash Comp | 132,000 | | 143,000 | | 129,800 | | 110% |

| | | Rounded to nearest $5K | Min | Mid | Max | |
|---|---|---|---|---|---|---|
| al Equity Value (USD) | $0 | $0 | # | $0 | $0 | #DIV/0! |
| al Direct Comp (local) | 132,000 | 143,000 | | 129,800 | | 110% |

* See "Other Allowance" tab for more information

### Special Incentive

| | Amount |
|---|---|
| Cash | |
| LTI | |

*All Long Term Incentives need to be approved by Total Rewards*

### CURR. EMPLOYEE

| | Date | Reason | Change Percent | Change Amount |
|---|---|---|---|---|
| Last Pay Increase | | | | |
| Previous Pay Increase | | | | |

| | Date | Reason | | Target Value (USD) |
|---|---|---|---|---|
| Last Equity Nomination | | | | |
| Previous Equity Nomination | | | | |

### COMMENTS & APPROVALS

Comments (e.g. market data or peer sources, etc.): After this increase is given, no merit consideration should be given for year end. This is for retention of key talent who has not received an increase. Also, her title was incorrect in GCF and it needs to be updated.

#### Approvals

| | Name/Job Title | Date |
|---|---|---|
| Immediate Manager | Raul Posada Melara | 14-Sep-2023 |
| 1/1 Manager | Paul Blaser | 14-Sep-2023 |
| Direct Report to President | | |
| OpCo President | | |
| Dir, Compensation | | |
| VP, Total Rewards | | |
| Director/VP/CHRO, Human Resources | Emily Heuser | 14-Sep-2023 |
| | | |
| | | |
| | | |

G004616

DocuSign Envelope ID: 86EC75E6-2F6B-4625-9D76-BA05FBDD90AF CONFIDENTIAL



September 26, 2023

Michelle Rutz
Michelle.rutz@gilbarco.com

Dear Michelle:

We are pleased to offer this internal opportunity with Gilbarco Veeder-Root  (the "**Company**"). As we discussed, your position of "**Data Analyst, Tech Lead**" will remain the same. You will continue to report to **Raul Posada Melara, Data Analytics Manager**

Please allow this letter to serve as documentation of the offer extended to you.

**Start Date:**  Your start date with your new compensation will be **September 18, 2023** (the "*Start Date*"). The Company will continue to recognize your original service date as recognized by the Company for benefits eligibility purposes, except where doing so would result in a duplication of benefits.

**Location:**  Your work location will be **remotely** based in **Oklahoma**.

**Base Salary:**  Your base salary will be paid at the annual rate of **$130,000**, subject to periodic review, and payable in accordance with the Company's usual payroll practices.

**Merit Review:** This increase is **inclusive of the 2024 merit reward**. You will be eligible for a merit again in April 2025.

**Benefits/Vacation:** Your benefits options/package will not be impacted by this change in assignment. You remain eligible for annual vacation benefits pursuant to the Company's vacation policy.

**Incentive Compensation:**  You will continue to be eligible to participate in the Vontier Incentive Compensation Plan ("ICP") with a target bonus of **10%** of your annual base salary, subject to periodic review.  Normally, ICP payments are made during the first quarter of the following calendar year. This bonus is based on a Company Financial Factor and a Personal Performance Factor which are determined each year. Your ICP under the Vontier plan will be pro-rated for any partial year of eligibility.

 **At-Will Employment:**  Nothing in this offer letter shall be construed as any agreement, express or implied, to employ you for any stated term.  Your employment with the Company will be on an at-will basis, which means that either you or the Company can terminate the employment relationship at any time and for any reason (or no reason), with or without notice.

G004617

CONFIDENTIAL

File 021031
Emplid 503105



**NEW HIRE DATA**

| Social Security Number: | | | | |
|---|---|---|---|---|
| ███████████ | | | | |
| Last Name: Furey | First Name: Julia | Preferred Name: | | Middle Initial: A |
| Address: ███████████ | | | | |
| City: ███████████ | State: ☒ NC | Zip Code: 27265 | Phone: ███████████ | |
| Birthdate: ███████ | Country of Citizenship: USA | Sex: Female | Race: White | |
| Marital Status: Divorced | | | | |
| Spouse Name: | | Spouse Phone: | | |
| Spouse Birthdate: | | Spouse Social Security #: | | |
| Emergency Contact: ███████ | | Relationship: ███████ | | |
| Emergency Phone: ███████ | | | | |

Veteran Status: X Not a Vet / Other ____ Korean War ____ Vietnam Era ____ World War II

| University/College ███████ | Major: CTIS | Degree: BS | Last Year Attended: 2017 |
|---|---|---|---|
| University/College | Major: | Degree: | Last Year Attended: |
| High School/GED ███████ High School | | | Last Year Attended: 2006 |

*I have completed and reviewed the above information and to the best of my knowledge I believe this information to be correct.*

_~~Julia A. Furey~~_
Employee Signature

3/19/19
Date

G004574

 **GILBARCO VEEDER-ROOT**

**NEW HIRE DATA**

| Social Security Number: ███████ | | | |
|---|---|---|---|
| Last Name: Furey | First Name: Julia | Preferred Name: Julia | Middle Initial: A. |
| Address: ███████ | | | |
| City: ███████ | State: NC | Zip Code: ███████ | Phone: ███████ |
| Birthdate: ███████ | Country of Citizenship: U.S. | Sex: Female | Race: Caucasian |
| Marital Status: ███████ | | | |
| Spouse Name: | | Spouse Phone: | |
| Spouse Birthdate: | | Spouse Social Security #: | |
| Emergency Contact: ███████ | | Relationship: ███████ | |
| Emergency Phone: ███████ | | | |

