**Gmail**

**Wonder <sohyon.warner@gmail.com>**

## Re: Releases

1 message

**Wonder** <sohyon.warner@gmail.com>        Tue, Mar 18, 2025 at 2:26 PM
To: Channing Robinson <crobinson@pittlawpc.com>
Cc: Robert Palmer <rpalmer@pittlawpc.com>

Bob and Channing,

I would like to remind you that, as part of my HIPAA authorization, I require the opportunity to review all relevant medical records—specifically those related to my hypertension, emotional distress, anxiety, and work-induced PTSD—before they are released to the defendant party. This measure is crucial to ensuring that only the pertinent information is disclosed and that my privacy is fully protected.

Please confirm that my request will be honored and inform me of the process and timeline for review prior to any disclosure.

Thank you for your attention to this matter.

Best regards,

Sohyo

I am attaching the signed HIPPA release form.
https://drive.google.com/drive/folders/1bTfReEak2qXV_fqx24kV9cJdrSdPphXl?usp=drive_link



On Mon, Mar 17, 2025 at 11:00 AM Wonder <sohyon.warner@gmail.com> wrote:

> Dear Channing and Bob,
>
> I am finalizing my HIPAA authorization and want to ensure that only **relevant medical records** are disclosed while protecting my privacy. To clarify, my authorization should be **strictly limited to records related to hypertension, emotional distress, anxiety, and work-induced PTSD as they pertain to my case.**

To maintain the **appropriate scope of disclosure**, please ensure the following restrictions are applied to the release of my medical records:

1. **Only records related to hypertension, emotional distress, anxiety, and work-induced PTSD should be disclosed.**
2. **Exclude all unrelated medical conditions**, including but not limited to communicable diseases or any other non-relevant diagnoses.
3. **If necessary, limit the records to a specific date range** to avoid irrelevant disclosures.
4. **Ensure the records are only released to your office** and not to any third parties without my additional written authorization.
5. **No verbal** disclosures should be made in writing only and should be restricted to the specified conditions.
6. **This one-time authorization** does not allow ongoing or future access without my explicit written consent.
7. **Only the minimum necessary records should be released**—complete medical histories, general patient notes, and unrelated diagnoses should not be included.

Please confirm that these restrictions will be applied before proceeding with any record requests. Let me know if you require any further clarification.

**Best,**
Sohyon

On Sun, Mar 16, 2025 at 2:32 PM Channing Robinson <crobinson@pittlawpc.com> wrote:
Sohyon, please sign and return the attached.

**Channing Robinson-Holmes** | Partner

Pitt McGehee Palmer Bonanni & Rivers PC
117 W. Fourth Street, Suite 200, Royal Oak, MI 48067-3848
Office: 248-398-9800 | Cell: 810-515-5754
crobinson@pittlawpc.com
www.pittlawpc.com

## PITT · MCGEHEE
## PALMER · BONANNI · RIVERS

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.