**Gmail**

**Wonder <sohyon.warner@gmail.com>**

## Warner v Gilbarco Defendants' Discovery

1 message

**Harrington, Lauren D.** <lauren.harrington@ogletree.com>　　　　　Tue, Sep 23, 2025 at 3:31 PM
To: Wonder <sohyon.warner@gmail.com>
Cc: "Warren, Richard W." <richard.warren@ogletreedeakins.com>

Good afternoon Ms. Warner,

Attached are Defendants' Second Sets of Interrogatories and Document Requests for which you will have the time permitted under the Federal Rules of Civil Procedure to respond.

Also attached is Defendant's First Set of Interrogatories that was served on you through your former counsel on January 23, 2025 (see attached letter and Interrogatories). Despite various follow-up inquiries, Defendants never received responses to their First Set of Interrogatories. At this point, your responses are several months outstanding. **Please provide responses to Defendants' First Set of Interrogatories on or before September 30th.**

Defendants did receive your answers to their First Set of Document Requests (see attached). However, in light of your allegations pertaining to your alleged medical conditions, you did not sufficiently answer Request No.21. Please supplement your response to Request No. 21, which includes signing the attached authorization forms. **Please complete and provide the attached forms on or before September 30th.**

If you have any questions, please advise.

Thank you,

Lauren

**Lauren D. Harrington | Ogletree Deakins, PLLC**
34977 Woodward Avenue, Suite 300 | Birmingham, MI 48009 | Telephone: 248-723-6164 | Mobile: 248-309-0783
lauren.harrington@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

**6 attachments**

📄 **09.23.25 Second Set of Interrogatories to Plaintiff (GILBARCO-WARNER).pdf**
　　157K

📄 **09.23.2025 Second Requests for Production of Documents to Plaintiff (GILBARCO-WARNER).pdf**
　　143K

**2025.01.23 Interrogatories to Plaintiff (GILBARCO-WARNER).pdf**
202K

**2025.04.25 Plf's Answers to Def's 1st RTP (Warren).pdf**
173K

**2025.01.23 Ltr to Plf's Atty enc Discovery (Warner)(87676044.1).pdf**
632K

**Exhibit A Authorizations.pdf**
659K