Gmail

**Wonder <sohyon.warner@gmail.com>**

## Sohyon v Gilbarco (Authorization Release Forms)

1 message

**Nader, Brian** <brian.nader@ogletree.com>                   Mon, Mar 23, 2026 at 5:49 PM
To: Wonder <sohyon.warner@gmail.com>
Cc: "Warren, Richard W." <richard.warren@ogletreedeakins.com>, "Harrington, Lauren D."
<lauren.harrington@ogletreedeakins.com>, "Kuron, Arlene M." <arlene.kuron@ogletreedeakins.com>

Good Afternoon.

Attached please find Authorization release forms relating to medical and psychotherapy records from Dr. Yoo, Dr. Cox and Dr. Qamar for your signature.  Thank you.

**Brian Nader, LTC4 Technology Certified | Paralegal | Ogletree Deakins, PLLC**
34977 Woodward Avenue, Suite 300 | Birmingham, MI 48009 | Telephone: 248-723-6135
brian.nader@ogletree.com | www.ogletree.com

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

---

**6 attachments**

 **Medical Authorization - Cox.pdf**
146K

 **Medical Authorization - Qamar.pdf**
146K

 **Medical Authorization - Yoo.pdf**
146K

 **Psych Auth - Cox.pdf**
145K

 **Psych Auth - Qamar.pdf**
145K

 **Psych Auth - Yoo.pdf**
145K