**Authorization for Disclosure of Protected Health Information**
**(Not Including Psychotherapy Notes)**

I, Sohyon Warner, (born ▮▮▮▮▮▮) authorize the disclosure of my protected health information[1] as described herein.

1.  I authorize the following person(s) and/or organization(s) **to disclose** my protected health information (as specified below):

Name:      Shazia Qamar, MD
           Henry Ford Family Medicine
           8600 Chicago Rd S
           Warren, MI 48093

2.  I authorize the following person(s) and/or organization(s) **to receive** my protected health information (as specified below):

Name(s)    Richard W. Warren, Esq.
           OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC
           34977 Woodward Ave., Ste 300
           Birmingham, MI 48009

3.  Specific description of the protected health information that I authorize for disclosure:
All records in your possession –**except** psychotherapy notes[2] – relating to me, including but not limited to the following:

(a)    all office notes, charts, photographs, diagrams, summaries, statements, questionnaires and all other records concerning medical treatment; medical history; psychiatric or psychological treatment or counseling; and psychiatric or psychological history;

(b)    records of all prescriptions;

(c)    records indicating the dates of all consultations and/or treatments;

(d)    records indicating all diagnoses and prognoses;

(e)    all reports of psychological testing and/or evaluation;

(f)    all laboratory reports, pathology and/or biopsy reports, tissue slides and/or specimens, CT scans, MRI's, x-rays, EKG's, EEG's, and any and all reports and/or test results prepared and/or obtained by you in connection with the diagnosis, evaluation, care and/or treatment of me;

(g)    all correspondence, reports and/or referrals from or to other health care providers including, but not limited to, physicians, mental health care providers, physical therapists, hospitals, clinics, substance abuse counselors and/or treatment centers;

(h)    all bills for services rendered; and

(i)      all correspondence with insurance companies and other third parties regarding any claims submitted by or on my behalf.

4.  Specific description of the purpose for each use or disclosure:

**To be used in connection with litigation of which I am a party in the United States District Court for the Eastern District of Michigan, *Sohyon Warner v Gilbarco, Inc., et al*, Case No. 25-cv-12333.**

5.  I understand that I may revoke this authorization in writing at any time, except to the extent that the person(s) and/or organization(s) named above have taken action in reliance on this authorization.

6.  This authorization expires on the date the above litigation is finally concluded.  I understand that I may revoke this authorization in writing at any time prior to that event by sending notice of revocation to the person identified in item No. 2 above.  I understand that if I revoke this authorization, such revocation will not have any effect on disclosures made prior to such revocation.

7.  I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information are not subject to federal and state health information privacy laws,[3] subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

8.  I acknowledge that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility for benefits on whether or not the authorization is signed.

9.  I have had the opportunity to read and consider the contents of this authorization.  I confirm that the contents are consistent with my direction.

10. A photocopy of this form shall have the same legal validity as the original.

Signed:      _____          Date:   _____
             SOHYON WARNER

---

[1] "Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse which relates to:  (1) the past, present, or future physical or mental health of an individual; (2) the provision of health care to an individual; or (3) the past, present, or future payment for the provision of health care to an individual.  To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual. 45 C.F.R. 160.103.  Protected health information ("PHI") also includes genetic information."

[2] This is not a request for "psychotherapy notes" (defined as notes recorded by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or a group, joint, or family counseling session and that are separated from the rest of my medical record, but excluding information regarding medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and summary of the following items:  diagnosis, functional status, the treatment plan, symptoms, prognosis, and progress to date).

[3] These laws apply to health plans, health care providers, and health care clearinghouses.

**<u>Authorization for Disclosure of Protected Health Information</u>**
**(Not Including Psychotherapy Notes)**

I, Sohyon Warner, (born ███████) authorize the disclosure of my protected health information[1] as described herein.

1.  I authorize the following person(s) and/or organization(s) **to disclose** my protected health information (as specified below):

    Name:      Maria R. Yoo, MSW
    Henry Ford Adult Integrative Medicine Behavioral Health
    One Ford Place
    Detroit, MI 48202

2.  I authorize the following person(s) and/or organization(s) **to receive** my protected health information (as specified below):

    Name(s)   Richard W. Warren, Esq.
    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC
    34977 Woodward Ave., Ste 300
    Birmingham, MI 48009

3.  Specific description of the protected health information that I authorize for disclosure:
All records in your possession –**<u>except</u>** psychotherapy notes[2] – relating to me, including but not limited to the following:

    (a)    all office notes, charts, photographs, diagrams, summaries, statements, questionnaires and all other records concerning medical treatment; medical history; psychiatric or psychological treatment or counseling; and psychiatric or psychological history;

    (b)    records of all prescriptions;

    (c)    records indicating the dates of all consultations and/or treatments;

    (d)    records indicating all diagnoses and prognoses;

    (e)    all reports of psychological testing and/or evaluation;

    (f)    all laboratory reports, pathology and/or biopsy reports, tissue slides and/or specimens, CT scans, MRI's, x-rays, EKG's, EEG's, and any and all reports and/or test results prepared and/or obtained by you in connection with the diagnosis, evaluation, care and/or treatment of me;

    (g)    all correspondence, reports and/or referrals from or to other health care providers including, but not limited to, physicians, mental health care providers, physical therapists, hospitals, clinics, substance abuse counselors and/or treatment centers;

    (h)    all bills for services rendered; and

(i)     all correspondence with insurance companies and other third parties regarding any claims submitted by or on my behalf.

