<u>**Authorization for Disclosure of Protected Health Information**</u>
**(Mental Health Records)**

I, Sohyon Warner, (born ▮▮▮▮▮▮) authorize the disclosure of my protected health information[i] as described herein.

1.      I authorize the following person(s) and/or organization(s) **to disclose** my protected health information (as specified below):

   Name:      Shazia Qamar, MD
              Henry Ford Family Medicine
              8600 Chicago Rd S
              Warren, MI 48093

2.      I authorize the following person(s) and/or organization(s) **to receive** my protected health information (as specified below):

   Name(s)    Richard W. Warren, Esq.
              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC
              34977 Woodward Ave., Ste 300
              Birmingham, MI 48009

3.      Specific description of the protected health information that I authorize for disclosure:

   **Any and all information relative to the care, treatment or examination of Sohyon Warner which includes information that may be stored in paper and/or electronic format.  This includes but is not limited to any and all records relating to treatment or consultation, any tests administered, including but not limited to the MMPI or other tests, all psychological testing, any and all psychological tests administered or attempted, all test protocols, raw data, summary scores, and/or interpretive reports associated with psychological testing, progress notes, process notes, intake questionnaires, prescriptions, billing records for services rendered, and all correspondence (electronic or written), including text messages, instant messages and emails, with the patient or any other person, including Ms. Warner's legal representative, relative to any treatment or therapy involving Sohyon Warner.**

4.      Specific description of the purpose for each use or disclosure:

   **To be used in connection with litigation of which I am a party in the United States District Court for the Eastern District of Michigan, *Sohyon Warner v Gilbarco, Inc., et al*, Case No. 25-cv-12333.**

5.     I understand that I may revoke this authorization in writing at any time, except to the extent that the person(s) and/or organization(s) named above have taken action in reliance on this authorization.

6.     This authorization expires on the date the above litigation is finally concluded.   I understand that I may revoke this authorization in writing at any time prior to that event by sending notice of revocation to the person identified in item No. 2 above.  I understand that if I revoke this authorization, such revocation will not have any effect on disclosures made prior to such revocation.

7.     I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information are not subject to federal and state health information privacy laws,[ii] subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

8.     I acknowledge that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility for benefits on whether or not the authorization is signed.

9.     I have had the opportunity to read and consider the contents of this authorization.  I confirm that the contents are consistent with my direction.

10.     A photocopy of this form shall have the same legal validity as the original.


Signed: _____  Date: _____

      SOHYON WARNER

---

[i] "Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse which relates to:  (1) the past, present, or future physical or mental health of an individual; (2) the provision of health care to an individual; or (3) the past, present, or future payment for the provision of health care to an individual.  To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual.  45 C.F.R. 160.103.  Protected health information ("PHI") also includes genetic information."

[ii] These laws apply to health plans, health care providers, and health care clearinghouses.

**<u>Authorization for Disclosure of Protected Health Information</u>**
**(Mental Health Records)**

I, Sohyon Warner, (born ▮▮▮▮▮▮▮) authorize the disclosure of my protected health information[i] as described herein.

1.　　I authorize the following person(s) and/or organization(s) **to disclose** my protected health information (as specified below):

    Name:　　Maria R. Yoo, MSW
             Henry Ford Adult Integrative Medicine Behavioral Health
             One Ford Place
             Detroit, MI 48202

2.　　I authorize the following person(s) and/or organization(s) **to receive** my protected health information (as specified below):

    Name(s)　　Richard W. Warren, Esq.
               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC
               34977 Woodward Ave., Ste 300
               Birmingham, MI 48009

3.　　Specific description of the protected health information that I authorize for disclosure:

> **Any and all information relative to the care, treatment or examination of Sohyon Warner which includes information that may be stored in paper and/or electronic format. This includes but is not limited to any and all records relating to treatment or consultation, any tests administered, including but not limited to the MMPI or other tests, all psychological testing, any and all psychological tests administered or attempted, all test protocols, raw data, summary scores, and/or interpretive reports associated with psychological testing, progress notes, process notes, intake questionnaires, prescriptions, billing records for services rendered, and all correspondence (electronic or written), including text messages, instant messages and emails, with the patient or any other person, including Ms. Warner's legal representative, relative to any treatment or therapy involving Sohyon Warner.**

4.　　Specific description of the purpose for each use or disclosure:

> **To be used in connection with litigation of which I am a party in the United States District Court for the Eastern District of Michigan, *Sohyon Warner v Gilbarco, Inc., et al*, Case No. 25-cv-12333.**

5. I understand that I may revoke this authorization in writing at any time, except to the extent that the person(s) and/or organization(s) named above have taken action in reliance on this authorization.

