# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SOHYON WARNER,

    Plaintiff,

v.

GILBARCO, INC., GILBARCO, INC.
(d/b/a GILBARCO VEEDER-ROOT)
and VONTIER CORPORATION

    Defendants.

Case No. 24-cv-12333

Hon. Gershwin A. Drain
Mag. Judge Anthony P. Patti

---

Sohyon Warner
Plaintiff, *Pro Se*
2841 Lamplighter Lane
Bloomfield Hills, MI 48304
Sohyon.warner@gmail.com
248-210-5504

Richard W. Warren (P63123)
Lauren D. Harrington (P85545)
OGLETREE DEAKINS, PLLC
*Attorneys for Defendants*
34977 Woodward Avenue, Ste. 300
Birmingham, MI  48009
248-593-6400
richard.warren@ogletree.com
lauren.harrington@ogletree.com

---

## DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' NON-COMPLIANT BRIEF OR, IN THE ALTERNATIVE, FOR OTHER APPROPRIATE RELIEF (ECF No. 114)

NOW COME, Defendants, Gilbarco Inc., and Gilbarco, Inc., (d/b/a Gilbarco

Veeder-Root) and Vontier Corporation (collectively "Defendants"), by and through

their undersigned counsel, Ogletree, Deakins, Nash, Smoak & Stewart, PLLC, for

their Response in Opposition to Plaintiff's Motion to Strike Defendants' Non-Compliant Brief or, in the alternative, for Other Appropriate Relief (ECF No. 114).

For the reasons set forth in the attached Brief, Defendants request that the Court deny all relief sought.

Respectfully submitted,

/s/Richard W. Warren
Richard W. Warren (P63123)
Lauren D. Harrington (P85545)
OGLETREE, DEAKINS, PLLC
*Attorneys for Defendants*
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
T: (248) 593-6400
richard.warren@ogletree.com
Dated: April 16, 2026     lauren.harrington@ogletree.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SOHYON WARNER,

               Plaintiff,

v.

GILBARCO, INC., GILBARCO, INC.
(d/b/a GILBARCO VEEDER-ROOT)
and VONTIER CORPORATION

               Defendants.

Case No. 24-cv-12333

Hon. Gershwin A. Drain
Mag. Judge Anthony P. Patti

---

Sohyon Warner
Plaintiff, *Pro Se*
2841 Lamplighter Lane
Bloomfield Hills, MI 48304
Sohyon.warner@gmail.com
248-210-5504

Richard W. Warren (P63123)
Lauren D. Harrington (P85545)
OGLETREE DEAKINS, PLLC
*Attorneys for Defendants*
34977 Woodward Avenue, Ste. 300
Birmingham, MI 48009
248-593-6400
richard.warren@ogletree.com
lauren.harrington@ogletree.com

---

**BRIEF IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION
TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' NON-
COMPLIANT BRIEF OR, IN THE ALTERNATIVE, FOR OTHER
<u>APPROPRIATE RELIEF (ECF No. 114)</u>**

## QUESTION(S) PRESENTED

1. Should the Court deny Plaintiff's Motion To Strike Defendants' Non-Compliant Brief Or, In The Alternative, For Other Appropriate Relief, where Defendants' Reply Brief indeed complies with Local Rule 5.1(a)(3)?

   **Defendants' answer: Yes.**

## CONTROLLING AND MOST APPROPRIATE AUTHORITY

Eastern District of Michigan Local Court Rule 5.1

First, Defendants' Motion for Summary Judgment fully complies with Local Rule 5.1(a)(3), which states in relevant part: "(3) Type Size. Except for standard preprinted forms that are in general use, type size of all text and footnotes must be no smaller than 10-1/2 characters per inch (non-proportional) or 14 point (proportional)." *See* Eastern District of Michigan Local Rule 5.1(a)(3). Defendants fully complied with this Rule by using Arial (Narrow) 14 Point Font, which is precisely what the Local Rules require.

Second, Plaintiff admits that Defendants' Motion and Brief comply with the Local Rules. At page 2 of her Brief, Plaintiff acknowledges "Defendants used a condensed proportional font (Arial Narrow)." (ECF No. 114, PageID. 2382). She further concedes that the font used by Defendants is "proportional in classification…" (ECF No. 114, PageID. 2382). At page 6 of her brief, Plaintiff again admits that Defendants have fully complied with the Local Rules, noting Defendants' "nominal compliance." (ECF No. 114, PageID. 2386). These admissions conclusively establish that Plaintiff's Motion is without factual or legal basis and requires rejection. Further, Plaintiff's admissions suggest that she may have known her Motion lacked a meritorious basis at the time it was filed.

Third, Plaintiff's cited case does not support her position. In *Numatics, Inc. v. Balluff, Inc.,* 2014 WL 6750589 (ED Mich Dec. 1, 2014), the Court addressed a party that used 12-point font, which does not assist Plaintiff as she acknowledges

Defendants used a 14-point font, consistent with the Local Rules.

For the reasons set forth herein, and given Plaintiff's admissions, the Court should deny all relief sought in Plaintiff's Motion to Strike Defendant's Non-Compliant Brief or, in the alternative, for Other Appropriate Relief.

Respectfully submitted,

/s/Richard W. Warren
Richard W. Warren (P63123)
Lauren D. Harrington (P85545)
OGLETREE, DEAKINS, PLLC
*Attorneys for Defendants*
34977 Woodward Avenue, Suite 300
Birmingham, MI  48009
T: (248) 593-6400
richard.warren@ogletree.com
lauren.harrington@ogletree.com

Dated: April 16, 2026

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys and parties of record.

/s/Lauren D. Harrington
Richard W. Warren (P63123)
Lauren D. Harrington (P85545)
OGLETREE,  DEAKINS,  NASH,  SMOAK
& STEWART, PLLC
*Attorneys for Defendants*
34977 Woodward Avenue, Suite 300
Birmingham, MI  48009
(248) 593-6400
richard.warren@ogletree.com
lauren.harrington@ogletree.com

3