# EXHIBIT B

Defendants MSJ Page 1 in Arial Narrow

vs. Recreation in Rule-based Font (New Times Roman)

## I. STATEMENT OF MATERIAL FACTS.

### A. December 2021 through May 2022 – *Plaintiff is assigned to Gilbarco's Data and Analytics Team, refuses to perform basic duties and engages in hostile behavior towards coworkers and supervisors*

Gilbarco hired Plaintiff Sohyon Warner ("Plaintiff") (female/East Asian/South Korean) to work as a Data Analytics Project Manager in December of 2021. (Ex. 2, Plaintiff's Dep., pg. 188:8-11). Director of Program Management Rosanna Hurst ("Hurst") (Female/Hispanic), Director of Data & Analytics Paul Blaser ("Blaser") (Male/White), and Director of IT Core Services, Kevin Isom ("Isom") (male, African American) interviewed Plaintiff and ultimately hired her. (Ex. 2, Plaintiff's Dep., pg. 188:24-193:11; Ex. 4, November 17, 2021 Offer Letter). Following her hire, Hurst placed Plaintiff on Gilbarco's Data & Analytics team, which was supervised by Blaser. (Ex. 2, Plaintiff's Dep., pg. 51:20-52:1, 56:10-11). Plaintiff reported directly to Hurst even though she worked on Blaser's team.

On Gilbarco's Data & Analytics team, Plaintiff served as a Project Manager over the Core Data Lake project. (Ex. 2, Plaintiff's Dep., pg. 53:12-15; 57:19-24). In this role, Plaintiff created numerous interpersonal problems and refused to perform key, basic responsibilities. Plaintiff refused to schedule meetings and had difficulty focusing on issues raised by the team. When Plaintiff did attend meetings, she would raise issues unrelated to the focus of the calls. Plaintiff displayed open hostility towards her colleagues. For example, Sr. Data Analyst Julia Furey ("Furey") (female/white) complained that Plaintiff regularly made verbal attacks and demeaning comments to her when they worked together. Lead Technical Project Manager

**STATEMENT OF MATERIAL FACTS.**

**A. December 2021 through May 2022 –** *Plaintiff is assigned to Gilbarco's Data and Analytics Team, refuses to perform basic duties and engages in hostile behavior towards coworkers and supervisors*

Gilbarco hired Plaintiff Sohyon Warner ("Plaintiff") (female/East Asian/South Korean) to work as a Data Analytics Project Manager in December of 2021. (Ex. 2, Plaintiff's Dep., pg. 188:8-11). Director of Program Management Rosanna Hurst ("Hurst") (Female/Hispanic), Director of Data & Analytics Paul Blaser ("Blaser") (Male/White), and Director of IT Core Services, Kevin Isom ("Isom") (male, African American) interviewed Plaintiff and ultimately hired her. (Ex. 2, Plaintiff's Dep., pg. 188:24-193:11; Ex. 4, November 17, 2021 Offer Letter). Following her hire, Hurst placed Plaintiff on Gilbarco's Data & Analytics team, which was supervised by Blaser. (Ex. 2, Plaintiff's Dep., pg. 51:20-52:1, 56:10-11). Plaintiff reported directly to Hurst even though she worked on Blaser's team.

On Gilbarco's Data & Analytics team, Plaintiff served as a Project Manager over the Core Data Lake project. (Ex. 2, Plaintiff's Dep., pg. 53:12-15; 57:19-24). In this role, Plaintiff created numerous interpersonal problems and refused to perform key, basic responsibilities. Plaintiff refused to schedule meetings and had difficulty focusing on issues raised by the team. When Plaintiff did attend meetings, she would raise issues unrelated to the focus of the calls. Plaintiff

displayed open hostility towards her colleagues. For example, Sr. Data Analyst Julia Furey ("Furey") (female/white) complained that Plaintiff regularly made verbal attacks and demeaning comments to her when they worked together. Lead Technical Project Manager.

## << More than 1 page>>