Gmail

Wonder <sohyon.warner@gmail.com>

## Warner v Gilbarco et al -- Concurrence in Motion to Excuse Delay

1 message

**Harrington, Lauren D.** <lauren.harrington@ogletree.com>                    Fri, Apr 24, 2026 at 3:07 PM
To: Wonder <sohyon.warner@gmail.com>
Cc: "Warren, Richard W." <richard.warren@ogletreedeakins.com>, "Guzman, Roberto"
<Roberto.Guzman@ogletreedeakins.com>

Good afternoon Ms. Warner,

Defendants are seeking your concurrence in the filing of their Motion to Excuse the Untimely Filing of Response to Plaintiff's Objections (ECF No. 116). It is Defendants' position that their short and unintentional seven-day delay is excusable pursuant to FRCP 6(b)(1)(B).

Please let us know if you concur with Defendants' position.

Thank you,

Lauren

**Lauren D. Harrington | Ogletree Deakins, PLLC**
34977 Woodward Avenue, Suite 300 | Birmingham, MI 48009 | Telephone: 248-723-6164 | Mobile: 248-309-0783
lauren.harrington@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*