**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SOHYON WARNER,

                        Case No. 24-12333

           Plaintiff,        Hon. Gershwin A. Drain

v.                        Mag. Judge Anthony P. Patti

GILBARCO, INC., GILBARCO, INC.
(d/b/a GILBARCO VEEDER-ROOT) and
VONTIER CORPORATION,

           Defendants.

---

## PLAINTIFF'S NOTICE REGARDING DEFENDANTS' UNAUTHORIZED FILING (ECF NO. 121)

Plaintiff, Sohyon Warner, proceeding pro se, respectfully notifies the Court that Defendants' filing (ECF No. 121), styled as a "Response," was submitted without leave of Court.

The briefing on Plaintiff's Motion to Strike (ECF No. 117) concluded with Plaintiff's Reply (ECF No. 120). Defendants did not seek, and the Court did not grant, leave to file any additional briefings.

Plaintiff therefore understands **ECF No. 121 to be an unauthorized sur-reply** and will not file any further response unless directed by the Court.

                      **Respectfully submitted,**

/s/ Sohyon Warner
Sohyon Warner, Plaintiff, in Pro Se
2841 Lamplighter Lane
Bloomfield Hills, MI 48304
sohyon.warner@gmail.com
248.210.5504

Dated: May 4, 2026

**CERTIFICATE OF SERVICE**
I certify that on May 4, 2026, I filed this Notice with the Court via the CM/ECF system, which will serve all counsel of record electronically.

**Respectfully submitted,**

/s/ Sohyon Warner
Sohyon Warner, Plaintiff, in Pro Se