Veteran Status:    X  Not a Vet        ___ Korean War     ___ Vietnam Era
                      Other             ___ World War II

| University/College ███████ | Major: CTIS | Degree: | Last Year Attended: 2017 |
|---|---|---|---|
| University/College ███████ | Major: | Degree: | Last Year Attended: 2009 |
| High School/GED ███████ | High School | | Last Year Attended: 2006 |

*I have completed and reviewed the above information and to the best of my knowledge I believe this information to be correct.*

_Julia A. Furey_                                                    4/28/17
Employee Signature                                                  Date

G004578

# Rosanna Hurst

## CAREER SUMMARY

- Executive Global Business Leader with 20+ years of focused experience in operations, business development, and strategic planning through strong employee and client partnerships, resulting in multi-million-dollar revenue increases

- Initiated the engagement and onboarding efforts of state and federal to expand the company footprint with new organizations by delivering all the proposals, securing partnerships with 40 new clients, including the US Postal Service, Syngenta, and Bayer

- Develop global roadmap and led a regionally matrixed team of 7 direct and 230 indirect Directors and Program and Project Managers to launch 23 different programs in 14 countries by coordinating various workstreams and projects, generating $100M+ in revenue

- Collaborated with Senior Leadership, CIOs and the IT teams to restructure the operating model for 4 programs and projects, including business process management, analytics, artificial/business intelligence, and mobile apps with deployments in 14 countries, enabling real-time claim status, call center service reductions, and $150M+ in short-term profitability growth

- Oversaw a Postal Account team of HP Leadership and 500+ employees and the Project Management Office to execute projects for 3 different clients, including NASA, ATF, and Postal Service, by establishing policies and organizational goals, leading to achieving substantial ROIs at $100M+ collectively

- Partnered with Cisco to implement wireless access points and controllers for mail movement facilities, accelerating business growth and leading to expanding the LANs team from 5 to 50+ wireless LAN Engineers

## CORE COMPETENCIES

- Strategic Business Development Initiatives
- Account Management
- Leadership & Mentorship
- Training & Development
- High-Level Negotiation
- Global, Cross-Functional, & Executive Collaboration
- Goal Management / Attainment
- Revenue Growth & Strategy
- Infrastructure & Telecommunications
- Relationship Building
- Reporting & Analysis
- Program & Project Management
- Multi-Lingual Professional
- Talent Management

## PROFESSIONAL WORK EXPERIENCE

### LIFESCALE ANALYTICS INC.
#### Associate Vice President                                          2020 – 2021

- Directly managed a team of 2 people while indirectly overseeing Data Scientists for a startup company, executing competitive services and solutions for analytics, big data, geospatial, artificial intelligence, and business intelligence, resulting in building out the sales pipeline and exponentially growing the revenue from $4M to $12M

- Successfully provided strategic direction and data-driven solutions by leveraging business acumen, experience, and expertise to standardize and establish new processes, ensuring continuous improvements and influencing business cohesion

- Initiated the engagement and onboarding efforts of state and federal to expand the company footprint with new organizations by delivering all the proposals, securing partnerships with 40 new clients, including USDA and Duns and Bradstreet

- Analyzed and presented daily market trends, talent acquisition strategies, financial goals, and sales strategy planning to the CEO and the business partners, influencing the decision-making process for acquiring new business opportunities

- Pioneered the discovery initiative for client engagements, meeting with prospective clients for 4-8 hours to extensively understand their business needs, enabling tailored proposals with proper solutions for clients

- Proposed implementations to manage the financial services' sales goal and metrics across the organization, achieving 100% buy-in from the President and CEO

### METLIFE
#### Global Technology & Operations (GTO) Director                    2015 – 2019

- Led a regionally matrixed team of 7 direct and 230 indirect Directors and Program and Project Managers to launch 23 different programs in 14 countries by coordinating various workstreams and projects, generating $100M+ in revenue

- Collaborated with Senior Leadership and the IT teams to restructure the operating model for 4 programs and projects, including business process management, analytics, artificial/business intelligence, and mobile apps with deployments in 14 countries, enabling real-time claim status, call center service reductions, and $150M+ in short-term profitability growth

- Facilitated weekly meetings with all the global CIOs and Senior Vice Presidents to manage the global claims portfolio, new business, and underwriting, driving the strategic direction and priorities for the global Claims and Digital Agency Model Office

- Spearheaded a 1-hour risk management meeting for all stakeholders to collaborate on the risk mitigation, timelines, and costs for all 4 business programs, increasing transparency and providing collaborative efforts for resolutions

CONFIDENTIAL                                                                        G004753

EXHIBIT F - COMPARATOR RELATED FILES - Page 52

- Selected and mentored a Financial team, developing metrics to present and train on financial management during monthly meetings, successfully growing the team members and maintaining budgets