4.  Specific description of the purpose for each use or disclosure:

**To be used in connection with litigation of which I am a party in the United States District Court for the Eastern District of Michigan, *Sohyon Warner v Gilbarco, Inc., et al*, Case No. 25-cv-12333.**

5.  I understand that I may revoke this authorization in writing at any time, except to the extent that the person(s) and/or organization(s) named above have taken action in reliance on this authorization.

6.  This authorization expires on the date the above litigation is finally concluded.  I understand that I may revoke this authorization in writing at any time prior to that event by sending notice of revocation to the person identified in item No. 2 above.  I understand that if I revoke this authorization, such revocation will not have any effect on disclosures made prior to such revocation.

7.  I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information are not subject to federal and state health information privacy laws,[3] subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

8.  I acknowledge that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility for benefits on whether or not the authorization is signed.

9.  I have had the opportunity to read and consider the contents of this authorization.  I confirm that the contents are consistent with my direction.

10. A photocopy of this form shall have the same legal validity as the original.

Signed:   _____          Date:   _____
             SOHYON WARNER

---

[1] "Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse which relates to:  (1) the past, present, or future physical or mental health of an individual; (2) the provision of health care to an individual; or (3) the past, present, or future payment for the provision of health care to an individual.  To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual. 45 C.F.R. 160.103. Protected health information ("PHI") also includes genetic information."

[2] This is not a request for "psychotherapy notes" (defined as notes recorded by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or a group, joint, or family counseling session and that are separated from the rest of my medical record, but excluding information regarding medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and summary of the following items:  diagnosis, functional status, the treatment plan, symptoms, prognosis, and progress to date).

[3] These laws apply to health plans, health care providers, and health care clearinghouses.

**<u>Authorization for Disclosure of Protected Health Information</u>**
**(Not Including Psychotherapy Notes)**

I, Sohyon Warner, (born ▉▉▉▉▉) authorize the disclosure of my protected health information[1] as described herein.

1.  I authorize the following person(s) and/or organization(s) **to disclose** my protected health information (as specified below):

Name:      Lemica Cox, MSW
           Henry Ford Health
           One Ford Place
           Detroit, MI 48202

2.  I authorize the following person(s) and/or organization(s) **to receive** my protected health information (as specified below):

Name(s)    Richard W. Warren, Esq.
           OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC
           34977 Woodward Ave., Ste 300
           Birmingham, MI 48009

3.  Specific description of the protected health information that I authorize for disclosure:
All records in your possession –**<u>except</u>** psychotherapy notes[2] – relating to me, including but not limited to the following:

(a)    all office notes, charts, photographs, diagrams, summaries, statements, questionnaires and all other records concerning medical treatment; medical history; psychiatric or psychological treatment or counseling; and psychiatric or psychological history;

(b)    records of all prescriptions;

(c)    records indicating the dates of all consultations and/or treatments;

(d)    records indicating all diagnoses and prognoses;

(e)    all reports of psychological testing and/or evaluation;

(f)    all laboratory reports, pathology and/or biopsy reports, tissue slides and/or specimens, CT scans, MRI's, x-rays, EKG's, EEG's, and any and all reports and/or test results prepared and/or obtained by you in connection with the diagnosis, evaluation, care and/or treatment of me;

(g)    all correspondence, reports and/or referrals from or to other health care providers including, but not limited to, physicians, mental health care providers, physical therapists, hospitals, clinics, substance abuse counselors and/or treatment centers;

(h)    all bills for services rendered; and

(i)  all correspondence with insurance companies and other third parties regarding any claims submitted by or on my behalf.

4.  Specific description of the purpose for each use or disclosure:

**To be used in connection with litigation of which I am a party in the United States District Court for the Eastern District of Michigan, *Sohyon Warner v Gilbarco, Inc., et al*, Case No. 25-cv-12333.**

5.  I understand that I may revoke this authorization in writing at any time, except to the extent that the person(s) and/or organization(s) named above have taken action in reliance on this authorization.

6.  This authorization expires on the date the above litigation is finally concluded.  I understand that I may revoke this authorization in writing at any time prior to that event by sending notice of revocation to the person identified in item No. 2 above.  I understand that if I revoke this authorization, such revocation will not have any effect on disclosures made prior to such revocation.

7.  I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information are not subject to federal and state health information privacy laws,[3] subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

8.  I acknowledge that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility for benefits on whether or not the authorization is signed.

9.  I have had the opportunity to read and consider the contents of this authorization.  I confirm that the contents are consistent with my direction.

10. A photocopy of this form shall have the same legal validity as the original.

Signed: _____     Date: _____
        SOHYON WARNER

---

[1] "Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse which relates to:  (1) the past, present, or future physical or mental health of an individual; (2) the provision of health care to an individual; or (3) the past, present, or future payment for the provision of health care to an individual.  To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual. 45 C.F.R. 160.103. Protected health information ("PHI") also includes genetic information."

[2] This is not a request for "psychotherapy notes" (defined as notes recorded by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or a group, joint, or family counseling session and that are separated from the rest of my medical record, but excluding information regarding medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and summary of the following items:  diagnosis, functional status, the treatment plan, symptoms, prognosis, and progress to date).

[3] These laws apply to health plans, health care providers, and health care clearinghouses.