6. This authorization expires on the date the above litigation is finally concluded.   I understand that I may revoke this authorization in writing at any time prior to that event by sending notice of revocation to the person identified in item No. 2 above.  I understand that if I revoke this authorization, such revocation will not have any effect on disclosures made prior to such revocation.

7. I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information are not subject to federal and state health information privacy laws,[ii] subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

8. I acknowledge that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility for benefits on whether or not the authorization is signed.

9. I have had the opportunity to read and consider the contents of this authorization.  I confirm that the contents are consistent with my direction.

10. A photocopy of this form shall have the same legal validity as the original.


Signed: _____     Date: _____
       SOHYON WARNER

---

[i] "Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse which relates to:  (1) the past, present, or future physical or mental health of an individual; (2) the provision of health care to an individual; or (3) the past, present, or future payment for the provision of health care to an individual.  To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual.  45 C.F.R. 160.103.  Protected health information ("PHI") also includes genetic information."

[ii] These laws apply to health plans, health care providers, and health care clearinghouses.

2

## Authorization for Disclosure of Protected Health Information
### (Mental Health Records)

I, Sohyon Warner, (born ▮▮▮▮▮▮▮▮) authorize the disclosure of my protected health information[i] as described herein.

1.      I authorize the following person(s) and/or organization(s) **to disclose** my protected health information (as specified below):

   Name:    Lemica Cox, MSW
                Henry Ford Health
                One Ford Place
                Detroit, MI 48202

2.      I authorize the following person(s) and/or organization(s) **to receive** my protected health information (as specified below):

   Name(s)    Richard W. Warren, Esq.
                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC
                34977 Woodward Ave., Ste 300
                Birmingham, MI 48009

3.      Specific description of the protected health information that I authorize for disclosure:

> **Any and all information relative to the care, treatment or examination of Sohyon Warner which includes information that may be stored in paper and/or electronic format. This includes but is not limited to any and all records relating to treatment or consultation, any tests administered, including but not limited to the MMPI or other tests, all psychological testing, any and all psychological tests administered or attempted, all test protocols, raw data, summary scores, and/or interpretive reports associated with psychological testing, progress notes, process notes, intake questionnaires, prescriptions, billing records for services rendered, and all correspondence (electronic or written), including text messages, instant messages and emails, with the patient or any other person, including Ms. Warner's legal representative, relative to any treatment or therapy involving Sohyon Warner.**

4.      Specific description of the purpose for each use or disclosure:

> **To be used in connection with litigation of which I am a party in the United States District Court for the Eastern District of Michigan, *Sohyon Warner v Gilbarco, Inc., et al*, Case No. 25-cv-12333.**

1

5.      I understand that I may revoke this authorization in writing at any time, except to the extent that the person(s) and/or organization(s) named above have taken action in reliance on this authorization.

6.      This authorization expires on the date the above litigation is finally concluded.   I understand that I may revoke this authorization in writing at any time prior to that event by sending notice of revocation to the person identified in item No. 2 above.  I understand that if I revoke this authorization, such revocation will not have any effect on disclosures made prior to such revocation.

7.      I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information are not subject to federal and state health information privacy laws,[ii] subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

8.      I acknowledge that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility for benefits on whether or not the authorization is signed.

9.      I have had the opportunity to read and consider the contents of this authorization.  I confirm that the contents are consistent with my direction.

10.     A photocopy of this form shall have the same legal validity as the original.


Signed: _____      Date: _____
                SOHYON WARNER

---

[i] "Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse which relates to:  (1) the past, present, or future physical or mental health of an individual; (2) the provision of health care to an individual; or (3) the past, present, or future payment for the provision of health care to an individual.  To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual.  45 C.F.R. 160.103.  Protected health information ("PHI") also includes genetic information."

[ii] These laws apply to health plans, health care providers, and health care clearinghouses.