# EDS / HEWLETT PACKARD

### HPES PMO & Deputy Account Manager                                                    2014 – 2015

- Oversaw a Postal Account team of HP Leadership and 500+ employees and the Project Management Office to execute projects for 3 different clients, including NASA, ATF, and Postal Service, by establishing policies and organizational goals, leading to achieving substantial ROIs at $100M+ collectively
- Fostered strong employee relationships to boost morale and performance, resulting in new business and significant expansion of contract annuity with extensions increasing from 4 years to 8 years

### HPES Account Operations & Infrastructure Manager                                      2011 – 2014

- Managed the Operations and Infrastructure teams across 2 different organizations, leading the business planning process, implementing business, organizational and technology strategies, and building integrated business and engineering systems and products, resulting in achieving customer and organizational objectives

### HPES Account Delivery & Operations Manager                                            2009 – 2011

- Directed the Tier 2 & 3 Operations team to deliver SME application and network infrastructure support for the USPS NetOps Portfolio, ensuring attainment of organizational goals and contractual commitments
- Coached, managed, and mentored the Wireless, LAN, Software, and Network Engineering teams, utilizing the FPR process, leading to an increase in team performance
- Partnered with Cisco to implement wireless access points and controllers for mail movement facilities, accelerating business growth and leading to expanding the LANs team from 5 to 50+ wireless LAN Engineers

### HPES Account Operations & Information Security Account Manager                         2005 – 2009

- Led the Tier 3 Operations and Telecom Services team with upwards of 200 employees, creating innovative projects and executing Project Management, Wireless/LAN Engineering, Network, Infrastructure, Application, Software Engineering, and Technical Writing support, supporting 2 critical applications, the Surface Air Mail System and Surface Visibility

# ADDITIONAL EXPERIENCE

# EDS / HEWLETT PACKARD

### HPES Security and Operations Account Manager
### HPES Senior Business Analyst / Project Manager

# GLAXOWELLCOME

### Global Communication Specialist / Project Manager

# IBM

### Program / Project Manager

# NORTHERN TELECOM

### Project Manager, Materials Engineering SYS Coordinator
### NPI Engineering Analyst S8000-S2000 / Project Management
### Project Manager, Operations Specialist
### Customer Service Specialist / Project Management

# EDUCATION, CERTIFICATIONS, & AFFILIATIONS

███████████████████  *BA, Spanish History/Literature*

**SCALED AGILE INC –** *Safe Agilist Certification*

**PROJECT MANAGEMENT INSTITUTE MEMBER**

**NORTH CAROLINA TECHNOLOGY ASSOCIATION (NCTA) MEMBER**

**NATIONAL ASSOCIATION OF PROFESSIONAL WOMEN**
EXHIBIT F - COMPARATOR RELATED FILES - Page 52

CONFIDENTIAL                                                                  G004754



August 2, 2021


Rosanna Hurst
Raleigh, NC

Dear Rosanna:

We are delighted to offer you employment with Gilbarco Inc. (the "***Company***").  We are confident that your background and experience will allow you to make major contributions to the Company.  As we discussed, your position would be **Director, IT Program Management** based in Raleigh, NC, reporting to Martina Schoultz, Gilbarco CIO subject to periodic review.

Please allow this letter to serve as documentation of the offer extended to you.

**Start Date:**  Your start date with the Company will be: August 9, 2021

**Base Salary:**  Your base salary will be paid at the annual rate of $185,000 subject to periodic review, and payable in accordance with the Company's usual payroll practices.

**Incentive Compensation:** You are eligible to participate in the [Vontier] Incentive Compensation Plan ("***ICP***") with a target bonus of 20% of your annual base salary, subject to periodic review.  Normally, ICP payments are made during the first quarter of the following calendar year. This bonus is based on a Company Financial Factor and a Personal Performance Factor which are determined each year.  Your ICP under the Vontier plan will be pro-rated for any partial year of eligibility.

Any equity awards will be solely governed by the terms and conditions set forth in the Vontier 2020 Stock Incentive Plan and in the particular form of award agreement required to be signed with respect to each award. The Company cannot guarantee that any equity granted to you will ultimately have any particular value or any value.

**Benefits:**  You will be eligible to participate in all associate benefit plans that the Company has adopted or may adopt, maintain, or contribute to for the benefit of its regular exempt employees generally, subject to satisfying any applicable eligibility requirements.  You will be eligible to participate in our 401(k)-retirement plan subject to the applicable plan.

**Vacation:**  You will be eligible for 3 weeks of vacation annually, which will be accrued at a rate of 4.62 hours per pay period.  In all other respects, your vacation benefits will be subject to Company policy.

**Undesignated Floating Holidays**: Per the current Company policy, you will be eligible for 2 float day(s) based on the following schedule in year one of hire/transfer.  In subsequent years, you will be eligible for float days according to Company policy.

> Hire in Q1: 2 days
> Hire in Q2: 1 days
> Hire in Q3: 0 day

**At-Will Employment:**  Nothing in this offer letter shall be construed as any agreement, express or implied, to employ you for any stated term.  Your employment with the Company will be on an at-will

G004673

basis, which means that either you or the Company can terminate the employment relationship at any time and for any reason (or no reason), with or without notice.

**Conditions of Employment Offer:**  This offer of employment is expressly conditioned on your being legally authorized to work in the U.S. and your successful completion of a background and reference check, a pre-employment/post-offer drug screen, and your execution and return of the following documents no later than the date stated in the acknowledgment section below:

- Criminal History Questionnaire.
- NCA
- Drug Screen Authorization & Consent
- Agreement Regarding Competition/Solicitation/Disclosure and the Protection of Proprietary Interests and the terms contained therein
- Certification of the Vontier Corporation Standards of Conduct
- Certification of Compliance of Obligations to Prior Employers

We anticipate that you will make a very strong contribution to the success of the Company and believe this is an excellent professional opportunity for you.  We look forward to the opportunity to work with you as we pursue our very aggressive goals.

Sincerely yours,

Dina Zimmerman
Vice President of Global HR

## Acknowledgement

Please acknowledge that you have read, understood and accept this offer of at will employment by signing and returning it to me, along with the above-referenced signed documents no later than Thursday, August 5, 2021 and in no event after your employment start date.

_Rosanna Hurst_
Signature

Date:  8/3/2021

G004674

CONFIDENTIAL

**EXHIBIT F - COMPARATOR RELATED FILES - Page 55**

# ONE-OVER-ONE CHANGE FORM



This form is to be used for documenting employee changes that require either OpCo Leadership or Vontier-level approval; OpCos, at their discretion, may elect to use this form to document changes outside Vontier requirements

## BASIC INFO

| | |
|---|---|
| Employee's Name (First Name Last Name) | Rosanna Hurst |
| Operating Co. | Gilbarco Corporation |
| Change Reason | New Hire |
| Change Effective Date | 9-Aug-2021 |
| Cost Center | 5002 |
| VNT ID | GIL007779 |
| Location | Raleigh, NC office |

## JOB/ORG

| | Current | Proposed Information |
|---|---|---|
| Job Title/Pay Grade (Band) | Associate Vice President | Director, IT Program Management Office |
| OpCo / Revenue | LifeScale Analytics | GVR - Gilbarco Corporation |
| Location | Raleigh, NC | Raleigh, NC |
| Manager Name / Title | | Martina Schoultz, Gilbarco, CIO |

## COMPENSATION

FX Effective Date: 12/2020

| | Expected Comp* | | Proposed | | Percent & Change Amt | Market | | Compa-Ratio to Mkt |
|---|---|---|---|---|---|---|---|---|
| Currency | US DOLLAR | | US DOLLAR | | - | US DOLLAR | | - |
| Annual Base Salary | 184,720 | | 185,000 | | 0.2% $280 | 184,720 | | 100% |
| ICP/Bonus Target | 20.0% | 36,944 | 20.0% | 37,000 | 0.2% $56 | 20% | 36,944 | 100% |
| Commiss. Target | 100/00 | 0 | 100/00 | 0 | $0 | 100/00 | 0 | |
| Total Cash Comp | | 221,664 | | 222,000 | 0.2% $336 | | 221,664 | 100% |

| | Expected | Proposed | Percent & Change Amt | Market | Compa-Ratio to Mkt |
|---|---|---|---|---|---|
| Target Annual Equity Value (USD) | | | | | |
| Stock Option/RSU Split | | | - | - | - |
| Vesting Schedule | | | - | - | - |
| | | | - | | |
| Next Nomin. Period | - | | - | - | - |
| Total Direct Comp (local) | 221,664 | 222,000 | 0.2% $336 | 221,664 | 100% |

| | | | |
|---|---|---|---|
| Company Car | | | |
| Expat Recurring Mobility Allowances* | | 0 | |
| Expat Non-Recurring Allowances* | | 0 | |
| Guaranteed Cash | | | |
| Supplemental Retirement | | | |
| Total Allowances (exld non-recurring) | 0 | 0 | |
| Total Direct Comp + Allow | 221,664 | 222,000 | 0.2% $336 | 221,664 | 100% |

## NEW HIRE ADDITIONAL INFORMATION

| | Amount | Notes/Comments |
|---|---|---|
| Sign-On Bonus | | |
| Sign-On Equity Amt | | |

All sign-on equity bonuses need to be approved by Total Rewards

## COMMENTS & APPROVALS

Comments (e.g. market data or peer sources, etc.): Rosana Hurst is multi-lingual and has strong global experience working for major companies including Hewlett Packard in senior leadership roles. The ability to speak multiple languages will be a benefit as she will be inter

| Approvals | Name/Job Title | Date |
|---|---|---|
| Immediate Manager | Martina Schoultz, Gilbarco, CIO | |
| 1/1 Manager | Aaron Saak, Gilbarco, President | |
| Direct Report to President | Martina Schoultz, Gilbarco, CIO | |
| OpCo President | Aaron Saak, Gilbarco, President | |
| VP, Total Rewards | Gloria Rogers, Gilbarco, Total Rewards | |
| Director/VP/CHRO, Human Resources | Dina Zimmerman, Gilbarco, VP HR | |

*Vontier no longer requests current or past compensation information from external candidates for U.S.-based roles. This practice is now illegal in a number of jurisdictions. We are permitted to ask candidates about their compensation expectations.

**EXHIBIT F - COMPARATOR RELATED FILES - Page 55**

G004677



FW: Rosie Hurst Resignation 6.5.2023

**Heuser, Emily**
To ○ AskPeopleOps

↩ Reply    ↩ Reply All    → Forward    📧    •••

Thu 6/15/2023 10:22 AM

**From:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Sent:** Monday, June 5, 2023 3:26 PM
**To:** Heuser, Emily <Emily.Heuser@gilbarco.com>
**Subject:** FW: Rosie Hurst Resignation 6.5.2023

Hi Emily,

As discussed – another one leaves due to culture.

Thanks,

Martina

Martina Schoultz
Chief Information Officer, GVR Global
Gilbarco Veeder-Root
*I am sending you this email at a time that works for me. I want to respect your personal preference on flexibility, time, and pace - so please don't feel pressured to respond to this message during non-work hours. I hope you respond when it works best for you.*

**From:** Hurst, Rosanna <Rosanna.Hurst@gilbarco.com>
**Sent:** Monday, June 5, 2023 15:06
**To:** Schoultz, Martina <martina.schoultz@gilbarco.com>
**Subject:** Rosie Hurst Resignation 6.5.2023

Dear Martina

The purpose of my email is to provide you my resignation.
While it has been a real pleasure to work for you and with the amazing peers I have, it is with great regret that I must resign.

My resignation is effective today with a two-week notice making my last day at GVR on **June 16th**.

**I really appreciate the opportunity that you have given me, and grateful to you forever!!!**

Respectfully yours,
Rosie

*Rosanna Hurst*
Global GVR IT Director, IT Program Management Office & Vendor Management
Gilbarco Veeder-Root |Rosanna.hurst@gilbarco.com

**GILBARCO VEEDER-ROOT** **VONTIER**

We are mobilizing the future
to create a better world.

G004688

# Raul Posada Melara

## Qualifications Profile

**Experienced, results-focused supply chain IT professional**

- Skilled at identifying and solving issues through in-depth data analysis
- Focused on improving processes at different operational levels of an organization
- Experienced at manipulating data using SQL, VBA, VBS, and Python
- Dedicated to accuracy to achieve corporate objectives

## Professional Experience

**Business Analyst**
- Created Data Mapping documents inbound and outbound communications (EDI/XML/Flat Files)
- Managed data transactions downstream and upstream
- Help Design Warehouse Processes and systems
- Configure Infor SCE as well as XPOs home grown Warehouse Management system
- Write and review Business Requirement Documents

**Data Manipulation**
- Built dashboards in Oracle Business Intelligence Suit
- Developed functional tools used to drive business decisions
- Created technical specification documents for IT teams to create complex reports and tools in the company's ERP System
- Generated automation of periodic and AdHoc reports to though Excel, VBA, VBS, SQL and Python

**Supply Chain Management**
- Created replenishment strategies and algorithms to satisfy Boeing's network of airplane fastener needs
- Coordinated the on-boarding of Boeing Manufacturer in a multi-tier supply chain network
- Helped implement Oracles' ASCP to Boeing and Comcast supply chain networks
- Developed Multiple forecast methodologies to best fit the customer requirements
- Conducted up to $35M+ in monthly inventory replenishment to multiple costumers
- Headed the development of an inventory shortage management methodology
- Initiated enhancements to cross-functional processes (Planning, Purchasing, Costumer Service, Operations)
- Assisted in warehouse startups by providing essential metrics and reports focusing in correct deficiencies
- Documented work-process instructions to ensure quality and consistency under ISO 9001 quality system standards

**Military Experience**
- Trained and developed military personnel
- Provided equal opportunity training and counseling
- Accountable for inventory control deployed to military personnel in different regions in the Middle East
- Responsible for maintaining lifesaving parachute equipment

**Other Skills**
- More than proficient with Microsoft Office (Word, Excel, PowerPoint, Visio)
- Experience with Oracle systems (Toad, SQL Developer, Demantra, ASCP, Oracle Business Intelligence)
- Experience with SAP Warehouse Management Systems
- Fluent in English and Spanish (written and verbal)

CONFIDENTIAL

G004854

**VONTIER**™

# 2022 Accelerating My Success Form (Q2 Start) for RAUL POSADA MELARA

## 2022 Accelerating My Success Plan

**My Critical Few**                                                              On Track
**Implement the data lake, including all necessary people, processes, and technology to fully operationalize the solution.**

### Goal Details

| My Goal | Implement the data lake, including all necessary people, processes, and technology to fully operationalize the solution. | Start | 01/01/2022 |
|---|---|---|---|
| Due | 12/31/2022 | My Impact to Date | |
| Catch-Up Discussion Comments | | | |

**My Critical Few**                                                              On Track
**Design and develop a global finance data mart**

### Goal Details

| My Goal | Design and develop a global finance data mart | Start | 01/01/2022 |
|---|---|---|---|
| Due | 12/31/2022 | My Impact to Date | |
| Catch-Up Discussion Comments | | | |

**Learning & Growth**                                                            On Track
**- Utilize Leadership mentorship and training to build a team that can achieve a common purpose.**

CONFIDENTIAL                                                          G004868

## Goal Details

| | | | |
|---|---|---|---|
| My Goal | - Utilize Leadership mentorship and training to build a team that can achieve a common purpose. | Start | 01/01/2022 |
| Due | 12/31/2022 | My Impact to Date | |
| Catch-Up Discussion Comments | | | |

## Q2 Catch-Up Results

| | |
|---|---|
| Trending Toward | Leading Contributor |
| Demonstrated V-Core Behaviors | |

- ☑ Collaborative
- ☑ Inclusive
- ☑ Accountable
- ☑ Customer Driven
- ☐ Champion of VBS
- ☑ Self-Aware
- ☑ Pioneering
- ☑ Agile

| | |
|---|---|
| Shout-out recognition / Feedback | Raul is doing an amazing job in his rapidly evolving role. He is a natural leader and a talented developer. |
| Opportunities for Growth | Scale yourself. How can we develop others on the team to be more like you? |

CONFIDENTIAL

G004869

| I'm Trending Toward | Leading Contributor |
| --- | --- |
| Briefly describe any additional contributions you made, outside of your goals, that you want your manager to know about | |

1.    I seek, identify, and learn and use data analytics tools and techniques to solve business problems

- o  Identified the benefit from utilizing Snowflake with Python and learn ways to apply in use cases

- o  Learned to leverage snowflake compute with PowerBI dashboard

- o  Identified Exceleator as a path to introduce users accustomed to Excel to Snowflake

2.    I express my interest in new challenges to take on using data analytics to leadership in my group and outside my group

- o  I do not put myself in position to say "No" or "I Can't be done" (can also get me in trouble)

- o  I have built offer and continue to express interest in Supply chain data

- o  Given 3 Python classes so far this quarter which is helping me identify talented analyst in the organization

  - · carlos.ribeiro@gilbarco.com

  - · patricia.okraski@gilbarco.com

  - · Alexander.Smith@gilbarco.com

  - · jonathan.scarpola@gilbarco.com

  - · andrew.schelberg@gilbarco.com

3.    I am focused on results and set those expectations in my request from other teammates

- o  Develop the North America Monthly Performance dashboard

  - · Guided Jonathan Scarpola to maintain this report he now loads and maintains the data necessary outside of the SRDD

- o  Develop the Weekly Flash report for Jason Moorhead

  - · Created a series of jobs to import HFM data into Snowflake. Ieva now maintains this report and oversees any improvements moving forward

- o  Coached Julia into building her first Python code to move Mac-Pac DB into snowflake

- o  Develop a solution to extract data from HFM for NA Finance and Orpak reporting

- o  Started the process of QA process for ELT work which Starr has taken over and continues to evolve

CONFIDENTIAL

G004871

EXHIBIT F - COMPARATOR RELATED FILES - Page 61

o   I am currently driving changes to the Jira workflow to better feed work to the team

4.   I recognize that working with different functional groups allows me to grow my skills as an analyst and provides me with knowledge that can help groups who may not know about each other's work

| | |
|---|---|
| What I need from my manager to accelerate my success | - Feedback on processes I have put in place such as the new Jira Issue workflow<br>- keep a lookout for opportunities to expand the teams reach while helping me recognize our limitations |

## Q3 Catch-Up Results

**Trending Toward Demonstrated V-Core Behaviors**

Select one...

- ☐ Collaborative
- ☐ Inclusive
- ☐ Accountable
- ☐ Customer Driven
- ☐ Champion of VBS
- ☐ Self-Aware
- ☐ Pioneering
- ☐ Agile

**Shout-out recognition / Feedback**

**Opportunities for Growth**

## Q3 Employee Comments

EXHIBIT F - COMPARATOR RELATED FILES - Page 61

CONFIDENTIAL

G004872

| | |
|---|---|
| I'm Trending Toward | Select one... |
| Briefly describe any additional contributions you made, outside of your goals, that you want your manager to know about | |
| What I need from my manager to accelerate my success | |

## 2022 Accelerating My Success Final Results

2022 Overall Results:

Leading Contributor

## Q4 Employee Comments

| | |
|---|---|
| I'm Trending Toward | Select one... |
| Briefly describe any additional contributions you made, outside of your goals, that you want your manager to know about | |
| What I need from my manager to accelerate my success | |

| | |
|---|---|
| Strengths | Raul has a strong combination of technical and managerial skills, and a natural sense of ownership over his team's activity. |
| Shout-out Recognition / Feedback | Raul has accomplished a lot this year. I'm especially impressed by his ability to make material progress on our cloud platform administration, in spite of all the other specifically business-focused work the team has. |
| Opportunities for Growth | As with every promising new leader, I'd encourage Raul to continue to explore opportunities for professional development, including technical training, business training, and people-leadership training. He's strong on all three, for the record. But this sort of development is a never-ending process. |
| Additional 2022 Result Comments (optional) | Thank you for everything this year Raul. Keep up the amazing work. |

## Career Next Steps

CONFIDENTIAL

G004873

| | |
|---|---|
| Career Progression | Developing in Role |
| Career Actions | Support |

| | |
|---|---|
| Briefly describe Career Action plan to Support, Engage or Challenge | Raul will continue to lead the data team under the guidance of his leadership and his mentors. |

CONFIDENTIAL

G004874

CONFIDENTIAL



# Exit Review Form

## To be reviewed / completed by People & Culture Business Partner (P&CBP) and exiting employee.

**Exiting Employee:** Raul Posada Melara
**P&CBP:** Vania Jackson

**Separation Date:** 07/01/2024
**Reason for Leaving:** Dissatisfied with Career Path ▾

| Task / Topic | Discussed / Notes | Actions |
|---|---|---|
| 1. Align on collection of Company property such as - computer/laptop, monitors, keyboards, docking station, power supplies, cables, Company cell phone, Company credit card, Company car, ID badge, etc.<br><br>    laptop, docking station, 1 monitor, cl | If remote, Company can send pre-labeled box to exiting employee. | ☑ **P&CBP:** If address:<br><br>☑ **P&CBP:** Ca number:<br>☐ **P&CBP:** If purchased, c<br>AskPeopleOp |
| a. Company cell phone number, if applicable, discuss if exiting employee wishes to have their cell phone number released from Vontier. | If so, exiting employee should keep an eye out for an email from People Operations to MindGlobal requesting the cell phone number be released from the Company account. | ☐ **P&CBP:** Cl employee is p to a personal<br>☐ **Exiting Em** to pick up th weeks from t |
| b. Company car, if applicable, a third-party agency will contact exiting employee to arrange for the pickup of the vehicle. | | ☐ **P&CBP:** cl<br>☐ **Exiting Em** destroy fleet |
| 2. Discuss any potential reimbursements due to company? For example, retention bonus, sign on bonus, tuition reimbursement, relocation) | Take note of repayment terms exiting employee has agreed to: | ☐ **P&CBP:** Cl<br>☐ **Exiting Em** check(s) paya and mail to: |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| | | | Gilbarco V<br>Attention:<br>7300 Wes<br>Greensbo |
| 3. Outstanding expense reports? | If so, exiting employee should submit expense reports prior to last day. | | ☑ **People O**<br>corpcreditca<br>☑ **Exiting En**<br>outstanding e<br>also destroy |
| 4. Accrued / unused vacation will be paid out on your final paycheck; however, used / unaccrued vacation will be recovered from your final paycheck. | Align on whether exiting employee took any vacation not logged in ADP. | | The payroll t<br>process accru<br>employee. If<br>notify payrol |
| With your permission, we would like to collect your personal email and phone number in case of any necessary future communications.<br><br>This could include (but not limited to), exit interview participation, salary payouts, beneficiary information, etc.<br><br>By providing this information, you consent to Vontier, any of its operating companies, and representatives contacting you. | Personal email address: ████ @yahoo.com<br><br>Personal phone number: ████<br><br>Confirm shipping address for W2 information and eq<br>applicable): ████ Clemmons, NC 270 | | |

## Attachments

- People Element Flyer
- Benefit Summary for Exiting Employees

## Singer, Melissa

| | |
|---|---|
| **From:** | Snow, Joy |
| **Sent:** | Thursday, June 13, 2024 11:15 AM |
| **To:** | Jackson, Vania; Posada, Raul; Reddy, Deepu |
| **Cc:** | Kanak, Elaine |
| **Subject:** | FW: Email of Resignation - Raul Posada (July 1 last day) |

Hi Raul, we wish you the very best! I'm copying Vania and Deepu who will work with you re: transition and communication plan, final day logistics, etc.

Thx,
Joy

---

**From:** Posada, Raul <raul.posada@gilbarco.com>
**Sent:** Thursday, June 13, 2024 10:07 AM
**To:** Snow, Joy <jsnow@invenco.com>; Kanak, Elaine <Elaine.Kanak@Invenco.com>
**Subject:** Email of Resignation

All,

I am writing to formally resign from my position at Gilbarco, effective July 1,2024. This decision was not an easy one, and it comes after careful consideration and reflection.

I am grateful for the opportunities I have been given during my time in this position. I have enjoyed working with a talented team and have learned a great deal. My experience here has been incredibly rewarding and has provided me with invaluable skills and knowledge.

I will do everything possible to ensure a smooth transition over the next few weeks. Please let me know how I can assist in training my replacement or transferring my responsibilities.

Thank you for your understanding and support. I wish Gilbarco continued success in the future.

Sincerely,

**Raul Posada |** Data Analyst Manager | Gilbarco Veeder-Root **|** Ph 336-331-2431
*Please send* ALL *requests to* [DataAnalytics@gilbarco.com](mailto:DataAnalytics@gilbarco.com). *Requests sent to individuals may lose visibility and may not be handled in a timely manner.*

G004636

# Raul Posada Melara

## Qualifications Profile

**Experienced, results-focused supply chain IT professional**

- Skilled at identifying and solving issues through in-depth data analysis
- Focused on improving processes at different operational levels of an organization
- Experienced at manipulating data using SQL, VBA, VBS, and Python
- Dedicated to accuracy to achieve corporate objectives

## Professional Experience

**Business Analyst**
- Created Data Mapping documents inbound and outbound communications (EDI/XML/Flat Files)
- Managed data transactions downstream and upstream
- Help Design Warehouse Processes and systems
- Configure Infor SCE as well as XPOs home grown Warehouse Management system
- Write and review Business Requirement Documents

**Data Manipulation**
- Built dashboards in Oracle Business Intelligence Suit
- Developed functional tools used to drive business decisions
- Created technical specification documents for IT teams to create complex reports and tools in the company's ERP System
- Generated automation of periodic and AdHoc reports to though Excel, VBA, VBS, SQL and Python

**Supply Chain Management**
- Created replenishment strategies and algorithms to satisfy Boeing's network of airplane fastener needs
- Coordinated the on-boarding of Boeing Manufacturer in a multi-tier supply chain network
- Helped implement Oracles' ASCP to Boeing and Comcast supply chain networks
- Developed Multiple forecast methodologies to best fit the customer requirements
- Conducted up to $35M+ in monthly inventory replenishment to multiple costumers
- Headed the development of an inventory shortage management methodology
- Initiated enhancements to cross-functional processes (Planning, Purchasing, Costumer Service, Operations)
- Assisted in warehouse startups by providing essential metrics and reports focusing in correct deficiencies
- Documented work-process instructions to ensure quality and consistency under ISO 9001 quality system standards

**Military Experience**
- Trained and developed military personnel
- Provided equal opportunity training and counseling
- Accountable for inventory control deployed to military personnel in different regions in the Middle East
- Responsible for maintaining lifesaving parachute equipment

**Other Skills**
- More than proficient with Microsoft Office (Word, Excel, PowerPoint, Visio)
- Experience with Oracle systems (Toad, SQL Developer, Demantra, ASCP, Oracle Business Intelligence)
- Experience with SAP Warehouse Management Systems
- Fluent in English and Spanish (written and verbal)

G004648

## Employment History

**Business Analyst**
New Breed Logistics/XPO Logistics, High Point, NC | February 2017 - Present

**Sr Data Analyst**
New Breed Logistics/XPO Logistics, High Point, NC | March 2016 – February 2017

**Demand Planner**
New Breed Logistics/XPO Logistics, High Point, NC | August 2012 – March 2016

**Parachute Rigger/Squad Leader**
United States Army, Ft Bragg, NC | October 2003 – October 2012

**Administrative Assistant of Receivables**
FedEx Ground, Winston-Salem, NC | January 2007 – December 2009

## Education

**Bachelors of Science in Business Administration**
Emphasis in Finance | June 2012

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Associates in Global Logistics** | May 2009

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Associates in International Business** | May 2009

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

G004649



**GILBARCO VEEDER-ROOT**

**NEW HIRE DATA**

| | | | |
|---|---|---|---|
| **Social Security Number:** ▮▮▮▮ | | | |
| **Last Name:** Posada Melara | **First Name:** Raul | **Preferred Name:** | **Middle Initial:** |
| **Address:** ▮▮▮▮ | | | |
| **City:** ▮▮▮▮ | **State:** NC | **Zip Code:** ▮▮▮▮ | **Phone:** ▮▮▮▮ |
| **Birthdate:** ▮▮▮▮ | **Country of Citizenship:** US | **Sex:** Male | **Race:** Hispanic |
| **Marital Status:** Married | | | |
| **Spouse Name:** ▮▮▮▮ | | **Spouse Phone:** ▮▮▮▮ | |
| **Spouse Birthdate:** ▮▮▮▮ | | **Spouse Social Security #:** ▮▮▮▮ | |
| **Emergency Contact:** ▮▮▮▮ | | **Relationship:** wife | |
| **Emergency Phone:** ▮▮▮▮ | | | |

**Veteran Status:** ___ Not a Vet ___ Korean War ___ Vietnam Era
✓ Other ___ World War II

| University/College ▮▮▮▮ | Major: Business Adm | Degree: BS | Last Year Attended: 2013 |
|---|---|---|---|
| University/College | Major: | Degree: | Last Year Attended: |
| High School/GED | | | Last Year Attended: |

*I have completed and reviewed the above information and to the best of my knowledge I believe this information to be correct.*

Raul Posada _____      10/14/2019

**Employee Signature**      **Date**



**June 20, 2022**.

Raul Posada Melara

Dear Raul:

We are pleased to offer the position **Data Analytics Manager** reporting to Paul Blaser, effective **June 27, 2022**. The compensation details related to this change are provided below.

| | Current | New | Change |
|---|---|---|---|
| Job Title | Data Analyst | Data Analytics Manager | |
| Total Annual Salary | 125,010.00 | **130,000.00** | 4.0% |
| ICP Bonus | | **10%** | |
| Effective Date | | 6/27/2022 | |

**Benefits/Vacation**- Your benefits options/package will not be impacted by this change in assignment. You remain eligible for annual vacation benefits pursuant to the Company's vacation policy.

**Incentive Compensation:** You are eligible to participate in the Vontier Incentive Compensation Plan ("ICP") with a target bonus of 10% of your annual base salary, subject to periodic review.  Normally, ICP payments are made during the first quarter of the following calendar year. This bonus is based on a Company Financial Factor and a Personal Performance Factor which are determined each year.  Your ICP under the Vontier plan will be pro-rated for any partial year of eligibility**.**

**At-Will Employment**- Nothing in this offer letter shall be construed as an agreement, expressed, or implied, to employ you for any stated term. Your employment with the Company will be on an at-will basis, which means that either you or the Company can terminate the employment relationship at any time and for any reason (or no reason), with or without notice.

We understand that a career decision such as this has a major impact on you and your family. If there is anything we can do or if you have any questions, please let us know.

Again, thank you and congratulations! We are looking forward to seeing your future successes as you continue to impact the business.

Thank you,


Paul Blaser                              Jessica Doherty
Director, Data Analytics          VP, HR Global Functions


### Acknowledgement

By signing, you are acknowledging that you have read, understood and are accepting this offer of employment as described above. Please sign and return to **HR** no later than **Thursday, June 23, 2022.**


Associate Name (Print): ___Raul Posada_____  Date: __6/22/2022_____

Associate Signature: _____Raul Posada_____

G004660